

# beautiful, durable, practical.

## Bath & Shower Wall Systems

## Manufacturing

We manufacture acrylic products with the high-end look of marble or tile, but without the high-end hassle or cost. Just as beautiful, but easier to ship, store, install and maintain.



# Complete Bathwall Systems



The high-end look of marble or tile, without the high-end hassle or cost.

### Distributors
Fast to produce and innovate on unique styles and patterns. It's easier to ship and store, but most importantly it gives your clients an attractive and cost-effective alternative to tile.

### Contractors
The unique patterns and benefits of acrylic helps contractors differentiate themselves & win more jobs. They can complete 3-5x as many installs for the same labour cost as one tile job meaning a big boost on profit.

### Homeowners
Even the most particular customers love the look and feel of acrylic once it's installed. Acrylic is one of the best products for preventing water damage, on top of the durability, lack of maintenance and lifetime warranty.



### Beautiful
- ✓ High end look of marble or tile
- ✓ Satisfies the most particular customer
- ✓ Unique and customizable design

### Durable
- ✓ Stronger and longer-lasting
- ✓ No grime or bacteria in grout
- ✓ No breaking or similar issues with tile

### Easy
- ✓ Easier to ship and stock
- ✓ Easily cut and fit to any situation
- ✓ Installed in 2-3 hours by one technician

### High Value
- ✓ Easier & faster installs reduce cost
- ✓ Eliminates leaking & water damage
- ✓ Less expensive than marble



The high-end look of marble or granite, without the high-end hassle or cost.



### Design Versatility

The development of new styles and colours through our manufacturing processes are the leading edge when it comes to unique and modern acrylic bath and shower wall systems.

### Cost and Installation

Acrylic surrounds are generally less expensive than tile walls. Generally one technician can install an acrylic bathwall system in 2-3 hours.

### Cleaning & Maintenance

Our products are easier to clean and only require a mild soap or cleaner to maintain a spotless, brand new look. No mold, mildew or bacteria collecting in grout.

### Reliable Waterproofing

Acrylic virtually eliminates the possibility of your tub or shower leaking over time. It's one of the best materials to install to prevent water damage in your home.

### Durability and Lifespan

Our products are very durable, resistant to scratches or chipping. That's why they ship with a lifetime warranty.

bellastone



# Classic Stone Series
*Calcutta Marble*

Our classic stone series bathwall systems are available in eight different marble or stone styles and smooth, textured or tiled finishes.

## Best Sellers



**Calcutta Marble**
A gorgeous, high-end natural stone. Fewer, more dramatic and unstructured veins, unlike the plentiful soft veins of the Carrara.



**Carrara Marble**
A white or blue/gray marble from the mountains outside the Carrara in the northern tip of Tuscany, Italy.



**Classic White**
A simple, elegant, and versatile white that can fit any bath or shower design.

## Full Line

 

Silverstone    Limestone    Tuscan Marble

 

Sandstone    Ridgestone

## Styles & Accessories

Calcutta and Carrara only available as smooth walls. Other classic stone series are available in the following:

· Smooth
· Textured
· 12x12 Tile
· 12x20 Tile
· Subway Tile

Accessories available in the same color/patterns as the walls include:

· Full height Tower Caddies
· Three Tiered Caddy
· Decorative Trim
· Glass & Acrylic Corner Shelves
· Accent & Waterfall Panels
· Acrylic Window Shutters





# Illusion Series
*Trendz Pattern*

Our Illusions Series bathwall systems are available in six different patterns and two grout colors.



## Tile Patterns


3x6 Subway


Trendz


12x24 Vertical


6x12 Subway


Herringbone


Hexagon

## Grout Colours


Black


Silver

## Accessories

Classic white accessories available include:

· Full height Tower Caddies
· Three Tiered Caddy
· Decorative Trim
· Corner Shelves (Glass & Acrylic)
· Accent & Waterfall Panels
· Acrylic Window Shutters

We have in-house ability to create custom patterns for larger orders. Contact us to inquire.



## In House Manufacturing
All of our Bellastone bath and shower wall systems are manufactured and stored in house.



## Order Online & On Demand
All of our products can be viewed/configured and purchased online in our distributor's portal.

## Packed & Shipped in Days
Most orders can be packed and shipped within days of receiving your order.

## Large territories available throughout the USA.
Support to connect existing dealers and find new dealers in those areas to grow more regional distribution networks.

www.bellastonesystems.com
info@bellastonesystems.com
1-800-309-2284

