UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BCI Acrylic, Inc. | § |
| Plaintiff, | § § § |
| v. | § § CIVIL ACTION NO.: 23-cv-908 |
| Milestone Bath Products Inc. (d/b/a Bellastone Bath Systems) and TightSeal LLC | § § § § |
| Defendants. | § § |

## CORPORATE DISCLOSURE STATEMENT

In compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1, Plaintiff BCI Acrylic, Inc., by and through its attorneys, provides the following disclosure:

The full name of the party represented by the undersigned is BCI Acrylic, Inc.

BCI Acrylic, Inc. has no parent corporation, nor is there any publicly owned corporation owning 10% or more of BCI Acrylic, Inc.'s stock.

The names of the law firms whose attorneys are expected to appear on behalf of BCI Acrylic, Inc. are Andrus Intellectual Property Law, LLP and Crowell & Morning LLP.

                              Respectfully submitted,

Dated: July 7, 2023           By: *s/Aaron T. Olejnicak*

                              Aaron T. Olejniczak (Wis. Bar No. 1034997)
                              aarono@andruslaw.com
                              Christopher R. Liro (Wis. Bar No. 1089843)
                              chris.liro@andruslaw.com
                              litigation@andruslaw.com
                              Andrus Intellectual Property Law, LLP

790 North Water Street, Suite 2200
Milwaukee, WI 53202
Phone: (414) 271-7590

William Frankel (request for admission to be filed)
Mark Remus (request for admission to be filed)
John Walker (request for admission to be filed)
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Tel: 312-321-4200
wfrankel@crowell.com
mremus@crowell.com
jwalker@crowell.com

Attorneys For Plaintiff

2