# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BCI Acrylic, Inc. | § |
| Plaintiff, | § § § |
| v. | § § CIVIL ACTION NO.: 2:23-cv-908 |
| Milestone Bath Products Inc. (d/b/a Bellastone Bath Systems) and TightSeal LLC | § § § |
| Defendants. | § § § |

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

The summons and complaint were served on Milestone Bath Products Inc. and TightSeal LLC on July 25, 2023. Server's affidavits are attached as Ex. A (Milestone) and Ex. B (TightSeal).

Dated: August 15, 2023

By: /s/Mark Remus
Aaron T. Olejniczak (Wis. Bar No. 1034997)
aarono@andruslaw.com
Christopher R. Liro (Wis. Bar No. 1089843)
chris.liro@andruslaw.com
litigation@andruslaw.com
Andrus Intellectual Property Law, LLP
790 North Water Street, Suite 2200
Milwaukee, WI 53202
Phone: (414) 271-7590

William Frankel
Mark Remus
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Tel: 312-321-4200
wfrankel@crowell.com
mremus@crowell.com
Attorneys For Plaintiff