# EXHIBIT A

## UNITED STATES DICSTRICT COURT
### For the
### Eastern District of Wisconsin

BETWEEN:

BCI Acrylic inc.

                                                                    Plaintiff

-and-

Milestone Bath Products Inc. and TightSeal LLC

                                                                    Defendants

### AFFIDAVIT OF SERVICE

I, Paul Haller – Process Server, Canadian Process Serving of the City of Belleville and the Province of Ontario.

**MAKE OATH AND SAY:**

1. On July 25, 2023 at 12:30 p.m., I served Milestone Bath Products Inc. d/b/a/ Bellastone Bath Systems, with the Summons in a Civil Action, in a sealed addressed envelope at 161 College Street West, Belleville, Ontario K8P 2G7, by leaving a copy of the Summons in a Civil Action, with Sarah Cousins, Office Manager, and the person who appeared to be in control and management of the office at the time of service at Milestone bath Products Inc. d/b/a/ Bellastone Bath Systems, 161 College Street West, Belleville, Ontario K8P 2G7.

2. I was able to identify Sarah Cousins, by means of verbal acknowledgement.

SWORN BEFORE ME at
The City of Belleville,
And the Province of Ontario,
This 27th day of July, 2023.

_____
Commissioner of Oaths or Notary

_____
Process Server



*778328*

# Service of Process - Nick

Posting Deadline: 08/17/2023
Service Deadline: 08/17/2023

Received: 07/21/2023
Documents: Summons in a Civil Action and Complaint

Recipient:
## Milestone Bath Products Inc. d/b/a Bellastone Bath Systems
## 161 College St. W., Belleville, ON K8P, 2G7 - Type:

SPECIAL INSTRUCTIONS: Corporate service, serve anyone in authority to accept. If address is a home address please serve personally or make sure person is an officer of entity being served and is in authority to accept on its behalf.

### DILIGENCE

| Date | Time | Info |
|---|---|---|
| | | |

SERVED: 25 July 2023   Time: 12:30   am/pm   Server: UNASSIGNED

☐ Personal   ☐ Abode   ☑ Corporate   ☐ Other
Served at: (Addr1)   Addr2   New Addr: _____
Person left with / Served on: SARAH COUSINS   Relationship/Title: OFFICE MANAGER

Description of the Person Served.

Sex: F   Race: W   Hair: BRN   Age: ___   Height: 5'3   Weight: 130 LBS.
Other Desc: _____
Remarks: _____

If you have any questions, or run into problems with this service, please do not hesitate to contact us by telephone or e-mail. Do not contact our client or the lawyer/law firm who issued the documents under any circumstances.

X _P. Hall_