# EXHIBIT B

## In the United States District Court Eastern District of Wisconsin

BCI Acrylic, Inc.,

        Plaintiff,

vs.

Milestone Bath Products Inc. (d/b/a Bellastone Bath Systems) and TightSeal LLC,

        Defendant.

Case No.: 23-cv-908

**AFFIDAVIT OF SERVICE**

I, Sheila A. Brown, being first duly sworn on oath, depose and say the following:

On July 25, 2023 at 10:26 AM, I served the within Summons in a Civil Action and Complaint on **TightSeal LLC** in the following manner:

**Corporate Service:** By leaving a copy of the Summons in a Civil Action and Complaint with Amanda Briggs, Human Resources of 16227 W Ryerson Road on behalf of **TightSeal LLC**. This individual is apparently in charge of the office and authorized to accept the documents.

Service was effected at **16227 W Ryerson Road, New Berlin, WI 53151**.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Approx. Age: **30s** - Height: **5ft5in** - Weight: **280**

Comments: Amanda is authorized to accept

I hereby certify that I am not a party to the above action and or suit and I am an adult resident of the State of service or an adult resident of Wisconsin, Illinois, Iowa, Michigan or Minnesota if the service is made within the State of Wisconsin and the affidavit is true and correct.

Signed and sworn to before me on this ___ day of _____, 20___
County of _____
_____
Notary Public

X _Sheila Brown_
Sheila A. Brown
Investigator/Process Server
Date Signed: 7.28.23
License(s): Agency:117-001101

United Processing, Inc.
770 N. LaSalle Dr. Suite 615
Chicago, IL 60654
(312) 629-0140
File # 520216.5000002
Court Date:

*778327*