# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| BCI Acrylic, Inc. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 2:23-cv-908 |
| Milestone Bath Products Inc., et. al. | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BCI Acrylic, Inc.

Date: 08/16/2023

/s/Mark Remus
*Attorney's signature*

Mark Remus IL 6243717
*Printed name and bar number*

455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611

*Address*

mremus@crowell.com
*E-mail address*

(312) 321-4200
*Telephone number*

(312) 321-4299
*FAX number*