# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| BCI Acrylic, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-908-JPS |
| Milestone Bath Products, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Milestone Bath Products .

Date: 08/17/2023

/s/ Ketajh M. Brown
*Attorney's signature*

Ketajh M. Brown 1106210
*Printed name and bar number*
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602

*Address*

ketajh.brown@klgates.com
*E-mail address*

(312) 807-4328
*Telephone number*

(312) 827-8000
*FAX number*