IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| BCI ACRYLIC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 23-cv-908-JPS |
| ) | |
| MILESTONE BATH ) | |
| PRODUCTS INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CIVIL L. R. 7(H) EXPEDITED NON-DISPOSITIVE UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Pursuant to Civ. L.R. 7(h), Defendant, Milestone Bath Products Inc. ("Milestone"), by and through its attorneys K&L GATES LLP, hereby requests an extension of thirty (30) days, to September 14, 2023, to answer or otherwise respond to the Complaint [ECF Dkt. No. 1] in order to allow Defendants the opportunity to investigate the matter. The parties have met and conferred regarding this motion, and Plaintiff has indicated it does not oppose the requested relief. The extension of time requested is sought in good faith and not for the purpose of delay.

Dated: August 17, 2023

By:*/s/ Ketajh Brown*
    Ketajh Brown
    (WI Bar# 1106210)

**K&L GATES LLP**
70 W. Madison Street
Suite 3300
Chicago, IL 60602
312-807-4439
ketajh.brown@klgates.com

*Attorneys for Defendant Milestone Bath Products Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2023, I caused a true and correct copy of the foregoing Motion for Extension of Time to Answer or Otherwise to Respond to be served upon counsel of record as of this date by filing same through the Court's ECF/CM system.

*/s/ Ketajh M. Brown*