IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| BCI ACRYLIC, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 23-cv-908-JPS |
| MILESTONE BATH PRODUCTS INC., *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANT MILESTONE BATH PRODUCTS INC.'S**
**CIVIL L. R. 7.1. DISCLOSURE STATEMENT**

The undersigned, counsel of record for Defendant, Milestone Bath Products Inc. ("Milestone"), furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. **Full name of Party:** Milestone Bath Products Inc.

2. **Entity Status:** Milestone is a corporation.

3. **Parent Corp./Stock Ownership:** Milestone does not have a parent corporation, and there are no publicly held corporations owning 10% or more of Milestone stock.

4. **Law Firm Appearance:** The law firm K&L Gates LLP will appear on behalf of Milestone.

Dated: August 18, 2023

By:*/s/ Ketajh Brown*
    Ketajh Brown

**K&L GATES LLP**
70 W. Madison Street
Suite 3300
Chicago, IL 60602
312-807-4439
ketajh.brown@klgates.com
***Attorneys for Defendant Milestone Bath Products Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I caused a true and correct copy of the foregoing document to be served upon counsel of record as of this date by filing same through the Court's ECF/CM system.

/s/ Ketajh M. Brown