IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| BCI ACRYLIC, INC., <br><br> Plaintiff, <br> v. <br><br> MILESTONE BATH PRODUCTS INC., *et al.*, <br><br> Defendants. | Case No. 23-cv-908-JPS |

**CIVIL L. R. 7(H) EXPEDITED NON-DISPOSITIVE UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Pursuant to Civ. L.R. 7(h), Defendant, TightSeal LLC ("TightSeal"), by and through its attorneys JAMES LOWE LAW, hereby requests an extension of thirty (30) days, to September 14, 2023, to answer or otherwise respond to the Complaint [ECF Dkt. No. 1] to allow Defendant TightSeal the opportunity to investigate the matter. The parties have met and conferred regarding this motion, and Plaintiff has indicated it does not oppose the requested relief. The extension of time requested is sought in good faith and not for the purpose of delay.

In the motion filed by Defendant MILESTONE BATH PRODUCTS INC. on August 17, 2023 [ECF Dkt. No. 11], the request for an extension of time was meant to be for all Defendants ("in order to allow Defendants the opportunity to investigate the matter"). To the extent that request was not clear, Defendant TightSeal does hereby renew that request.

Dated: August 24, 2023

By:<u>/s/ James Lowe</u><br>
James Earl Lowe, Jr.<br>
WI Bar# 1016834

**James Lowe Law**
5465 S Nicole Ct
New Berlin, WI 53151
414-736-8099
jim@jameslowe.law

*Attorneys for*
*Defendant TightSeal LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2023, I caused a true and correct copy of the foregoing Motion for Extension of Time to Answer or Otherwise to Respond to be served upon counsel of record as of this date by filing same through the Court's ECF/CM system.

*/s/ James Lowe*