# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| BCI ACRYLIC, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:23-cv-00908-JPS |
| v. ) | |
| ) | |
| MILESTONE BATH ) | |
| PRODUCTS INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT TIGHTSEAL LLC'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Civil L. R. 7.1(e)(2), Defendant TightSeal LLC ("TightSeal" or "Defendant") hereby withdraws the appearance of James Earle Lowe, Jr. of James Lowe Law, and substitutes Ketajh M. Brown of K&L Gates LLP as counsel of record in the above-captioned case.

The undersigned, as successor counsel for TightSeal, furnishes the following information in compliance with Civil L. R. 7.1(e)(2)(A)-(D):

A. I, Ketajh M. Brown, affirm that I have been retained by Defendant TightSeal LLC as counsel in connection with the above-referenced matter and hereby enter my appearance as counsel for Defendant TightSeal LLC;

B. The names and addresses of the withdrawing counsel and successor counsel are as follows:

| Withdrawing Counsel: | Successor Counsel: |
|---|---|
| James Earl Lowe, Jr. | Ketajh M. Brown (Bar No. 1106210) |
| **JAMES LOWE LAW** | **K&L GATES LLP** |
| 5465 S Nicole Ct. | 70 West Madison Street, Suite 3100 |
| New Berlin, WI 53151 | Chicago, IL 60602 |
| jim@jameslowe.law | ketajh.brown@klgates.com |

1

C.      This withdrawal and substitution has been discussed with TightSeal and Defendant TightSeal LLC consents thereto; and

D.      This withdrawal and substitution will not cause any delay to trial or other progress of the case as TightSeal's interests will continue to be represented by counsel. Accordingly, please remove attorney James Lowe from this case and from the Court's electronic service list for the above-captioned matter and substitute Ketajh Brown as counsel of record for Defendant TightSeal LLC.

Dated: September 1, 2023

Respectfully submitted,

By: */s/ Ketajh Brown*
Ketajh Brown
**K&L GATES LLP**
70 W. Madison Street
Suite 3100
Chicago, IL 60602
Tel.: (312) 807-4439
ketajh.brown@klgates.com

*Successor Counsel for Defendant TightSeal LLC*

By: */s/ James Lowe (with consent)*
James Earle Lowe, Jr.
WI Bar# 1016834
**JAMES LOWE LAW**
5465 S Nicole Ct.
New Berlin, WI 53151
Tel.: (414) 736-8099
jim@jameslowe.law

*Withdrawing Counsel for Defendant TightSeal LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 1, 2023, I caused a true and correct copy of the foregoing document to be served upon counsel of record as of this date by filing same through the Court's CM/ECF system.

                                                            */s/ Ketajh M. Brown*