**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

|  |  |  |
|---|---|---|
| BCI ACRYLIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:23-cv-00908-JPS |
| v. | ) | |
| | ) | |
| MILESTONE BATH | ) | |
| PRODUCTS INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT TIGHTSEAL LLC'S
<u>CIVIL L. R. 7.1. DISCLOSURE STATEMENT</u>**

The undersigned, counsel of record for Defendant, TightSeal LLC ("TightSeal"), furnishes

the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1.  **<u>Full name of Party:</u>** TightSeal LLC

2.  **<u>Entity Status:</u>** TightSeal is a domestic limited liability company.

3.  **<u>Parent Corp./Stock Ownership:</u>** TightSeal does not have any parent corporation, and there are no publicly held corporations owning 10% or more of TightSeal's stock.

4.  **<u>Law Firm Appearance:</u>** The law firm K&L Gates LLP will appear on behalf of TightSeal.

Dated: September 1, 2023      By:    *<u>/s/ Ketajh Brown</u>*
                                        Ketajh Brown
                                        **K&L GATES LLP**
                                        70 W. Madison Street
                                        Suite 3100
                                        Chicago, IL 60602
                                        Tel.: (312) 807-4439
                                        ketajh.brown@klgates.com

                                        *Attorney for Defendant TightSeal LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 1, 2023, I caused a true and correct copy of the foregoing document to be served upon counsel of record as of this date by filing same through the Court's CM/ECF system.

*/s/ Ketajh M. Brown*