# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BCI ACRYLIC, INC.,

                Plaintiff,

v.

MILESTONE BATH PRODUCTS, INC.
d/b/a BELLASTONE BATH SYSTEMS
and TIGHTSEAL LLC,

                Defendants.

Case No. 23-CV-908-JPS

**SCHEDULING ORDER**

In order that the above-captioned litigation—now pending since July 2023—be brought to conclusion, the following dates have been set:

**INTERIM SETTLEMENT REPORT:**     Wednesday, May 1, 2024

**DISPOSITIVE MOTIONS:**     Wednesday, May 15, 2024

Unless otherwise specified, the parties should follow the standard deadlines as set by the Federal Rules of Civil Procedure and the local rules. Motions for extensions of time will not be looked upon favorably. The parties and their counsel are bound by the dates set herein, and no extensions or continuances will be granted without good cause shown.

Dated at Milwaukee, Wisconsin, this 8th day of September, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge