# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| BCI Acrylic Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:23-cv-00908-JPS |
| Milestone Bath Products Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Milestone Bath Products Inc. and TightSeal LLC                                    .

Date:     09/08/2023

s/ Devon C. Beane
*Attorney's signature*

Devon C. Beane, Bar No. 6303129
*Printed name and bar number*

K&L Gates LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602

*Address*

devon.beane@klgates.com
*E-mail address*

(312) 372-1121
*Telephone number*

(312) 827-8000
*FAX number*