# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| BCI Acrylic Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00908-JPS |
| Milestone Bath Products Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Milestone Bath Products Inc. and TightSeal LLC    .

Date:    09/08/2023

s/ Erik J. Halverson
*Attorney's signature*

Erik J. Halverson, Bar No. 333492
*Printed name and bar number*

K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
*Address*

erik.halverson@klgates.com
*E-mail address*

(415) 882-8238
*Telephone number*

*FAX number*