IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| BCI ACRYLIC, INC., | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 23-cv-908-JPS |
| | ) |
| MILESTONE BATH PRODUCTS INC., *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**Civil L. R. 7(h) Expedited Non-Dispositive Unopposed Motion For**
**<u>EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND</u>**

Pursuant to Civ. L.R. 7(h), Defendants, Milestone Bath Products Inc. and TightSeal LLC ("Defendants"), by and through their attorneys K&L GATES LLP, hereby request an extension of fourteen (14) days, to September 28, 2023, to answer or otherwise respond to the Complaint [ECF Dkt. No. 1]. The parties are in discussions to resolve this matter without burdening the Court and, in an effort to facilitate those conversations, promote judicial efficiency, and reduce burden on the Court, Defendants respectfully request this extension.

The parties have met and conferred regarding this motion, and Plaintiff has indicated it does not oppose the requested relief. The extension of time requested is sought in good faith and not for the purpose of delay.

Dated: September 14, 2023

By: */s/ Ketajh Brown*
Ketajh Brown
Devon Beane
**K&L GATES LLP**
70 W. Madison Street
Suite 3300
Chicago, IL 60602
Tel: 312-807-4439
ketajh.brown@klgates.com
devon.bean@klgates.com

Erik Halverson
**K&L GATES LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Tel: 312-807-4439
erik.halverson@klgates.com

*Attorneys for Defendants Milestone Bath Products Inc. and TightSeal LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2023, I caused a true and correct copy of the foregoing Motion for Extension of Time to Answer or Otherwise to Respond to be served upon counsel of record as of this date by filing same through the Court's ECF/CM system.

                                                                */s/ Ketajh M. Brown*