UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BCI Acrylic, Inc. | § § § |
| Plaintiff, | § § |
| v. | § § Case No. 23-cv-00908-JPS |
| Milestone Bath Products Inc. (d/b/a Bellastone Bath Systems); and TightSeal Exteriors And Bath | § § § § |
| Defendants. | § § § |

## JOINT STIPULATION
## REGARDING DEPOSITION OF JEFF WHITLEY

WHEREAS on October 2, 2023 the Court ordered the parties to complete limited discovery on the issue of standing within 60 days, i.e. December 1, 2023 (ECF 22);

WHEREAS the parties have served and responded to written discovery requests and have produced documents on the issue of standing;

WHEREAS on November 10, 2023, Plaintiff requested dates that the alleged co-inventor, Jeff Whitley, is available for deposition;

WHEREAS Defendants informed Plaintiff that they intend to submit a declaration from Mr. Whitley in support of a motion to dismiss that they intend to file on December 1, 2023; and

WHEREAS Plaintiff wishes to depose Mr. Whitley regarding the substance of his forthcoming declaration, the parties wish to avoid multiple depositions of Mr. Whitley on the issue of standing, and Defendants have agreed to produce Mr. Whitley for deposition on December 6, 2023.

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that Plaintiff may take the deposition of Jeff Whitley after Defendants serve the declaration of Jeff Whitley on December 1, 2023.

Dated: November 27, 2023

/s/Erik Halverson
Ketajh Brown (Wis. Bar. No. 1106210)
ketajh.brown@klgates.com
Devon Beane (admission pending)
devon.beane@klgates.com
K&L GATES LLP
70 W. Madison Street
Suite 3100
Chicago, IL 60602
Tel.: (312) 807-4439

Erik Halverson (admission pending)
erik.halverson@klgates.com
K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111

*Attorneys for Defendants Milestone Bath Products Inc. and TightSeal LLC*

/s/Aaron T. Olejniczak
Aaron T. Olejniczak (Wis. Bar No. 1034997)
aarono@andruslaw.com
Christopher R. Liro (Wis. Bar No. 1089843)
chris.liro@andruslaw.com
litigation@andruslaw.com
Andrus Intellectual Property Law, LLP
790 North Water Street, Suite 2200
Milwaukee, WI 53202
Phone: (414) 271-7590

William Frankel
Mark Remus
John Walker
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Tel: 312-321-4200
wfrankel@crowell.com
mremus@crowell.com
jwalker@crowell.com

*Attorneys for Plaintiff BCI Acrylic, Inc.*