UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BCI Acrylic, Inc. | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § Case No. 23-cv-00908-JPS |
| Milestone Bath Products Inc. | § |
| (d/b/a Bellastone Bath Systems); and | § |
| TightSeal Exteriors And Bath | § |
| | § |
| Defendants. | § |
| | § |

## [PROPOSED] ORDER
## REGARDING DEPOSITION OF JEFF WHITLEY

Based on the parties' Joint Stipulation Regarding Deposition of Jeff Whitley, it is ORDERED that Plaintiff may take the deposition of Jeff Whitley after Defendants serve the declaration of Jeff Whitley on December 1, 2023.

So Ordered: _____     Date: _____

Judge J.P. Stadtmueller