# Exhibit C

| | |
|---|---|
| **From:** | Remus, Mark |
| **Sent:** | Tuesday, November 28, 2023 8:55 AM |
| **To:** | Halverson, Erik J.; Walker, John; Frankel, William; Askuvich, Alissa; Aaron Olejniczak; Chris Liro |
| **Cc:** | Beane, Devon Curtis; Brown, Ketajh M. |
| **Subject:** | RE: BCI Acrylic v. Milestone Bath Products - BCI Acrylic's first set of RFPs and ROGs |

Hi Erik-

The confirms the meet and confer that we had on Nov. 17 regarding Milestone's response to BCI's Interrogatory No. 3. I explained that Milestone's anticipation and obviousness contentions (if any) are relevant to whether Mr. Whitley did "more than merely explain to the real inventors well-known concepts and/or the current state of the art." You disagreed and indicated that Milestone would not be supplementing its response to Interrogatory No. 3. It is our understanding that the parties are at an impasse. To the extent our understanding is incorrect, please let us know by the end of the day.

-Mark


**Mark Remus**
Crowell & Moring LLP
mremus@crowell.com
+1.312.321.4720 direct  |  +1.312.404.0328 mobile

---

**From:** Halverson, Erik J. <Erik.Halverson@klgates.com>
**Sent:** Friday, November 17, 2023 9:42 AM
**To:** Remus, Mark <MRemus@crowell.com>; Walker, John <JohnWalker@crowell.com>; Frankel, William <WFrankel@crowell.com>; Askuvich, Alissa <AAskuvich@crowell.com>; Aaron Olejniczak <aarono@andruslaw.com>; Chris Liro <chris.liro@andruslaw.com>
**Cc:** Beane, Devon Curtis <Devon.Beane@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>
**Subject:** RE: BCI Acrylic v. Milestone Bath Products - BCI Acrylic's first set of RFPs and ROGs

External Email

Hi Mark,

I can do 3:30 CT today.

As for the documents, if you can confirm that BCI's document production in response to Defendants' RFPs served to-date is complete, then I have no further issues on that front.

Thanks,
Erik



**Erik Halverson**
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Phone: 415-882-8238
Mobile: 847-347-5959
erik.halverson@klgates.com
www.klgates.com

**From:** Remus, Mark <MRemus@crowell.com>
**Sent:** Friday, November 17, 2023 7:19 AM
**To:** Halverson, Erik J. <Erik.Halverson@klgates.com>; Walker, John <JohnWalker@crowell.com>; Frankel, William <WFrankel@crowell.com>; Askuvich, Alissa <AAskuvich@crowell.com>; Aaron Olejniczak <aarono@andruslaw.com>; Chris Liro <chris.liro@andruslaw.com>
**Cc:** Beane, Devon Curtis <Devon.Beane@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>
**Subject:** RE: BCI Acrylic v. Milestone Bath Products - BCI Acrylic's first set of RFPs and ROGs

Hi Erik-

Does 3:30 CT today work for you?

With respect to BCI's document production, on November 14 you asked when BCI would be producing documents and then John Walker produced those documents on November 15. At no point did you identify any deficiencies. To the extent you believe the document production is deficient, please identify those deficiencies.

-Mark

**Mark Remus**
Crowell & Moring LLP
mremus@crowell.com
+1.312.321.4720 direct   |   +1.312.404.0328 mobile

---

**From:** Halverson, Erik J. <Erik.Halverson@klgates.com>
**Sent:** Thursday, November 16, 2023 3:37 PM
**To:** Remus, Mark <MRemus@crowell.com>; Walker, John <JohnWalker@crowell.com>; Frankel, William <WFrankel@crowell.com>; Askuvich, Alissa <AAskuvich@crowell.com>; Aaron Olejniczak <aarono@andruslaw.com>; Chris Liro <chris.liro@andruslaw.com>
**Cc:** Beane, Devon Curtis <Devon.Beane@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>
**Subject:** RE: BCI Acrylic v. Milestone Bath Products - BCI Acrylic's first set of RFPs and ROGs

External Email

Hi Mark,

I can be available tomorrow after 11am CT. To facilitate the discussion, as set forth in *Bushberger v. Protecto Wrap Co*, No. 07-CV-8, 2008 WL 725189, at *5 (E.D. Wis. Mar. 17, 2008), a contribution to subject matter in a dependent claim, which need not have its own independent basis for novelty, is a contribution necessitating joint inventor status as such an invention, by being included in the patent, is therefore a significant contribution.

Please further be prepared to discuss my email to Mr. Walker of November 14 regarding Plaintiff's deficient production.

Thanks,
Erik



**Erik Halverson**
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Phone: 415-882-8238
Mobile: 847-347-5959
erik.halverson@klgates.com
www.klgates.com

**From:** Remus, Mark <MRemus@crowell.com>
**Sent:** Wednesday, November 15, 2023 9:22 AM
**To:** Halverson, Erik J. <Erik.Halverson@klgates.com>; Walker, John <JohnWalker@crowell.com>; Frankel, William <WFrankel@crowell.com>; Askuvich, Alissa <AAskuvich@crowell.com>; Aaron Olejniczak <aarono@andruslaw.com>; Chris Liro <chris.liro@andruslaw.com>
**Cc:** Beane, Devon Curtis <Devon.Beane@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>
**Subject:** RE: BCI Acrylic v. Milestone Bath Products - BCI Acrylic's first set of RFPs and ROGs

Hi Erik-

Please let me know when you are available to meet and confer regarding Milestone's responses to Interrogatory No. 3 and Request for Production Nos. 7-8. Prior art and Milestone's validity contentions are relevant to, inter alia, whether Mr. Whitley did "more than merely explain to the real inventors well-known concepts and/or the current state of the art." *See Pannu v. Iolab Corp.*, 155 F.3d 1344, 1351 (Fed. Cir. 1998).

I am available any time tomorrow.

-Mark

**Mark Remus**
Crowell & Moring LLP
mremus@crowell.com
+1.312.321.4720 direct | +1.312.404.0328 mobile

**From:** Halverson, Erik J. <Erik.Halverson@klgates.com>
**Sent:** Monday, November 6, 2023 5:22 PM
**To:** Walker, John <JohnWalker@crowell.com>; Remus, Mark <MRemus@crowell.com>; Frankel, William <WFrankel@crowell.com>; Askuvich, Alissa <AAskuvich@crowell.com>; Aaron Olejniczak <aarono@andruslaw.com>; Chris Liro <chris.liro@andruslaw.com>
**Cc:** Beane, Devon Curtis <Devon.Beane@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>
**Subject:** RE: BCI Acrylic v. Milestone Bath Products - BCI Acrylic's first set of RFPs and ROGs

External Email

Counsel,

Attached please find Defendants' discovery responses. Additionally, the production for today has been uploaded to the following link and should be available for downloading. Please let me know if you have any issues accessing.
https://kandlgates.box.com/s/rca24fiju269t8fv003golxqvau1w84s

Best,
Erik



**Erik Halverson**
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Phone: 415-882-8238
Mobile: 847-347-5959
erik.halverson@klgates.com
www.klgates.com

**From:** Walker, John <JohnWalker@crowell.com>
**Sent:** Thursday, October 5, 2023 2:20 PM
**To:** Halverson, Erik J. <Erik.Halverson@klgates.com>; Beane, Devon Curtis <Devon.Beane@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>
**Cc:** Remus, Mark <MRemus@crowell.com>; Frankel, William <WFrankel@crowell.com>; Askuvich, Alissa <AAskuvich@crowell.com>; Aaron Olejniczak <aarono@andruslaw.com>; Chris Liro <chris.liro@andruslaw.com>
**Subject:** BCI Acrylic v. Milestone Bath Products - BCI Acrylic's first set of RFPs and ROGs

Dear counsel,

Please find attached BCI Acrylic Inc.'s First Set of Requests for Production and First Set of Interrogatories.

Thank you,

**John Walker**
johnwalker@crowell.com

+1.312.840.3165 direct  |  +1.217.552.4454 mobile

Crowell & Moring LLP
455 North Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611

## Crowell

**Collaboration Powers Success**

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Erik.Halverson@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Erik.Halverson@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Erik.Halverson@klgates.com.