# Exhibit C

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF WISCONSIN

3      - - - - - - - - - - - - x

4      BCI ACRYLIC, INC.,          :

5               Plaintiff,         :

6         v.                       :    Case No.

7      MILESTONE BATH              :    23-CV-908-JPS

8      PRODUCTS, INC., d/b/a       :

9      BELLASTONE BATH             :

10     SYSTEMS and                 :

11     TIGHTSEAL, LLC,             :

12               Defendants.       :

13     - - - - - - - - - - - - x

14

15               Deposition of MARK DOMANICO

16                    Chicago, Illinois

17               Wednesday, November 29, 2023

18                     10:14 a.m.

19

20

21

22

23     Job No.: 516588

24     Pages: 1 - 183

25     Reported By: Cynthia J. Conforti

1        Deposition of MARK DOMANICO, held at the

2    offices of:

3

4

5            K&L GATES, LLP

6            70 West Madison Street, Suite 3300

7            Chicago, Illinois 60602

8            312.372.1121

9

10

11

12

13        Pursuant to notice, before Cynthia J. Conforti,

14    Notary Public in and for the County of Cook.

15

16

17

18

19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S

 2    ON BEHALF OF THE PLAINTIFF:

 3        MARK REMUS, ESQUIRE

 4        CROWELL & MORNING LLP

 5        455 North Cityfront Plaza Drive

 6        Suite 3600

 7        Chicago, Illinois 60611

 8        312.321.4200

 9

10    ON BEHALF OF THE DEFENDANTS:

11        ERIK J. HALVERSON, ESQUIRE

12        REBEKAH HILL, ESQUIRE (Chicago office)

13        K&L GATES, LLP

14        4 Embarcadero Center

15        Suite 1200

16        San Francisco, California 94111

17        415.882.8008

18

19    ALSO PRESENT:

20         Jeffrey Whitley (telephonically)

21         Richard Figueroa, Videographer

22

23

24

25
```

```
 1                      INDEX

 2  TESTIMONY OF MARK DOMANICO                    PAGE

 3  Examination by Mr. Halverson:                    6

 4  Examination by Mr. Remus:                      139

 5  Further Examination by Mr. Halverson:          178

 6

 7

 8             DOMANICO DEPOSITION EXHIBITS

 9  NUMBER          DESCRIPTION                   PAGE

10  Exhibit 1    U.S. Patent 10,144,243            45

11               BCI00000001 - BCI00000009

12  Exhibit 2    Provisional application           86

13               for Patent 10,144,243

14  Exhibit 3    Email, Whitley to Riordan,       102

15               Subject: New tile walls

16               REL_BCI00000048

17  Exhibit 4    Score Placeholder for            117

18               IFW Content

19  Exhibit 5    Patent Assignment cover Sheet    117

20               BCI00000014 - BCI00000017

21  Exhibit 6    Email chain, Re: New tile        139

22               walls

23  Exhibit 7    Declaration of Mark Domanico     149

24

25
```

|   |   |   |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | THE VIDEOGRAPHER:  Here begins Media No. 1 | 09:23:42 |
| 3 | in the videotaped deposition of Mark Domanico -- | 10:13:37 |
| 4 | THE WITNESS:  Good enough. | 10:13:40 |
| 5 | THE VIDEOGRAPHER:  -- in the matter of BCI | 10:13:41 |
| 6 | Acrylic, Inc. vs. Milestone Bath Products, Inc., | 10:13:41 |
| 7 | et al., d/b/a Bellastone Bath Systems and | 10:13:48 |
| 8 | TightSeal LLC, in the Court of the United States | 10:13:52 |
| 9 | District Court for the Eastern District of | 10:13:55 |
| 10 | Wisconsin, Case No. 23-CV-908-JPS. | 10:13:56 |
| 11 | Today's date is November 29, 2023.  The | 10:14:06 |
| 12 | time on the video monitor is 10:14 a.m.   The | 10:14:10 |
| 13 | videographer today is Richard Figueroa | 10:14:18 |
| 14 | representing Planet Depos. | 10:14:20 |
| 15 | This video deposition is taking place at | 10:14:21 |
| 16 | 70 West Madison Street, Chicago, Illinois, 60602. | 10:14:24 |
| 17 | Would counsel please voice identify | 10:14:29 |
| 18 | themselves, and state whom they represent. | 10:14:32 |
| 19 | MR. HALVERSON:  Erik Halverson on behalf | 10:14:34 |
| 20 | of Milestone Bath Products, Inc., and TightSeal, | 10:14:37 |
| 21 | LLC, and along with me today is Rebekah Hill, both | 10:14:42 |
| 22 | of us of K&L Gates, LLP, and on the phone today on | 10:14:46 |
| 23 | behalf of Milestone bath Products is Mr. Jeff | 10:14:48 |
| 24 | Whitley. | 10:14:50 |
| 25 | MR. REMUS:  And Mark Remus on behalf of | 10:14:50 |

| | | |
|---|---|---|
| 1 | BCI Acrylic. | 10:14:55 |
| 2 | THE WITNESS:  Is Jeff on now? | 10:14:57 |
| 3 | MR HALVERSON:  He's on the telephone. | 10:15:00 |
| 4 | THE WITNESS:  Hey, Jeff. | 10:15:02 |
| 5 | THE VIDEOGRAPHER:  The court reporter | 10:15:03 |
| 6 | today is Cynthia Conforti representing Planet | 10:15:05 |
| 7 | Depos. | 10:15:05 |
| 8 | MR. WHITLEY:  Good morning. | 10:15:05 |
| 9 | THE VIDEOGRAPHER:  The witness will now be | 10:15:07 |
| 10 | sworn. | |
| 11 | (Witness sworn.) | |
| 12 | MARK DOMANICO, | |
| 13 | having been duly sworn, was examined and testified | |
| 14 | as follows: | |
| 15 | EXAMINATION | 10:15:20 |
| 16 | BY MR. HALVERSON: | 10:15:20 |
| 17 | Q   Good morning, Mr. Domanico. | 10:15:20 |
| 18 | A   Hey. | 10:15:21 |
| 19 | Q   Can you state your full name for the | 10:15:21 |
| 20 | record. | 10:15:24 |
| 21 | A   Mark Domanico. | 10:15:24 |
| 22 | Q   And Mr. Domanico, are you currently | 10:15:25 |
| 23 | employed? | 10:15:27 |
| 24 | A   No. | 10:15:27 |
| 25 | Q   Have you ever been deposed before? | 10:15:28 |

1    A  Yeah, once, long ago.                          10:15:30

2    Q  So we'll go over a couple of ground rules      10:15:33

3  or understandings, and then we'll dive on in, but    10:15:37

4  the first is, it's very important that we don't      10:15:40

5  talk over each other, so if you could wait for me    10:15:42

6  to finish asking my question before you answer,      10:15:45

7  and I will wait for you to finish answering before   10:15:47

8  asking my next question.  And that also gives        10:15:50

9  Mr. Remus the opportunity to lodge an objection in   10:15:53

10  the event that he wants to.                          10:15:56

11    Can we agree that we'll wait for the other        10:15:57

12  person to finish talking?                            10:15:59

13    A  We agree.                                       10:16:00

14    Q  I will do my best to take a break about        10:16:01

15  once an hour.  I don't think we're going to go all   10:16:04

16  that long.  My guess is three or so hours of time.   10:16:07

17  It will go faster than you think.  But if at any     10:16:11

18  point in time you need a break, go ahead and ask,    10:16:14

19  and I'm happy to take a break.                       10:16:16

20    The only question that I have -- or the           10:16:18

21  only request that I have there is if there is a      10:16:20

22  question outstanding, I would prefer you to answer   10:16:23

23  that question before we go on a break; is that       10:16:25

24  fair?                                                10:16:27

25    A  Fair.                                           10:16:27

| | | |
|---|---|---|
| 1 | Q  I will assume, as will the record, that | 10:16:30 |
| 2 | you understand whatever the question is if you | 10:16:33 |
| 3 | answer it.  So if you don't understand the | 10:16:36 |
| 4 | question, please ask for clarification, because | 10:16:38 |
| 5 | the court reporter will just take down the words | 10:16:41 |
| 6 | that are said, and so if there's any uncertainty | 10:16:44 |
| 7 | in your mind about what those words mean or what | 10:16:48 |
| 8 | the intent is behind a question, it's better that | 10:16:50 |
| 9 | we make that understanding explicit on the record, | 10:16:53 |
| 10 | so that when we go back and look at the transcript | 10:16:55 |
| 11 | later, we're all on the same page.  Is that fair? | 10:16:57 |
| 12 | A  Fair. | 10:17:02 |
| 13 | Q  And then you understand the oath that you | 10:17:02 |
| 14 | just took from the court reporter is the same oath | 10:17:05 |
| 15 | as you would take if you were in a courtroom? | 10:17:08 |
| 16 | A  Yes. | 10:17:11 |
| 17 | Q  All right.  So let's dive in.  You said | 10:17:13 |
| 18 | you were deposed once before? | 10:17:15 |
| 19 | A  Yes. | 10:17:17 |
| 20 | Q  What was that about? | 10:17:17 |
| 21 | A  There were two people that worked | 10:17:18 |
| 22 | together, and one filed a sexual harassment suit | 10:17:20 |
| 23 | against the other, and they deposed everybody in | 10:17:24 |
| 24 | the whole building. | 10:17:30 |
| 25 | Q  Were those individuals working at the same | 10:17:31 |

| | | |
|---|---|---|
| 1 | company that you were working at? | 10:17:34 |
| 2 | A  No. | 10:17:35 |
| 3 | Q  So no connection -- | 10:17:36 |
| 4 | A  One of them was.  The other one wasn't. | 10:17:36 |
| 5 | Q  Okay. | 10:17:36 |
| 6 | A  They were not both. | 10:17:38 |
| 7 | Q  And then I want to dive into a little bit | 10:17:40 |
| 8 | about your background. | 10:17:50 |
| 9 | A  Okay. | 10:17:53 |
| 10 | Q  Did you go to college? | 10:17:53 |
| 11 | A  Yes. | 10:17:54 |
| 12 | Q  Where did you go to college? | 10:17:55 |
| 13 | A  DeVry. | 10:17:56 |
| 14 | Q  And what did you -- did you graduate from | 10:17:58 |
| 15 | DeVry? | 10:18:01 |
| 16 | A  No. | 10:18:01 |
| 17 | Q  What did you study at DeVry? | 10:18:01 |
| 18 | A  Electronics.  And I got a great job offer, | 10:18:04 |
| 19 | phenomenal, actually, working for Xerox. | 10:18:09 |
| 20 | Q  And when did you leave DeVry to start at | 10:18:12 |
| 21 | Xerox? | 10:18:15 |
| 22 | A  '74. | 10:18:15 |
| 23 | Q  1974? | 10:18:16 |
| 24 | A  Yes. | 10:18:17 |
| 25 | Q  And how long were you at Xerox? | 10:18:17 |

|   |   |   |
|---|---|---|
| 1 | A   About two years. | 10:18:21 |
| 2 | Q   And what were you doing there? | 10:18:21 |
| 3 | A   Well, at first they hired me to repair | 10:18:23 |
| 4 | copiers, but I would write letters to the company | 10:18:27 |
| 5 | explaining why their machines were bad, and why | 10:18:30 |
| 6 | the Japanese machines were better, so they moved | 10:18:33 |
| 7 | me over from repairing copiers to taking apart | 10:18:39 |
| 8 | competitors' copiers and doing a write-up on the | 10:18:43 |
| 9 | differences in what ours were like and what theirs | 10:18:49 |
| 10 | were like.  They -- I did a good job for them.  I | 10:18:52 |
| 11 | actually explained to them how antiquated the | 10:18:56 |
| 12 | machines were. | 10:19:00 |
| 13 | Q   And what type of Xerox machine were you | 10:19:01 |
| 14 | working on in the -- | 10:19:04 |
| 15 | A   All of them, first off.  From -- the only | 10:19:04 |
| 16 | one I didn't work on was the King of the king, the | 10:19:09 |
| 17 | 9500s, because by the time that one came out, they | 10:19:11 |
| 18 | had moved me over to taking apart the other ones. | 10:19:16 |
| 19 | Q   And so you said you were there for about | 10:19:18 |
| 20 | two years? | 10:19:20 |
| 21 | A   Uh-huh. | 10:19:21 |
| 22 | Q   What happened after Xerox? | 10:19:21 |
| 23 | A   I opened a series of my own businesses. | 10:19:24 |
| 24 | One of my cousins convinced me to go into | 10:19:27 |
| 25 | partnership with him, and we bought a bunch of | 10:19:30 |

1    transmission shops.                                      10:19:34

2        Q   Auto transmissions?                              10:19:34

3        A   Auto transmissions.                              10:19:37

4        Q   What did you do with those auto                  10:19:38

5    transmissions?                                           10:19:40

6        A   Well, I was then the salesman, and what I        10:19:40

7    would do is I would go to visit all the car              10:19:44

8    dealers and say to the car dealers, We have the          10:19:46

9    technical expertise to fix any transmission.             10:19:49

10       We did, like, Pontiacs, and Buicks, and              10:19:51

11   Fords, and they'd send the car over to us, we'd          10:19:56

12   fix it and send it back.  Plus we had our own            10:19:59

13   customers, and I also had a really great account         10:20:02

14   with the City of Chicago where I fixed fire trucks       10:20:05

15   and ambulances.  It was a lot of fun because the         10:20:10

16   fire department demanded I test them out really          10:20:11

17   good.  And I needed to make sure they were               10:20:12

18   technically exactly right.  Somebody's life              10:20:17

19   depended on it so...                                     10:20:19

20       Q   And so when you're testing the                   10:20:20

21   transmission of a fire truck, what do you do?            10:20:22

22       A   You drive it really fast with the lights         10:20:24

23   on, and you see how hard you can hit it and feel         10:20:27

24   if there's a shift that shifted correctly.  You          10:20:27

25   wanted to make sure that it ran for a while.             10:20:30

| | | |
|---|---|---|
| 1 | You take out the oil, make sure there was | 10:20:32 |
| 2 | no metal in it.  You wanted to make sure that | 10:20:34 |
| 3 | everything was smooth, you button it all up, and | 10:20:36 |
| 4 | then they take it for a test drive with you in it. | 10:20:40 |
| 5 | If they approved of it, then that's it, it | 10:20:42 |
| 6 | was delivered. | 10:20:45 |
| 7 | Q  And how long were you working on | 10:20:45 |
| 8 | transmissions after Xerox? | 10:20:46 |
| 9 | A  I'd say three years. | 10:20:48 |
| 10 | Q  And what happened after the transmission | 10:20:51 |
| 11 | project? | 10:20:54 |
| 12 | A  I invented a system where I repaired | 10:20:56 |
| 13 | surfaces, and I called it Surface Renewal, and I | 10:21:01 |
| 14 | had hired a bunch of guys for my invention.  And | 10:21:06 |
| 15 | we worked here in Chicago taking -- at that time | 10:21:09 |
| 16 | we would take apartment buildings and turn them | 10:21:13 |
| 17 | into condos until the city didn't let us anymore. | 10:21:15 |
| 18 | And we did a lot of work doing trips and things in | 10:21:20 |
| 19 | elevators.  We repaired countertops in | 10:21:23 |
| 20 | restaurants, bars, apartments.  I had 14 guys | 10:21:26 |
| 21 | working for me. | 10:21:28 |
| 22 | And then we took on another line of work, | 10:21:29 |
| 23 | which was the refinishing of bathtubs.  We sprayed | 10:21:34 |
| 24 | bathtubs with an epoxy.  My guarantee was "I | 10:21:37 |
| 25 | guarantee it won't last," because I didn't think | 10:21:41 |

| | | |
|---|---|---|
| 1 | it would, and I was pretty straight up and -- but | 10:21:43 |
| 2 | a lot of people did it anyhow.  It was a good -- | 10:21:46 |
| 3 | good income for a long time. | 10:21:49 |
| 4 | Q  So before the bathtubs, just focusing on | 10:21:50 |
| 5 | the condo or -- | 10:21:54 |
| 6 | A  Yes. | 10:21:54 |
| 7 | Q  -- apartment to condo -- | 10:21:56 |
| 8 | A  Yes. | 10:21:56 |
| 9 | Q  -- resurfacing -- | 10:21:56 |
| 10 | A  Surface repair, yes. | 10:21:56 |
| 11 | Q  What types of surfaces were you working | 10:22:00 |
| 12 | on? | 10:22:02 |
| 13 | A  Generally fiberglass, marble, travertine, | 10:22:02 |
| 14 | anything that would chip and look ugly.  Sometimes | 10:22:06 |
| 15 | people would do vandalism, and I'd be brought in | 10:22:10 |
| 16 | to repair it.  Sometimes people would take a key | 10:22:14 |
| 17 | and screw up the inside of an elevator | 10:22:17 |
| 18 | intentionally, and a lot of the places here | 10:22:20 |
| 19 | downtown wanted it to look great.  I had a lot of | 10:22:22 |
| 20 | big accounts that I worked for constantly and in | 10:22:25 |
| 21 | the suburbs too. | 10:22:29 |
| 22 | Q  And said you invented a way of fixing | 10:22:29 |
| 23 | those surfaces? | 10:22:32 |
| 24 | A  Yes. | 10:22:33 |
| 25 | Q  What was that? | 10:22:33 |

1    A  It's pretty -- well, it depended on what          10:22:34

2  the thing was.                                          10:22:37

3        If there's a little chip, I had a filler          10:22:38

4  that you could use, and that was quite easy, but        10:22:40

5  if it was a bigger, I might have to go all the way       10:22:43

6  down to spraying the whole surface, but there was        10:22:47

7  a suite of things that you can choose from to            10:22:49

8  repair whatever was broken.                              10:22:52

9        And I took a cleaver, and I was going to          10:22:56

10  pound out some meat in my home, and I had a brand       10:23:00

11  new house with a counter as big as this, and            10:23:04

12  white.  Unfortunately, I cleaved a chunk of the         10:23:06

13  counter off in my brand new home.                        10:23:09

14        Obviously, the wife wasn't -- wasn't happy       10:23:12

15  with me, so I figured out a way to repair it.  One      10:23:13

16  of my buddies came over who was a maintenance man       10:23:16

17  at Four Lakes Village in Lisle, and he said, You        10:23:19

18  got a new counter.                                       10:23:22

19        I said, No, I fixed it.                           10:23:24

20        He said, You can't fix a counter.                 10:23:24

21        I said, Yeah, you can, if you just think          10:23:24

22  about it.                                                10:23:26

23        So he said, How much you want to repair          10:23:26

24  them?  And I told him.  He said, Boy, Four Lakes        10:23:28

25  Village has 6, 700 apartments.  We need every           10:23:32

| | | |
|---|---|---|
| 1 | counter fixed. | 10:23:35 |
| 2 | I said, Be glad to do it for you. I just | 10:23:36 |
| 3 | charge, and that's how I started. | 10:23:39 |
| 4 | Q And so how did you fix the counter that | 10:23:41 |
| 5 | you hit with the meat tenderizer? | 10:23:44 |
| 6 | A Well, like a car, that particular one, | 10:23:47 |
| 7 | because a great chunk was taken out. | 10:23:49 |
| 8 | So I started with Bondo, and then I had a | 10:23:52 |
| 9 | series of chemicals that I mixed on-site true to | 10:23:56 |
| 10 | color of the surface that I was at. | 10:24:02 |
| 11 | I would spray it or brush it, depending on | 10:24:04 |
| 12 | the surface, and then I'd have to buff it to the | 10:24:06 |
| 13 | same finish as the rest of the counter. It was | 10:24:09 |
| 14 | very quick and very profitable. | 10:24:12 |
| 15 | Q And what were those chemicals? Were those | 10:24:15 |
| 16 | colors? Were those additives? What were they? | 10:24:17 |
| 17 | A Well, mostly plastics. You can mix, right | 10:24:19 |
| 18 | on -- right on-site, you could mix the plastics, | 10:24:22 |
| 19 | and you could mix them with different hardening | 10:24:25 |
| 20 | times, just like cement has different hardening | 10:24:28 |
| 21 | times. And sometimes I would have to put a heat | 10:24:31 |
| 22 | lamp on it to speed up, but I worked it all out, | 10:24:34 |
| 23 | and that's what I did for a while. | 10:24:40 |
| 24 | After -- I sold the business, eventually, | 10:24:42 |
| 25 | to my sister, who ran it for years after that. | 10:24:45 |

1    Q  What was it called?                          10:24:47

2    A  Surface Renewal.                             10:24:48

3    Q  And then you also mentioned this epoxy       10:24:53

4  spray project on bathtubs.                        10:24:56

5    A  Well, that's where I went into, I was        10:24:59

6  surprised by how big the epoxy spray business     10:25:00

7  became, even though I really didn't like it.  I   10:25:04

8  didn't like spraying chemicals, I didn't like     10:25:07

9  breathing that stuff, but it was quite a business 10:25:09

10  for a while.  Matter of fact, they're still doing 10:25:11

11  it today, which I can't believe that they are.    10:25:15

12    Q  And what type of equipment did you use for   10:25:18

13  that epoxy spray process?                         10:25:22

14    A  Very low-pressure spray gun.  You don't      10:25:26

15  want mists in the air.                            10:25:31

16       Like anything -- everything was in the       10:25:32

17  prep, knowing how to prep the different types of  10:25:35

18  tubs, and doing a good job, making sure that the  10:25:38

19  fumes didn't leave the room and that the person   10:25:40

20  doing the spraying had proper masking equipment.  10:25:43

21    Q  Were those hand pump sprayers, or were       10:25:47

22  those --                                          10:25:50

23    A  Oh, no, no.  It's --                         10:25:51

24    Q  -- pressurized?                              10:25:52

25    A  Yeah.                                        10:25:54

1     Q  And when, roughly, at what point in time          10:25:55

2  did you get out of the epoxy-spraying business?          10:25:58

3     A  As soon as I discovered acrylic bathtubs.          10:26:01

4        I had read in a -- in a report, there was          10:26:05

5  a company on the East Coast called Universal          10:26:07

6  Plastics in Chicopee, Massachusetts, and I went          10:26:11

7  down to see the guy who had invented the product,          10:26:15

8  and he was using polyvinyl chloride sheets, which          10:26:18

9  I didn't like, because if they catch fire they're          10:26:24

10 extremely toxic.          10:26:27

11       So I said to the guy, his name was Joe          10:26:29

12 Peters, long since retired and gone, but Joe          10:26:32

13 showed me how to do it.  He didn't even charge me.          10:26:35

14 He said, I only do government housing, and I only          10:26:38

15 do it in the Massachusetts area, sometimes some of          10:26:44

16 the other New England, but mostly government.          10:26:48

17 That was a small part of his work.  He did a lot          10:26:51

18 of fabrication for military.  And that was a small          10:26:54

19 project that one of his guys did.          10:26:57

20       So they showed me how to do it, and I went          10:27:00

21 back to Chicago and I said, Great, I don't have to          10:27:02

22 spray fumes again.  I don't have to risk my          10:27:05

23 people, so I built a company to manufacture          10:27:08

24 bathtub liners, which is a new tub over the old          10:27:12

25 tub.          10:27:18

| | | |
|---|---|---|
| 1 | Q   And so you mentioned PVC, poly -- | 10:27:18 |
| 2 | A   Vinyl chloride. | 10:27:22 |
| 3 | Q   Vinyl chloride. | 10:27:22 |
| 4 | A   That's what they used.  I use acrylic. | 10:27:25 |
| 5 | Q   What's the difference between PVC and | 10:27:28 |
| 6 | acrylic? | 10:27:32 |
| 7 | A   Acrylic looks better.  Acrylic's a little | 10:27:33 |
| 8 | more money.  If acrylic is on fire -- if, like, | 10:27:36 |
| 9 | the building's on fire, I mean, obviously you have | 10:27:37 |
| 10 | got other problems, but it doesn't give off toxic | 10:27:39 |
| 11 | fumes.  Because when I go into an apartment | 10:27:42 |
| 12 | building, anything over a certain -- I think it | 10:27:45 |
| 13 | was three stories, they wanted it to be fire | 10:27:46 |
| 14 | rated. | 10:27:49 |
| 15 | Q   Do you know the chemical composition of | 10:27:49 |
| 16 | PVC? | 10:27:51 |
| 17 | A   No. | 10:27:53 |
| 18 | Q   Do you know the chemical composition of | 10:27:53 |
| 19 | acrylic? | 10:27:55 |
| 20 | A   Yes. | 10:27:58 |
| 21 | Q   What is it? | 10:27:59 |
| 22 | A   I got to say the word? | 10:27:59 |
| 23 | Q   Yes. | 10:28:01 |
| 24 | A   I got to think about it. | 10:28:01 |
| 25 | THE WITNESS:  Hey, Jeff, what's the -- how | 10:28:04 |

| | | |
|---|---|---|
| 1 | do you say "acrylic" in Latin? | 10:28:05 |
| 2 | MR. REMUS:  Go ahead. | 10:28:05 |
| 3 | THE WITNESS:  Okay.  Acrylonitrile | 10:28:14 |
| 4 | butadiene styrene, blah, blah, blah, blah. | 10:28:19 |
| 5 | BY MR. HALVERSON: | 10:28:22 |
| 6 | Q  And when did you -- | 10:28:22 |
| 7 | A  And that was just one of the layers. | 10:28:23 |
| 8 | There were several layers to the sheet, | 10:28:24 |
| 9 | which is an important factor here. | 10:28:26 |
| 10 | The top layer was clear acrylic.  The | 10:28:27 |
| 11 | second layer was white, or whatever color I wanted | 10:28:30 |
| 12 | the bathtub to be, acrylic.  Clear acrylic cleans | 10:28:33 |
| 13 | quite easily. | 10:28:39 |
| 14 | If you add pigment to it, it doesn't clean | 10:28:40 |
| 15 | as easily.  To get the maximum strength I, and I | 10:28:42 |
| 16 | only, paid to have just a clear layer on top, | 10:28:46 |
| 17 | because I didn't ever want to go back to have to | 10:28:48 |
| 18 | do something. | 10:28:50 |
| 19 | The third layer was ABS, acrylo butadiene | 10:28:51 |
| 20 | nitrile styrene, and that product was because | 10:28:56 |
| 21 | of -- acrylic was brittle like glass, and only | 10:28:59 |
| 22 | used a thin layer, the ABS is pliable. | 10:29:05 |
| 23 | And then, eventually, we worked on a | 10:29:10 |
| 24 | fourth layer where they added talc, baby powder, | 10:29:12 |
| 25 | to more ABS on the very thin layer on the bottom, | 10:29:20 |

1    so that when we put the sheets into our          10:29:24

2    thermoformers, they slid easily, without sticking 10:29:28

3    to the hot mold.                                  10:29:31

4        Q  And so --                                  10:29:34

5        A  All of these things took some time to      10:29:34

6    research and do to get it better.                 10:29:37

7        Q  We'll get into that in just a second.      10:29:39

8           Before we do, I want to just put a sign    10:29:41

9    post on the timing of that trip out to            10:29:44

10   Massachusetts to visit Joe Peters.  When did you  10:29:47

11   go out to Massachusetts to do that?               10:29:53

12       A  No idea.                                    10:29:55

13       Q  '80s, '90s?                                 10:29:55

14       A  Probably about '85, '86, maybe '85, if I   10:29:58

15   had to guess.  '84, could be.  You know, I        10:30:03

16   really -- it's a long time ago.                   10:30:08

17       Q  All right.  And then one other clarifying  10:30:14

18   question.  You said the third layer was ABS?      10:30:17

19       A  Yes.                                        10:30:20

20       Q  What is ABS?                                10:30:21

21       A  I told you --                               10:30:21

22       Q  That's the --                               10:30:22

23       A  Acrylonitrile butadiene styrene.  A very   10:30:25

24   common plastic.                                   10:30:28

25       Q  I think -- and then one last clarifying    10:30:35

| | | |
|---|---|---|
| 1 | question there. | 10:30:38 |
| 2 | You said you only paid to have just a | 10:30:39 |
| 3 | clear layer on top.  Were you buying acrylic | 10:30:41 |
| 4 | sheets at that point? | 10:30:45 |
| 5 | A  Yes, I could not make them.  I did -- It | 10:30:46 |
| 6 | would cost millions to build a factory to make | 10:30:47 |
| 7 | sheets. | 10:30:51 |
| 8 | Q  From whom were you buying acrylic sheets | 10:30:51 |
| 9 | when you first got started on this? | 10:30:54 |
| 10 | A  When I first got started, Joe Peters sent | 10:30:56 |
| 11 | me a bunch of his PVC sheets.  I didn't like it, | 10:30:59 |
| 12 | so I found a company, SparTek Industries. | 10:31:03 |
| 13 | As a matter of fact, I'm still friends | 10:31:07 |
| 14 | with the salesman who sold me the original sheets, | 10:31:11 |
| 15 | and I bought from SparTek for a while. | 10:31:13 |
| 16 | Eventually I bought from a company called | 10:31:15 |
| 17 | Liberty Plastics, and then SparTek bought them | 10:31:18 |
| 18 | out.  I ended up buying from an Austrian company, | 10:31:23 |
| 19 | because they had the best -- they had really the | 10:31:26 |
| 20 | best material. | 10:31:28 |
| 21 | And they had a factory.  Their | 10:31:29 |
| 22 | North American factory is just south of the | 10:31:31 |
| 23 | Mexican border, and I forgot the name.  Cristero, | 10:31:35 |
| 24 | I believe, is the name of the town in Mexico.  I | 10:31:39 |
| 25 | don't -- that's where I order from. | 10:31:40 |

1    Q   Is that roughly Tijuana, El Paso?          10:31:42

2    A   North of Mexico City.                      10:31:42

3    Q   Okay.  Okay.                               10:31:42

4    A   Never been there.  I have often been to    10:31:48

5    the one in Austria, because they invited me for 10:31:53

6    conferences a lot.                             10:31:56

7    Q   And so that is -- that bathtub refinishing 10:31:57

8    company that we were talking about spanned from 10:32:05

9    late -- mid to late '80s onward, was that Luxury 10:32:07

10   Bath Liners?                                   10:32:12

11   A   It started out as Heartland Bath.          10:32:14

12   Q   Okay.                                      10:32:18

13   A   That was our original name.  Our goal was  10:32:20

14   to take care of Chicago.                       10:32:23

15        As people came through Chicago, and they'd 10:32:24

16   go to -- I'd go to conventions.  Like at McCormick 10:32:27

17   Place, people would see my product and they'd go, 10:32:30

18   Man, I'm in LA, can I do this?  Man, I'm in -- you 10:32:31

19   just name a city.                              10:32:34

20        Before you know it, I had a bigger         10:32:36

21   wholesale business than Chicago, so we split the 10:32:38

22   company in two.                                10:32:40

23        One of my partners took Heartland Bath and 10:32:41

24   made it Chicago.  He retired ten years ago, and 10:32:45

25   his name was Bob Glassberg.  And I ran Luxury.  10:32:47

| | | |
|---|---|---|
| 1 | Q  And how would you differentiate what | 10:32:54 |
| 2 | Heartland did versus what Luxury did? | 10:32:57 |
| 3 | A  I manufactured, and he installed in homes | 10:32:59 |
| 4 | and apartments. | 10:33:02 |
| 5 | Q  And did you sell to people beyond Bob? | 10:33:04 |
| 6 | A  Oh, yeah, that's what I said.  I took on | 10:33:07 |
| 7 | dealers all over the country. | 10:33:09 |
| 8 | Q  And when did that split happen? | 10:33:12 |
| 9 | A  Over time.  It was because as we took on | 10:33:14 |
| 10 | dealers, we were spending more and more time doing | 10:33:22 |
| 11 | manufacturing, and I was doing less time out there | 10:33:25 |
| 12 | actually selling apartments and real estate | 10:33:28 |
| 13 | companies. | 10:33:31 |
| 14 | So what I had to do is, we said, you know, | 10:33:31 |
| 15 | This isn't efficient anymore.  As we grew, we had | 10:33:33 |
| 16 | to split the company for more efficiency, and he | 10:33:37 |
| 17 | went to a different building, and he was just a | 10:33:40 |
| 18 | customer of mine. | 10:33:42 |
| 19 | Q  And so when you say "manufacturing," what | 10:33:44 |
| 20 | did that entail when that split first happened? | 10:33:47 |
| 21 | A  Well, first you got to build the | 10:33:52 |
| 22 | equipment.  I could not afford, at that time, real | 10:33:54 |
| 23 | thermoformers, so we had to design our own. | 10:34:00 |
| 24 | Literally parts from the Ace Hardware. | 10:34:04 |
| 25 | And we hired a guy who told us it was | 10:34:07 |

1    impossible, so that gave us, you know, more              10:34:10

2    impetus to, Hey, we'll figure this out.  Screw           10:34:12

3    him.  And we did.                                        10:34:16

4         And you can still see the machines today.           10:34:17

5    You can look at them and see they're homemade.           10:34:20

6    Eventually, as we added more machines, we were           10:34:23

7    able to pay for professional ones, but the ones we       10:34:25

8    made 30-some years ago are still functional.             10:34:28

9      Q  And what was the heating element in those           10:34:30

10   homemade thermoformers?                                  10:34:33

11     A  Well, originally I used -- there was a               10:34:34

12   company right up the street that made quartz rod         10:34:36

13   heaters, and I hired a guy who used to work at a         10:34:39

14   company in Arizona that used the quartz rod              10:34:42

15   heaters, but it was too expensive.                       10:34:46

16        So eventually I went to gas catalytic               10:34:48

17   heating.  Gas catalytic actually takes gas and           10:34:53

18   doesn't burn it, but it turns it into UV light of        10:34:56

19   a certain frequency that was really a match for          10:34:58

20   getting into the acrylic and warming it.                 10:35:01

21        And we had both top and bottom heats, and           10:35:05

22   I was able to, depending on the sheet we were            10:35:09

23   thermoforming, to adjust the heat top temperature,      10:35:12

24   bottom temperature.                                      10:35:15

25        So we made our own control systems, and we          10:35:16

1    made our own heaters.  And actually, I had my son        10:35:18

2    help me do it, too.                                      10:35:23

3          And there was a guy named Mark Smith.  He          10:35:25

4    was actually the biggest guy who helped make it          10:35:27

5    originally.  He -- he had a lot of technical             10:35:29

6    knowledge, and he was good with his hands, and           10:35:33

7    he -- we all did -- matter of fact, him and I just       10:35:39

8    made a small one at his company I don't -- four or       10:35:44

9    five months ago.                                         10:35:47

10     Q  And how much does a commercially available          10:35:48

11   thermal heater for that type of manufacturing            10:35:50

12   process cost today?                                      10:35:55

13     A  Today?  A good one, like the ones we have           10:35:56

14   at BCI, probably 130, 140, 150.                          10:36:00

15     Q  And do you know what they would have cost           10:36:05

16   back in the '80s and '90s?                               10:36:08

17     A  Well, it was a different type.  I didn't            10:36:10

18   have a rotary, I didn't have a professional.             10:36:13

19   We -- it was homemade.  But it probably would have       10:36:14

20   been about 20 grand for a good one.                      10:36:17

21     Q  And was that 20 grand to make your own --           10:36:19

22     A  No, no.                                             10:36:21

23     Q  -- parts, or did you mean to buy one?               10:36:22

24     A  To buy one.  Cost about three, four grand           10:36:22

25   back then to make your own.                              10:36:24

1        And, more importantly, I -- instead of          10:36:27

2   making one for general, I made one specifically      10:36:29

3   for what I was doing.  So it was a good deal for      10:36:33

4   us.  And as being a tinkerer, I absolutely love       10:36:37

5   doing stuff like that.                                10:36:42

6        Q  And so you had mentioned that the acrylic    10:36:43

7   sheets you were using at that time had three          10:36:48

8   layers; is that right?                                10:36:51

9        A  When I started, it had -- the very first     10:36:51

10  sheet was one layer, then two, then three, then       10:36:54

11  four.                                                 10:36:58

12       Q  And what is the most number of layers that   10:36:58

13  you're familiar with?                                 10:37:00

14       A  Four.                                         10:37:00

15       Q  Four?                                         10:37:01

16       A  And that's what we use today.                 10:37:01

17       Q  So for the three-layer --                     10:37:03

18       A  Yeah.                                         10:37:05

19       Q  -- sheets, do all three layers melt at the   10:37:05

20  same temperature and rate?                            10:37:09

21       A  As far as you're concerned, yeah, because    10:37:14

22  the whole sheet sagged at once.  When the sheet       10:37:17

23  got hot, it sags in the middle.  When it reaches a    10:37:22

24  certain point, I had a laser, a UV light that         10:37:24

25  turned a lamp on and said, It has now reached a       10:37:29

| | | |
|---|---|---|
| 1 | certain depth. | 10:37:32 |
| 2 | Then we would pull the drawer out of the | 10:37:33 |
| 3 | oven, with the sheet on it, and we would put it | 10:37:35 |
| 4 | over a mold.  The molds were bathtubs.  We | 10:37:37 |
| 5 | actually had 700 different bathtubs. | 10:37:42 |
| 6 | So when we went to somebody's home, I had | 10:37:45 |
| 7 | to come up with a system.  At first Smitty worked | 10:37:47 |
| 8 | on it, and then I worked on it, and then I | 10:37:52 |
| 9 | invented a program that identified the bathtub, | 10:37:55 |
| 10 | and you put in all the parameters of measuring. | 10:37:59 |
| 11 | Smitty made some of the bathtub tools, I invented | 10:38:02 |
| 12 | one of the three bathtub tools, and we put those | 10:38:05 |
| 13 | measurements into the computer program that I | 10:38:08 |
| 14 | wrote, and it wold tell you: | 10:38:10 |
| 15 | You have a Kohler model, you know, KH3 or | 10:38:11 |
| 16 | whatever.  We had a bunch of them that we did not | 10:38:14 |
| 17 | know what they were.  So we called them UKs, | 10:38:16 |
| 18 | unknowns. | 10:38:19 |
| 19 | But it didn't matter if I knew who | 10:38:20 |
| 20 | manufactured it, because as long as I had the | 10:38:23 |
| 21 | exact measurements, I would have the mold.  If I | 10:38:24 |
| 22 | didn't have the exact mold, I would tell the | 10:38:28 |
| 23 | customer, You're in luck.  I want your bathtub. | 10:38:30 |
| 24 | I'll rip it out, put in a brand new tub, fix your | 10:38:33 |
| 25 | walls and everything, but I need that tub for many | 10:38:37 |

1   other jobs that I would do all across the country.          10:38:39

2        Matter of fact, if you go to BCI right                 10:38:42

3   now, it's a -- it's a wall of bathtubs, almost as           10:38:44

4   far as you can see.  I think we got about 1700              10:38:50

5   there now.                                                  10:38:52

6        Q  And so the idea there was you warm up the           10:38:53

7   sheet of acrylic so it becomes soft and pliable?            10:38:55

8        A  And you have to warm up the mold, too.              10:38:59

9        Q  Okay.                                               10:39:01

10       A  And eventually you have to chill the mold           10:39:02

11  after you make so many sheets.  The sheet -- the            10:39:04

12  molds need to be warmed.  Otherwise, when you pull          10:39:06

13  the sheet out, it would [indicating] freeze                 10:39:09

14  immediately.                                                10:39:12

15       So you had to put it over a certain                    10:39:13

16  temperature mold, but as you pulled the sheets              10:39:15

17  out, that mold would get too hot, and the sheet             10:39:18

18  wouldn't set quickly.                                       10:39:21

19       So we would buy aluminum molds, quite                  10:39:23

20  expensive, and we would run chilled water through           10:39:26

21  it by a series of machines that chilled water and           10:39:29

22  recirculated the water.                                     10:39:32

23       Q  Okay.  And then you had mentioned that you          10:39:35

24  had invented a software program there to identify           10:39:37

25  the right bathtub --                                        10:39:39

1      A  I wouldn't call it invented, but I wrote a      10:39:41

2  software program.                                      10:39:47

3      Q  How did that work?                              10:39:48

4      A  Well, in order to -- we needed to match        10:39:48

5  what the customer had, so that we could fit it         10:39:51

6  over like a glove.  And we had a series of tools       10:39:54

7  and the sheet that would tell us all the               10:39:57

8  measurement we need.                                   10:39:59

9         Let's assume we have a tub in front of us.      10:40:00

10  How big is the bottom length?  How big is the top     10:40:02

11  length?  How big is the width?  Then we have          10:40:06

12  radiuses in the corner.  How big is the thing you     10:40:08

13  step over?                                            10:40:11

14         Some of them, if you can think of a            10:40:12

15  bathtub, come down a little and then come out a       10:40:14

16  little, and then come down a little, and they         10:40:16

17  step -- and some are straight down.  Some are         10:40:19

18  actually bent-over form front.  Matter of fact, I     10:40:21

19  have a patent on one of those.                        10:40:25

20      Q  And so --                                      10:40:28

21      A  I forgot about that patent.                    10:40:29

22      Q  Is the -- was the software program a           10:40:31

23  look-up, a table look-up, or what did it -- what      10:40:34

24  did it do?                                            10:40:37

25      A  Well, I had -- well, it would identify,        10:40:38

1   and then it would look up through the thing and it        10:40:40

2   would say three things.  There would be loose,           10:40:44

3   medium and tight.                                        10:40:46

4          And we always started saying with the            10:40:48

5   tight meaning exact tub, okay, it often did not,         10:40:52

6   because it was measured incorrectly, the guy was         10:40:58

7   in a hurry or he didn't write -- then I could say        10:41:02

8   medium tolerances, where I could adjust an eighth        10:41:05

9   of an inch off of every measurement, so what was         10:41:11

10  it between this plus or minus eighth of an inch.         10:41:14

11  And that almost always worked.                           10:41:18

12         And then if it was really off, it would          10:41:19

13  say, I believe it's this, this or this.  But we          10:41:22

14  were always able to tell, because the skirt             10:41:26

15  design, almost every -- the front of the tub that        10:41:29

16  you would kick if you wanted, you know, at one           10:41:30

17  point, would have a design.                              10:41:32

18         So I would look at the original tub and          10:41:33

19  say, Oh, that's a Kohler, it's got this -- it's          10:41:37

20  two lines, or that's an American Standard, it has        10:41:39

21  three lines, or that's a Sears, it's got, like, a        10:41:43

22  chevron in it, or it's a Bootz, because of the way       10:41:45

23  they make an indent.                                     10:41:48

24         So I was able to look at the skirt to            10:41:49

25  prove that the program was right.                        10:41:53

| | | |
|---|---|---|
| 1 | Q  So you put in the measurements that -- | 10:41:54 |
| 2 | A  Yes. | 10:41:57 |
| 3 | Q  -- the technician takes -- | 10:41:57 |
| 4 | A  Uh-huh. | 10:41:59 |
| 5 | Q  -- in the software program? | 10:41:59 |
| 6 | A  Uh-huh. | 10:42:00 |
| 7 | Q  And if it's a perfect match, the software | 10:42:01 |
| 8 | says This is -- | 10:42:04 |
| 9 | A  Yes. | 10:42:04 |
| 10 | Q  -- the Kohler brand blank? | 10:42:04 |
| 11 | A  Right. | 10:42:07 |
| 12 | Q  And then you could go back to the | 10:42:07 |
| 13 | manufacturing facility, pull down that -- | 10:42:09 |
| 14 | A  Yes. | 10:42:11 |
| 15 | Q  -- Kohler brand and make a new mold -- | 10:42:11 |
| 16 | A  Yes, we use that Kohler tub or whatever | 10:42:13 |
| 17 | tub it was as the mold, but in order to make it as | 10:42:17 |
| 18 | a mold, we had additional work we had to do it. | 10:42:22 |
| 19 | First thing we had to do was Bond- -- | 10:42:31 |
| 20 | Bondo the bottom, so that we could run copper | 10:42:33 |
| 21 | cooling wires or hoses, like a refrigerator, all | 10:42:37 |
| 22 | around it, because when we needed to chill that | 10:42:41 |
| 23 | mold, when it became too hot and would not make | 10:42:43 |
| 24 | proper tubs, we had to prepare it by putting all | 10:42:47 |
| 25 | these things -- we also had to drill hundreds of | 10:42:54 |

1    holes, microscopic, in the bottom of the tub, so          10:42:58

2    that we could pull the vacuum to pull the tub             10:43:01

3    through it.                                               10:43:06

4          We also had different slip-resistant               10:43:07

5    bottoms that we could put in the mold and change          10:43:12

6    them out, depending.  We had a sandpaper, we had a        10:43:15

7    diamond pattern, depending on what customer, what         10:43:19

8    mold.  So we were able to make our own molds, and         10:43:22

9    identify our own molds, and that put us, you know,        10:43:25

10   in a good spot.                                           10:43:30

11        Q  And so --                                         10:43:32

12        A  And at that time I wasn't the only one            10:43:37

13   doing it.  There was another guy who went to Joe          10:43:39

14   Peters, and he started a company in Arizona.  His         10:43:42

15   name was Ollie Faulkner, but unfortunately he got         10:43:45

16   run over by a bus, and he's no longer with us.  So        10:43:48

17   don't bike in a downtown area.                            10:43:52

18        Q  Noted.                                            10:43:54

19          Did you ever shift from tubs to showers?          10:43:59

20        A  Sure, we do showers too.                          10:44:01

21        Q  When did the shower designs start?                10:44:03

22        A  I don't know the date, but it wasn't long         10:44:09

23   after we started.                                         10:44:16

24        Q  And what was the -- so a tub has curvature        10:44:17

25   to it --                                                  10:44:23

| | | |
|---|---|---|
| 1 | A  Yes. | 10:44:23 |
| 2 | Q  -- there's a three-dimensional -- | 10:44:23 |
| 3 | A  Yes. | 10:44:23 |
| 4 | Q  -- a shower is just a wall? | 10:44:23 |
| 5 | A  Oh, are you talking about a wall or a | 10:44:26 |
| 6 | shower base? | 10:44:29 |
| 7 | Q  What's the difference? | 10:44:30 |
| 8 | A  Well, one's a wall, and one's on the | 10:44:31 |
| 9 | floor. | 10:44:35 |
| 10 | Q  What is -- so describe -- | 10:44:35 |
| 11 | A  Even been in a shower where you stand in a | 10:44:36 |
| 12 | pan and it's got a drain in the middle?  Or... p. | 10:44:38 |
| 13 | A standard shower. | 10:44:41 |
| 14 | Q  So mine has a tub, and there's a shower -- | 10:44:42 |
| 15 | A  No, no.  This is -- | 10:44:44 |
| 16 | Q  -- on the wall. | 10:44:46 |
| 17 | A  Is there a tub -- is there a shower only | 10:44:46 |
| 18 | in your room?  Is that what we're talking about? | 10:44:48 |
| 19 | Q  That's -- yeah, that's my current | 10:44:52 |
| 20 | question, and so -- | 10:44:54 |
| 21 | A  It's a shower only.  And there are several | 10:44:54 |
| 22 | parts to a shower, but it's the same thing. | 10:44:57 |
| 23 | You're forming a piece of acrylic over a mold of | 10:44:59 |
| 24 | what you're trying to do.  It's not hard.  We have | 10:45:03 |
| 25 | got a slip-resistant bottom.  Once again, we make | 10:45:10 |

| | | |
|---|---|---|
| 1 | it to cool it.  We put the copper through it. | 10:45:13 |
| 2 | Then there's the -- some of them come up and go | 10:45:16 |
| 3 | sideways, different dimensions. | 10:45:17 |
| 4 | So we would have to -- and then the | 10:45:19 |
| 5 | government wanted it to come up the wall at least | 10:45:21 |
| 6 | an inch or two, and we had to have both our tubs | 10:45:24 |
| 7 | and our shower pads certified by the government by | 10:45:26 |
| 8 | bringing it to a certification agency, like a UL | 10:45:30 |
| 9 | or IAPMO or whatever. | 10:45:34 |
| 10 | And we would publish those certifications, | 10:45:40 |
| 11 | and we actually paid the certification company to | 10:45:44 |
| 12 | do surprise visits.  They would walk in, they | 10:45:46 |
| 13 | would stamp their stamp on either a tub or a | 10:45:50 |
| 14 | shower pan, and we have to send it in to be | 10:45:52 |
| 15 | examined. | 10:45:55 |
| 16 | And then, when I went to an apartment | 10:45:55 |
| 17 | building or retirement home -- I did some work for | 10:45:57 |
| 18 | the city.  I did a lot of work for Northwestern | 10:46:01 |
| 19 | University.  I did a big hotel here, what was it? | 10:46:04 |
| 20 | I think it was a big Radisson. | 10:46:07 |
| 21 | Anyhow, we would have to show the | 10:46:09 |
| 22 | certification.  They'd want everything from slip | 10:46:12 |
| 23 | resistance to yellowing to staining to, you know, | 10:46:14 |
| 24 | just the wear away. | 10:46:19 |
| 25 | So we would have to pass all those tests, | 10:46:22 |

| | | |
|---|---|---|
| 1 | and once a year they would give us a new | 10:46:25 |
| 2 | certification, and we'd use that in our sale. | 10:46:28 |
| 3 | If we didn't have certification, a | 10:46:30 |
| 4 | building inspector could shut us down, and the | 10:46:32 |
| 5 | certification we used was good in both the U.S. | 10:46:36 |
| 6 | and Canada. | 10:46:39 |
| 7 | Q  So there was this other company in | 10:46:40 |
| 8 | Arizona -- | 10:46:42 |
| 9 | A  Yes -- | 10:46:42 |
| 10 | Q  And then -- | 10:46:42 |
| 11 | A  There's actually a few of them. | 10:46:43 |
| 12 | Q  So did -- let me finish my question, | 10:46:44 |
| 13 | first. | 10:46:48 |
| 14 | So this other company in Arizona which was | 10:46:48 |
| 15 | doing acrylic, right? | 10:46:50 |
| 16 | A  Yes. | 10:46:52 |
| 17 | Q  And then was Joe still doing PVC in | 10:46:52 |
| 18 | Massachusetts? | 10:46:55 |
| 19 | A  Yes. | 10:46:56 |
| 20 | Q  Do you know, did he ever switch over to | 10:46:56 |
| 21 | acrylic? | 10:46:58 |
| 22 | A  No, he never did. | 10:46:59 |
| 23 | Q  Is he still operating today? | 10:47:00 |
| 24 | A  No, he sold the company.  And they closed | 10:47:02 |
| 25 | that division, and they only make -- their | 10:47:05 |

1  specialty is gigantic parts for gigantic military          10:47:09

2  things.                                                     10:47:14

3      Q  Still in the bath space or just general             10:47:15

4  parts?                                                      10:47:17

5      A  No, no, no.  They're making covers for              10:47:17

6  these big C5As for missile submarines, really              10:47:19

7  expensive.                                                  10:47:25

8      Q  Got it.                                              10:47:26

9      A  How he got into the bath space is he had a          10:47:27

10 bunch of scrap plastic, and he made discs about            10:47:30

11 ten inches, and he sold them to public housing so          10:47:34

12 that when they slam the door open, it didn't punch         10:47:37

13 a hole in the wall.                                         10:47:40

14     Q  I've seen those.                                     10:47:41

15     A  Okay.                                                10:47:42

16     Q  I'm aware of those.                                  10:47:42

17     A  Okay.                                                10:47:45

18     Q  All right.  So you -- how long,                      10:47:45

19 approximately, have you been in the bath industry?         10:47:47

20     A  '80.                                                 10:47:53

21     Q  Since 1980?                                          10:47:54

22     A  Probably, yeah.  Because when I repaired            10:47:55

23 counters, many of those counters were in the              10:48:01

24 bathroom.                                                   10:48:04

25     Q  Uh-huh.                                              10:48:07

1        A    What was going on in the bathroom -- I          10:48:08

2    don't know if you're old enough to remember -- but      10:48:10

3    the --                                                    10:48:11

4        Q    Probably not.                                    10:48:11

5        A    -- material -- the material back then was        10:48:12

6    imitation marble.  And it had stress cracks around       10:48:13

7    the drain.  It was called spider cracking.  And          10:48:21

8    that spider cracking was made because of the             10:48:23

9    polyurethane coating that they used on top of the        10:48:26

10   marble to make it shiny had what they called heat        10:48:30

11   cycles, where you go -- you know, its cold, it's         10:48:32

12   in the winter, it's up against the wall.  Somebody       10:48:34

13   turns the hot water on, that puts a stress on it,        10:48:36

14   and after so many cycles, it would start to crack.       10:48:40

15        And we would also have to have our                  10:48:42

16   products tested for a certain amount of heat             10:48:44

17   cycles.  Interestingly enough, after so many             10:48:46

18   cycles, they didn't care if it cracked.  So we           10:48:49

19   actually beat the minimum, but that's just the way       10:48:53

20   it was made back in the day.  They don't do that         10:48:55

21   anymore.  They have much better materials.               10:48:57

22        Q    And so do you still -- does Luxury Bath         10:49:06

23   Systems still exist today as an entity?                  10:49:11

24        A    No.                                             10:49:13

25        Q    What happened to it?                            10:49:13

| | |
|---|---|
| 1 | A  When I sold it, they changed the name. | 10:49:14 |
| 2 | They bought the customer list only, and they | 10:49:17 |
| 3 | changed the name -- they bought the customers and | 10:49:19 |
| 4 | the patents they had. | 10:49:23 |
| 5 | I had a patent on spraying a bathtub.  I | 10:49:23 |
| 6 | had a bath -- no, not spraying.  Excuse me. | 10:49:26 |
| 7 | Making a bathtub in the home.  I had a | 10:49:28 |
| 8 | patent on making a formed front skirt, and then | 10:49:31 |
| 9 | this patent here. | 10:49:41 |
| 10 | Q  Do you know, those other patents, did they | 10:49:43 |
| 11 | issue as U.S. patents or were they just filed as | 10:49:45 |
| 12 | patent applications? | 10:49:47 |
| 13 | A  Truthfully, I don't remember.  Here's why: | 10:49:50 |
| 14 | I had a lawyer on staff, and we -- once I | 10:49:57 |
| 15 | got the project going and get all the -- I was so | 10:49:59 |
| 16 | busy I couldn't see straight.  My wife was going | 10:50:03 |
| 17 | to leave me because I was always working, so I let | 10:50:06 |
| 18 | every individual manager run their department so | 10:50:12 |
| 19 | that I could run mine. | 10:50:14 |
| 20 | My job, as the CEO of the company, it was | 10:50:16 |
| 21 | like any other CEO, I -- you have a lot of hats to | 10:50:19 |
| 22 | run.  But mostly, at first, I did all the | 10:50:22 |
| 23 | technical stuff, and then I hired a technical guy. | 10:50:25 |
| 24 | Thank God, he was smart.  He was a college | 10:50:29 |
| 25 | professor.  He taught shop, and he's still out | 10:50:32 |

| | | |
|---|---|---|
| 1 | there. He's working as the technical director for | 10:50:37 |
| 2 | American Standard right now. | 10:50:39 |
| 3 | Q Who -- what's his name? | 10:50:41 |
| 4 | A Jeff Kincaid. | 10:50:43 |
| 5 | Q And when did you hire Jeff Kincaid? | 10:50:44 |
| 6 | A I have no idea. Long ago, '90s -- | 10:50:47 |
| 7 | Q '90s? | 10:50:49 |
| 8 | A -- if I have to guess, early '90s. | 10:50:50 |
| 9 | Q Do you know when he left? | 10:50:52 |
| 10 | A Six years ago, when I sold the company. | 10:50:55 |
| 11 | Q So he was there from the early '90s | 10:50:58 |
| 12 | through -- | 10:51:00 |
| 13 | A Yes. | 10:51:00 |
| 14 | Q Okay. | 10:51:00 |
| 15 | A I could get ahold of him. He's still | 10:51:00 |
| 16 | working. I got his number. | 10:51:03 |
| 17 | Q What's -- so just before you sold Luxury | 10:51:03 |
| 18 | Bath -- I guess better question. Strike that. | 10:51:09 |
| 19 | To whom did you sell Luxury Bath Systems? | 10:51:12 |
| 20 | A I sold the customer list and the patents | 10:51:18 |
| 21 | to Scott Rosenbach, who owns BCI. BCI means Bath | 10:51:20 |
| 22 | Crafters, Inc. | 10:51:20 |
| 23 | Q And did you sell them to Scott as an | 10:51:26 |
| 24 | individual or to BCI as a company, do you know? | 10:51:29 |
| 25 | A I don't know. | 10:51:30 |

| | | |
|---|---|---|
| 1 | MR. REMUS:  Hold on.  The one thing I'll | 10:51:31 |
| 2 | caution you is: | 10:51:33 |
| 3 | Don't disclose any information that is | 10:51:33 |
| 4 | confidential to BCI, especially because we have a | 10:51:36 |
| 5 | competitor on the phone today so -- | 10:51:40 |
| 6 | THE WITNESS:  Okay.  I don't know.  That's | 10:51:41 |
| 7 | the truth.  I don't remember.  It was a whirlwind. | 10:51:42 |
| 8 | BY MR. HALVERSON: | 10:51:44 |
| 9 | Q  Do you remember when that sale happened? | 10:51:45 |
| 10 | A  Probably '14 or '15. | 10:51:49 |
| 11 | Q  2014 or 2015? | 10:51:55 |
| 12 | A  Yeah.  Let me guess.  Hang on.  It's three | 10:51:56 |
| 13 | now.  Maybe... | 10:52:03 |
| 14 | I'm not good with dates.  Let's say '15, | 10:52:04 |
| 15 | '16.  I really don't -- I really don't know, you | 10:52:08 |
| 16 | know, it's a blur to me. | 10:52:10 |
| 17 | Q  Were there formal documents that you | 10:52:12 |
| 18 | signed to complete the sale? | 10:52:14 |
| 19 | A  Wait a minute.  Wait a minute.  Hang -- | 10:52:15 |
| 20 | hang on. | 10:52:18 |
| 21 | It might have been '16.  One of the many | 10:52:19 |
| 22 | reasons why I had to sell is I had kidney cancer, | 10:52:22 |
| 23 | and they told me that I didn't have long.  And on | 10:52:27 |
| 24 | top of that, I had some problems at work.  I had | 10:52:32 |
| 25 | actually retired and came back because of -- they | 10:52:35 |

| | | |
|---|---|---|
| 1 | had to fire the other CEO. | 10:52:42 |
| 2 | I was worried about just living at the | 10:52:44 |
| 3 | time.  Northwestern fixed it.  They took my kidney | 10:52:46 |
| 4 | out, and the doctor said I got it just in time, so | 10:52:48 |
| 5 | for that I am grateful. | 10:52:52 |
| 6 | Q  They've got a great operation there. | 10:52:53 |
| 7 | A  Oh, I know.  I have bone marrow cancer | 10:52:55 |
| 8 | right now, and they're treating me.  I'm on chemo | 10:52:59 |
| 9 | pills every day, and I got three more years, | 10:53:01 |
| 10 | according to them. | 10:53:03 |
| 11 | Q  The -- you said that they had to fire the | 10:53:04 |
| 12 | other CEO. | 10:53:06 |
| 13 | A  Yes. | 10:53:07 |
| 14 | Q  I thought you were the CEO of -- | 10:53:08 |
| 15 | A  I couldn't -- I retired at that time. | 10:53:10 |
| 16 | Q  Okay.  When did you retire from Luxury | 10:53:11 |
| 17 | Bath? | 10:53:19 |
| 18 | A  Maybe '14. | 10:53:21 |
| 19 | Q  Okay. | 10:53:23 |
| 20 | A  I retained 20 percent of the shares, but | 10:53:23 |
| 21 | I -- I had family issues.  My mom and dad both | 10:53:27 |
| 22 | were dying of cancer.  My mother-in-law and | 10:53:30 |
| 23 | father-in-law were dying of cancer. | 10:53:33 |
| 24 | So my wife and I decided to buy a big | 10:53:34 |
| 25 | house in Florida so they'd have a room and be able | 10:53:37 |

| | |
|---|---|
| 1 | to have guests, and we'd bring them down there. | 10:53:41 |
| 2 | We went to Orlando because there was a good | 10:53:44 |
| 3 | hospital down there then.  And our goal was to | 10:53:47 |
| 4 | stay with them until they passed, which is pretty | 10:53:49 |
| 5 | much what we did. | 10:53:51 |
| 6 | Q   And so -- | 10:53:52 |
| 7 | A   And then we came back here, because our | 10:53:53 |
| 8 | kids are here. | 10:53:56 |
| 9 | Q   Roughly 2014 you retired? | 10:53:58 |
| 10 | A   Yeah. | 10:54:00 |
| 11 | Q   Took a couple of years off, but retained a | 10:54:01 |
| 12 | small ownership percentage in -- | 10:54:06 |
| 13 | A   If you consider 20 percent small, okay. | 10:54:08 |
| 14 | Q   A sizeable ownership percentage? | 10:54:11 |
| 15 | A   Whatever, 20 percent, yeah. | 10:54:11 |
| 16 | Q   A 20 percent ownership percentage in | 10:54:15 |
| 17 | Luxury Bath? | 10:54:16 |
| 18 | A   Yeah. | 10:54:17 |
| 19 | Q   Throughout all of this, did you have any | 10:54:18 |
| 20 | involvement or ownership rights in Heartland Bath | 10:54:20 |
| 21 | still? | 10:54:25 |
| 22 | A   No.  Totally -- | 10:54:25 |
| 23 | Q   They were entirely gone. | 10:54:26 |
| 24 | A   Totally gone.  They were just a customer. | 10:54:26 |
| 25 | Q   And so there was a different CEO from 2014 | 10:54:34 |

| | |
|---|---|
| 1 | until 2015 or so -- | 10:54:36 |
| 2 | A   Yeah. | 10:54:36 |
| 3 | Q   -- you were gone for about a year? | 10:54:38 |
| 4 | A   Yeah, yes.  I had a lawyer. | 10:54:39 |
| 5 | Q   They had a lawyer? | 10:54:41 |
| 6 | A   I had a lawyer -- a lawyer ran the | 10:54:42 |
| 7 | company.  The other partners chose a lawyer.  His | 10:54:44 |
| 8 | name was Mike Krawitz. | 10:54:48 |
| 9 | Q   Got it.  Got it, got it. | 10:54:53 |
| 10 | A   We didn't know at the time, he was wasn't | 10:54:54 |
| 11 | a legal lawyer.  He had been disbarred for theft. | 10:54:58 |
| 12 | We had no idea.  He acted as our lawyer.  He went | 10:55:02 |
| 13 | to school to be a lawyer, but like I said, he was | 10:55:06 |
| 14 | disbarred. | 10:55:09 |
| 15 | Q   And was he Luxury Bath's lawyer before he | 10:55:10 |
| 16 | became the CEO? | 10:55:14 |
| 17 | A   Yes, that's why the rest of them wanted | 10:55:14 |
| 18 | it. | 10:55:17 |
| 19 | Q   Got it. | 10:55:17 |
| 20 | A   And like I said, I had to leave and take | 10:55:18 |
| 21 | care of my folks and my wife's folks. | 10:55:21 |
| 22 | Q   And so we'll get back to 2014, 2015, 2016 | 10:55:29 |
| 23 | in a second. | 10:55:33 |
| 24 | You've mentioned a couple of patents that | 10:55:34 |
| 25 | you've had a few times. | 10:55:36 |

| | | |
|---|---|---|
| 1 | A  Uh-huh. | 10:55:38 |
| 2 | Q  How would you characterize your | 10:55:39 |
| 3 | familiarity with the patenting process? | 10:55:41 |
| 4 | A  You hire a lawyer who does a patent, and | 10:55:43 |
| 5 | they help you.  The better help you have, at any | 10:55:46 |
| 6 | position, from technical in the back room, the | 10:55:51 |
| 7 | better things are.  I am not a genius at | 10:55:55 |
| 8 | everything.  I'm an inventor and I'm a tinkerer, | 10:55:58 |
| 9 | and I do my part, and then we work with them. | 10:56:02 |
| 10 | Q  And so you've used the word "inventor" a | 10:56:06 |
| 11 | few times.  What does that mean to you? | 10:56:12 |
| 12 | A  I like to figure out how to improve | 10:56:13 |
| 13 | things.  I like to look at a situation and say: | 10:56:17 |
| 14 | What can I do different and better? | 10:56:19 |
| 15 | And that's, like, in the manufacturing | 10:56:23 |
| 16 | process, I was always working on never-ending | 10:56:26 |
| 17 | improvements, and I believe every company would -- | 10:56:34 |
| 18 | what's that -- I forget the Japanese word, but | 10:56:37 |
| 19 | it's a very common thing, that what you have to | 10:56:39 |
| 20 | do, because if you don't, you'll get run over by | 10:56:41 |
| 21 | your competition.  Run over. | 10:56:45 |
| 22 | So somebody needs to -- in the company | 10:56:47 |
| 23 | needs to lead to the future, always new products | 10:56:49 |
| 24 | coming out, always new things coming out. | 10:56:52 |
| 25 | Q  So I want to hand you an exhibit and ask | 10:56:54 |

| | | |
|---|---|---|
| 1 | you some questions about it. | 10:56:57 |
| 2 |    A  Okay. | 10:56:58 |
| 3 |      MR. HALVERSON:  For the record, it's | 10:56:59 |
| 4 | U.S. Patent Number 10,144,243, and it has Bates | 10:57:00 |
| 5 | ranges spanning BCI00000001 through 9. | 10:57:09 |
| 6 |      (Domanico Exhibit 1 is introduced for the | 10:57:15 |
| 7 | record.) | 10:57:18 |
| 8 |      THE WITNESS:  It has what?  What did you | 10:57:18 |
| 9 | call it? | |
| 10 |      MR. HALVERSON:  One second.  I'm going to | |
| 11 | have the cort reporter put a stamp on it, and | |
| 12 | she's going to hand it to you. | |
| 13 |      THE WITNESS:  Okay.  What did you call it? | |
| 14 |      THE REPORTER:  Hold on.  Let me just | |
| 15 | write. | 10:57:38 |
| 16 | BY MR. HALVERSON: | 10:57:38 |
| 17 |    Q  She's got to take down everything. | 10:57:38 |
| 18 |    A  Okay. | 10:57:38 |
| 19 |    Q  So Bates ranges -- | 10:57:38 |
| 20 |    A  Okay. | 10:57:38 |
| 21 |    Q  -- or Bates numbers, are digits -- | 10:57:39 |
| 22 |    A  Okay.  Got it. | 10:57:39 |
| 23 |    Q  -- that are stuck on the bottom of a | 10:57:41 |
| 24 | document -- | 10:57:42 |
| 25 |    A  Okay. | 10:57:42 |

| | | |
|---|---|---|
| 1 | Q   -- in a litigation, so that everybody | 10:57:43 |
| 2 | knows that we're talking about the same thing. | 10:57:45 |
| 3 | A   Okay.  This is the Rolling Stone version. | 10:57:47 |
| 4 | Q   Yeah.  So this is the version that was | 10:57:50 |
| 5 | produced in this case of this patent -- | 10:57:53 |
| 6 | A   Uh-huh. | 10:57:54 |
| 7 | Q   -- and for the rest of this case, the | 10:57:55 |
| 8 | parties will understand that BCI00000001 will be | 10:57:57 |
| 9 | the first page of this patent. | 10:58:02 |
| 10 | A   Okay. | 10:58:04 |
| 11 | Q   So it's just a way of making sure that we | 10:58:04 |
| 12 | are all on the same page.  Fair? | 10:58:07 |
| 13 | A   Okay. | 10:58:09 |
| 14 | Q   Okay.  Have you ever seen this document | 10:58:12 |
| 15 | before? | 10:58:13 |
| 16 | A   Yeah, when it first came out. | 10:58:15 |
| 17 | Q   Is this your patent? | 10:58:16 |
| 18 | A   Yeah. | 10:58:18 |
| 19 | Q   And so I want to ask you a couple of | 10:58:18 |
| 20 | general patent questions before getting into | 10:58:21 |
| 21 | specifics about this one. | 10:58:23 |
| 22 | And to Mr. Remus's point, I'm not trying | 10:58:24 |
| 23 | to get into conversations that you had with | 10:58:30 |
| 24 | lawyers. | 10:58:32 |
| 25 | A   Okay. | 10:58:32 |

1      Q   So if the basis for some something is "The

2   lawyer told me," I don't want you to disclose that

3   information.  That's privileged information.

4      A   Okay.

5      Q   But I want to get an understanding of your

6   personal knowledge and your personal awareness of

7   certain things regarding patents, okay?

8      A   Okay.

9      Q   So do you understand what a patent claim

10  is?

11     A   Uh-huh.

12     Q   What is a patent claim?

13     A   That you have certain rights that the

14  government guarantees --

15     Q   And --

16     A   -- for a certain amount of time.

17     Q   And do you know how long that period of

18  time is?

19     A   I don't know.  I thought it was, like,

20  17 years.  I really don't know.

21     Q   And so if you could flip to the last page

22  of that document.

23     A   Okay.

24     Q   There are some numbered paragraphs.

25     A   There sure are.

10:58:32
10:58:36
10:58:39
10:58:40
10:58:41
10:58:43
10:58:46
10:58:48
10:58:49
10:58:51
10:58:51
10:58:52
10:58:54
10:58:56
10:58:56
10:58:58
10:59:00
10:59:02
10:59:02
10:59:06
10:59:09
10:59:11
10:59:15
10:59:16
10:59:19

1      Q   So those -- those numbered paragraphs in          10:59:20

2   patent parlance are called patent claims.               10:59:23

3      A   Okay.                                             10:59:26

4      Q   And those patent claims define what it is         10:59:26

5   that the patent covers.                                 10:59:29

6      A   Right.                                            10:59:31

7      Q   The right to exclude is defined by those          10:59:32

8   patent claims.                                           10:59:34

9      A   Okay.                                             10:59:35

10      Q   And then before that we have a bunch of          10:59:35

11   text and some images.                                   10:59:38

12      A   Right.                                           10:59:41

13      Q   The patent as a whole is the patent.  The        10:59:42

14   claims come at the end.                                 10:59:44

15      The specification and the written                     10:59:45

16   description -- excuse me, the written description        10:59:46

17   is that text in the middle, and then we've got          10:59:48

18   images in the -- in the front.                           10:59:50

19      A   Right.                                           10:59:52

20      Q   So approximately how many patent                 10:59:52

21   applications have you filed?                            10:59:57

22      A   Personally, none, but I always had lawyers       11:00:00

23   do it.  Is that what you mean, personally?              11:00:06

24      Q   The first question was you personally,           11:00:06

25   yes.                                                    11:00:08

| | | |
|---|---|---|
| 1 | A   No, I don't -- I hire people.  If I don't | 11:00:08 |
| 2 | know, I hire people. | 11:00:11 |
| 3 | Q   And how many patent applications are you | 11:00:12 |
| 4 | aware of that you provided to a lawyer, who then | 11:00:16 |
| 5 | actually filed them at the Patent Office? | 11:00:20 |
| 6 | A   I guarantee two of them, but I actually | 11:00:24 |
| 7 | long ago -- I think three of them, actually. | 11:00:29 |
| 8 | Q   And so one of them is this one? | 11:00:31 |
| 9 | A   One of them is this one. | 11:00:34 |
| 10 | Q   One of them is the sprayer? | 11:00:37 |
| 11 | A   The one will build -- make a bathtub in | 11:00:38 |
| 12 | the home. | 11:00:40 |
| 13 | Q   Uh-huh. | 11:00:40 |
| 14 | A   And the other one was for a formed front | 11:00:41 |
| 15 | skirt, which one time I had to go to court to | 11:00:45 |
| 16 | defend it.  Cost me a fortune in legal fees, make | 11:00:48 |
| 17 | you happy, but it didn't make me happy.  And I | 11:00:52 |
| 18 | actually won that case, and the judge made them | 11:00:55 |
| 19 | change what they were doing. | 11:00:58 |
| 20 | Q   What do you mean had to go to court to | 11:00:58 |
| 21 | defend it?  You were -- | 11:01:01 |
| 22 | A   Well, somebody was using my patent, and I | 11:01:02 |
| 23 | got no royalties from it.  Or credit.  So I just | 11:01:04 |
| 24 | said to my lawyer -- I went to see the lawyer and | 11:01:08 |
| 25 | said, What should we do?  The lawyer said, well, | 11:01:11 |

| | | |
|---|---|---|
| 1 | I'll send a cease-and-desist.  There were a series | 11:01:14 |
| 2 | of cease-and-desists. | 11:01:19 |
| 3 | I knew the guy.  I called him up and said, | 11:01:21 |
| 4 | Look, just find a different way.  Just don't steal | 11:01:23 |
| 5 | my patent, because it's worth something to me. | 11:01:27 |
| 6 | And some day when I sell the business, that will | 11:01:28 |
| 7 | be part of the sale, and it's not -- the sale | 11:01:31 |
| 8 | won't be as useful without that patent, so please | 11:01:33 |
| 9 | just do it a different way, and there are other | 11:01:37 |
| 10 | ways to do it.  But we had to go to court, and | 11:01:39 |
| 11 | eventually it was settled and I won. | 11:01:41 |
| 12 | Q  Do you remember who the other party was? | 11:01:44 |
| 13 | A  Sure. | 11:01:46 |
| 14 | Q  Who was it? | 11:01:46 |
| 15 | A  Mark Smith, my best friend.  And we laugh | 11:01:47 |
| 16 | about it all the time now, but I was serious.  You | 11:01:51 |
| 17 | don't step on somebody's patent. | 11:01:53 |
| 18 | Q  And so I want to get into a little bit of | 11:01:55 |
| 19 | the background behind this -- | 11:01:59 |
| 20 | A  Okay. | 11:02:00 |
| 21 | Q  -- patent. | 11:02:01 |
| 22 | Can you describe for me what it is, your | 11:02:03 |
| 23 | understanding of what this patent is? | 11:02:08 |
| 24 | MR. REMUS:  Object to form. | 11:02:09 |
| 25 | You can answer the question. | 11:02:14 |

| 1 | THE WITNESS:  It's a complicated answer, | 11:02:15 |
| 2 | okay? | 11:02:17 |
| 3 | There's what the patent is, and that's not | 11:02:18 |
| 4 | as important to me as what the patent does.  I | 11:02:23 |
| 5 | invented this for a whole series of things that | 11:02:28 |
| 6 | are not on here, because it's really not part of | 11:02:31 |
| 7 | the making of this particular piece of equipment. | 11:02:35 |
| 8 | But once the piece of equipment is made, | 11:02:39 |
| 9 | according to this patent, it saves me a lot of | 11:02:42 |
| 10 | time and a whole lot of money, and I can take care | 11:02:48 |
| 11 | of my customers way better because of this | 11:02:51 |
| 12 | invention. | 11:02:54 |
| 13 | BY MR. HALVERSON: | 11:02:54 |
| 14 | Q  And so I want to unpack that a little bit. | 11:02:55 |
| 15 | You said, "I invented this for a whole series of | 11:02:58 |
| 16 | things that are not on here." | 11:03:01 |
| 17 | A  Right. | 11:03:03 |
| 18 | Q  I want to ask two questions inside of | 11:03:03 |
| 19 | this, and I want to put both of them in your head | 11:03:08 |
| 20 | before I actually ask either one of them. | 11:03:11 |
| 21 | But when you say, "I invented this for a | 11:03:14 |
| 22 | whole series of things that are not on here," | 11:03:17 |
| 23 | first question is, what is the "this" that you | 11:03:19 |
| 24 | invented?  And then the second question is going | 11:03:23 |
| 25 | to be:  What are the whole host of things that are | 11:03:25 |

1    not on here.                                              11:03:28

2         And so what is the "this" that you're              11:03:28

3    referring to?                                            11:03:28

4    A    "This" is the -- how you make this                  11:03:28

5    particular sheet look like a tile wall that really       11:03:29

6    is different than anything else out there.               11:03:33

7         The other thing is:  What does it solve?            11:03:35

8    Why would you make a patent for a sheet that looks       11:03:39

9    like a tile wall?                                         11:03:43

10        And here's all the wonderful things it              11:03:44

11   does that could change my life.                          11:03:47

12        Originally, a few minutes ago, we talked            11:03:50

13   about how I make molds, and those molds have to be       11:03:54

14   chilled, and those molds are expensive, and those        11:03:58

15   molds were made from aluminum, and those molds are       11:04:02

16   5, 6,000 a piece if you have them done outside, or       11:04:05

17   if you make them inside, you could probably do it        11:04:08

18   for a grand.  But you still have to make a mold.          11:04:10

19        And when you make a wall, you can only              11:04:14

20   make that pattern.  So we would make a series of         11:04:16

21   molds for walls for different tile looks, and what       11:04:20

22   we called it was a tile look.                             11:04:25

23        Now, when you take a -- one sheet of                11:04:28

24   plastic, and you it down over a mold, that plastic       11:04:32

25   assumes the shape of the mold when it hardens.            11:04:38

| | | |
|---|---|---|
| 1 | But if you look at it, does it really look | 11:04:41 |
| 2 | like a tile wall or is it a bunch of squares? | 11:04:43 |
| 3 | Many, many customers would say to me, Oh, | 11:04:47 |
| 4 | I don't want that. It looks like plastic. | 11:04:49 |
| 5 | And the reason they said that was the | 11:04:52 |
| 6 | grout was the exact same pattern, color and shine | 11:04:54 |
| 7 | and had the pattern going through it. You could | 11:04:59 |
| 8 | easily see that wasn't grout. That was plastic | 11:05:02 |
| 9 | sucked over a mold. | 11:05:05 |
| 10 | Q  Uh-huh. | 11:05:05 |
| 11 | A  And it looked inexpensive, although it was | 11:05:08 |
| 12 | expensive to make, because if I had to have all | 11:05:13 |
| 13 | these different molds, I had to store them. | 11:05:17 |
| 14 | And then let's say I order six of this | 11:05:19 |
| 15 | particular wall. Somebody's got to go get the | 11:05:22 |
| 16 | mold, somebody's got to get the forklift, | 11:05:24 |
| 17 | somebody's got to set it up, somebody's got to | 11:05:29 |
| 18 | preheat it. | 11:05:31 |
| 19 | I got an hour, half hour to an hour, | 11:05:32 |
| 20 | depending if it's summer or winter, before that | 11:05:34 |
| 21 | mold is ready to go into production, and then I | 11:05:37 |
| 22 | make however many pieces I need. I usually waited | 11:05:39 |
| 23 | until the end of the week because it's so | 11:05:42 |
| 24 | cumbersome to take out at mold. | 11:05:44 |
| 25 | It would tie up a machine, it would tie up | 11:05:47 |

| | | |
|---|---|---|
| 1 | a man.  All that costs money, okay? | 11:05:50 |
| 2 | So one of the things this does is I no | 11:05:53 |
| 3 | longer needed molds.  I saved a fortune in real | 11:05:55 |
| 4 | estate where I had stacks and stacks of molds, | 11:06:00 |
| 5 | because of -- now you just program the mold with a | 11:06:02 |
| 6 | CNC router. | 11:06:06 |
| 7 | So look at the front page.  You see that | 11:06:07 |
| 8 | design in the middle?  This design is called a | 11:06:10 |
| 9 | Listello, and we had about six, eight of them, and | 11:06:13 |
| 10 | we used to make them separately, and we used to | 11:06:17 |
| 11 | have to form them separately.  Then we had to cut | 11:06:21 |
| 12 | the sheet, put the Listello in the middle when we | 11:06:23 |
| 13 | were doing the installation. | 11:06:26 |
| 14 | With this, I could put any Listello they | 11:06:29 |
| 15 | want with any type of tile pattern on any color. | 11:06:34 |
| 16 | So that really improved efficiency on our | 11:06:37 |
| 17 | end.  But the biggest thing it did was from the | 11:06:40 |
| 18 | customer's point of view, by using the router, | 11:06:43 |
| 19 | once you take off that clear layer, and you get | 11:06:47 |
| 20 | into the ABS layer, it's kind of gritty.  And it's | 11:06:49 |
| 21 | dull.  So you have this very high gloss sheet, or | 11:06:55 |
| 22 | high gloss tile, and then a dull surface that | 11:06:57 |
| 23 | looked like grout.  So it was a much more | 11:07:02 |
| 24 | realistic.  From the customer's point of view, it | 11:07:05 |
| 25 | was more beautiful.  They were willing to pay | 11:07:10 |

1    more.  Yet it was way easier for me to make,                    11:07:13

2    because I could make one of anything or ten of                  11:07:17

3    anything.  I just put it in there.                              11:07:20

4         In your copier machines, I'm sure you                      11:07:23

5    store certain docs that you press all the time.                 11:07:25

6    Well, that's what I had on my CNC.  I had a whole               11:07:27

7    bunch of programs that we had developed that you                11:07:31

8    just pick it, and you hit print, and the CNC would              11:07:33

9    go to work.                                                     11:07:36

10        And so I had a better product, better                      11:07:37

11   looking product, easier-to-make product.  It saved             11:07:40

12   me a whole bunch of labor in the factory.  I could             11:07:43

13   make it quicker, because if somebody calls me and              11:07:47

14   says, Look, I really need a wall yesterday.  Could             11:07:50

15   you get it out tomorrow?  I didn't want to take                11:07:52

16   down a mold, okay?  But this, I'll throw your                   11:07:55

17   sheet in next.  It was faster, I didn't have to                11:07:59

18   heat it, so I had no warping.  This was brilliant              11:08:02

19   in so many ways.                                                11:08:05

20        So although you see a patent on how to                     11:08:06

21   make the sheet, which is the last page, the                     11:08:09

22   importance of it was looking at it in its                       11:08:11

23   entirety.  This patent covers making it, but it                11:08:15

24   doesn't cover all the wonderful things it did for             11:08:19

25   my company and for my customers, and that's what I            11:08:22

| | | |
|---|---|---|
| 1 | mean by an inventor.  And I could make it in any | 11:08:26 |
| 2 | size, too. | 11:08:40 |
| 3 |    Q  What do you mean by that? | 11:08:41 |
| 4 |    A  Well, there are different sizes.  Some | 11:08:42 |
| 5 | tubs are 14 inches high, some tubs are up to | 11:08:48 |
| 6 | 18 inches high.  So the bath walls would be | 11:08:51 |
| 7 | different sizes. | 11:08:53 |
| 8 |       So when I go do, let's say, a military | 11:08:53 |
| 9 | base, so I go to an Army a base somewhere, to save | 11:08:56 |
| 10 | them money, I would only cut exactly the size they | 11:08:59 |
| 11 | needed or I would order from the manufacturer only | 11:09:02 |
| 12 | the size I needed. | 11:09:05 |
| 13 |       Now, let me show you about waste and | 11:09:06 |
| 14 | efficiency.  When I buy a white sheet to put it | 11:09:08 |
| 15 | into my thermoformer, in order to make these | 11:09:12 |
| 16 | patterns, there's a clamp all the way around it. | 11:09:17 |
| 17 |    Q  Uh-huh. | 11:09:19 |
| 18 |    A  My CNC would cut it out to be this.  And | 11:09:20 |
| 19 | we'd only use the part that we put on the wall, | 11:09:25 |
| 20 | but we would throw out maybe 10 percent in total | 11:09:28 |
| 21 | weight. | 11:09:31 |
| 22 |       10 percent of the cost was scrap, and | 11:09:31 |
| 23 | because it was multilayer, that scrap wasn't | 11:09:34 |
| 24 | always usable.  If -- there were certain things I | 11:09:39 |
| 25 | could use it for, like other walls, but I couldn't | 11:09:43 |

| | | |
|---|---|---|
| 1 | never use it for a bathtub, it had to be virgin, | 11:09:47 |
| 2 | because there's so many heat cycles a tub could | 11:09:51 |
| 3 | make. | 11:09:55 |
| 4 | Also, if it was a marble pattern, I | 11:09:55 |
| 5 | couldn't that because the colors would ruin the | 11:09:59 |
| 6 | white. | 11:09:59 |
| 7 | So this saved me 10 percent of materials. | 11:10:00 |
| 8 | Materials was my second biggest cost other than | 11:10:01 |
| 9 | labor.  So, like I said, a whole host of things | 11:10:04 |
| 10 | that this invention saved my company. | 11:10:07 |
| 11 | Q  Did you have to use different sheets of | 11:10:09 |
| 12 | acrylic? | 11:10:12 |
| 13 | A  Well, yeah.  Here's -- here's what I mean | 11:10:14 |
| 14 | by different sheets: | 11:10:17 |
| 15 | Some of them were white, biscuit, almond, | 11:10:19 |
| 16 | gray, black, marble patterns, granite patterns. | 11:10:22 |
| 17 | So, yes, depending on what the customer ordered. | 11:10:30 |
| 18 | Q  Sorry, my question was slightly different | 11:10:32 |
| 19 | and it wasn't clear, so let me try again. | 11:10:34 |
| 20 | Between the thermal molding process and | 11:10:37 |
| 21 | the CNC routing process -- | 11:10:37 |
| 22 | A  Essentially do that, essentially. | 11:10:37 |
| 23 | Q  Okay. | 11:10:47 |
| 24 | THE REPORTER:  I'm sorry -- | 11:10:47 |
| 25 | BY MR. HALVERSON: | 11:10:47 |

| | | |
|---|---|---|
| 1 | Q   Rule number 1. | 11:10:47 |
| 2 | THE REPORTER:  Yes, I didn't get what you | 11:10:47 |
| 3 | were saying because the question was interrupted. | 11:10:47 |
| 4 | Can you just start the question again? | 11:10:48 |
| 5 | BY MR. HALVERSON: | 11:10:48 |
| 6 | Q   Between the thermal molding acrylic sheets | 11:10:50 |
| 7 | and the CNC routed acrylic sheets, were there | 11:10:53 |
| 8 | differences that were needed? | 11:10:57 |
| 9 | A   The only difference was I used the exact | 11:10:58 |
| 10 | size, instead of an oversize sheet, because they | 11:11:01 |
| 11 | didn't have the waste from trimming it from all of | 11:11:04 |
| 12 | the clamps that were necessary to heat it up. | 11:11:10 |
| 13 | So because I didn't have to heat it and | 11:11:12 |
| 14 | clamp it, like I said, I saved 10 percent of the | 11:11:15 |
| 15 | total cost, and that's huge. | 11:11:18 |
| 16 | Q   When you purchased sheets of acrylic from | 11:11:24 |
| 17 | the Austrian company, Liberty Plastics, SparTek, | 11:11:29 |
| 18 | what have you -- | 11:11:33 |
| 19 | A   Uh-huh. | 11:11:36 |
| 20 | Q   What -- | 11:11:36 |
| 21 | A   Senoplast was the one we were talking | 11:11:36 |
| 22 | about before. | 11:11:39 |
| 23 | Q   One more time? | 11:11:40 |
| 24 | A   Senoplast. | 11:11:40 |
| 25 | Q   Senoplast.  What form did those take? | 11:11:42 |

1    Were they --                                    11:11:46

2         A  Flat sheets.                            11:11:46

3         Q  -- in a roll?  You'd just get a pallet of    11:11:47

4    flat sheets?                                    11:11:49

5         A  Yes.  I had certain sizes that we -- were    11:11:49

6    the most common.  But if I had a big job, I would    11:11:52

7    order the exact size if it was not going to be    11:11:55

8    thermoformed, because it would save money, and    11:11:59

9    that would help me get the job, because when    11:12:03

10   you're bidding with a GSA, say, every dollar    11:12:06

11   counts.  You know, you're up against a whole bunch    11:12:11

12   of other people, so if they're using the old way,    11:12:14

13   where they have a lot of trim, they got to put    11:12:18

14   that into the price, and they got to heat it, and    11:12:20

15   they can handle a bunch more, and they had to pay    11:12:24

16   for the molds.  This went right past all that.    11:12:25

17        Q  What is the standard size that you    11:12:28

18   would -- of acrylic sheet that you would buy from    11:12:30

19   something like Senoplast?                       11:12:33

20        A  Five foot by a foot for a bath wall, and    11:12:36

21   then 34 or 36 for a side wall.  And then we bought    11:12:41

22   wainscoting sizes too.                          11:12:46

23        Q  What is a wainscoting size?             11:12:48

24        A  You ever see a wall halfway up?         11:12:52

25        Q  Yes.                                    11:12:57

| | | |
|---|---|---|
| 1 | A   That's called wainscoting.  And I could do | 11:12:57 |
| 2 | that in just plain white or we could do it in a | 11:12:58 |
| 3 | tile look, we could do it in a marble, and then we | 11:12:58 |
| 4 | had a cap over the top, you know, like you see in | 11:13:00 |
| 5 | the hospitals where they bang into it | 11:13:03 |
| 6 | with -- yeah. | 11:13:05 |
| 7 | Q   And so, where did the idea come from? | 11:13:06 |
| 8 | A   I was somewhere, and I saw a name -- I've | 11:13:08 |
| 9 | been thinking about all the damn steps that we | 11:13:13 |
| 10 | would take in the back room, and how much room and | 11:13:18 |
| 11 | how much energy, and all the other good stuff. | 11:13:24 |
| 12 | And I wasn't getting anywhere, and I had a | 11:13:25 |
| 13 | flash.  I saw somebody's name tag that was not | 11:13:29 |
| 14 | name tag.  On their desk.  It was wood grain, and | 11:13:30 |
| 15 | it was routed with their name, and it was white | 11:13:34 |
| 16 | underneath it because it was a two-layer sheet. | 11:13:37 |
| 17 | Wood lanyard. | 11:13:43 |
| 18 | And I said, you know, dammit, that could | 11:13:44 |
| 19 | solve half my -- and the more I thought about it | 11:13:48 |
| 20 | sitting there waiting, the more ideas were popping | 11:13:50 |
| 21 | into my head, going, This is awesome.  Oh, my God. | 11:13:53 |
| 22 | So I got to -- I got to do this. | 11:13:57 |
| 23 | So I went and I picked up a piece of scrap | 11:13:58 |
| 24 | metal, and I asked one of my guys:  Could you rout | 11:14:02 |
| 25 | this?  This is what I'm looking for.  I'm looking | 11:14:06 |

| | | |
|---|---|---|
| 1 | for, like, a 6 x 9, or Roman block.  This is | 11:14:08 |
| 2 | probably 6 x 12, and this is a herringbone.  You | 11:14:14 |
| 3 | could do it any way you want, actually. | 11:14:17 |
| 4 | And what I used to do it originally was | 11:14:19 |
| 5 | the blades that we had on the machine.  The router | 11:14:24 |
| 6 | bit was a straight bit, because we were using it | 11:14:29 |
| 7 | to cut out sheets from the clamp -- the clamp | 11:14:32 |
| 8 | frame. | 11:14:38 |
| 9 | Q  So there was already a CNC routing bit -- | 11:14:39 |
| 10 | A  On the machine.  On the machine. | 11:14:41 |
| 11 | Q  -- on the thermal molding machine? | 11:14:42 |
| 12 | A  It wasn't the thermal molding.  It was its | 11:14:44 |
| 13 | own CNC.  It was actually bigger than the thermal | 11:14:47 |
| 14 | molding machine. | 11:14:51 |
| 15 | I bought a used German CNC that was really | 11:14:51 |
| 16 | a piece of crap at an auction.  It was a company | 11:14:56 |
| 17 | that was going out of business.  It was very | 11:14:58 |
| 18 | difficult to work with because of its age, but it | 11:15:00 |
| 19 | did the job, and because it had a straight bit, it | 11:15:03 |
| 20 | left sharp edges. | 11:15:10 |
| 21 | Matter of fact, I cut myself on the | 11:15:11 |
| 22 | original edge, it was that sharp, but that was my | 11:15:14 |
| 23 | prototype, and it proved what I wanted. | 11:15:19 |
| 24 | So at that time I had a different job | 11:15:24 |
| 25 | within the company.  I had -- we had hired a CEO, | 11:15:26 |

1   another lawyer, and I was out working with the          11:15:29

2   customers trying to regain their trust, because         11:15:32

3   of4k -- I'm a people person, and everybody liked        11:15:34

4   me, so they said, You go out, you sit with the          11:15:37

5   customers, you tell them that we're going to fix        11:15:41

6   all the problems we're having, and we were having       11:15:44

7   problems.                                               11:15:46

8           So I took this prototype, and I took it to      11:15:46

9   a whole bunch of people.  Jeff was one of them,         11:15:50

10  and everybody really liked it, including Jeff.          11:15:53

11      Q   And so that German CNC machine that you         11:15:56

12  already had on-site --                                  11:15:59

13      A   Uh-huh.                                          11:16:01

14      Q   -- was that -- were you able to add             11:16:02

15  designs to it or how did you control where that         11:16:05

16  bit went?                                               11:16:08

17      A   Well, it had a control head.  It had an         11:16:09

18  interpreting thing.  You put in a program --            11:16:12

19  because it was older, you put in coordinates.           11:16:17

20  You'd say go so far, you turn 90 degrees, go so         11:16:21

21  far, you'd go -- you know, and you would tell it.       11:16:25

22          So it was a cumbersome way to put in a          11:16:26

23  design, like you see here in the Listello.  But         11:16:29

24  you could do it in half a day, you could do it in       11:16:33

25  four hours, five hours per program, and then you        11:16:36

1   save that program forever.                              11:16:39

2        What happened was eventually that had             11:16:40

3   died, and I bought a new American head, and then       11:16:43

4   it was so easy to control.  You could actually         11:16:48

5   just do it on your computer in Windows, and you        11:16:51

6   take the program and put the jpeg in there, and it     11:16:54

7   just did it itself, made it so much easier.            11:16:56

8        Q  Do you know, was that an autoCAD type of       11:17:00

9   drawing software?                                      11:17:03

10       A  It wasn't the autoCAD.  The autoCAD has an     11:17:04

11  interface between the CNC.  I forgot what it's         11:17:09

12  called.  Give me a second.  Toolpath.  Toolpath,       11:17:13

13  do you know it?                                        11:17:14

14       Q  I do.                                          11:17:15

15       A  So we would write it for Toolpath, and         11:17:16

16  Toolpath was the one that controlled the CNC.          11:17:19

17       Q  Got it.                                        11:17:19

18       A  And it was a beautiful program.  Matter of     11:17:21

19  fact, my wife knew how to do CAD, because she was      11:17:24

20  an engineer at Bell Labs, and she wrote the            11:17:27

21  programs for us, and then we -- she put them in        11:17:30

22  the Toolpath, and then we'd just put them on a         11:17:32

23  jump drive and stick it in the -- stick it in the      11:17:35

24  machine.  And she also ran another CNC that we had     11:17:37

25  for making -- working with solid surface.              11:17:40

| | | |
|---|---|---|
| 1 | Q  And so I want to -- the German CNC | 11:17:43 |
| 2 | machine -- | 11:17:47 |
| 3 | A  Right. | 11:17:47 |
| 4 | Q  -- the first one that you guys had -- | 11:17:47 |
| 5 | A  Right. | 11:17:49 |
| 6 | Q  -- could you have used Toolpath on that? | 11:17:50 |
| 7 | A  Yeah. | 11:17:52 |
| 8 | Q  What -- what ultimately happened to that | 11:17:54 |
| 9 | one?  You said it -- | 11:17:57 |
| 10 | A  It's still working. | 11:17:58 |
| 11 | Q  Oh, it did. | 11:17:58 |
| 12 | A  It's still working right now.  It's | 11:17:59 |
| 13 | pumping it out. | 11:18:01 |
| 14 | It's not our main one, because it's so | 11:18:02 |
| 15 | damn slow, bought they're so busy right now that | 11:18:06 |
| 16 | it's pretty much working -- it's not working three | 11:18:11 |
| 17 | shifts.  We bought another --a laser one that | 11:18:14 |
| 18 | works a lot faster. | 11:18:16 |
| 19 | MR. REMUS:  Don't disclose anything | 11:18:16 |
| 20 | confidential. | 11:18:19 |
| 21 | THE WITNESS:  We bought another one that's | 11:18:19 |
| 22 | faster.  That's all they wanted out of it, because | 11:18:21 |
| 23 | of -- that product sells really good, not only in | 11:18:23 |
| 24 | the bathtub industries, but in other industries, | 11:18:28 |
| 25 | too. | 11:18:30 |

1        MR. HALVERSON:  So we have been going for          11:18:31

2    about an hour.  I'm happy to keep going.  If you'd     11:18:33

3    like to take a break and stretch your legs --          11:18:34

4        THE WITNESS:  Only if you give me a Diet           11:18:34

5    Coke.                                                  11:18:37

6        MR. HALVERSON:  I can get you a Diet Coke.         11:18:37

7    Let's take two minutes, five minutes.                  11:18:38

8        THE VIDEOGRAPHER:  We are going off the            11:18:40

9    record.  The time is 11:18 a.m.                        11:18:42

10       (Recess taken.)                                    11:18:51

11       THE VIDEOGRAPHER:  We are going back on            11:25:00

12   the record.  The time is 11:25 a.m.                    11:25:12

13   BY MR. HALVERSON:                                      11:25:12

14       Q  Mr. Domanico, you said you wanted to            11:25:16

15   complete an answer on a question about claims, so      11:25:18

16   what would you like to complete there?                 11:25:21

17       A  I have worked with other patents that I         11:25:23

18   did not invent that changed the sheet.  There is       11:25:30

19   a -- Dow Corning had invented an antimicrobial         11:25:37

20   product called Microban, and Microban can be put       11:25:40

21   into an acrylic wall system so that -- and into        11:25:48

22   caulk.                                                 11:25:54

23       So what when we would go into a home, and          11:25:55

24   we would see they have mold everywhere, because        11:25:57

25   they didn't have a fan, and they would have these      11:26:00

| | | |
|---|---|---|
| 1 | black lines, and it looked terrible, I would say, | 11:26:03 |
| 2 | We have -- I came up with this idea.  I went to | 11:26:07 |
| 3 | Dow, and they said, You'll never get it approved, | 11:26:11 |
| 4 | and then, oh, okay. | 11:26:13 |
| 5 | But I worked hard.  I actually hired a | 11:26:13 |
| 6 | guy, a professor to go to the FDA with me and get | 11:26:15 |
| 7 | some approval on this product.  And today, and | 11:26:18 |
| 8 | since I came up with the idea, we have put | 11:26:20 |
| 9 | Microban, and Microban has a series of claims. | 11:26:23 |
| 10 | All pesticides.  Anything that kills something is | 11:26:27 |
| 11 | a pesticide, according to the law.  Even if it | 11:26:32 |
| 12 | kills germs, it's considered a pesticide. | 11:26:35 |
| 13 | So I had the claims on the form that the | 11:26:37 |
| 14 | FDA would allow.  So I understood what I was | 11:26:39 |
| 15 | allowed to claim when I was in front of the | 11:26:41 |
| 16 | customer.  I was not allowed to say, By killing | 11:26:43 |
| 17 | germs on your plastic sheet, you'd live a | 11:26:47 |
| 18 | healthier life, because there's no proof of that. | 11:26:51 |
| 19 | What I was allowed to claim is if mold or | 11:26:53 |
| 20 | mildew lands on the sheet, there's a built-in | 11:26:57 |
| 21 | antimicrobial, and that antimicrobial will arrest | 11:26:58 |
| 22 | the growth of mold and mildew in the caulking and | 11:27:04 |
| 23 | the sheet. | 11:27:07 |
| 24 | And at that time I was the only one with | 11:27:07 |
| 25 | an antimicrobial.  And the reason I used Microban | 11:27:09 |

1  instead of just, like, silver oxide, which you          11:27:13

2  could buy anywhere cheap, is there were a whole          11:27:17

3  bunch of phenomenally well-known companies.  Like          11:27:20

4  Colgate puts it in the toothpaste so that you have          11:27:23

5  gingivitis protection.          11:27:23

6          And by saying, do you recognize -- do you          11:27:24

7  recognize all of these companies?  They all use          11:27:29

8  Microban to protect what it is, and they have          11:27:31

9  claims.  I have claims.  And my claim is it's for          11:27:37

10  mold and mildew protection.          11:27:40

11     Q  And so when you used the word "claims"          11:27:41

12  there, you are talking about what you were allowed          11:27:45

13  to say to the FDA?          11:27:48

14     A  What I was allowed to say, yes.  I was not          11:27:48

15  allowed to say It makes you healthier.  It makes          11:27:51

16  your bath -- it protects that product from mold          11:27:53

17  and mildew.  That's all I was allowed to say.          11:27:57

18          And I -- but I went down to the FDA with a          11:27:59

19  professional.  The guy was -- I forgot his title.          11:28:03

20  Famous guy.  University -- Georgia Tech.  And he          11:28:09

21  was a chicken doctor.          11:28:15

22          And he invented -- he came out with this          11:28:16

23  to protect the processing plants.  They would          11:28:20

24  spray every night to make sure everything          11:28:25

25  was -- after bleach and everything else, because          11:28:27

1    it had a two-day effective period, according to      11:28:29

2    the FDA.                                              11:28:32

3         It did not.  It actually had an extremely        11:28:33

4    long effective period.  But the FDA didn't allow      11:28:36

5    that claim.                                           11:28:38

6    Q  I see.  I see.                                     11:28:39

7    A  So I understand what you mean by claims is         11:28:40

8    I hire people to explain it to me, so that I knew     11:28:43

9    I didn't cross any boundaries when I went out         11:28:48

10   there.  So I added that to my sheet, too.             11:28:51

11   Q  And so I want to -- I want to shift gears          11:28:54

12   a little bit.  You had given a shout-out to           11:28:55

13   Mr. Whitley --                                        11:28:59

14   A  Yeah.                                              11:28:59

15   Q  -- on the phone earlier?                           11:28:59

16        When did you first meet Jeff Whitley?            11:29:01

17   A  When he became a dealer.                           11:29:02

18   Q  When was that?                                     11:29:04

19   A  I had hundreds of dealers.  I can't                11:29:04

20   remember the date.  Could I ask Jeff?                 11:29:08

21   Q  No, it's okay.                                     11:29:11

22   A  Okay.  We hit it off right away.  He's a           11:29:13

23   good guy.  He was in Canada.  I love Canada.  He      11:29:18

24   had a similar business.  He had a distribution        11:29:21

25   point in Canada, and I went to see him, we went       11:29:24

1  fishing together.  Great guy.  Had a beautiful                    11:29:27

2  house, yard, amazing.                    11:29:29

3      Q  Was this, do you think, before or after                    11:29:31

4  your first retirement from Luxury Bath?                    11:29:34

5      A  Oh, probably before.                    11:29:38

6      Q  And do you have an understanding of                    11:29:41

7  whether or not it was before or after 9/11?                    11:29:42

8      A  It would have to be after, I would think.                    11:29:52

9          Hey, you want to hear this?  The night                    11:29:56

10  before 9/11 I was at the Marriott World Trade                    11:29:57

11  Center for dinner.  Literally hours before.                    11:30:00

12  12 hours.                    11:30:04

13      Q  So when you -- you said you -- you                    11:30:10

14  mentioned Jeff's house.  Have you been to Jeff's                    11:30:11

15  house?                    11:30:15

16      A  Yes.                    11:30:15

17      Q  Where is it?                    11:30:16

18      A  It's in Bellevue -- Belleville, Canada,                    11:30:17

19  part of Ontario, and it's right near Lake Erie.                    11:30:21

20  And he has another house that used to be his dad's                    11:30:25

21  right on Lake Erie, and he told me he's                    11:30:27

22  building or he has built another one that he's                    11:30:30

23  moving to soon.                    11:30:32

24      Q  And approximately how many times have you                    11:30:33

25  been to Canada to visit Mr. Whitley?                    11:30:35

| | | |
|---|---|---|
| 1 | A   Two, maybe three, maybe four, because I go | 11:30:39 |
| 2 | on the road a lot where I just go bing-bing-bing, | 11:30:42 |
| 3 | and I don't remember how many times.  It just -- | 11:30:45 |
| 4 | because I talk one the phone, we text.  All my | 11:30:46 |
| 5 | dealers are that way. | 11:30:50 |
| 6 | Q   How -- has he ever been to visit you in | 11:30:51 |
| 7 | Chicago? | 11:30:54 |
| 8 | A   Oh, yeah. | 11:30:55 |
| 9 | Q   You -- | 11:30:55 |
| 10 | A   I always ask people to come to Chicago. | 11:30:55 |
| 11 | Q   And when was the first time, best | 11:30:58 |
| 12 | recollection, that you recall Jeff coming to | 11:31:02 |
| 13 | Chicago? | 11:31:03 |
| 14 | A   Probably one of our dealer meetings where | 11:31:05 |
| 15 | everybody shows up. | 11:31:08 |
| 16 | Q   And you've mentioned dealers.  You've got | 11:31:10 |
| 17 | a lot of dealers -- | 11:31:13 |
| 18 | A   Yeah, because I asked him to speak, | 11:31:14 |
| 19 | because Jeff does something that the other guys | 11:31:16 |
| 20 | don't do.  Jeff sells, like, plumbing parts and | 11:31:19 |
| 21 | other things, and he really understood the | 11:31:26 |
| 22 | distribution portion. | 11:31:28 |
| 23 | Eventually we worked -- we started talking | 11:31:29 |
| 24 | about working together where he would take care of | 11:31:34 |
| 25 | all of the Canadian, because getting things sent | 11:31:36 |

| | | |
|---|---|---|
| 1 | across the border at the time was difficult.  So | 11:31:39 |
| 2 | if he's shipping some parts to them, and I'm | 11:31:42 |
| 3 | shipping other parts to these -- why not just let | 11:31:45 |
| 4 | him ship and work with Canada? | 11:31:47 |
| 5 | We tried working on an agreement, but he | 11:31:48 |
| 6 | was being sued by another company called Five | 11:31:50 |
| 7 | Star, and I told him, I just don't want to get | 11:31:55 |
| 8 | involved in any legal disputes right now.  You | 11:31:59 |
| 9 | guys work it out, tell me who won, and we'll pick | 11:32:02 |
| 10 | it up from there.  But these things happen. | 11:32:05 |
| 11 | Q  And how would you characterize your | 11:32:07 |
| 12 | current relationship with Jeff? | 11:32:10 |
| 13 | A  Good.  He just came to visit us.  He | 11:32:11 |
| 14 | wanted some parts for -- he wanted some shower | 11:32:15 |
| 15 | pads. | 11:32:19 |
| 16 | I'm retired.  I don't have a paycheck from | 11:32:19 |
| 17 | anybody, but I still help out two different | 11:32:22 |
| 18 | companies.  I help out my son's company, and I | 11:32:25 |
| 19 | help out Mark Smith's company. | 11:32:27 |
| 20 | And I said to Jeff, Why don't you come to | 11:32:30 |
| 21 | Mark Smith?  He makes shower pads and bathtubs, | 11:32:33 |
| 22 | and you could buy whatever you want from him, and | 11:32:36 |
| 23 | I think Mark is going to actually buy some wall | 11:32:39 |
| 24 | systems from Jeff.  Or at least that's what both | 11:32:42 |
| 25 | of them told me. | 11:32:45 |

1      I've been going to -- about every two or      11:32:46

2   three weeks I go to Mark Smith's company called      11:32:49

3   Bath Maxx, and I hang out there for three or four      11:32:52

4   hours, and we just talk shop, because of -- we're      11:32:57

5   both tinkerers, and it's fun.  I get a free      11:33:00

6   breakfast out of it.      11:33:04

7      Q  Nothing wrong with that.      11:33:04

8      A  Yes.      11:33:04

9      Q  You had mentioned an agreement      11:33:07

10   regarding -- what did you say?      11:33:14

11      We started talking about working together      11:33:15

12   whereby he would take care of all the Canadian      11:33:17

13   things --      11:33:22

14      A  Yeah.      11:33:22

15      Q  -- and you would do the United States.      11:33:22

16      A  Right.      11:33:24

17      Q  What kind of products were you talking      11:33:24

18   about at that point in time?      11:33:26

19      A  Bathtubs, walls, soap dishes, shower      11:33:29

20   caddies, things like that.  And he had some      11:33:32

21   products that he made that I really liked but we      11:33:35

22   did not come to terms with.      11:33:38

23      I -- he made a bathtub that was very      11:33:41

24   unique, and he got it patented, I believe he said,      11:33:44

25   and it was called a two-piece walk-in tub, and      11:33:47

1   it's for seniors.  And the beauty of it is some of          11:33:50

2   those two piece -- some of those big walk-in tubs           11:33:54

3   don't go through a door.                                    11:33:55

4        What Jeff invented was a perfect seal in               11:33:57

5   the middle so that you could walk it in two pieces          11:34:00

6   both together.                                              11:34:03

7        I wanted to sell it.  Jeff wanted a lot of             11:34:04

8   money.  He wanted me to buy the rights for a                11:34:06

9   million bucks, and I wanted to give him a piece of          11:34:10

10  every tub, and we never came to an agreement on             11:34:13

11  that, because I just -- I wasn't going to sell              11:34:17

12  that many.  It just wasn't going to be worth it.            11:34:19

13    Q  And so was the idea, then, about the --                11:34:22

14  segmenting the U.S. and Canada, that both parties           11:34:24

15  would be selling the same products to their                 11:34:27

16  respective country?                                         11:34:29

17    A  That's what we were working toward.                    11:34:31

18  That's what we were talking about.                          11:34:34

19        And I wasn't the only one in that.  The               11:34:34

20  lawyer, Mary, was also part of that, because I              11:34:38

21  said, you know, You work out the agreement with             11:34:40

22  I'm.  But I thought with all the problems getting           11:34:42

23  things across the border, and all the costs, and            11:34:45

24  at that time -- the Canadian dollar goes up and             11:34:54

25  down a lot.  Sometimes it's more than the US                11:34:58

1    dollar, sometimes, like right now, it's less than              11:34:58

2    the US dollar, but it brought a consistent level,              11:34:59

3    and it was better for the customers.                           11:35:01

4        Q   And so would the customers have gotten the             11:35:03

5    same product, same brand name, same quality,                   11:35:05

6    regardless of which one --                                     11:35:11

7        A   I think he wanted -- I'm not sure.  I                   11:35:12

8    think he wanted to call it Milestone.                          11:35:14

9        Q   And I guess what I'm -- what I'm                        11:35:14

10   ultimately --                                                  11:35:14

11       A   I didn't have a problem with that.                     11:35:15

12       Q   Where I'm ultimately going with this is:               11:35:17

13           Was there contemplated to be a sharing of              11:35:20

14   the way of doing something?                                    11:35:24

15       A   Of helping distribution.                               11:35:25

16       Q   Okay.                                                  11:35:25

17       A   Because that's what it's all about.  He's              11:35:26

18   already in Canada.  He has all the licenses in                 11:35:28

19   Canada.  He's -- he's just over the border from                11:35:29

20   New York.  You could ship it into Canada.  He                  11:35:33

21   could distribute it to his people.                             11:35:37

22       Q   Okay.                                                  11:35:37

23       A   I take care of the U.S., and I did not                 11:35:38

24   have that many people at all in Canada.  So it                 11:35:40

25   wasn't a huge thing, all right?  Bunch of little               11:35:43

1    guys, and if he would have took them over, he          11:35:46

2    would have actually probably done me a favor.          11:35:49

3        I hate saying no to people but the costs          11:35:52

4    involved in making little orders, I was paying $50     11:35:56

5    bucks for just a pallet and then banding it and        11:36:01

6    shipping it and filling in all the paperwork to        11:36:02

7    get it across the border.  I'd rather just send        11:36:05

8    one truck and let him do it.  There weren't enough     11:36:09

9    customers to be worth me hiring somebody to do         11:36:10

10   this full time for Canadian export.  So it seemed      11:36:12

11   like the right thing to do at that time.               11:36:17

12       Q  Did you have similar conversations with         11:36:19

13   any of your other distributors?                        11:36:20

14       A  No, they weren't in Canada.                     11:36:22

15       Q  So other than --                                11:36:22

16       A  I had no other distributors.  I do --           11:36:26

17       Q  Dealers, sorry.  Let me ask that again.         11:36:32

18       A  A dealer is somebody who buys it to            11:36:34

19   install it.  A distributor is someone who buys it      11:36:37

20   to resell it.                                          11:36:40

21       Q  Let me ask that question again.                 11:36:40

22       A  And Jeff did both.                              11:36:42

23       Q  So did you have similar conversations with      11:36:42

24   any of your other dealers about acting like a          11:36:45

25   distributor?                                           11:36:48

1        A  Well, many of them asked me if they                    11:36:48

2    could -- you know, well, I could do California, or             11:36:50

3    I don't know.  If it's in the U.S., I've got a lot             11:36:52

4    of good relationships with trucking companies,                 11:36:56

5    really good discounts.  They'll come, they'll pick             11:36:58

6    up everything, put it on FedEx and bring it to a               11:37:02

7    break point out in Vegas or Denver, and then                    11:37:05

8    they'll break it up from there.                                 11:37:05

9        I don't need -- I don't have a problem                      11:37:10

10    with distribution, so it wasn't worth my time, and            11:37:11

11    I did not want to give anybody else control of my             11:37:14

12    customers.  So I often was asked, and often                    11:37:16

13    immediately said, no, no, no, I don't work that               11:37:21

14    way.                                                           11:37:24

15       Q  Was there anything other than the fact                   11:37:24

16    that Jeff was in Canada that made Jeff an                      11:37:26

17    attractive option as a potential distributor?                 11:37:29

18       A  He was already a distributor.  He was                    11:37:32

19    distributing other products, and he was in Canada,            11:37:35

20    and I didn't have many people in Canada, and it               11:37:37

21    was the biggest guy I had in Canada.  It just                 11:37:40

22    worked.  Or at least we tried to get it to work.              11:37:42

23    It just didn't happen.                                        11:37:45

24        But the truth is, I tell him all the time,                11:37:47

25    you know, I got a guy calling me.  I didn't want              11:37:50

| | |
|---|---|
| 1 | him.  Just pass the lead on. | 11:37:52 |
| 2 | Q  Would you consider Jeff to be a technical | 11:37:58 |
| 3 | person? | 11:38:00 |
| 4 | A  He is. | 11:38:01 |
| 5 | Q  How do you know that? | 11:38:01 |
| 6 | A  Well, he told me he had a degree in | 11:38:02 |
| 7 | engineering. | 11:38:06 |
| 8 | Q  Have you ever had any technical | 11:38:06 |
| 9 | conversations with Jeff? | 11:38:08 |
| 10 | A  I have technical conversations with | 11:38:11 |
| 11 | everyone.  Every guy I go to wants to tell me what | 11:38:13 |
| 12 | needs to be done to make it better.  That's what | 11:38:17 |
| 13 | you do when you visit a customer:  What can I do | 11:38:20 |
| 14 | to make it better for you? | 11:38:23 |
| 15 | And Jeff, like everybody else, everybody | 11:38:26 |
| 16 | wants it packed a certain way.  Wants it banded. | 11:38:26 |
| 17 | I only want A frames.  I only want sheets with -- | 11:38:31 |
| 18 | Jeff was specific about how his was packed, | 11:38:35 |
| 19 | because it was a long distance to Canada -- I also | 11:38:38 |
| 20 | had the same problem shipping to California, | 11:38:40 |
| 21 | especially if you were putting a shower glass door | 11:38:42 |
| 22 | on it, because glass, UPS and FedEx are not the | 11:38:45 |
| 23 | daintiest, and no matter how big of an orange sign | 11:38:50 |
| 24 | you put on it that said "Do Not Stack," that's | 11:38:53 |
| 25 | where they put the 300 -- 3,000-pound vice right | 11:38:56 |

1    on top of the glass door.                                11:39:00

2         Eventually I just started shipping West            11:39:03

3    Coast glass doors made in the west coast                11:39:09

4    because...                                               11:39:09

5         There's -- running a business, you always          11:39:14

6    run into the technical stuff.                            11:39:16

7    Q   Is that kind of the tinkering that you              11:39:17

8    were referring to earlier today?                         11:39:20

9    A   Yes, yes.                                            11:39:21

10   Q   Did you ever make any -- excuse me.  Let            11:39:23

11   me try that again.                                       11:39:23

12        Did you ever make any changes to anything          11:39:23

13   that you were doing based on a suggestion from a         11:39:24

14   dealer?                                                  11:39:31

15   A   Well, let's take Jeff in particular.               11:39:31

16        I changed.  I bought a machine that               11:39:34

17   wrapped his pallets the way he wanted them.  He          11:39:36

18   came up with a suggestion, because we were using         11:39:39

19   metal banding at the time, and he wanted it a            11:39:41

20   different way, and I looked at it and I said, you        11:39:45

21   know, it's a good idea, I could wrap that, and,          11:39:48

22   you know, I just want it to get there safe.              11:39:51

23        If a customer wants something a certain            11:39:53

24   way, even if I don't like it, I'll probably do it.       11:39:56

25   Q   Did you ever work on a screen printing             11:39:58

| | | |
|---|---|---|
| 1 | project with Jeff? | 11:40:02 |
| 2 | A  I worked on a screen printing project with | 11:40:04 |
| 3 | everybody in the country.  Let me tell you about | 11:40:06 |
| 4 | the screen printing project. | 11:40:09 |
| 5 | When it was originally invented, it was a | 11:40:11 |
| 6 | machine called a Gravure process printer.  I don't | 11:40:15 |
| 7 | know if you know about them, but enormous. | 11:40:21 |
| 8 | They're like a train.  They could be a quarter | 11:40:24 |
| 9 | mile long and cost millions. | 11:40:27 |
| 10 | And to set it up to print, it has to print | 11:40:29 |
| 11 | this real long roll.  There's minimum orders, | 11:40:32 |
| 12 | like, let's say I wanted a beige marble.  They | 11:40:42 |
| 13 | wanted me to buy three rolls of 2,000 yards each, | 11:40:46 |
| 14 | so I might be out 180, $200,000 for just that | 11:40:50 |
| 15 | color.  It might take me three to four years to | 11:40:53 |
| 16 | use that color.  It may -- I have to store that | 11:40:56 |
| 17 | color.  And we wanted to have 15 colors, but we | 11:41:00 |
| 18 | didn't have the room or the money to buy that much | 11:41:08 |
| 19 | of the top layer that held the -- all of us. | 11:41:10 |
| 20 | And then we found out that one of our | 11:41:14 |
| 21 | competitors in Utah had a process where he was | 11:41:17 |
| 22 | using a printer, a big flatbed printer.  And then | 11:41:21 |
| 23 | he put a clear layer over the top called PETG, | 11:41:29 |
| 24 | polyethylene glycol. | 11:41:35 |
| 25 | And what happened was the glue that he | 11:41:37 |

| | | |
|---|---|---|
| 1 | used in a hot situation, if it wasn't sealed with | 11:41:40 |
| 2 | caulk, would start peeling off. | 11:41:43 |
| 3 | Q   Hot like the temperature of a shower? | 11:41:45 |
| 4 | A   Temperature of a shower. | 11:41:49 |
| 5 | So all of us, BCI, Re-Bath, AmBath, Jeff, | 11:41:50 |
| 6 | me, we all started buying printers, large | 11:41:55 |
| 7 | printers. | 11:42:01 |
| 8 | I bought an old, used Canadian printer. | 11:42:01 |
| 9 | Forgot the name of it.  I have a photo of it.  But | 11:42:05 |
| 10 | it's pretty complex, computer driven, and you just | 11:42:09 |
| 11 | lay the sheet on it, and it would print whatever | 11:42:12 |
| 12 | you wanted.  It could print the tile, it could | 11:42:14 |
| 13 | print a marble, it could print a granite. | 11:42:17 |
| 14 | I printed pictures of giraffes, I printed | 11:42:20 |
| 15 | pictures of -- some guy wanted a Green Bay logo, | 11:42:22 |
| 16 | and I said I can't to it.  I can't print somebody | 11:42:25 |
| 17 | else's logo, and I didn't do it. | 11:42:28 |
| 18 | But by doing that, by figuring out a way | 11:42:31 |
| 19 | to print as needed, I no longer needed to buy huge | 11:42:34 |
| 20 | rolls at huge prices and store them. | 11:42:37 |
| 21 | But that wasn't the only thing. | 11:42:40 |
| 22 | For every single pattern we would have to | 11:42:43 |
| 23 | pay for three unique rolls at about 20, 30 or | 11:42:46 |
| 24 | $50,000 a roll, because they all had to be a | 11:42:51 |
| 25 | different size in order to have a unique random | 11:42:55 |

| | | |
|---|---|---|
| 1 | pattern.  So that the costs were enormous for | 11:42:58 |
| 2 | getting these patterns and storing these patterns. | 11:43:02 |
| 3 | So we all said, Wouldn't it be nice to | 11:43:06 |
| 4 | store them like a printer file?  You throw a piece | 11:43:09 |
| 5 | of white sheet on it, a biscuit, you hit "print," | 11:43:12 |
| 6 | and it prints it.  And then you'd have to put a | 11:43:15 |
| 7 | clear layer over the top. | 11:43:17 |
| 8 | Well, I tried, Jeff tried, everybody | 11:43:19 |
| 9 | tried, and I talked to everybody.  As a matter of | 11:43:21 |
| 10 | fact, we all used -- and how that happened is we | 11:43:23 |
| 11 | all started finding out who the top of the line UV | 11:43:25 |
| 12 | printing companies were and who makes the UV | 11:43:28 |
| 13 | printing inks. | 11:43:32 |
| 14 | And we were all talking to the same | 11:43:34 |
| 15 | salesman, and the salesman would say, Oh, yeah, I | 11:43:36 |
| 16 | was just at your competitors's place, and he's | 11:43:39 |
| 17 | doing this, and he wants to buy this machine, but | 11:43:42 |
| 18 | if you bought this machine, it would be faster. | 11:43:42 |
| 19 | And I would say I'll buy any machine | 11:43:44 |
| 20 | that's faster, but first we got to prove -- you | 11:43:49 |
| 21 | got to prove the thing, so there was one | 11:43:50 |
| 22 | particular guy.  He works for a really big -- I | 11:43:52 |
| 23 | forgot the name of the company.  It's a huge | 11:43:54 |
| 24 | printing company out in New Hampshire.  He's still | 11:43:56 |
| 25 | at it. | 11:43:58 |

1      But we all looked at developing printers          11:43:59

2   that worked.  Nobody came up with one that didn't    11:44:01

3   have a defect.  Either the material would wipe       11:44:05

4   right off, the glue wouldn't stick, it would look    11:44:09

5   like shit.                                           11:44:12

6      Like, let's talk about the PETG.  The             11:44:12

7   reason I didn't like that particular one, although   11:44:14

8   it's still for sale, the --                          11:44:17

9   BY MR. HALVERSON:                                    11:44:19

10     Q   Today?                                        11:44:20

11     A   Today, yeah.                                  11:44:20

12     It's fuzzy.  Whatever you print, the PETG         11:44:22

13  is an opaqueish.  It isn't clear.  I didn't like     11:44:28

14  it.  My customers wanted crisp pattern, because I    11:44:33

15  don't want it to look like plastic.                  11:44:37

16     So even though I dropped 30 grand, and I          11:44:38

17  hired a guy out of college who was a graphic         11:44:41

18  artist, and I think everybody else did, too, at      11:44:44

19  that time I wasn't totally best friends with the     11:44:48

20  guys at BCI, because we were competitors pretty      11:44:53

21  hard at that time.  There are times we're good       11:44:56

22  friends and there are times we're not, you know      11:44:59

23  what I mean?                                          11:45:01

24     Q   Sure.                                         11:45:02

25     A   But anyhow, they would talk to me, I would    11:45:02

1  tell them what I was doing, they would tell me        11:45:07

2  what they were doing, because we thought printing,    11:45:09

3  this isn't going to be patentable.  It's just         11:45:11

4  going to be an exciting way to streamline our         11:45:15

5  companies.                                            11:45:17

6      Q  Did you make any changes to what you were      11:45:17

7  doing on the printing front based on the              11:45:20

8  conversations you had with BCI?                       11:45:23

9      A  No, they were doing it a different way.        11:45:24

10 They were really spending some top-of-the-line        11:45:25

11 money on some high-end equipment, whereas I got a     11:45:27

12 machine that used an old-fashioned solvent ink,       11:45:30

13 and I was not using the new latex inks.               11:45:34

14      And the reason for that is the latex inks        11:45:38

15 are actually a better, more vibrant ink, and          11:45:41

16 they're crisper and cleaner, but we're in the         11:45:41

17 business of thermoforming.                            11:45:41

18      When you thermoform a latex ink, it would        11:45:49

19 crack, so if I had the letter A, let's say, and I     11:45:52

20 thermoformed it, it would crack, whereas if I used    11:45:55

21 the solvent ink, which is the sold style, mine        11:45:58

22 would stretch, but it would still be all one          11:46:02

23 letter.                                               11:46:06

24      Q  Do either of those two --                     11:46:06

25      A  So when I did a marble pattern, the marble    11:46:08

| | | |
|---|---|---|
| 1 | would stretch, and you wouldn't even know, because | 11:46:08 |
| 2 | marble looks like that. | 11:46:08 |
| 3 | So I felt the old style, the older ink and | 11:46:10 |
| 4 | the older technology better suited what I was | 11:46:13 |
| 5 | trying to do, but I couldn't get it to work. | 11:46:16 |
| 6 | Q  Did either of those two forms of ink | 11:46:20 |
| 7 | perform better on a routed-out grout line? | 11:46:28 |
| 8 | A  We never got to that because we never got | 11:46:31 |
| 9 | it to stick.  We never got -- the sheet that we | 11:46:33 |
| 10 | would have stuck in a router, we didn't get | 11:46:35 |
| 11 | that -- I didn't get that far, BCI didn't get that | 11:46:36 |
| 12 | far, Re-Bath didn't get that far. | 11:46:38 |
| 13 | Q  Do you know, did anybody? | 11:46:41 |
| 14 | A  Today there's still nobody I know of doing | 11:46:42 |
| 15 | that. | 11:46:44 |
| 16 | Q  So is everybody using these preformed | 11:46:44 |
| 17 | acrylic sheets that you get from -- | 11:46:50 |
| 18 | A  Yes. | 11:46:52 |
| 19 | Q  Okay. | 11:46:53 |
| 20 | A  Yeah, you have to buy the rolls. | 11:46:53 |
| 21 | Now, what's changed in the industry is I | 11:46:53 |
| 22 | no longer have to pay for the rolls, and I no | 11:46:57 |
| 23 | long -- see, what we wanted was exclusiveness. | 11:47:00 |
| 24 | That nobody else had the pattern.  The people that | 11:47:03 |
| 25 | make these sheets had stock patterns, but they | 11:47:06 |

| | | |
|---|---|---|
| 1 | were available to anybody. | 11:47:13 |
| 2 | So I did not want all my competitors to | 11:47:14 |
| 3 | have the exact same thing I did. I wanted to say | 11:47:16 |
| 4 | to my people, these are unique patterns, and the | 11:47:18 |
| 5 | only way that they would give me the exclusive | 11:47:23 |
| 6 | rights to that pattern is if I bought the rolls | 11:47:25 |
| 7 | that made -- in Gravure process, and then I bought | 11:47:28 |
| 8 | three rolls, minimum order, and then stored them | 11:47:32 |
| 9 | at my -- the people that made the acrylic. They | 11:47:34 |
| 10 | would literally put it into the acrylic while the | 11:47:39 |
| 11 | acrylic was still mold. | 11:47:43 |
| 12 | Q  So you would have to buy -- | 11:47:43 |
| 13 | A  And send it to the people who made my | 11:47:45 |
| 14 | acrylic. | 11:47:47 |
| 15 | Q  So you would buy the roll of pattern -- | 11:47:48 |
| 16 | A  Yes, yes. | 11:47:48 |
| 17 | Q  -- like the marble pattern, send it to, | 11:47:49 |
| 18 | for example, Senoplast. They store it at their | 11:47:53 |
| 19 | facility? | 11:47:55 |
| 20 | A  We have to slow down. | 11:47:55 |
| 21 | Yes, yes. | 11:47:58 |
| 22 | Whoever was going to print, we would send | 11:48:00 |
| 23 | it there. We would pay for it from a company | 11:48:02 |
| 24 | called Omnova. They print for everybody, because | 11:48:04 |
| 25 | it's almost a monopoly. | 11:48:09 |

| | | |
|---|---|---|
| 1 | Right now, SparTek has their own company | 11:48:12 |
| 2 | that does it, too, but they're nowhere near the | 11:48:15 |
| 3 | size of Omnova. | 11:48:19 |
| 4 | Q  Okay.  I want to do something else with | 11:48:21 |
| 5 | another exhibit. | 11:48:24 |
| 6 | A  But I want you to know, that's what I mean | 11:48:24 |
| 7 | by a tinkerer, you know what I mean?  Trying to | 11:48:28 |
| 8 | figure out a way to streamline the business, and | 11:48:32 |
| 9 | we're all in that business. | 11:48:34 |
| 10 | MR. HALVERSON:  Let's pause a second so we | 11:48:45 |
| 11 | can mark this.  This could be marked as Exhibit -- | 11:48:46 |
| 12 | THE WITNESS:  Am I doing all right, guys? | 11:48:46 |
| 13 | Okay. | 11:48:50 |
| 14 | BY MR. HALVERSON: | 11:48:50 |
| 15 | Q  As long as you're telling the -- | 11:48:51 |
| 16 | A  Yeah, I am.  I'm telling it straight up. | 11:48:52 |
| 17 | Q  As long as you're telling the truth. | 11:48:53 |
| 18 | (Domanico Exhibit 2 is introduced for the | 11:48:55 |
| 19 | record.) | 11:48:55 |
| 20 | BY MR. HALVERSON: | 11:48:55 |
| 21 | Q  So you've been handed what has been marked | 11:48:57 |
| 22 | as Exhibit 2.  Exhibit 2 is the provisional | 11:48:58 |
| 23 | application for the patent that issued as | 11:49:03 |
| 24 | Exhibit 1. | 11:49:07 |
| 25 | A  Okay. | 11:49:09 |

| | | |
|---|---|---|
| 1 | Q  Exhibit 2 does not have any Bates-stamped | 11:49:10 |
| 2 | numbers on it. | 11:49:13 |
| 3 | A  Okay. | 11:49:14 |
| 4 | Q  And it doesn't have page numbers on it. | 11:49:14 |
| 5 | A  Okay. | 11:49:17 |
| 6 | Q  So we're going to have to do some counting | 11:49:17 |
| 7 | to get to where we need to be. | 11:49:19 |
| 8 | First question:  Have you ever seen | 11:49:22 |
| 9 | Exhibit 2 before? | 11:49:24 |
| 10 | A  I believe so, yes. | 11:49:25 |
| 11 | Q  And you're looking at the pictures -- | 11:49:27 |
| 12 | A  All the pictures I took with my camera, | 11:49:29 |
| 13 | gave it to Jody. | 11:49:31 |
| 14 | Q  So that's where I want to start, with | 11:49:32 |
| 15 | those pictures. | 11:49:35 |
| 16 | A  Okay. | 11:49:36 |
| 17 | Q  And if you could go to the first page that | 11:49:36 |
| 18 | has pictures -- | 11:49:39 |
| 19 | A  Yeah. | 11:49:40 |
| 20 | Q  -- I believe it's page 16 of the document. | 11:49:41 |
| 21 | A  I'm here. | 11:49:43 |
| 22 | Q  And it says, Existing Simulated Tile Wall | 11:49:43 |
| 23 | Process? | 11:49:48 |
| 24 | A  Okay. | 11:49:49 |
| 25 | Q  Is this the thermal molding -- | 11:49:50 |

1      A   Yes.                                         11:49:50

2      Q   -- that we were talking about before?       11:49:51

3      A   Take a look at that machine.  You see the   11:49:52

4   metal that you see around the sheet?  That is --   11:49:55

5      Q   No, can you point it out to me?             11:49:57

6      A   [Indicating] that is the clamp frame.       11:50:00

7      Q   You're talking about the top right image    11:50:01

8   in the --                                          11:50:03

9      A   Well, all of them you can see the clamp     11:50:03

10  frame.                                             11:50:06

11     Q   Oh, I see.                                  11:50:06

12     A   In any of them.                             11:50:07

13         You see this thing [indicating]?  This is   11:50:07

14  our own light machine.                             11:50:09

15         What it does is it holds the sheet like     11:50:11

16  this on the edges, all four edges.  We slide it    11:50:12

17  into the oven, I call it the pizza oven.  You can  11:50:16

18  see the word "pizza" on it, and it heats the       11:50:21

19  sheet.                                             11:50:24

20         When it reaches a certain sag, it sets off  11:50:24

21  a trigger alarm that tells us it's time.  We will  11:50:28

22  then pull the sheet like you see here in this      11:50:32

23  exhibit.                                           11:50:34

24     Q   If you flip to the next page, do you see    11:50:34

25  the sag in the top left image?                     11:50:43

| | | |
|---|---|---|
| 1 | A  Okay.  I'll agree with you there. | 11:50:47 |
| 2 | Q  So keep going, sorry. | 11:50:50 |
| 3 | A  These are -- what do you want me to see | 11:50:51 |
| 4 | about it? | 11:50:53 |
| 5 | Q  Is that the sag that you were referring | 11:50:53 |
| 6 | to? | 11:50:56 |
| 7 | A  Yeah, that's the sag. | 11:50:56 |
| 8 | It has to be thoroughly heated all the way | 11:50:58 |
| 9 | through. | 11:51:00 |
| 10 | Q  And then you place this heated acrylic | 11:51:00 |
| 11 | sheet over the top of the mold and vacuum out the | 11:51:03 |
| 12 | air? | 11:51:06 |
| 13 | A  That is correct.  And if you look at the | 11:51:06 |
| 14 | next, you could actually see that we have a tile | 11:51:12 |
| 15 | look. | 11:51:16 |
| 16 | Q  And then at the bottom pictures we see | 11:51:17 |
| 17 | some people pulling off the scrap.  Is that the | 11:51:20 |
| 18 | scrap that you were talking about before? | 11:51:23 |
| 19 | A  Yes, you have to cut that off and throw it | 11:51:24 |
| 20 | out. | 11:51:28 |
| 21 | Q  And so did you take these pictures? | 11:51:28 |
| 22 | A  Probably. | 11:51:29 |
| 23 | Q  Do you happen to know the name of the | 11:51:30 |
| 24 | gentleman in the middle, in the pictures, if you | 11:51:32 |
| 25 | go back to the prior page? | 11:51:33 |

| | | |
|---|---|---|
| 1 | A   Yeah, I think I do. | 11:51:35 |
| 2 | Q   The page that begins -- or has Existing | 11:51:44 |
| 3 | Simulated Tile Wall? | 11:51:45 |
| 4 | A   These are so bad.  I'm really not sure.  I | 11:51:46 |
| 5 | could find out, if you really need to know.  I | 11:51:49 |
| 6 | believe it's Edgar or one of his guys.  Edgar was | 11:51:49 |
| 7 | my -- well, Edgar is the guy who's programming the | 11:51:53 |
| 8 | machine later. | 11:51:57 |
| 9 | Q   So if you -- yeah, if you go to the page | 11:51:58 |
| 10 | that at the top says Appendix 5 of 9. | 11:51:59 |
| 11 | A   Okay.  Hang on.  So you could see here's | 11:52:03 |
| 12 | this other giant roll.  You could move the -- | 11:52:10 |
| 13 | Q   So there you go. | 11:52:10 |
| 14 | A   That's Edgar. | 11:52:11 |
| 15 | Q   That's Edgar there? | 11:52:12 |
| 16 | A   Yeah. | 11:52:13 |
| 17 | Q   And so this is -- is this the CNC machine? | 11:52:14 |
| 18 | A   Yeah, that's the old head. | 11:52:17 |
| 19 | Q   That's the German one? | 11:52:19 |
| 20 | A   Yeah. | 11:52:22 |
| 21 | Q   And so what is Edgar doing in this | 11:52:23 |
| 22 | picture? | 11:52:25 |
| 23 | A   I can only guess.  I mean, I see a hand on | 11:52:25 |
| 24 | a control panel.  I can't read any of them.  But | 11:52:28 |
| 25 | he was probably telling it where to start, getting | 11:52:32 |

1    it to its start point, and then he would press          11:52:34

2    "start," because he would already have loaded the        11:52:36

3    program.                                                 11:52:38

4         Or if his hand was on the upper side, he            11:52:38

5    would tell it what program to load.  It's like a         11:52:41

6    document you might have in -- stored in your Xerox        11:52:44

7    machine.  You hit press, and it will print that          11:52:47

8    document.  We stored a few in here.                      11:52:50

9        Q  So it stored favorites within the CNC             11:52:53

10   machine?                                                 11:52:56

11       A  Yes.                                              11:52:56

12       Q  And then you push "go," and if you look at        11:52:57

13   the bottom picture on that same page, we see the         11:53:00

14   router head?                                             11:53:02

15       A  Yes, and you'll notice the sheet is               11:53:03

16   significantly smaller.                                   11:53:06

17       Q  Why is that?                                      11:53:07

18       A  Because I didn't have to buy a giant sheet        11:53:07

19   and put it in a clamp frame and throw a lot of it        11:53:10

20   away, so there's significant savings in time,            11:53:13

21   didn't have to heat it, didn't have to buy all the       11:53:16

22   other stuff, and hardly any labor, because,              11:53:18

23   really, what did he do?  He hit print.  And that's       11:53:21

24   an amazing difference in the way it used to be.          11:53:24

25       Q  Did you or Edgar have to make any changes         11:53:29

| | | |
|---|---|---|
| 1 | to that German CNC machine? | 11:53:35 |
| 2 | A  Well, we always had to -- any CNC machine | 11:53:38 |
| 3 | requires maintenance on an ongoing level. | 11:53:43 |
| 4 | Example:  There's a particular type of | 11:53:45 |
| 5 | plywood that has a five-horsepower vacuum | 11:53:51 |
| 6 | underneath it so powerful that it would suck | 11:53:54 |
| 7 | through the plywood, because the plywood was made | 11:53:57 |
| 8 | of loosely formed particles of wood. | 11:54:00 |
| 9 | And it would hold that sheet in place with | 11:54:04 |
| 10 | the vacuum.  And every now and then, through use, | 11:54:06 |
| 11 | we would have to resurface that to get level. | 11:54:11 |
| 12 | So that when we put this piece on top, and | 11:54:18 |
| 13 | then had the CNC, otherwise what would happen, is | 11:54:22 |
| 14 | as the router would go, you have valleys and | 11:54:24 |
| 15 | peaks.  So in order to keep those valleys and | 11:54:28 |
| 16 | peaks perfect, this required the maintenance of | 11:54:33 |
| 17 | constantly -- and then, of course, you'd have to | 11:54:33 |
| 18 | oil things and clean them out.  They threw a great | 11:54:36 |
| 19 | deal of dust.  And you could see behind it there's | 11:54:39 |
| 20 | a large hose, because of -- we had a dust | 11:54:41 |
| 21 | collector behind it.  But even with a dust | 11:54:45 |
| 22 | collector, you still get some dust in here. | 11:54:49 |
| 23 | Q  And so is this, if you flip forward a | 11:54:51 |
| 24 | couple more pages, one more. | 11:54:54 |
| 25 | A  Okay. | 11:54:56 |

1      Q   One more again.  Sorry?                    11:55:02

2      A   It's okay.                                 11:55:02

3      Q   So that one at the top says Appendix 8 of  11:55:05

4   9, right?                                         11:55:07

5      A   Yeah.                                      11:55:07

6      Q   Is that the same German CNC machine?       11:55:08

7      A   I only had one that could do this type of  11:55:11

8   work.                                             11:55:14

9      Q   Okay.  And so we see five bricks           11:55:14

10  laterally -- or five tiles laterally in this      11:55:24

11  image, right?                                     11:55:27

12     A   One, two, three -- yes.                    11:55:28

13     Q   Approximately --                           11:55:33

14     A   Well, you don't count the little pieces on 11:55:33

15  the end.                                          11:55:36

16     Q   Okay.  So what I'm trying to figure out    11:55:36

17  is:  How wide of a piece of acrylic can this      11:55:39

18  machine cut?                                      11:55:42

19     A   I think it was 6 x 12 --                   11:55:43

20     Q   Okay.                                      11:55:43

21     A   -- 6 x 10, 6 x 12.                         11:55:45

22         I had no sheets that wide, so I never did. 11:55:47

23  So the sheet was -- it was always big enough.  So 11:55:50

24  I bought it.                                      11:55:53

25     Q   And that CNC --                            11:55:55

| | |
|---|---|
| 1 | THE WITNESS:  Am I slowing down?  No, | 11:55:55 |
| 2 | seriously? | 11:55:55 |
| 3 | THE REPORTER:  You're trying. | 11:55:55 |
| 4 | THE WITNESS:  Okay.  I got what the meant. | 11:55:55 |
| 5 | I'm too fast. | 11:56:15 |
| 6 | BY MR. HALVERSON: | 11:56:15 |
| 7 | Q  That CNC machine, you could control the | 11:56:16 |
| 8 | depth of the routing bit; is that right? | 11:56:21 |
| 9 | A  Yes.  You could actually, with a big | 11:56:22 |
| 10 | enough block of anything, you could actually make | 11:56:24 |
| 11 | a statue. | 11:56:26 |
| 12 | Q  I did that in shop class -- | 11:56:35 |
| 13 | A  See?  And then you know. | 11:56:38 |
| 14 | Q  As long as it was in the right -- | 11:56:39 |
| 15 | A  Yeah, exactly. | 11:56:41 |
| 16 | Q  All right.  And so do you have an | 11:56:49 |
| 17 | understanding of when those images were taken, | 11:56:51 |
| 18 | when those pictures were taken? | 11:56:53 |
| 19 | A  Well, is there a date on when the | 11:56:57 |
| 20 | application was filed?  Like I probably -- right | 11:57:01 |
| 21 | before then, because Jody used to call me all the | 11:57:03 |
| 22 | time and ask me questions. | 11:57:07 |
| 23 | Q  So I don't want to get into specifics | 11:57:08 |
| 24 | about -- | 11:57:10 |
| 25 | A  No, I was just saying he asked me | 11:57:11 |

| | | |
|---|---|---|
| 1 | questions. | 11:57:15 |
| 2 | Q -- any of those conversations -- | 11:57:16 |
| 3 | A Yes. | 11:57:20 |
| 4 | Q -- but what I do want to show you is, if | 11:57:20 |
| 5 | you go to the first page. | 11:57:21 |
| 6 | A The first page. Of photos? The first | 11:57:23 |
| 7 | page of what? | 11:57:25 |
| 8 | Q No, first page of Exhibit 2, the very | 11:57:25 |
| 9 | first page of the document. | 11:57:26 |
| 10 | A In the front? | 11:57:27 |
| 11 | Q Yeah. | 11:57:28 |
| 12 | A Okay. | 11:57:28 |
| 13 | Q If you look at the top left -- | 11:57:29 |
| 14 | A Okay. | 11:57:29 |
| 15 | Q -- there's a box that says, Application | 11:57:30 |
| 16 | Number? | 11:57:32 |
| 17 | A Okay. | 11:57:33 |
| 18 | Q And then to the right of it there's a box | 11:57:33 |
| 19 | that says Filing or 371(c) Date. See that? | 11:57:36 |
| 20 | A I do. | 11:57:42 |
| 21 | Q So that 371 date is February 18th, 2015? | 11:57:43 |
| 22 | A Okay. So you know that these photos were | 11:57:49 |
| 23 | done before that. | 11:57:50 |
| 24 | Q Do you know how long before that? | 11:57:50 |
| 25 | A Quite a ways, because we worked on it for | 11:57:52 |

| | | |
|---|---|---|
| 1 | a while. | 11:57:54 |
| 2 | Q Approximately how long were you working on | 11:57:55 |
| 3 | it? | 11:57:57 |
| 4 | A I would guess, and it's a guess, I would | 11:57:57 |
| 5 | say nine months. | 11:58:02 |
| 6 | Q And if you stay on that front page -- | 11:58:02 |
| 7 | A Uh-huh. | 11:58:02 |
| 8 | Q -- you scroll down. I guess you don't | 11:58:04 |
| 9 | have to scroll. | 11:58:07 |
| 10 | But if you look down, see where it says, | 11:58:08 |
| 11 | Applicants, there's a bold that's about the middle | 11:58:12 |
| 12 | of the page? Up, right, to your left? Yes, right | 11:58:14 |
| 13 | there. You see where it says Applicants? | 11:58:17 |
| 14 | A Yes. | 11:58:19 |
| 15 | Q Just below that it says, Power of | 11:58:21 |
| 16 | Attorney? | 11:58:24 |
| 17 | A Yes. | 11:58:26 |
| 18 | Q And it says Jody Factor? | 11:58:27 |
| 19 | A Yup. | 11:58:27 |
| 20 | Q And that's the Jody you were referring to | 11:58:30 |
| 21 | before? | 11:58:30 |
| 22 | A Yes, that's Jody. He's the guy. | 11:58:30 |
| 23 | Q And is Jody the lawyer? | 11:58:30 |
| 24 | A Yes, he's a patent attorney. | 11:58:32 |
| 25 | As a matter of fact, his company name is | 11:58:34 |

| | | |
|---|---|---|
| 1 | Intellectual Property Law.  And he is up the | 11:58:38 |
| 2 | street from you, like a few blocks from you, | 11:58:41 |
| 3 | actually. | 11:58:44 |
| 4 | Q  There's a few of us in town. | 11:58:44 |
| 5 | A  No, what I'm saying, he personally is. | 11:58:44 |
| 6 | You could contact him.  He lives in Naperville, | 11:58:46 |
| 7 | right by me, but he works here, downtown. | 11:58:48 |
| 8 | Q  And so -- | 11:58:53 |
| 9 | A  1237 Washington. | 11:58:53 |
| 10 | Q  Do you recall approximately when you first | 11:59:01 |
| 11 | reached out to Jody about this idea? | 11:59:04 |
| 12 | And again, I don't -- I don't want to know | 11:59:06 |
| 13 | what you said or what he said back.  Just, do you | 11:59:07 |
| 14 | recall the date? | 11:59:10 |
| 15 | A  No.  A date?  I couldn't tell you what I | 11:59:10 |
| 16 | had for breakfast last week. | 11:59:13 |
| 17 | Matter of fact, I don't recall a date.  I | 11:59:15 |
| 18 | mean, there's ways of finding out, but -- like | 11:59:16 |
| 19 | when did I write the first check to Jody, but I | 11:59:18 |
| 20 | don't have any of those records.  The | 11:59:21 |
| 21 | company -- they're all gone by now. | 11:59:24 |
| 22 | Q  Do you know if Jody is still a patent | 11:59:25 |
| 23 | lawyer in Chicago? | 11:59:27 |
| 24 | A  He has a phone number here. | 11:59:28 |
| 25 | Q  And so how did you come to the conclusion | 11:59:42 |

1    that you wanted to reach out to Jody?                11:59:44

2        A  Well, eventually, after I thought that         11:59:46

3    this idea was going to work, I started asking       11:59:50

4    people, Hey, do you know a patent lawyer or how to  11:59:52

5    find one?  And my lawyer at the time says, I'll     11:59:55

6    get you one.  And he mentioned Jody's name.  I      11:59:58

7    called Jody up --                                   12:00:01

8        Q  So that's -- we're going to get              12:00:02

9    dangerously close to --                             12:00:06

10       A  No, we're won't.  And I said, yeah, I need    12:00:07

11   a patent attorney.  I have a patent I want to get    12:00:09

12   done, and he said Okay, and this is the fees and     12:00:10

13   this is how long it would take, and he had to run    12:00:12

14   some -- make sure nobody else had a similar          12:00:15

15   patent, and busy guy, tough to get ahold of a lot,   12:00:18

16   but eventually we got everything done.  I --         12:00:21

17   that's not protected.  That's --                     12:00:26

18       Q  All of that is good.                          12:00:29

19       A  I like to hire -- like I said, I like to      12:00:31

20   hire pros.  I would not be able to do this by        12:00:35

21   myself.                                              12:00:39

22       Q  So you said as soon as you -- you said,       12:00:48

23   Eventually, after I thought this idea was going to   12:00:49

24   work, you started asking people whether or not       12:00:52

25   they knew a patent lawyer?                           12:00:54

| | | |
|---|---|---|
| 1 | A  Yes. | 12:00:55 |
| 2 | Q  What was the inflection point for you | 12:00:55 |
| 3 | where the idea was going to work? | 12:01:00 |
| 4 | A  When I actually made some sheets, and I | 12:01:01 |
| 5 | ran into some difficulties with the leveling and | 12:01:06 |
| 6 | some other technical things that made the sheets | 12:01:08 |
| 7 | look bad. | 12:01:13 |
| 8 | And I knew in order to get it right, I had | 12:01:14 |
| 9 | to be able to fix those things.  That's when I | 12:01:19 |
| 10 | learned I had to plane the bottom down, because it | 12:01:20 |
| 11 | came originally with a -- with a metal pattern, | 12:01:26 |
| 12 | but being -- which wasn't quite even.  Even if | 12:01:29 |
| 13 | it's off a tenth of an inch, you could see it in | 12:01:32 |
| 14 | the grout. | 12:01:36 |
| 15 | So once I figured out how to add the MDF | 12:01:36 |
| 16 | board, medium density fiberboard, okay.  Mr. -- I | 12:01:41 |
| 17 | went to craft school for that, and it sucked 5 | 12:01:45 |
| 18 | horsepower underneath it.  It was totally level. | 12:01:51 |
| 19 | Then you have to level the machine so that | 12:01:54 |
| 20 | one end doesn't get deeper than the other, and | 12:01:56 |
| 21 | once I got it so that the sheet looked good -- | 12:02:01 |
| 22 | remember, the whole thing is about looking good | 12:02:03 |
| 23 | for the customer, and I knew I was able to | 12:02:06 |
| 24 | deliver, then I decided I am going to patent this. | 12:02:09 |
| 25 | I started quickly.  I didn't have everything in | 12:02:17 |

| | | |
|---|---|---|
| 1 | place, but I knew what I needed to do to complete | 12:02:20 |
| 2 | it.  I also knew how big of a seller it would be, | 12:02:24 |
| 3 | so I pushed it hard right away. | 12:02:27 |
| 4 | My lawyer, Mary, said, Let's call It | 12:02:28 |
| 5 | Impressions.  I said yeah, that's a good name. | 12:02:30 |
| 6 | We'll call it Impressions.  So she came up with | 12:02:33 |
| 7 | the name.  Girls have better design stuff, and she | 12:02:35 |
| 8 | came up with the name, so -- and that's how it | 12:02:40 |
| 9 | started. | 12:02:42 |
| 10 | So she ran the company, and I went on the | 12:02:43 |
| 11 | road and showed people my prototypes after I got | 12:02:46 |
| 12 | clearance from Jody, which -- and I told them, I | 12:02:50 |
| 13 | will be selling this soon. | 12:02:57 |
| 14 | I went out and showed a lot of people so | 12:02:58 |
| 15 | they could -- let's say you're Jeff or any dealer, | 12:03:00 |
| 16 | for that matter. | 12:03:03 |
| 17 | If were to show you a new product, any | 12:03:04 |
| 18 | product, it takes you a while to incorporate that | 12:03:06 |
| 19 | product into your offering.  You have to change | 12:03:10 |
| 20 | your forms, you have to educate your salespeople, | 12:03:12 |
| 21 | you have to come up with pricing, you have to come | 12:03:16 |
| 22 | up places -- individual slots to store it. | 12:03:19 |
| 23 | So I felt that I knew it's going to take | 12:03:22 |
| 24 | me a few months to put all the pieces together, so | 12:03:25 |
| 25 | I felt I should go out and start telling people, | 12:03:29 |

| | | |
|---|---|---|
| 1 | because even if I was ready, I knew they wouldn't | 12:03:31 |
| 2 | be, so neither of us were ready.  But my lawyer | 12:03:38 |
| 3 | said I can shut up until -- | 12:03:39 |
| 4 | MR. REMUS:  Just careful about disclosing | 12:03:39 |
| 5 | conversations you had with your lawyer. | 12:03:41 |
| 6 | THE WITNESS:  He said I can go talk to | 12:03:42 |
| 7 | people.  He wanted me to do that, too, first, and | 12:03:44 |
| 8 | that's fine. | 12:03:47 |
| 9 | And then once I was given the go-ahead, I | 12:03:47 |
| 10 | started to show people, because I knew it would | 12:03:52 |
| 11 | take them a while, like it does for any product. | 12:03:53 |
| 12 | Even if I don't add a product, I just | 12:03:57 |
| 13 | added a color, it still takes them a while to | 12:04:00 |
| 14 | change their sales forms and contracts, and all | 12:04:02 |
| 15 | the other things, price lists. | 12:04:05 |
| 16 | So I was going around telling everybody, | 12:04:06 |
| 17 | this is the up-and-coming thing.  I should be live | 12:04:09 |
| 18 | with it within a few months. | 12:04:11 |
| 19 | BY MR. HALVERSON: | 12:04:11 |
| 20 | Q  And do you remember when you first went | 12:04:13 |
| 21 | live with the product offering? | 12:04:16 |
| 22 | A  No, I can't say the dates, but... | 12:04:17 |
| 23 | Q  Let's see if we can -- | 12:04:18 |
| 24 | A  Probably too early, but because my guy | 12:04:20 |
| 25 | sent out some product that they shouldn't have. | 12:04:23 |

| | | |
|---|---|---|
| 1 | We were making a lot of product and shipping it | 12:04:28 |
| 2 | out as prototypes, and it -- it really wasn't | 12:04:31 |
| 3 | ready for prime time. | 12:04:35 |
| 4 | Q So I'm going to hand you another document | 12:04:37 |
| 5 | that will be marked as Exhibit 3. | 12:04:40 |
| 6 | (Domanico Exhibit 3 is introduced for the | 12:04:51 |
| 7 | record.) | 12:04:54 |
| 8 | BY MR. HALVERSON: | 12:04:54 |
| 9 | Q And Exhibit 3 has Bates number -- | 12:04:54 |
| 10 | THE REPORTER: I'm sorry. | 12:04:54 |
| 11 | BY MR. HALVERSON: | 12:04:54 |
| 12 | Q Can you read me the smaller Bates number | 12:04:57 |
| 13 | at the bottom right corner of that? Not the | 12:05:00 |
| 14 | larger one, but the smaller one? | 12:05:02 |
| 15 | A MBP_000028. | 12:05:04 |
| 16 | Q Perfect. | 12:05:12 |
| 17 | A You good with that? | 12:05:15 |
| 18 | Q I'm good with that. | 12:05:17 |
| 19 | A Okay. This is the standard router bit, | 12:05:19 |
| 20 | quarter inch. | 12:05:20 |
| 21 | Q And so before we get into what it is, have | 12:05:21 |
| 22 | you seen this e-mail before? | 12:05:24 |
| 23 | A Yes. | 12:05:24 |
| 24 | Q And do you recognize your -- | 12:05:25 |
| 25 | A I -- I just got this email, by the way. | 12:05:26 |

| | | |
|---|---|---|
| 1 | Q   When? | 12:05:33 |
| 2 | A   Today -- yesterday. | 12:05:35 |
| 3 | Q   From whom? | 12:05:35 |
| 4 | A   Him.  I called him and asked, what's the | 12:05:36 |
| 5 | claim -- what's the claim he's making.  And I | 12:05:37 |
| 6 | asked you if there was any documents you wanted to | 12:05:39 |
| 7 | send me, and I probably talked to you more than | 12:05:42 |
| 8 | him, but I talked to both of you pretty openly. | 12:05:43 |
| 9 | Q   So you've seen this -- you saw this before | 12:05:47 |
| 10 | today? | 12:05:49 |
| 11 | A   Right.  I saw it yesterday. | 12:05:49 |
| 12 | Q   And do you recall seeing it back in 2014? | 12:05:52 |
| 13 | A   No.  This -- this that you're looking at, | 12:05:57 |
| 14 | do you see how deep it is?  Do you see the | 12:06:00 |
| 15 | straight up and down edges on the side of the wood | 12:06:04 |
| 16 | there? | 12:06:06 |
| 17 | Q   Uh-huh. | 12:06:06 |
| 18 | A   Now, that wouldn't work at all, because | 12:06:07 |
| 19 | you'd be cut by the direct right angles.  The bit | 12:06:10 |
| 20 | I was using was a cutting bit to do the | 12:06:15 |
| 21 | prototypes.  And indeed, it was leaving that type | 12:06:19 |
| 22 | of a pattern, which was terrible. | 12:06:22 |
| 23 | Jeff wrote me a letter, which I don't | 12:06:30 |
| 24 | have, but Jeff sent it to me, so I sent it.  I | 12:06:33 |
| 25 | assume both of you got it, and it was a letter | 12:06:34 |

| | |
|---|---|
| 1 | between Jeff and I where Jeff said that you should | 12:06:36 |
| 2 | use a rounded router bit.  And I told Jeff I have | 12:06:37 |
| 3 | them on order.  I actually ordered three different | 12:06:41 |
| 4 | bits, because my goal for the customers were some | 12:06:44 |
| 5 | tile looks better with an eighth inch or a quarter | 12:06:47 |
| 6 | inch or a 3/8.  If you see real tile, there's | 12:06:52 |
| 7 | variance in the width of the tile. | 12:06:56 |
| 8 |        So I didn't want just one bit to be | 12:06:58 |
| 9 | everything.  So I had ordered, and I had to order | 12:07:02 |
| 10 | special collets to fit this bit into my own CNC, | 12:07:05 |
| 11 | because it was difficult to work with, out of | 12:07:11 |
| 12 | date. | 12:07:13 |
| 13 |        But I had ordered -- and I told him that, | 12:07:13 |
| 14 | and you can see Jeff proved it to me by sending me | 12:07:15 |
| 15 | the letter.  I said Jeff, I have the three -- I | 12:07:19 |
| 16 | have three of them ordered, so I already ordered | 12:07:23 |
| 17 | the bits that were rounded that would fit in my | 12:07:24 |
| 18 | machine. | 12:07:26 |
| 19 |        And by the way, getting those was not | 12:07:27 |
| 20 | quick.  Often happens that way, when you need | 12:07:29 |
| 21 | something now -- | 12:07:33 |
| 22 |    Q  Where did you order them from, do you | 12:07:34 |
| 23 | recall? | 12:07:41 |
| 24 |    A  Well, at first I went to -- I can't | 12:07:41 |
| 25 | remember the name.  What's the big tool -- what's | 12:07:46 |

| | | |
|---|---|---|
| 1 | the big tool shop that begins with a B?  They're | 12:07:48 |
| 2 | all over Chicago.  Berland's House of Tools. | 12:07:50 |
| 3 | And they carry all the American companies, | 12:07:55 |
| 4 | and they also carried Bosch, so I thought that | 12:08:02 |
| 5 | they would have what I was looking for.  They did | 12:08:07 |
| 6 | not because their tools -- I have a special collet | 12:08:09 |
| 7 | that didn't -- so we ordered -- we, at that time, | 12:08:13 |
| 8 | were only using cutting bits, which are straight, | 12:08:15 |
| 9 | like drills, so I had to order from a tool | 12:08:20 |
| 10 | company. | 12:08:24 |
| 11 | And in my other business, it was very | 12:08:25 |
| 12 | common for me to order custom made bits, | 12:08:33 |
| 13 | especially where I was able to replace the blades, | 12:08:35 |
| 14 | because we wore them out cutting into imitation | 12:08:38 |
| 15 | marble, into solid surface.  It was much harder | 12:08:43 |
| 16 | material. | 12:08:47 |
| 17 | So I might have used that company, because | 12:08:47 |
| 18 | I knew everybody there, and they knew me, and -- | 12:08:49 |
| 19 | but I'm not sure.  There are other companies that | 12:08:51 |
| 20 | make -- these are standard router bits, just had | 12:08:54 |
| 21 | to get the right three. | 12:08:58 |
| 22 | Q  Do you remember when you placed that | 12:09:00 |
| 23 | order? | 12:09:02 |
| 24 | A  Oh, come on.  Five years ago?  No, no. | 12:09:03 |
| 25 | Six years?  I have no idea. | 12:09:06 |

| | | |
|---|---|---|
| 1 | Q  Do you think you might have purchase | 12:09:07 |
| 2 | orders for that order? | 12:09:12 |
| 3 | A  I don't.  When I left, you know, I took | 12:09:17 |
| 4 | nothing with me.  I mean, I didn't own any of the | 12:09:20 |
| 5 | documents to the company.  I asked Scott, I said, | 12:09:23 |
| 6 | Do you have any files that you could look through? | 12:09:31 |
| 7 | Because I have nothing.  You know, I got new | 12:09:34 |
| 8 | computers three times since then, and I -- | 12:09:39 |
| 9 | Q  What did -- sorry.  What did Scott say? | 12:09:41 |
| 10 | A  He said he'd have somebody look into it. | 12:09:43 |
| 11 | He said, We got a couple files upstairs, but they | 12:09:46 |
| 12 | ended up all being financial. | 12:09:50 |
| 13 | I don't know.  Maybe he's got the | 12:09:52 |
| 14 | checkbook from that year.  I don't know.  But it's | 12:09:53 |
| 15 | a company that makes router bits.  And that could | 12:09:55 |
| 16 | tell you the date. | 12:10:00 |
| 17 | Q  And who is Scott, just for the record? | 12:10:00 |
| 18 | A  Scott Rosenbach who owns BCI, because he | 12:10:02 |
| 19 | bought the company with all the records, because | 12:10:06 |
| 20 | he bought all the customers.  He would have the | 12:10:08 |
| 21 | documents. | 12:10:10 |
| 22 | Q  And that was the purchase that was | 12:10:10 |
| 23 | completed in 2016ish? | 12:10:12 |
| 24 | A  Yeah.  Ish. | 12:10:17 |
| 25 | Q  Ish. | 12:10:19 |

| | | |
|---|---|---|
| 1 | A   "Ish" is a good word. | 12:10:23 |
| 2 | Q   And so in the "to" line of this email, | 12:10:29 |
| 3 | Exhibit 3, we see a Mary, and then we see | 12:10:32 |
| 4 | md@luxurybathinc.com.  See that? | 12:10:37 |
| 5 | A   That's me, yeah. | 12:10:39 |
| 6 | Q   You're MD? | 12:10:40 |
| 7 | A   I'm MD. | 12:10:42 |
| 8 | Q   And is that the same Mary that we were | 12:10:42 |
| 9 | talking about -- | 12:10:45 |
| 10 | A   Mary Riordan, the lawyer. | 12:10:45 |
| 11 | Q   And so with the understanding that this | 12:10:48 |
| 12 | email is dated November 2014, does that jog any | 12:10:50 |
| 13 | memory about when you would have been working with | 12:10:55 |
| 14 | the German router to perform the initial routing | 12:10:59 |
| 15 | into this acrylic? | 12:11:06 |
| 16 | A   Oh, that would have been working way | 12:11:08 |
| 17 | before we got to here, playing with it, to try to | 12:11:10 |
| 18 | get it to work.  Like I said, the first couple | 12:11:15 |
| 19 | sheets just were not up to snuff. | 12:11:18 |
| 20 | Q   Do you think the first couple sheets would | 12:11:21 |
| 21 | have been in 2013, if this was November 2014? | 12:11:23 |
| 22 | A   November.  No, it was probably -- right, | 12:11:28 |
| 23 | probably early '14, maybe before.  I really am not | 12:11:32 |
| 24 | good with dates. | 12:11:36 |
| 25 | Q   That's okay. | 12:11:37 |

| | | |
|---|---|---|
| 1 | A  Yeah. | 12:11:38 |
| 2 | Q  Can you go back to Exhibit 2 for me, the | 12:11:42 |
| 3 | one with the pictures.  The provisional file | 12:11:44 |
| 4 | history. | 12:11:47 |
| 5 | No.  The other -- yes, that guy. | 12:11:48 |
| 6 | And -- | 12:11:52 |
| 7 | A  Where do you want me to go? | 12:11:52 |
| 8 | Q  Oh, about 15 pages in. | 12:11:56 |
| 9 | A  Okay. | 12:11:59 |
| 10 | Q  Less than that.  13 pages in. | 12:12:00 |
| 11 | A  Okay.  What am I looking for? | 12:12:03 |
| 12 | Q  Page that begins up at the top, it says, | 12:12:05 |
| 13 | Title of the Invention, written in -- it's further | 12:12:08 |
| 14 | than that.  I think one more. | 12:12:11 |
| 15 | A  Okay. | 12:12:20 |
| 16 | Q  Do you see that? | 12:12:21 |
| 17 | A  Yes. | 12:12:21 |
| 18 | Q  Have you ever seen the text that's in this | 12:12:22 |
| 19 | page and the next page before, to the best of your | 12:12:27 |
| 20 | recollection? | 12:12:32 |
| 21 | A  Knowing me, absolutely.  I wouldn't let | 12:12:32 |
| 22 | anything go out without me looking at it first, | 12:12:35 |
| 23 | because that's what you got to do as CEO.  The | 12:12:38 |
| 24 | amount of mistakes my guys would make, and you got | 12:12:41 |
| 25 | to know what's going on. | 12:12:44 |

| | | |
|---|---|---|
| 1 | Q  And so what is your understanding of | 12:12:46 |
| 2 | what -- | 12:12:53 |
| 3 | A  This sounds like what I just told you. | 12:12:54 |
| 4 | Almost word for word, I must have dictated. | 12:12:56 |
| 5 | Q  What is your understanding of what was | 12:12:59 |
| 6 | being described in this document, the thing that | 12:13:01 |
| 7 | you're looking at right now? | 12:13:04 |
| 8 | MR. REMUS:  Objection to form. | 12:13:09 |
| 9 | THE WITNESS:  This is pretty damned near | 12:13:34 |
| 10 | what I told you word for word. | 12:13:36 |
| 11 | How to make a customizable sheet, and why | 12:13:39 |
| 12 | we decided to make a customizable sheet because of | 12:13:41 |
| 13 | the cost of making it the old way. | 12:13:45 |
| 14 | BY MR. HALVERSON: | 12:13:47 |
| 15 | Q  And so if you look at what you have in | 12:13:47 |
| 16 | your hand right now, and then you look at what is | 12:13:49 |
| 17 | Exhibit 1, there are some things that are the | 12:13:54 |
| 18 | same. | 12:13:56 |
| 19 | There are some things that are in | 12:13:56 |
| 20 | Exhibit 1 that are not in Exhibit 2, and some | 12:13:58 |
| 21 | things in Exhibit 2 that are not in Exhibit 1. | 12:14:01 |
| 22 | A  Okay. | 12:14:03 |
| 23 | Q  And so do -- were you at all involved in | 12:14:04 |
| 24 | the decision of what to include in Exhibit 1 | 12:14:07 |
| 25 | versus what's in Exhibit 2? | 12:14:11 |

| | | |
|---|---|---|
| 1 | A  Let me read it.  You mean the claims? | 12:14:16 |
| 2 | Q  The claims -- so you could compare the | 12:14:22 |
| 3 | claims of Exhibit 1 to the claims of Exhibit 2, or | 12:14:24 |
| 4 | the text of Exhibit 1 to the text of Exhibit 2, or | 12:14:27 |
| 5 | the figures between the two as well. | 12:14:29 |
| 6 | A  Well, the heading here says the | 12:14:31 |
| 7 | background -- | 12:14:33 |
| 8 | Q  Uh-huh. | 12:14:34 |
| 9 | A  -- on why we wanted to make it.  This is | 12:14:34 |
| 10 | how we make it [indicating].  So they're | 12:14:37 |
| 11 | different, a little, but there are crossovers. | 12:14:41 |
| 12 | Q  But is there a background in Exhibit 1, so | 12:14:42 |
| 13 | if you -- | 12:14:46 |
| 14 | A  I have to read the whole thing -- oh, | 12:14:47 |
| 15 | Exhibit 1.  I don't know.  I didn't read the whole | 12:14:48 |
| 16 | thing.  You want me to read it? | 12:14:49 |
| 17 | Q  Yeah. | 12:14:52 |
| 18 | THE REPORTER:  May we go off the record | 12:14:55 |
| 19 | for a moment? | 12:14:57 |
| 20 | MR. HALVERSON:  Sure. | 12:14:58 |
| 21 | THE VIDEOGRAPHER:  We are going off the | 12:14:59 |
| 22 | record.  The time is 12:15. | 12:15:00 |
| 23 | (Recess taken.) | 12:16:02 |
| 24 | THE VIDEOGRAPHER:  We are back on the | 12:19:19 |
| 25 | record.  The time is 12:19 p.m. | 12:19:29 |

| | | |
|---|---|---|
| 1 | BY MR. HALVERSON: | 12:19:31 |
| 2 |    Q  So if you want to or need to read anymore, | 12:19:31 |
| 3 | by all means go ahead but my question is: | 12:19:34 |
| 4 |       Were you at all involved in the decision | 12:19:37 |
| 5 | of what to include in Exhibit 1, the patent, | 12:19:38 |
| 6 | versus what is included in Exhibit 2, the | 12:19:42 |
| 7 | provisional? | 12:19:46 |
| 8 |    A  Both of these documents are very well | 12:19:48 |
| 9 | written on exactly what it is that we do.  And I | 12:19:53 |
| 10 | had to explain all that to my lawyer, so that he | 12:19:57 |
| 11 | could make the patent, and I also had Jody explain | 12:20:02 |
| 12 | it back to me, so I knew he understood.  Because I | 12:20:05 |
| 13 | wanted this to be a waterproof patent. | 12:20:08 |
| 14 |       So I had another patent, as I told you | 12:20:15 |
| 15 | previously, that I had to take to court, and I | 12:20:18 |
| 16 | learned that sometimes even the smallest of | 12:20:23 |
| 17 | details can screw things up, sorry about that, so | 12:20:24 |
| 18 | I wanted to be sure he did it right.  So yeah, I | 12:20:26 |
| 19 | was involved. | 12:20:29 |
| 20 |    Q  So the reason I ask is, and feel free to | 12:20:29 |
| 21 | look at either document and correct me if you feel | 12:20:33 |
| 22 | otherwise, but if you look at Exhibit 1, the | 12:20:37 |
| 23 | patent, and if you look at column 2, so if you go | 12:20:39 |
| 24 | back one page. | 12:20:44 |
| 25 |    A  Okay.  The page I just read?  Yeah, go | 12:20:45 |

1    ahead.                                          12:20:47

2        Q   And toward the bottom of Column 2.       12:20:47

3        A   Yeah.                                    12:20:50

4        Q   And we refer to line numbers, using the  12:20:50

5    line --                                          12:20:52

6        A   Yeah, sure.                              12:20:52

7        Q   -- so at about line 63, there's a sentence 12:20:54

8    that says, The amount of material removed from the 12:20:56

9    sheet 13 --                                      12:20:59

10       A   I don't have a 63.  I have a 60 and a 65. 12:21:00

11       Q   So you've got to count between them.      12:21:04

12       A   Oh, that's what they are?  Okay.  I see, I 12:21:06

13   got it.  I thought it was like a Bible.  Okay.    12:21:09

14   Got it.  61, 62, 63.                             12:21:11

15       Q   It's actually 62, I miscounted, but       12:21:15

16   there's a sentence that begins --                12:21:18

17       A   Simulated tile.                          12:21:19

18       Q   The amount of material removed from the  12:21:20

19   sheet 13 is relatively small, generally in the   12:21:23

20   order of point -- excuse me, of 0.005 inches.    12:21:25

21       Do you see that?                             12:21:25

22       A   Yeah.                                    12:21:37

23       Q   So, I didn't see anything like that in the 12:21:37

24   provisional, Exhibit 2, and I was wondering if   12:21:40

25   there was a reason that that now came to light   12:21:45

| | | |
|---|---|---|
| 1 | for -- | 12:21:46 |
| 2 | A Yeah. | 12:21:46 |
| 3 | Q -- this other one. | 12:21:46 |
| 4 | MR. REMUS: Objection to form. | 12:21:47 |
| 5 | You can answer the question. | 12:21:48 |
| 6 | THE WITNESS: Okay. Generally, by | 12:21:53 |
| 7 | adjusting the height or the depth, you can make a | 12:21:54 |
| 8 | wider bit. You can make a wider grout line. | 12:21:59 |
| 9 | BY MR. HALVERSON: | 12:22:02 |
| 10 | Q Uh-huh. | 12:22:03 |
| 11 | A So it's not always set exactly there if | 12:22:03 |
| 12 | somebody wanted a different bit. | 12:22:05 |
| 13 | Q And that's because the router bit is -- | 12:22:07 |
| 14 | A Yes. | 12:22:10 |
| 15 | Q -- curved in kind of a very shallow | 12:22:11 |
| 16 | U-shape? | 12:22:14 |
| 17 | A Yeah. | 12:22:15 |
| 18 | Q Right? | 12:22:15 |
| 19 | A I eventually ended up -- even though I | 12:22:15 |
| 20 | thought I would use three different bits, I ended | 12:22:19 |
| 21 | up with one roundish bit that I varied the depth | 12:22:21 |
| 22 | on in order to make the width slightly different. | 12:22:25 |
| 23 | But almost everybody ordered the -- I | 12:22:31 |
| 24 | really didn't understand that the customer always | 12:22:34 |
| 25 | bought what they saw, and because all of my | 12:22:38 |

1    samples that I sent out was a quarter inch wide,            12:22:43

2    very rarely did somebody want a wider or                   12:22:46

3    shallower, so pretty much that was the bit that            12:22:51

4    people wanted, and that's what we did.  And that's         12:22:53

5    because the clear sheet on top was .003.                   12:22:57

6         So I just needed to go under -- into it a             12:23:00

7    little bit to get to the next level, so that I was         12:23:04

8    showing the rougher second layer of acrylic, and           12:23:09

9    getting through the top clear layer.                       12:23:12

10        Q   And so --                                         12:23:14

11        A   And we often went a little deeper.                12:23:15

12        Q   Is there any description in Exhibit 2,            12:23:19

13   that provisional, about the depth of the bit?             12:23:21

14        MR. REMUS:  Objection to form.                        12:23:25

15        THE WITNESS:  I -- no, I didn't read it,              12:23:30

16   but I doubt that there is, because like I just             12:23:32

17   said to you, we pretty much kept it about a                12:23:34

18   quarter inch wide the whole time.  That's what             12:23:37

19   everybody really wanted.                                   12:23:40

20   BY MR. HALVERSON:                                          12:23:41

21        Q   And can you go to the next page of                12:23:41

22   Exhibit 1, the patent, and I want to look at the           12:23:43

23   very top of Column 3.                                      12:23:45

24        A   Sure.                                             12:23:47

25        Q   And then line one, the first sentence            12:23:47

| | | |
|---|---|---|
| 1 | there begins, "the router bit." See that? | 12:23:49 |
| 2 | A  Okay, yeah. | 12:23:53 |
| 3 | Q  So here it's talking about that same | 12:23:54 |
| 4 | concept, right, the kind of shallow U-shaped | 12:23:57 |
| 5 | rounded edge that gets cut out? | 12:24:02 |
| 6 | A  Yeah. | 12:24:04 |
| 7 | Q  And same question about what's in | 12:24:05 |
| 8 | Exhibit 2, the provisional. | 12:24:09 |
| 9 | A  Yeah. | 12:24:11 |
| 10 | Q  Is there anything in there that you saw | 12:24:11 |
| 11 | about the rounded edges being grout -- or being | 12:24:14 |
| 12 | routed out? | 12:24:20 |
| 13 | MR. REMUS:  Objection, form. | 12:24:20 |
| 14 | THE WITNESS:  What does that mean?  Can I | 12:24:21 |
| 15 | ask? | 12:24:23 |
| 16 | BY MR. HALVERSON: | 12:24:23 |
| 17 | Q  Yes. | 12:24:24 |
| 18 | MR. REMUS:  We can talk later, but my | 12:24:24 |
| 19 | objection is noted for the record, but you can | 12:24:26 |
| 20 | answer the question. | 12:24:28 |
| 21 | BY MR. HALVERSON: | 12:24:29 |
| 22 | Q  Oh, sorry.  Was your question about what | 12:24:30 |
| 23 | does it mean, what his objection is or about my -- | 12:24:32 |
| 24 | A  Yeah, what does it mean? | 12:24:33 |
| 25 | Q  He'll talk to you about that. | 12:24:36 |

| | | |
|---|---|---|
| 1 | MR. REMUS:  He's going to tell you to | 12:24:38 |
| 2 | ignore me. | 12:24:39 |
| 3 | THE WITNESS:  Okay.  Oh, okay.  Ask the | 12:24:40 |
| 4 | question again. | 12:24:42 |
| 5 | BY MR. HALVERSON: | 12:24:43 |
| 6 | Q  Let me ask the question again. | 12:24:43 |
| 7 | A  You want me to look something up in here? | 12:24:44 |
| 8 | Q  So I just want to know if there's anything | 12:24:46 |
| 9 | in the provisional about a rounded edge of grout | 12:24:48 |
| 10 | being routed out.  Excuse me, that was not -- | 12:24:52 |
| 11 | A  You tell me. | 12:24:57 |
| 12 | Q  I didn't see it, and I'm wondering if I | 12:24:58 |
| 13 | missed it. | 12:25:01 |
| 14 | A  I didn't see it either, but here's what | 12:25:24 |
| 15 | you need to know: | 12:25:26 |
| 16 | Like I said, this whole patent is about | 12:25:28 |
| 17 | cutting through and giving the tile look, and so I | 12:25:30 |
| 18 | take it it would be understood that you have to | 12:25:34 |
| 19 | cut through the top. | 12:25:36 |
| 20 | Q  Were you involved at all in the | 12:25:37 |
| 21 | prosecution of the claims that ultimately issued? | 12:25:40 |
| 22 | And let me know if you want me to explain any of | 12:25:46 |
| 23 | that. | 12:25:48 |
| 24 | A  What does "prosecution" mean? | 12:25:48 |
| 25 | Q  So, as a patent application is filed -- | 12:25:51 |

| | | |
|---|---|---|
| 1 | A   Okay. | 12:25:53 |
| 2 | Q   -- you take your documents, you give it to | 12:25:54 |
| 3 | the Patent Office. | 12:25:56 |
| 4 | A   Yeah. | 12:25:56 |
| 5 | Q   Patent Office looks at it and makes some | 12:25:56 |
| 6 | sort of determination about whether or not the | 12:26:00 |
| 7 | claims, as filed, should be allowed. | 12:26:01 |
| 8 | If they say yes, you get what's called a | 12:26:03 |
| 9 | Notice of Allowance.  If they say no, you get a | 12:26:05 |
| 10 | rejection.  And then you go back and forth with | 12:26:11 |
| 11 | the Patent Office. | 12:26:14 |
| 12 | A   I don't know.  Jody was doing something | 12:26:15 |
| 13 | along that.  I don't know how to format legalese. | 12:26:17 |
| 14 | Which is why you have a lawyer.  But having read | 12:26:21 |
| 15 | this, you know, that's damn near what I told them | 12:26:24 |
| 16 | word for word, but he had to add legalese and | 12:26:27 |
| 17 | numbers and everything else, but that's pretty | 12:26:30 |
| 18 | much what I told him.  I mean, these two documents | 12:26:32 |
| 19 | contain everything I told them, and everything | 12:26:35 |
| 20 | I've said here so far. | 12:26:37 |
| 21 | Q   And so I'm going to hand you 4 and 5. | 12:26:39 |
| 22 | (Domanico Exhibit 4 is introduced for the | 12:27:06 |
| 23 | record.) | 12:27:09 |
| 24 | (Domanico Exhibit 5 is introduced for the | 12:27:09 |
| 25 | record.) | 12:27:12 |

| | | |
|---|---|---|
| 1 | MR. HALVERSON:  4.  5. | 12:27:12 |
| 2 | BY MR. HALVERSON: | 12:27:16 |
| 3 | Q  I will hand you, Mr. Domanico, Exhibit 4, | 12:27:16 |
| 4 | which for the record is the prosecution history of | 12:27:20 |
| 5 | the patent at issue in Exhibit 1. | 12:27:23 |
| 6 | And I will also hand you Exhibit 5, which | 12:27:28 |
| 7 | is the assignment that you signed for that patent. | 12:27:30 |
| 8 | The assignment has been produced, and has | 12:27:35 |
| 9 | Bates number BCI00000014 through 17. | 12:27:37 |
| 10 | The prosecution history has not been | 12:27:47 |
| 11 | produced, so like the provisional, we're going to | 12:27:51 |
| 12 | have to count some pages? | 12:27:55 |
| 13 | A  Okay. | 12:27:55 |
| 14 | Q  I did that already to where I want to go, | 12:27:57 |
| 15 | so there's a red flag that's been added to it. | 12:27:58 |
| 16 | A  Okay. | 12:27:58 |
| 17 | Q  Starting with Exhibit 5, which is the | 12:28:02 |
| 18 | assignment. | 12:28:04 |
| 19 | A  Got it. | 12:28:04 |
| 20 | Q  Can you tell me the date that you executed | 12:28:05 |
| 21 | that assignment? | 12:28:07 |
| 22 | A  It says February 17th, '16. | 12:28:08 |
| 23 | Q  And if go you to the last page, do you see | 12:28:11 |
| 24 | your signature? | 12:28:14 |
| 25 | A  Hell, yeah. | 12:28:19 |

| | | |
|---|---|---|
| 1 | Q   Is that your signature? | 12:28:20 |
| 2 | A   That's me. | 12:28:22 |
| 3 | Q   And what is that date? | 12:28:22 |
| 4 | A   Same. | 12:28:25 |
| 5 | Q   Beautiful.  Do you remember signing that? | 12:28:28 |
| 6 | A   Probably not. | 12:28:32 |
| 7 | Q   Seeing that date -- | 12:28:33 |
| 8 | A   Because I signed, you know -- | 12:28:35 |
| 9 | Q   -- and -- | 12:28:36 |
| 10 | A   -- a lot -- like so many things every day. | 12:28:38 |
| 11 | Q   Seeing that date, and with the | 12:28:40 |
| 12 | understanding that that is an assignment of the | 12:28:43 |
| 13 | patent rights from you to Luxury Bath Liners, does | 12:28:45 |
| 14 | that give you any understanding of when the | 12:28:54 |
| 15 | transaction with BCI might have happened? | 12:28:56 |
| 16 | A   No, I'm still -- it's a date to me.  It's | 12:29:03 |
| 17 | a date way back when. | 12:29:10 |
| 18 | Q   And so -- | 12:29:10 |
| 19 | A   It's probably in the range of when all | 12:29:11 |
| 20 | that happened. | 12:29:15 |
| 21 | Q   If we go to -- | 12:29:16 |
| 22 | A   Because I did assign the date in the | 12:29:18 |
| 23 | document. | 12:29:20 |
| 24 | Q   If you go to the trial history and you | 12:29:20 |
| 25 | open up at that red flag -- | 12:29:22 |

| | |
|---|---|
| 1 | A   Okay. | 12:29:24 |
| 2 | Q   -- and I will represent, for the record, | 12:29:24 |
| 3 | that the red flag is the -- can you go back one | 12:29:25 |
| 4 | page to the cover there? | 12:29:28 |
| 5 | A   Okay. | 12:29:30 |
| 6 | Q   That red flag is on the response to the | 12:29:31 |
| 7 | Office Action -- excuse me. | 12:29:34 |
| 8 | The response to the only Office Action in | 12:29:37 |
| 9 | the prosecution history? | 12:29:39 |
| 10 | A   Okay. | 12:29:40 |
| 11 | Q   And so as we were talking a minute ago | 12:29:42 |
| 12 | about prosecution, there are these rejections and | 12:29:44 |
| 13 | responses. | 12:29:52 |
| 14 | A   Okay. | 12:29:53 |
| 15 | Q   This is the response that was filed in the | 12:29:53 |
| 16 | prosecution of this application. | 12:29:55 |
| 17 | A   Okay. | 12:29:56 |
| 18 | Q   If you look forward a couple of pages, and | 12:29:57 |
| 19 | by "couple," I mean, like, 12. | 12:30:00 |
| 20 | A   Okay.  What should it say at the top? | 12:30:04 |
| 21 | Q   Actually, at the bottom it will say 11. | 12:30:07 |
| 22 | A   It will say what? | 12:30:10 |
| 23 | Q   Eleven, so there's page numbers at the | 12:30:11 |
| 24 | bottom there.  You see them? | 12:30:13 |
| 25 | A   Come on.  This isn't easy. | 12:30:14 |

| | |
|---|---|
| 1 | Q  If it was easy, the lawyers would do it. | 12:30:19 |
| 2 | A  I don't know about that.  Being a lawyer | 12:30:21 |
| 3 | is not the easiest job in the world. | 12:30:24 |
| 4 | Okay. | 12:30:27 |
| 5 | Q  Have you ever talked with Mr. Samlan? | 12:30:28 |
| 6 | Just yes or no. | 12:30:36 |
| 7 | A  Yes, yes. | 12:30:36 |
| 8 | Q  Were you at all involved in the | 12:30:37 |
| 9 | preparation of the response that you just flipped | 12:30:38 |
| 10 | through, from the red flag to page 11? | 12:30:41 |
| 11 | A  No. | 12:30:45 |
| 12 | Q  Were you involved at all with BCI as of | 12:30:51 |
| 13 | June -- | 12:30:57 |
| 14 | A  Hang on.  Okay.  Go ahead. | 12:31:02 |
| 15 | Q  Were you involved at all with BCI as of | 12:31:03 |
| 16 | June 4th, 2018, which is the date of this | 12:31:06 |
| 17 | response? | 12:31:08 |
| 18 | A  Oh, yes. | 12:31:08 |
| 19 | Q  What was your role at BCI then? | 12:31:09 |
| 20 | A  After they bought out the company, they | 12:31:15 |
| 21 | wanted me to work for them for a few years so that | 12:31:17 |
| 22 | the customers felt that they had somebody they | 12:31:20 |
| 23 | could talk to if they needed something. | 12:31:26 |
| 24 | So for two years I worked there, and | 12:31:29 |
| 25 | pointed the customers to the appropriate people so | 12:31:31 |

1    they would get used to the appropriate people.          12:31:33

2         And I also did some sales for them to              12:31:36

3    military bases and things like that --                 12:31:38

4         Q  Can you go back to --                           12:31:40

5         A  -- universities, yeah.                          12:31:41

6         Q  -- to the page that has a 2 on the bottom       12:31:44

7    of it there?                                            12:31:47

8         A  How far back?                                   12:31:48

9         Q  Nine pages, ten pages, just before the          12:31:49

10   red -- or just after the red flag?                      12:31:52

11        A  Five, four, three, two, okay.                    12:31:54

12        Q  So in the process of prosecution of             12:31:59

13   patents, sometimes you make changes to those            12:32:01

14   claims.                                                 12:32:03

15        A  Okay.                                           12:32:04

16        Q  Changes are made by either striking            12:32:05

17   through text to remove text from a claim, or            12:32:07

18   underlining new text to add new text to the claim.      12:32:11

19        A  Okay.                                           12:32:15

20        Q  So if you look at that page there, page 2       12:32:15

21   of this Office Action response, you see some            12:32:18

22   underlined text --                                      12:32:21

23        A  Um-hmm.                                         12:32:23

24        Q  -- and some struck-through text.                12:32:23

25        A  And -- yes, I do.                                12:32:25

1    Q  Were you involved at all in the decision          12:32:26

2  of what text to strike through or what text to         12:32:28

3  underline?                                             12:32:31

4    A  Can I read this?                                  12:32:31

5    Q  Yeah.                                             12:32:33

6    A  Okay.  I would obviously had to have been         12:33:11

7  involved at some point, because this is basically      12:33:17

8  the whole idea that I had.                             12:33:20

9        Now, did I write it word for word and did        12:33:22

10  I type it?  No, but at this point we had -- I had      12:33:24

11  verbalized it so many times to so many people that    12:33:27

12  everybody understood what we were doing.              12:33:31

13        So, I didn't write this, but these are          12:33:33

14  kind of my words that I've been using all along,      12:33:35

15  even today.                                            12:33:38

16    Q  So if you look at the first letter under         12:33:47

17  the number 1 there, where it says A?                  12:33:50

18    A  Yeah.                                            12:33:52

19    Q  Where it says determined -- "determining,"       12:33:53

20  excuse me.                                             12:33:55

21    A  Okay.                                            12:33:56

22    Q  You see there is a deletion or a striking        12:33:56

23  through of the word "designing" --                    12:34:00

24    A  Okay.                                            12:34:01

25    Q  -- and an underlining of the word                12:34:01

| | | |
|---|---|---|
| 1 | "determining"? | 12:34:03 |
| 2 |    A  Okay. | 12:34:04 |
| 3 |    Q  Do those two words mean anything different | 12:34:04 |
| 4 | in your mind? | 12:34:10 |
| 5 |       MR. REMUS:  Objection -- I'm concerned -- | 12:34:11 |
| 6 |       THE WITNESS:  Yeah. | 12:34:11 |
| 7 |       MR. REMUS:  Hold on.  I'm concerned that | 12:34:14 |
| 8 | we are getting outside the scope of the limited | 12:34:16 |
| 9 | discovery that the judge ordered, which is only on | 12:34:19 |
| 10 | standing and inventorship, and you're now asking | 12:34:21 |
| 11 | him about the meaning of claim terms. | 12:34:23 |
| 12 |       Can you help me understand where we are | 12:34:25 |
| 13 | going with this, if you think it relates to | 12:34:27 |
| 14 | inventorship? | 12:34:29 |
| 15 |       MR. HALVERSON:  In part, regarding the | 12:34:31 |
| 16 | scope of the claims that are at issue, which is | 12:34:33 |
| 17 | relevant to what it was that was invented.  And | 12:34:36 |
| 18 | then in part, I'm not confident that we are going | 12:34:39 |
| 19 | to get Mr. Domanico a second time, and so I'm | 12:34:42 |
| 20 | happy to not go into those things that would be | 12:34:45 |
| 21 | beyond the scope of what is part of the noticed | 12:34:48 |
| 22 | deposition, if there's a representation that he'll | 12:34:50 |
| 23 | be available again. | 12:34:53 |
| 24 |       MR. REMUS:  I don't control the witness, | 12:34:55 |
| 25 | so I can't represent whether or not he will or | 12:34:56 |

| | | |
|---|---|---|
| 1 | won't be available again. | 12:34:59 |
| 2 | I do want to confine this deposition to | 12:35:01 |
| 3 | the scope of the discovery ordered by the Court. | 12:35:03 |
| 4 | So what I'm requesting is that we confine | 12:35:07 |
| 5 | the discussion to just issues of inventorship and | 12:35:10 |
| 6 | not issues of claim meaning, claim construction | 12:35:12 |
| 7 | and the like. | 12:35:16 |
| 8 | MR. HALVERSON: Okay. | 12:35:18 |
| 9 | THE WITNESS: May I say that both of you | 12:35:19 |
| 10 | or both of your people that hired you had offered | 12:35:21 |
| 11 | to have you represent and you represent me, and I | 12:35:25 |
| 12 | told both of them no, because I need to be -- I'm | 12:35:28 |
| 13 | just going to say what I'm going to say, because | 12:35:32 |
| 14 | that's what I'm -- I had a discussion with both of | 12:35:35 |
| 15 | you on this thing. I don't want representation. | 12:35:37 |
| 16 | You represent your client, you represent your | 12:35:39 |
| 17 | client. I'm just going to tell you what I know. | 12:35:42 |
| 18 | BY MR. HALVERSON: | 12:35:44 |
| 19 | Q Sounds good. | 12:35:44 |
| 20 | A Okay. | 12:35:45 |
| 21 | No, there's no differences in this case | 12:35:49 |
| 22 | between "design" and "determine." You know | 12:35:51 |
| 23 | obviously, I just wanted a tile wall. I just -- | 12:35:53 |
| 24 | you call it design. | 12:35:55 |
| 25 | Q And so -- | 12:35:59 |

1    A  You'd probably get more money for design                 12:36:00

2    than you could if you determine but...                      12:36:02

3       Q  If you go down, and you see where there's             12:36:05

4    a strike-through B and an underlined C right next           12:36:07

5    to each other --                                            12:36:10

6       A  Oh, yeah.                                             12:36:10

7       Q  -- and the word is "selecting"?                       12:36:11

8       A  Yeah.                                                 12:36:11

9       Q  What is your understanding of what it                 12:36:14

10   means to select a first sheet of acrylic material          12:36:16

11   based on the first set of tile pattern                      12:36:20

12   characteristics?                                            12:36:23

13      MR. REMUS:  Objection, outside the scope                 12:36:26

14   of discovery allowed by the Court, and calls for a          12:36:27

15   legal conclusion.  You can answer the question, if          12:36:30

16   you're able to.                                             12:36:39

17      THE WITNESS:  Well, obviously you got to                 12:36:40

18   select the right size sheet for the program or you          12:36:41

19   waste a lot of material.                                    12:36:44

20   BY MR. HALVERSON:                                           12:36:45

21      Q  What do you mean by that?                             12:36:46

22      A  At first, I wasn't designing a whole                  12:36:47

23   sheet.  I was just wanting to see if I could make           12:36:56

24   a real good tile look, so I was using smaller               12:37:00

25   sheets and scrap sheets, just proving that it               12:37:00

| | | |
|---|---|---|
| 1 | works, because I was paying $150 for a big sheet. | 12:37:01 |
| 2 | So at first, I just used other sheets. I | 12:37:05 |
| 3 | didn't use production sheets that I would resell | 12:37:11 |
| 4 | later. I picked sheets that would have different | 12:37:13 |
| 5 | colors, different tops, but they were expendable, | 12:37:15 |
| 6 | because of whatever, usually size. | 12:37:20 |
| 7 | Q  So if there was a scrap sheet that was -- | 12:37:23 |
| 8 | A  That would do fine. | 12:37:24 |
| 9 | Q  -- 3 x 2 -- excuse me -- | 12:37:26 |
| 10 | A  Well, usually I would cut a sheet to fit | 12:37:27 |
| 11 | exactly what the customer would want, and then I'd | 12:37:30 |
| 12 | have the remainder, although I guess you could | 12:37:33 |
| 13 | call it a scrap sheet, I would still save it, | 12:37:35 |
| 14 | because it was still useful in some way. | 12:37:39 |
| 15 | So I would pick the sheets that I needed | 12:37:40 |
| 16 | so I would know how it would look on a beige | 12:37:43 |
| 17 | marble, or what was the one that -- Carrara. | 12:37:47 |
| 18 | Carrara is a really good example, because | 12:37:50 |
| 19 | a Carrara has a very fine grayish streak through a | 12:37:52 |
| 20 | block, and how would that look? | 12:37:56 |
| 21 | And then I have dark colors. There were | 12:37:58 |
| 22 | dark browns, so selecting the sheets, testing it | 12:38:01 |
| 23 | so you could look at the finished results, I had | 12:38:04 |
| 24 | to do that a bunch, just to say, you know, this is | 12:38:08 |
| 25 | going to work for all my products, and it | 12:38:11 |

| | | |
|---|---|---|
| 1 | certainly did.  As long as I cut through the top | 12:38:16 |
| 2 | layer, it would work perfect. | 12:38:18 |
| 3 | Q  So all of the designs that you had worked | 12:38:20 |
| 4 | for all of the sheets that you had? | 12:38:23 |
| 5 | A  No.  There is a particular type of acrylic | 12:38:28 |
| 6 | that I also carried that was a very different type | 12:38:30 |
| 7 | of acrylic.  It was a very expensive, high-end | 12:38:34 |
| 8 | monolithic sheet made by Lucite, and it had | 12:38:38 |
| 9 | marbling all throughout the sheet.  It was hot tub | 12:38:41 |
| 10 | material.  So even if I took a little dent into it | 12:38:45 |
| 11 | to make the tile look any -- look like tile, you'd | 12:38:49 |
| 12 | still see the pattern carrying through where | 12:38:52 |
| 13 | supposedly the grout line was, and because it was | 12:38:55 |
| 14 | monolithic, you'd see all I did was cut a pattern | 12:38:57 |
| 15 | into a sheet of acrylic with a pattern throughout | 12:39:01 |
| 16 | the whole thing, and it looked terrible.  It | 12:39:03 |
| 17 | looked just like the ones I was sucking down, only | 12:39:07 |
| 18 | worse.  So -- and it was a very difficult and | 12:39:11 |
| 19 | expensive sheet to work with. | 12:39:13 |
| 20 | Q  What is the difference between acrylic and | 12:39:15 |
| 21 | Lucite? | 12:39:17 |
| 22 | A  Lucite is a company. | 12:39:21 |
| 23 | Q  So you purchased a sheet of acrylic from | 12:39:22 |
| 24 | the company named Lucite? | 12:39:24 |
| 25 | A  Yeah.  Lucite is the largest acrylic | 12:39:26 |

| | | |
|---|---|---|
| 1 | manufacturer in the world, owned by the Queen of | 12:39:29 |
| 2 | England and stockholders. | 12:39:32 |
| 3 | Q  I didn't know that. | 12:39:35 |
| 4 | A  That's what they told me, at least.  I | 12:39:35 |
| 5 | would go there often. | 12:39:38 |
| 6 | Q  Where are they? | 12:39:39 |
| 7 | A  Tennessee?  Kentucky?  I get the two mixed | 12:39:41 |
| 8 | up.  Yeah, Tennessee or Kentucky. | 12:39:57 |
| 9 | They have a very big competitor.  I bought | 12:39:57 |
| 10 | from them, too, same sheet.  The competitor had to | 12:39:59 |
| 11 | buy all the raw materials from Lucite to make the | 12:40:00 |
| 12 | competing material, because Lucite had all the | 12:40:03 |
| 13 | patents.  But the end product was not -- is on | 12:40:05 |
| 14 | back order, and they did a better job with colors, | 12:40:10 |
| 15 | as far as I'm concerned. | 12:40:12 |
| 16 | Q  So we have been going about another hour. | 12:40:13 |
| 17 | A  Okay. | 12:40:16 |
| 18 | Q  Would you like another five-minute break? | 12:40:16 |
| 19 | A  No. | 12:40:21 |
| 20 | THE WITNESS:  How about you?  You're | 12:40:21 |
| 21 | typing like crazy?  I'm trying to go slow for her. | 12:40:22 |
| 22 | BY MR. HALVERSON: | 12:40:34 |
| 23 | Q  We'll keep going a little bit longer. | 12:40:34 |
| 24 | Do you have an understanding of | 12:40:35 |
| 25 | approximately how much time between the -- excuse | 12:40:36 |

| | | |
|---|---|---|
| 1 | me. | 12:40:36 |
| 2 | Do you have an understanding of how much | 12:40:41 |
| 3 | time passed between the first time that you saw | 12:40:42 |
| 4 | that nameplate on the desk that had been CNC'd | 12:40:47 |
| 5 | out, and when you actually filed either of those | 12:40:52 |
| 6 | patent applications. | 12:40:54 |
| 7 | A  Maybe a year. | 12:41:00 |
| 8 | Q  And were you taking notes, are there lab | 12:41:02 |
| 9 | notebooks or any sort of written records that have | 12:41:10 |
| 10 | that process -- | 12:41:10 |
| 11 | A  No, I am not a notetaker for anything at | 12:41:10 |
| 12 | all, okay? | 12:41:12 |
| 13 | Because here's the thing: | 12:41:23 |
| 14 | For any invention, I mean, if you're -- | 12:41:25 |
| 15 | while you're developing it, it changes.  You know, | 12:41:27 |
| 16 | my goal was achieved, and that was to make a sheet | 12:41:30 |
| 17 | look like a beautiful actual piece of tile.  And | 12:41:33 |
| 18 | this covered it.  Because that changed everything. | 12:41:36 |
| 19 | All the other benefits of the money I | 12:41:38 |
| 20 | saved and the ease of manufacturing, although | 12:41:46 |
| 21 | wonderful, that's not how it started.  But after I | 12:41:49 |
| 22 | realized how much money would be saved, that was | 12:41:53 |
| 23 | one of the prime things, and what really made this | 12:41:56 |
| 24 | happen. | 12:42:05 |
| 25 | Q  Did you read any articles about CNC | 12:42:05 |

| | | |
|---|---|---|
| 1 | machining -- | 12:42:08 |
| 2 | A  No. | 12:42:09 |
| 3 | Q  -- in the process of those efforts? | 12:42:09 |
| 4 | A  No.  My wife knew CNC.  She bought one, | 12:42:12 |
| 5 | and she operated it for my children.  They have | 12:42:16 |
| 6 | their own company, and they make solid surface | 12:42:20 |
| 7 | products. | 12:42:22 |
| 8 | Q  What is that? | 12:42:23 |
| 9 | A  It's a type of material.  Corian.  Are you | 12:42:24 |
| 10 | familiar?  Okay. | 12:42:30 |
| 11 | It's an imitation marble that is high-end | 12:42:32 |
| 12 | and high-quality. | 12:42:34 |
| 13 | Q  Okay. | 12:42:37 |
| 14 | A  Okay?  And it's very different. | 12:42:38 |
| 15 | Although there is some acrylic in it, I | 12:42:39 |
| 16 | think it's only 8 percent.  The rest is a material | 12:42:42 |
| 17 | called aluminum trioxide.  And what that does is | 12:42:45 |
| 18 | when the material's on fire, it turns to water and | 12:42:48 |
| 19 | self extinguishes. | 12:42:52 |
| 20 | Q  Cool. | 12:42:55 |
| 21 | A  Yeah, there's one other product that does | 12:42:55 |
| 22 | that, too, in the acrylic world.  Aluminum | 12:42:58 |
| 23 | trihydrate, which is rust and aluminum. | 12:43:01 |
| 24 | Q  And so your wife's CNC machine that she | 12:43:06 |
| 25 | had on hand, do you recall, did she own that | 12:43:11 |

| | | |
|---|---|---|
| 1 | before -- | 12:43:13 |
| 2 | A  Oh, she owned it for many years. | 12:43:14 |
| 3 | Q  Okay. | 12:43:16 |
| 4 | A  And she learned how to program it.  She | 12:43:19 |
| 5 | had a -- she had -- what's the big one for | 12:43:23 |
| 6 | designing things?  What's the big program | 12:43:24 |
| 7 | everybody uses? | 12:43:25 |
| 8 | Q  I don't -- | 12:43:25 |
| 9 | A  Autodesk. | 12:43:29 |
| 10 | Q  Autodesk? | 12:43:29 |
| 11 | A  She used Autodesk and Toolpath. | 12:43:31 |
| 12 | And why would I do it when I can have her | 12:43:35 |
| 13 | do it?  You know, for something -- running a | 12:43:39 |
| 14 | company, I worked night and day.  I worked | 12:43:41 |
| 15 | weekends for decades, like most entrepreneurs. | 12:43:45 |
| 16 | Q  Jeff Kincaid. | 12:43:48 |
| 17 | A  Yes. | 12:43:50 |
| 18 | Q  The guy that you had hired -- | 12:43:50 |
| 19 | A  He was originally hired to be my trainer, | 12:43:53 |
| 20 | because he was technical.  And his job was to go | 12:43:56 |
| 21 | out in the field and work with people and do | 12:44:00 |
| 22 | installs. | 12:44:02 |
| 23 | Q  So his -- when you say "trainer," you | 12:44:02 |
| 24 | mean, like, training the technicians -- | 12:44:02 |
| 25 | A  Installations. | 12:44:02 |

1    Q  -- who are out putting in the --                12:44:03

2    A  The installation technicians.                   12:44:06

3    Q  Do you know what his background was?            12:44:08

4    A  Yes.  He worked in -- I think he said it        12:44:10

5    was a college.  He taught a high-end shop class.   12:44:13

6        I got him because I knew his wife, and I       12:44:20

7    knew what he did, and I said, I need a guy like     12:44:25

8    that, and she said, I'll talk to him.  Money        12:44:30

9    talks, and I got him.                               12:44:32

10   Q  And so based on your understanding of the       12:44:39

11   patent, Exhibit 1 --                               12:44:41

12   A  Okay.                                           12:44:43

13   Q  -- are there any other ways that one could      12:44:43

14   remove a layer of an acrylic sheet using a CNC     12:44:48

15   machine beyond what is covered in your patent?     12:44:52

16       MR. REMUS:  Objection to form and outside      12:44:55

17   the scope of permissible discovery.                12:44:57

18       You can answer the question, if you're         12:45:00

19   able to.                                            12:45:01

20       THE WITNESS:  Not that I know of.              12:45:01

21   BY MR. HALVERSON:                                   12:45:04

22   Q  So as --                                        12:45:05

23   A  But I always say, Give me time.  I'll           12:45:06

24   figure something out.                               12:45:09

25       But there's a lot of experimenting before      12:45:10

| | | |
|---|---|---|
| 1 | you -- what sounds good originally, like, I could | 12:45:16 |
| 2 | probably drop a hundred grand on the printer | 12:45:19 |
| 3 | before I realize I'm going nowhere.  I'm chasing | 12:45:22 |
| 4 | my tail. | 12:45:27 |
| 5 | And this, too, you know, to get something | 12:45:28 |
| 6 | right and repeatable, and "repeatable" is the most | 12:45:31 |
| 7 | important word here, and accomplishes what I | 12:45:34 |
| 8 | wanted, which was a beautiful tile look, there is | 12:45:37 |
| 9 | not that I know of.  Because of what I do is | 12:45:40 |
| 10 | three-dimensional.  You could actually put your | 12:45:45 |
| 11 | finger in the hole. | 12:45:48 |
| 12 | There are people that print a tile look, | 12:45:49 |
| 13 | but it's flat as flat is.  And it still looks like | 12:45:52 |
| 14 | somebody's cheating, because a real grout is a | 12:45:57 |
| 15 | three-dimensional surface, and this is a | 12:46:00 |
| 16 | three-dimensional sheet.  It covers all the bases | 12:46:04 |
| 17 | of what my customers wanted, and what I could | 12:46:07 |
| 18 | produce, and what I could patent. | 12:46:10 |
| 19 | Q   That desktop nameplate? | 12:46:12 |
| 20 | A   Yeah. | 12:46:15 |
| 21 | Q   Was that also three-dimensional? | 12:46:16 |
| 22 | A   Sure. | 12:46:18 |
| 23 | Q   You could put your finger -- | 12:46:19 |
| 24 | A   Yeah. | 12:46:19 |
| 25 | Q   -- and get down to the paint layer below | 12:46:20 |

1    it --                                    12:46:22

2        A   No, it wasn't in there --        12:46:23

3        Q   -- or the color layer below it?  12:46:24

4        A   -- it was probably ABS or acrylic or below   12:46:27

5    it.                                      12:46:30

6        Q   Do you remember where you saw that?   12:46:31

7        A   Somebody's desk.  I think it was a doctor   12:46:33

8    or a nurse or a CPA -- I don't know, but I   12:46:37

9    remember going home thinking, Damn, if I could do   12:46:41

10   lines like that, I could save my ass.     12:46:47

11       So then I started dicking with it and --   12:46:51

12   excuse me, don't put that word in there.  I   12:46:53

13   started playing with it, and it just came to life.   12:46:57

14       THE WITNESS:  You put it in there.   12:47:03

15       THE REPORTER:  I have to.             12:47:04

16       THE WITNESS:  You have to, I got it.  My   12:47:05

17   fault.  I apologize to everyone here.     12:47:06

18       And I eventually was able to see that this   12:47:08

19   had merit, that I didn't have to reinvent   12:47:13

20   everything, I could just figure out the kinks that   12:47:17

21   were making the sheet look bad.           12:47:19

22       Working and run a company and have a house   12:47:22

23   and have two kids in Scouts and everything else at   12:47:23

24   the same time, if was difficult, to be straight   12:47:29

25   up.                                       12:47:31

1    But I was working on many different                12:47:32

2    projects other than that one, obviously, keeping   12:47:34

3    the machines going.                                12:47:36

4    BY MR. HALVERSON:                                  12:47:37

5      Q  Did you ever check with any of your           12:47:38

6    dealers about the patent process that you were     12:47:39

7    going through?                                     12:47:42

8      A  No.  My dealers?  There was no reason to      12:47:43

9    talk with them, except the following:              12:47:48

10     My dealers want to know if they had              12:47:51

11   rights.  What would make their product different   12:47:54

12   than what the other guy was selling at the Home    12:47:57

13   Show.                                              12:48:00

14     So by saying, Well, it has Microban in it.       12:48:02

15   Nobody one else has that.  It's the only one that  12:48:08

16   looks like real tile.  Everybody else has the      12:48:12

17   formed.                                            12:48:14

18     My job was to deliver a differentiated           12:48:14

19   product that the customer would want, and that is  12:48:19

20   what I discussed over and over.                    12:48:19

21     So by saying, Yeah, it's patented, that          12:48:21

22   was a definite thing I had to tell everybody,      12:48:25

23   because the corresponding part to that is if I was 12:48:28

24   in this lady's home, I would say to this lady, We  12:48:31

25   are the only ones with this material.  We have a   12:48:35

| | | |
|---|---|---|
| 1 | patent on it.  We developed this.  So if you | 12:48:38 |
| 2 | really love the material like you said, you could | 12:48:41 |
| 3 | only get it from us.  So let's just work out a | 12:48:44 |
| 4 | price or terms that you could live with, and we'll | 12:48:47 |
| 5 | go from there, okay? | 12:48:50 |
| 6 | Q  Makes -- | 12:48:53 |
| 7 | A  And oftentimes I did a show-and-tell where | 12:48:53 |
| 8 | I would bring the old material, and I would say we | 12:48:55 |
| 9 | have this or this. | 12:48:58 |
| 10 | This is my higher-end product, this is my | 12:49:02 |
| 11 | lower-end product.  If you really need to save | 12:49:04 |
| 12 | money, Oh, hell, yeah, I used to own the building, | 12:49:07 |
| 13 | I am going to rent it.  I am not buying the good | 12:49:10 |
| 14 | stuff.  Fine, they always want just plain white | 12:49:14 |
| 15 | anyhow, but I would have had the ability to meet | 12:49:17 |
| 16 | the customers' needs, and everybody had different | 12:49:21 |
| 17 | needs. | 12:49:24 |
| 18 | Q  What is or what was the price point, | 12:49:24 |
| 19 | roughly, between the CNC'd grout lines and the | 12:49:27 |
| 20 | thermoformed grout lines? | 12:49:30 |
| 21 | A  I didn't make that up.  I don't know.  I | 12:49:33 |
| 22 | had a girl do that.  She would do all the math on | 12:49:35 |
| 23 | the markups, and I don't really know that. | 12:49:38 |
| 24 | And you know what?  The price of plastics | 12:49:41 |
| 25 | changed -- at that time was changing damn near | 12:49:44 |

| | | |
|---|---|---|
| 1 | every couple months.  It was like two years ago. | 12:49:47 |
| 2 | And the reason the price changed was there | 12:49:50 |
| 3 | was a shortage, a shortage of the basic molecule. | 12:49:55 |
| 4 | MR. HALVERSON:  Let's take a quick break. | 12:49:59 |
| 5 | THE WITNESS:  Okay. | 12:50:03 |
| 6 | THE VIDEOGRAPHER:  We are going off the | 12:50:05 |
| 7 | record.  The time is 12:50 p.m. | 12:50:06 |
| 8 | (Recess taken.) | 12:56:48 |
| 9 | THE VIDEOGRAPHER:  We are going back on | 12:56:49 |
| 10 | the record.  The time is 12:57 p.m. | 12:56:50 |
| 11 | BY MR. HALVERSON: | 12:56:53 |
| 12 | Q  Mr. Domanico, you brought some things with | 12:56:53 |
| 13 | you today.  Is there anything in there that's | 12:56:55 |
| 14 | relevant today, or is that just your normal | 12:56:57 |
| 15 | notepad of stuff? | 12:56:58 |
| 16 | A  Everything that you gave me.  It's this | 12:56:58 |
| 17 | and a couple other things, and some people I need | 12:57:00 |
| 18 | to call after I get done with you. | 12:57:03 |
| 19 | Q  Got it.  So the clipboard and -- | 12:57:05 |
| 20 | A  And this -- this is all plain white paper | 12:57:07 |
| 21 | stuff, and then the rest is parking. | 12:57:10 |
| 22 | Q  Not tied to this case? | 12:57:12 |
| 23 | A  No, no. | 12:57:14 |
| 24 | Q  Got it. | 12:57:14 |
| 25 | A  Well, other than this page, I got the | 12:57:14 |

| | | |
|---|---|---|
| 1 | patent and the summons.  Yeah, that's it. | 12:57:16 |
| 2 | MR. HALVERSON:  I have no further | 12:57:21 |
| 3 | questions this morning, subject to anything from | 12:57:22 |
| 4 | Mr. Remus. | 12:57:24 |
| 5 | THE WITNESS:  Are these for me? | 12:57:31 |
| 6 | MR. REMUS:  No. | 12:57:31 |
| 7 | THE WITNESS:  Okay.  I didn't know. | 12:57:31 |
| 8 | MR. HALVERSON:  Fair question. | 12:57:36 |
| 9 | Mark is going to have some questions, I | 12:57:39 |
| 10 | suspect. | 12:57:41 |
| 11 | EXAMINATION | 12:57:44 |
| 12 | (Domanico Exhibit 6 is introduced for the | 12:58:16 |
| 13 | record.) | 12:58:17 |
| 14 | BY MR. REMUS: | 12:58:17 |
| 15 | Q  So Mr. Domanico, we have marked as | 12:58:18 |
| 16 | Exhibit 6 an email string that is a continuation | 12:58:21 |
| 17 | of the email that was marked as Exhibit 3.  Do you | 12:58:23 |
| 18 | recall talking about Exhibit 3 earlier today? | 12:58:27 |
| 19 | A  No. | 12:58:31 |
| 20 | Q  Here, I'll put that right next to it. | 12:58:32 |
| 21 | A  This is the same thing. | 12:58:34 |
| 22 | Q  Okay? | 12:58:34 |
| 23 | A  Oh, wait, wait.  Oh, no.  Okay.  It's | 12:58:35 |
| 24 | slightly different.  I see that. | 12:58:37 |
| 25 | Q  Okay.  So if we look at Exhibit 6, the | 12:58:39 |

| | | |
|---|---|---|
| 1 | bottom email is the same as the email that was | 12:58:41 |
| 2 | marked as Exhibit 3; is that correct? | 12:58:43 |
| 3 | A  Okay. | 12:58:47 |
| 4 | Q  Do you agree with that? | 12:58:49 |
| 5 | A  Yeah, there's just a whole lot more to it. | 12:58:55 |
| 6 | Why? | 12:58:59 |
| 7 | Q  And then the -- so the email that's the | 12:58:59 |
| 8 | same as the November 4th email from Jeff Whitley | 12:59:00 |
| 9 | to you and Mary Riordan.  Do you agree with that? | 12:59:08 |
| 10 | A  Yes. | 12:59:11 |
| 11 | Q  And then right before that you responded | 12:59:11 |
| 12 | on November 5, 2014, where you say: | 12:59:13 |
| 13 | Jeff, we have already ordered a rounded | 12:59:19 |
| 14 | bit for our CNC router.  Mary wanted you to have | 12:59:21 |
| 15 | the samples ASAP.  No one has samples yet, signed | 12:59:25 |
| 16 | Mark Domanico. | 12:59:25 |
| 17 | See that? | 12:59:25 |
| 18 | A  Yes. | 12:59:35 |
| 19 | Q  The rounded bits that you referred to in | 12:59:35 |
| 20 | this email that we've marked as Exhibit 6, had you | 12:59:37 |
| 21 | already ordered those before you ever received the | 12:59:41 |
| 22 | November -- | 12:59:43 |
| 23 | A  Sure. | 12:59:43 |
| 24 | Q  Let me finish the question. | 12:59:43 |
| 25 | A  Oh, I'm sorry. | 12:59:45 |

1    Q  Before you received the email from                12:59:45

2  Mr. Whitley on November 4th?                            12:59:48

3    A  Yeah, or I could not have responded that           12:59:49

4  they were already ordered.                              12:59:51

5    Q  Why would you have already ordered rounded         12:59:53

6  bits before you ever heard from Mr. Whitley?            12:59:57

7    A  Well, the bit that I used was a straight           13:00:00

8  cutting bit, because that's all I had on the            13:00:04

9  machine, and it left very sharp edges, and those        13:00:07

10  edges were dangerous.  I actually cut myself           13:00:08

11  leaning into it.                                        13:00:12

12      And I didn't order this kind of a bit.             13:00:13

13  What I ordered was the entire shank was rounded         13:00:15

14  at -- on the end, but this wouldn't, pretty much        13:00:18

15  be the same thing.  It's just it would use a less       13:00:20

16  powerful router, because this would fit into the        13:00:23

17  collet of a less powerful router.  This was before      13:00:27

18  a two-horsepower router or a three-horsepower           13:00:31

19  router.  I was using a big industrial router,           13:00:35

20  about yay big, [indicating], you know.                  13:00:35

21    Q  So was it always your intention for the           13:00:36

22  simulated grout lines to have rounded shapes?           13:00:38

23    A  No, but I had to figure it out that I              13:00:41

24  needed it, and then I ordered what I needed.  As        13:00:44

25  soon as I -- after you make it, and you cut             13:00:48

| | | |
|---|---|---|
| 1 | yourself, you go, oh, it ain't going to work, you | 13:00:50 |
| 2 | know what I mean? | 13:00:53 |
| 3 | But I ordered it right away. I mean, I | 13:00:54 |
| 4 | ordered the products. It's just that because I'm | 13:00:56 |
| 5 | using a really big bit for an industrial bit or -- | 13:00:59 |
| 6 | I found I couldn't just go to the hardware store | 13:01:03 |
| 7 | and get exactly what I wanted. It took some time | 13:01:06 |
| 8 | to get it. | 13:01:09 |
| 9 | Q Did you know that straight edges, | 13:01:10 |
| 10 | completely right-angle corners -- | 13:01:12 |
| 11 | A Yeah. | 13:01:12 |
| 12 | Q -- were a problem before you ever heard | 13:01:15 |
| 13 | from Mr. Whitley? | 13:01:16 |
| 14 | A Yes. Like I said, I cut myself on it. | 13:01:18 |
| 15 | Q Did Mr. Whitley tell you anything you | 13:01:20 |
| 16 | didn't already know in his November 4, 2014, | 13:01:22 |
| 17 | email? | 13:01:25 |
| 18 | A The email? | 13:01:25 |
| 19 | Well, I saw him right before this, and we | 13:01:26 |
| 20 | talked about the product, and I don't remember | 13:01:28 |
| 21 | talking -- truth? | 13:01:32 |
| 22 | I don't remember talking to him about | 13:01:35 |
| 23 | this. I'm sure looking at this letter, he did, | 13:01:36 |
| 24 | but I was so busy at the time, this came later. I | 13:01:40 |
| 25 | went to him with prototype samples telling him, | 13:01:44 |

| | | |
|---|---|---|
| 1 | this is what I invented.  This is all the things | 13:01:51 |
| 2 | it will do for you in the field.  This is really | 13:01:53 |
| 3 | going to change the game in its entirety, because | 13:01:56 |
| 4 | we have things nobody else does, and it's a | 13:01:58 |
| 5 | better-looking system, and it costs less to make, | 13:02:00 |
| 6 | and I'd like to -- I'd love to sell it to you. | 13:02:03 |
| 7 | You know, he was a good dealer.  He was a good | 13:02:08 |
| 8 | salesman.  He had dealers he sent to, so I knew he | 13:02:11 |
| 9 | would be a volume dealer, so I went to him first. | 13:02:15 |
| 10 | And I remember -- him and I were laughing | 13:02:18 |
| 11 | recently, because the day I went there, and I | 13:02:23 |
| 12 | remember the day clearly.  I was driving down the | 13:02:24 |
| 13 | street in his town.  It was early December.  It | 13:02:26 |
| 14 | was snowing, and I got a phone call, and I know in | 13:02:29 |
| 15 | Canada you don't pick up the damn phone.  So I | 13:02:32 |
| 16 | actually pulled up behind a donut shop, and I | 13:02:37 |
| 17 | parked. | 13:02:40 |
| 18 | Now, it's winter, the car's on.  And I'm | 13:02:41 |
| 19 | talking on my car, and on my phone.  A cop pulls | 13:02:43 |
| 20 | up next to me and rolls downs the window and does | 13:02:48 |
| 21 | this (indicating) roll down your window, so I do, | 13:02:51 |
| 22 | and the cop says, Turn the car off.  I go, What's | 13:02:54 |
| 23 | the matter, officer?  He goes, I'm going to write | 13:02:57 |
| 24 | you up a ticket for driving while on the phone. | 13:03:00 |
| 25 | I said, I'm -- I'm parked.  No, your | 13:03:03 |

| | | |
|---|---|---|
| 1 | foot's on the brake and your car is on. | 13:03:06 |
| 2 | So I said to Jeff, Jeff, what the hell is | 13:03:08 |
| 3 | it with this guy? He says, Everybody calls him | 13:03:12 |
| 4 | Barney, because this guy won't let anything go. | 13:03:15 |
| 5 | And I remember -- and I'm just telling | 13:03:17 |
| 6 | you, we were warm to each other, and still are, | 13:03:19 |
| 7 | but I brought him samples. And we weren't | 13:03:22 |
| 8 | ready -- like I said, he would need time, and I | 13:03:26 |
| 9 | would need time to get everything together. But I | 13:03:29 |
| 10 | wanted him ready ASAP. Mary did, too, because I | 13:03:32 |
| 11 | went to visit all my big guys. | 13:03:38 |
| 12 | I went to Statewide in Texas, I went to a | 13:03:40 |
| 13 | lot of my really big players that bought volume, | 13:03:44 |
| 14 | because of, you know, that's where the gold is. | 13:03:49 |
| 15 | Q When did -- when was the first time that | 13:03:52 |
| 16 | you told Mr. Whitley about the patent we're | 13:03:56 |
| 17 | dealing with here today, which we marked as | 13:04:00 |
| 18 | Exhibit 1? | 13:04:03 |
| 19 | A When I saw him with the prototypes. | 13:04:03 |
| 20 | Q Okay. So that was back in 2014? | 13:04:06 |
| 21 | A Yeah. | 13:04:07 |
| 22 | Q Okay. | 13:04:08 |
| 23 | A I actually, if I remember right now, I | 13:04:10 |
| 24 | don't remember if it was Jeff or somebody else, | 13:04:13 |
| 25 | but somebody ordered some sheets that my guys made | 13:04:15 |

1    using the old bit.  But I gave -- I gave Jeff some          13:04:19

2    prototypes.                                                 13:04:23

3         Additionally, I had more prototypes in my             13:04:24

4    suitcase, and it was a problem, because Air Canada          13:04:27

5    lost my bags, and so I -- I was without                     13:04:30

6    prototypes.  I had to go and order some more and            13:04:37

7    have them sent to me on the road.                           13:04:39

8         Q  Was the objective for your --                      13:04:44

9         A  And the reason I remember the Air Canada            13:04:47

10   is I was reading the note that Jeff wrote me, and           13:04:52

11   I told him, Hey, don't worry, Air Canada found my          13:04:55

12   bag, you know, but now I remember it.  I had my            13:04:59

13   prototypes in the bag, and I was doing the tour of          13:05:01

14   my top guys trying to get some big orders for the          13:05:03

15   future.                                                     13:05:06

16        Q  Was the objective for the simulated grout           13:05:07

17   lines that you were forming in the acrylic to as            13:05:10

18   closely resemble real grout lines --                        13:05:15

19        A  Yes.                                                13:05:17

20        Q  -- as near as possible?                             13:05:19

21        A  Yes.  When somebody looked at it, I wanted          13:05:20

22   real grout lines.                                           13:05:22

23        Q  And are real grout lines round or do they           13:05:23

24   have sharp edges?                                           13:05:27

25        A  Depends on how good the tile guy was, but           13:05:29

1   hopefully, slightly rounded edges.                    13:05:37

2       But there's a certain look you're looking         13:05:40

3   for, and that will determine the geometry of the      13:05:42

4   bit.  You know, if it's too sharp or too shallow,     13:05:45

5   you're not going to get the bit -- it's all about     13:05:48

6   look.  I want to blow somebody's socks off when       13:05:51

7   they see the look.  Oh, that's not real tile?  Are    13:05:56

8   you kidding?  And I go, Come on in the bathtub or     13:05:59

9   the shower.  And I go, Feel it.  That's the "ah."     13:06:01

10  That's what I was looking for.                        13:06:05

11      Q  If you could take a look at Exhibit 1,          13:06:07

12  which is the '243 patent.                             13:06:09

13      A  Yes.                                            13:06:11

14      Q  And I want to refer you to a passage that       13:06:12

15  Mr. Halverson asked you about at column 2.            13:06:14

16      A  Okay.  I got to put my glasses on here.         13:06:17

17  Is that in the back or the front?                     13:06:20

18      Q  It's on page 8.                                 13:06:22

19      A  Page 8.                                         13:06:28

20      Q  BCI 8.                                          13:06:28

21      A  Page 8.                                         13:06:31

22      I got to get one of those little rubber            13:06:31

23  things that go on your finger.                        13:06:34

24      MR. HALVERSON:  Floor samples?                     13:06:34

25      THE WITNESS:  Yeah, there you go, I                13:06:37

1    actually have a few of them at home, because my        13:06:38

2    cat likes to play with them.                           13:06:41

3        Okay.  Here, is this it?                            13:06:42

4    Q  Yeah.  So at the bottom of column 2 --              13:06:44

5    A  Okay.                                                13:06:44

6    Q  -- and line 64, 63, 64?                             13:06:47

7    A  Okay.  61, 2.                                        13:06:52

8    Q  This is where it refers to --                       13:06:55

9    A  Material?                                            13:06:56

10   Q  Yeah.  So it says:  "The amount of                  13:06:57

11   material removed from the sheet 13 is relatively       13:06:58

12   small, generally in the order of 0.005 inches."        13:07:01

13       See that there?                                    13:07:12

14   A  Yes.                                                 13:07:13

15   Q  Is that the typical depth of a real grout           13:07:13

16   line?                                                  13:07:16

17   A  Could be.  Some grout lines are dead flat.          13:07:16

18       Some -- usually, if you're in a commercial         13:07:20

19   situation, you'll see the grout lines are dead         13:07:22

20   flat.                                                  13:07:25

21       If you're in a home, the way they use it,          13:07:25

22   they install it with a sponge, so there's a little     13:07:27

23   bit of indent.                                          13:07:30

24       But it all looks like, what you're used to         13:07:31

25   seeing, whenever you go out, it looks like real        13:07:34

1    tile.                                                    13:07:37

2         But besides the dent, there's a little             13:07:37

3    difference in the tactile feel of the ABS versus        13:07:46

4    the acrylic, because the acrylic is very shiny,         13:07:47

5    like a car, and the router blade just disturbs the      13:07:50

6    surface of it.  There's a little bit of friction        13:07:57

7    when you run your finger across it.  So it looks         13:07:59

8    and feels different, and that's what makes it look       13:08:02

9    like tile.  Even if I used my straight square bit,      13:08:05

10   I'd still have that feel, but I wouldn't want           13:08:09

11   anybody to stick their finger down that.                13:08:12

12    Q  Was it your intention for the simulated             13:08:15

13   grout line to have approximately the same depth as      13:08:17

14   a real grout line?                                      13:08:20

15    A  Well, what I wanted was the look.                   13:08:21

16        At first, I thought I would need three             13:08:25

17   different bits, a fine, a medium, and a thicker.        13:08:27

18   I didn't want to get into the Mexican-style tile,       13:08:33

19   where they were half-inch thicknesses, because I        13:08:36

20   didn't think that would look good on a wall.            13:08:40

21   That's more for a floor.                                13:08:42

22        But yeah, I thought I would have                   13:08:45

23   different.  But once I started playing with it, I       13:08:46

24   realized that if I just varied the depth of the         13:08:49

25   CNC, I didn't have to change bits.                      13:08:54

| | | |
|---|---|---|
| 1 | Although, I got to tell you, my CNC | 13:08:55 |
| 2 | machine was an auto bit changer. It had a whole | 13:08:59 |
| 3 | series of these special collets, and it was able | 13:09:02 |
| 4 | to robotically pick up the bit that it needed. | 13:09:06 |
| 5 | And that was the problem, getting something to | 13:09:09 |
| 6 | fit. I didn't have the collets, I didn't have | 13:09:11 |
| 7 | the -- I had to get more equipment to be able to | 13:09:13 |
| 8 | deliver what I wanted to deliver. Which I got. | 13:09:16 |
| 9 | MR. REMUS: All right. If we could mark | 13:09:37 |
| 10 | this as Exhibit 7. | 13:09:38 |
| 11 | (Domanico Exhibit 7 is introduced for the | 13:09:41 |
| 12 | record.) | 13:09:43 |
| 13 | THE WITNESS: Could I get another water? | 13:09:43 |
| 14 | BY MR. REMUS: | 13:09:43 |
| 15 | Q I'll get it for you. | 13:09:46 |
| 16 | A Thanks, getting dry out here. | 13:09:48 |
| 17 | Q So we have handed you what is marked as | 13:09:50 |
| 18 | Exhibit 7, which is titled Declaration of Mark | 13:09:53 |
| 19 | Domanico. Have you seen this document before? | 13:09:56 |
| 20 | A I have. | 13:09:58 |
| 21 | Q What is this? | 13:09:59 |
| 22 | A Scott Rosenbach from BCI Acrylic told me | 13:09:59 |
| 23 | that he was in a lawsuit with Jeff, and he said | 13:10:06 |
| 24 | that him and Jeff had been trying to work it out | 13:10:09 |
| 25 | for a year or two, and unfortunately they | 13:10:13 |

| | | |
|---|---|---|
| 1 | couldn't, and he said, unfortunately, it had to | 13:10:16 |
| 2 | come to a legal and it's unfortunate. | 13:10:19 |
| 3 | Q  What is Exhibit 7, this Declaration of | 13:10:21 |
| 4 | Mark Domanico? | 13:10:23 |
| 5 | A  It says that I know Jeff, I knew all about | 13:10:40 |
| 6 | him, and he knew all about me. | 13:10:44 |
| 7 | Q  Did you prepare this declaration? | 13:10:45 |
| 8 | A  Hell no. | 13:10:47 |
| 9 | Q  Do you know who did prepare this | 13:10:48 |
| 10 | declaration? | 13:10:49 |
| 11 | A  No, I do not. | 13:10:49 |
| 12 | Q  Okay.  Is this a declaration that was sent | 13:10:50 |
| 13 | to you by -- who sent you this declaration? | 13:10:51 |
| 14 | A  Did you send it?  Did you send it? | 13:10:54 |
| 15 | Q  Do you remember if you got it from either | 13:10:58 |
| 16 | Mr. Halverson or Mr. Whitley? | 13:11:01 |
| 17 | A  You sent it. | 13:11:10 |
| 18 | Q  Do you recall sitting here today?  If you | 13:11:13 |
| 19 | don't remember -- | 13:11:15 |
| 20 | A  No, no, no. | 13:11:16 |
| 21 | THE WITNESS:  You didn't send this? | 13:11:19 |
| 22 | MR. HALVERSON:  [Nonverbal response.] | 13:11:21 |
| 23 | THE WITNESS:  Okay.  Then I'm out of my | 13:11:24 |
| 24 | mind.  Maybe it had to be Jeff. | 13:11:26 |
| 25 | | |

1    BY MR. REMUS:                                  13:11:28

2        Q  Were you asked to sign this declaration?  13:11:29

3        A  What I said to Jeff about this was, I'll   13:11:33

4    read it.  I couldn't read it right away, and I'll  13:11:38

5    go through it, and I'll make any corrections that  13:11:42

6    I feel are necessary, because just perusing       13:11:46

7    through it, I thought it was way off base, and I   13:11:52

8    wanted to insert my story, because of -- it's      13:11:55

9    wrong.                                            13:12:00

10       Q  In what way was it way off base?          13:12:00

11       A  Sounds like Jeff and I did this together,  13:12:04

12   and we never did it together.  The only thing I   13:12:06

13   ever got from him was this, and it was after the  13:12:10

14   fact that I already had that already incorporated  13:12:12

15   and ordered.                                      13:12:15

16       Q  So just to be clear, the "this" you're    13:12:16

17   referring to is Exhibit 6?                        13:12:18

18       A  Oh, sorry, Exhibit 6.                      13:12:20

19          So -- and there's so much more to it than  13:12:22

20   what bit use, I mean, so much more to it.         13:12:25

21       Q  And you never signed this declaration,    13:12:32

22   correct?                                          13:12:33

23       A  Unh-unh.  I really wanted to go through it  13:12:33

24   and write my story using this format, because it's  13:12:36

25   a legal format, and I thought that's what I had to  13:12:41

| | | |
|---|---|---|
| 1 | -- had to do, and I told Jeff that I would go | 13:12:43 |
| 2 | through it. | 13:12:47 |
| 3 |    Q  Okay. | 13:12:50 |
| 4 |    A  I got sick, and I take these, you know, | 13:12:50 |
| 5 | chemo medicine.  Sometimes it just puts me off the | 13:12:55 |
| 6 | wall.  I just have some days I have to space out | 13:12:58 |
| 7 | for a day or two. | 13:13:00 |
| 8 |    Q  Okay.  Let's -- let's go through this now, | 13:13:01 |
| 9 | and just -- I want to make sure I have an accurate | 13:13:04 |
| 10 | understanding of what you agree with and don't | 13:13:07 |
| 11 | agree with. | 13:13:08 |
| 12 |    A  Okay. | 13:13:09 |
| 13 |    Q  We'll go through each paragraph. | 13:13:09 |
| 14 |    A  I actually skimmed through this.  I never | 13:13:11 |
| 15 | really read it. | 13:13:15 |
| 16 |    Q  Okay. | 13:13:15 |
| 17 |    A  So I'd have to read it to tell you what I | 13:13:16 |
| 18 | agree with or not. | 13:13:18 |
| 19 |    Q  How about if we do it -- and that's fine. | 13:13:19 |
| 20 | How about if we do it paragraph by paragraph? | 13:13:21 |
| 21 |    A  Fine.  Whatever makes you guys happy. | 13:13:24 |
| 22 |    Q  All right.  So let's start with paragraph | 13:13:26 |
| 23 | one. | 13:13:27 |
| 24 |    A  Okay. | 13:13:27 |
| 25 |    Q  Read that to yourself, and then let me | 13:13:27 |

1   know if there's anything you disagree with in that          13:13:31

2   paragraph?                                                  13:13:34

3       A   Okay.  Hosted in Libertyville, it wasn't.           13:13:39

4   It was in Glendale Heights, but eventually we               13:13:43

5   moved to Libertyville, so I could understand that.          13:13:47

6           I was one of the owners.  Okay.  And                13:13:51

7   listed as defendant, which is true.  So one is             13:13:53

8   right.                                                      13:13:55

9       Q   Okay.  Let's move on to two.  If you could          13:13:55

10  read that and let me know if there's anything in            13:13:58

11  there that you disagree with.                               13:14:01

12      A   Yeah, it's good.                                    13:14:18

13      Q   Let's move on to paragraph 3, same -- same          13:14:19

14  question.  Read that to yourself and then let me            13:14:23

15  know if there's anything you disagree with.                 13:14:25

16      A   Mr. Whitley was well known to have                  13:14:27

17  significant --                                              13:14:31

18          THE REPORTER:  I need to take that down if          13:14:31

19  you're reading out loud.                                    13:14:35

20          THE WITNESS:  Oh, sorry.                            13:14:37

21          Okay.  The last line, it says, we have              13:15:15

22  discussions, and these discussions were not                 13:15:17

23  formal, I talked with all my dealers when I                13:15:19

24  visited them about:  What do we need to do to               13:15:24

25  improve?  That's what a businessman does.                   13:15:26

| | | |
|---|---|---|
| 1 | Was he well-known?  I would think he was, | 13:15:29 |
| 2 | because he had dealers all throughout Canada.  I | 13:15:32 |
| 3 | don't -- I don't dispute that with him. | 13:15:38 |
| 4 | And I had these annual conventions where I | 13:15:39 |
| 5 | get all the guys together, and truthfully, they | 13:15:44 |
| 6 | don't want to hear from me all the time.  So I | 13:15:47 |
| 7 | always asked my better dealers to talk to their | 13:15:51 |
| 8 | peers, please share your ideas, and I had, through | 13:15:53 |
| 9 | all those years, many, many, many of my people get | 13:15:56 |
| 10 | up and say, This is my particular flavor and how I | 13:16:00 |
| 11 | do it, and this works well for me in my markets. | 13:16:03 |
| 12 | And then I would break out -- the big guys | 13:16:05 |
| 13 | would talk to other big guys, the little guys | 13:16:08 |
| 14 | would talk to other little guys, on little | 13:16:11 |
| 15 | breakout forms so that they could all get benefits | 13:16:14 |
| 16 | from being part of the same franchise group.  And | 13:16:18 |
| 17 | yeah, we all talked about, always, what would you | 13:16:22 |
| 18 | have to do to discuss better ideas. | 13:16:25 |
| 19 | I don't know about new products.  But I | 13:16:30 |
| 20 | don't even know if we talked products, but we did | 13:16:37 |
| 21 | talk about improvements to how we worked as a | 13:16:40 |
| 22 | team, like he had a certain way he wanted it | 13:16:43 |
| 23 | packed, he wanted a certain amount of them done a | 13:16:48 |
| 24 | certain way.  Those are all really good ideas, and | 13:16:50 |
| 25 | like I said earlier, you know, if a guy really | 13:16:53 |

| | | |
|---|---|---|
| 1 | wants something, I'm going to go bend over | 13:16:56 |
| 2 | backwards to make him happy. | 13:16:59 |
| 3 | I have other dealers that only wanted | 13:17:01 |
| 4 | A-frame packing, which is -- and then because he's | 13:17:05 |
| 5 | over the country line, I had to pack individual | 13:17:08 |
| 6 | pallets.  Each one had its own shipping | 13:17:14 |
| 7 | classification, whereas when I ship in the USA, I | 13:17:17 |
| 8 | used what they call GAK, goods all kinds.  So I | 13:17:23 |
| 9 | could mix within the box several different | 13:17:30 |
| 10 | classifications, because to them I wasn't shipping | 13:17:32 |
| 11 | large volumes.  I was shipping a bath in a box. | 13:17:35 |
| 12 | So each box, they could put it on the | 13:17:41 |
| 13 | truck and take it.  So yeah, we always talked | 13:17:44 |
| 14 | about getting better.  I did that with everybody. | 13:17:48 |
| 15 | So, you know, like I could agree with that. | 13:17:51 |
| 16 | But products?  Yeah, I guess so.  Because | 13:17:52 |
| 17 | I brought him the sample of a few things I was | 13:17:56 |
| 18 | working on.  I do that to everybody.  But | 13:18:01 |
| 19 | especially if I don't -- if I'm hoping it would | 13:18:06 |
| 20 | sell, I'd -- you think -- because it's all about | 13:18:11 |
| 21 | the sale.  Why work on a project if the customer | 13:18:12 |
| 22 | doesn't want it? | 13:18:16 |
| 23 | And many times I'd come up with an idea, | 13:18:17 |
| 24 | like a trim piece or something.  Now we got too | 13:18:19 |
| 25 | many trim pieces.  We don't need another color. | 13:18:23 |

| | | |
|---|---|---|
| 1 | We -- then I won't waste my time. | 13:18:26 |
| 2 | Yeah, I talk about products pretty much | 13:18:29 |
| 3 | with everybody.  The interesting part was, I'll | 13:18:30 |
| 4 | give you an example.  I got a color in the | 13:18:33 |
| 5 | southwest that was orange and gold, and a little | 13:18:35 |
| 6 | bit of yellow.  What an ugly color -- sorry, am I | 13:18:38 |
| 7 | going too fast? | 13:18:42 |
| 8 | Everybody bought it.  New Mexico, Arizona. | 13:18:42 |
| 9 | You couldn't give it away in Canada, but it looked | 13:18:48 |
| 10 | like the American Southwest, and dammit, people | 13:18:52 |
| 11 | fell in love with it. | 13:18:55 |
| 12 | So I would listen to the local guy, What | 13:18:56 |
| 13 | do you need?  You know, in Boston, they all wanted | 13:18:57 |
| 14 | these little, teeny octagonal tiles squares.  I | 13:19:00 |
| 15 | call it New York subway bathroom.  But that's what | 13:19:05 |
| 16 | the customer wanted. | 13:19:05 |
| 17 | So did we talk product?  What would make | 13:19:08 |
| 18 | your sale better?  That's what I needed to know. | 13:19:10 |
| 19 | What -- I'm a -- I'm a manufacturer.  What do you | 13:19:13 |
| 20 | need to be the best at what you do?  Because if I | 13:19:16 |
| 21 | could provide things that nobody else had, he'd | 13:19:19 |
| 22 | never leave me, even if somebody undercut my | 13:19:22 |
| 23 | price. | 13:19:25 |
| 24 | So always listening for better ideas, | 13:19:25 |
| 25 | anywhere within the company.  I mean, that's what | 13:19:30 |

| | | |
|---|---|---|
| 1 | a CEO does.  Mr. Whitley and I developed an idea | 13:19:32 |
| 2 | and collaborated working on ways to improve | 13:19:40 |
| 3 | low-volume printing. | 13:19:45 |
| 4 | BY MR. REMUS: | 13:19:45 |
| 5 |    Q  Okay.  And just to be clear, you've moved | 13:19:46 |
| 6 | on to paragraph 5? | 13:19:47 |
| 7 |    A  I'm on paragraph 5. | 13:19:48 |
| 8 |    Q  Okay. | 13:19:48 |
| 9 |    A  Mr. Whitley and I.  That's kind of true. | 13:19:50 |
| 10 |      We all -- all of us in the group would | 13:19:53 |
| 11 | talk to each other, because there was the | 13:19:57 |
| 12 | salesman, and I forget his name right now, | 13:19:59 |
| 13 | probably look it up on my phone, but he talked to | 13:20:03 |
| 14 | a bunch of people, and he worked out of a company | 13:20:06 |
| 15 | in New Hampshire and would tell me what my | 13:20:09 |
| 16 | competitors were doing. | 13:20:11 |
| 17 |      And it wasn't a patentable process, but it | 13:20:12 |
| 18 | would save our entire industry having to buy from | 13:20:15 |
| 19 | Omnova and put the majority of our money into | 13:20:23 |
| 20 | preprinted patterns.  It would allow us to lower | 13:20:26 |
| 21 | our inventory and deliver on time. | 13:20:30 |
| 22 |      Now, as I stated earlier, there was | 13:20:32 |
| 23 | already one company doing this.  They had | 13:20:34 |
| 24 | significant problems with it in the fact that it | 13:20:36 |
| 25 | was hazy, and it peeled, but he didn't have to put | 13:20:40 |

| | | |
|---|---|---|
| 1 | a ton of money into inventory and other things. | 13:20:43 |
| 2 | So he was selling it. And you know what? | 13:20:46 |
| 3 | People will buy anything, but I had a more | 13:20:49 |
| 4 | upscale, and I knew my customers would not want a | 13:20:52 |
| 5 | hazy product. So I, Re-Bath, BCI, we all gave up, | 13:20:55 |
| 6 | that I know of. | 13:21:04 |
| 7 | Now, the material that Jeff has currently | 13:21:06 |
| 8 | is made by Senoplast, and he asked if we wanted to | 13:21:09 |
| 9 | buy some from him, and even though we buy material | 13:21:15 |
| 10 | from Senoplast, there's minimum runs. | 13:21:20 |
| 11 | So the owner of the company at this time, | 13:21:22 |
| 12 | I don't know him. I just play around with him. I | 13:21:24 |
| 13 | don't even work there. I don't even get paid, I | 13:21:28 |
| 14 | think he is going to buy some Senoplast material | 13:21:30 |
| 15 | from Jeff. And some day, when he has a volume, | 13:21:33 |
| 16 | maybe he'll buy from Senoplast direct. I don't | 13:21:36 |
| 17 | know. Maybe it works out well that if he provides | 13:21:39 |
| 18 | Jeff the shower pans and Jeff gives him walls, | 13:21:42 |
| 19 | maybe they're both happy with that, but that's not | 13:21:47 |
| 20 | my place. | 13:21:50 |
| 21 | Q In paragraph 5, where Mr. Whitley refers | 13:21:51 |
| 22 | to an idea, that was never successful, right? | 13:21:55 |
| 23 | Nobody solved that problem? | 13:21:58 |
| 24 | A That I know of to this date, nobody has | 13:21:59 |
| 25 | solved it to what I would consider right. | 13:22:03 |

| | | |
|---|---|---|
| 1 | Q  Okay. | 13:22:06 |
| 2 | A  There's a company that I mentioned in | 13:22:06 |
| 3 | Utah, Salt Lake city.  They're called, it begins | 13:22:09 |
| 4 | with an S.  I don't know.  I don't remember.  It's | 13:22:13 |
| 5 | like Sentinel or something like that.  They're the | 13:22:15 |
| 6 | ones with the haze.  They think they got a good | 13:22:17 |
| 7 | business going.  I wouldn't sell it. | 13:22:22 |
| 8 | Q  And then in paragraph 5, in terms of | 13:22:24 |
| 9 | working collaboratively with Mr. Whitley, were the | 13:22:26 |
| 10 | two of you working on a single idea together or | 13:22:37 |
| 11 | were you each doing your own thing, but comparing | 13:22:39 |
| 12 | notes? | 13:22:39 |
| 13 | A  Comparing notes.  Actually, I didn't work | 13:22:39 |
| 14 | on it that much. | 13:22:41 |
| 15 | What happened was I hired a guy who had | 13:22:43 |
| 16 | gone to college, Elmhurst College, for graphic | 13:22:46 |
| 17 | arts. | 13:22:50 |
| 18 | How do I say it?  I actually think | 13:22:51 |
| 19 | printing requires more brains than being a doctor. | 13:22:54 |
| 20 | You would not believe how insanely complicated | 13:22:58 |
| 21 | color printing is.  You think you just press a | 13:23:03 |
| 22 | button.  It's -- to get consistency from batch to | 13:23:06 |
| 23 | batch, there are so many steps that have to be | 13:23:13 |
| 24 | taken before you ever hit "print." | 13:23:17 |
| 25 | What does it look like -- if I buy ink | 13:23:19 |

| | | |
|---|---|---|
| 1 | from a different provider, it might look different | 13:23:22 |
| 2 | under incandescent light than it does under | 13:23:25 |
| 3 | fluorescent light, and you need it to look the | 13:23:26 |
| 4 | same every time. | 13:23:26 |
| 5 | I'll give you a perfect example of how | 13:23:28 |
| 6 | that could blow up your whole business.  I ordered | 13:23:30 |
| 7 | ink from another company.  And seeing how I was | 13:23:40 |
| 8 | making small batches, somebody screwed up a side | 13:23:40 |
| 9 | wall.  I'll make you another one and send it to | 13:23:40 |
| 10 | you.  He gets it and says it doesn't match.  I go, | 13:23:41 |
| 11 | no, I got the retains here.  It matches perfect. | 13:23:45 |
| 12 | He said, Well, go outside.  I said, It doesn't | 13:23:49 |
| 13 | match.  Because when you change the light, there's | 13:23:53 |
| 14 | specnometers [as spoken] that needed to be bought | 13:23:55 |
| 15 | and sampled and kept, and then there's all sorts | 13:23:58 |
| 16 | of machinery that you have to calibrate your | 13:24:02 |
| 17 | printer, and then it acts stupidly different when | 13:24:08 |
| 18 | it's hot or cold. | 13:24:11 |
| 19 | So I had to buy air conditioning for the | 13:24:13 |
| 20 | printer, even when I wasn't there, because it | 13:24:16 |
| 21 | wanted to be at the same temperature all year | 13:24:18 |
| 22 | long.  I couldn't vary it. | 13:24:21 |
| 23 | And Canon supposedly came out what a | 13:24:23 |
| 24 | printer that's not temperature sensitive and ink | 13:24:27 |
| 25 | that's not temperature sensitive, but you have to | 13:24:31 |

| 1 | sell your house to buy a bag of ink.  So that | 13:24:34 |
| 2 | wasn't going to work.  And besides that, the ink | 13:24:37 |
| 3 | was bumpy, and would have worn right off. | 13:24:39 |
| 4 | There's a lot to printing.  I hired a pro | 13:24:43 |
| 5 | full-time, said, you work with everybody, so when | 13:24:45 |
| 6 | he would tell me what the failures were, I would | 13:24:47 |
| 7 | call people and say, Hey, do you have this | 13:24:51 |
| 8 | problem?  Have you solved it?  And well, I do it | 13:24:53 |
| 9 | different -- and is that collaboration?  I think | 13:24:55 |
| 10 | it is.  But it's not like we were working | 13:24:58 |
| 11 | together.  We were working as a group.  We all | 13:25:01 |
| 12 | wanted the same thing.  How could we stop having | 13:25:03 |
| 13 | huge amounts of inventory or running out of | 13:25:06 |
| 14 | something?  Like sometimes when I ran out of | 13:25:09 |
| 15 | material it took me four years to go through, I | 13:25:12 |
| 16 | just discontinued the color.  It's not a big | 13:25:16 |
| 17 | mover.  So I mean -- so this solves so many | 13:25:19 |
| 18 | problems.  That's why everybody was interested in | 13:25:21 |
| 19 | it. | 13:25:24 |
| 20 | Q  All right.  Let's move on to paragraph 6 | 13:25:24 |
| 21 | in Exhibit 7.  You still have that in front of | 13:25:27 |
| 22 | you? | 13:25:30 |
| 23 | A  Yes, sir. | 13:25:30 |
| 24 | Q  All right.  If you could just read | 13:25:36 |
| 25 | paragraph 6 to yourself, and let me know if you | 13:25:38 |

1    agree with that paragraph.                    13:25:41

2        A  I think the CNC was before the printer.    13:26:07

3        I totally disagree with the back half of    13:26:15

4    six.                                          13:26:17

5        Q  Why is that?                           13:26:17

6        A  Because I don't remember talking to him at    13:26:18

7    all until I had actually had -- because at first I    13:26:21

8    talked to my patent attorney, who said, I got to    13:26:27

9    wait to do some things before I start telling    13:26:31

10   everybody.  So I waited until he gave me the    13:26:34

11   go-ahead.                                     13:26:34

12       So it wasn't I got the idea and called    13:26:34

13   Jeff.  I got the idea, sat on it for a while.    13:26:36

14   Thought it through, then went in the back room and    13:26:40

15   played with it until I thought that, you know    13:26:43

16   what?  If I could work out the kinks with the    13:26:47

17   waves, this might -- this might work.  And I    13:26:50

18   played with that for a while, and then I decided I    13:26:53

19   need a patent attorney if this does work.    13:26:55

20       So I started that and he said, You can't    13:26:58

21   tell anybody.  Just keep it under your hat.    13:27:00

22       So I would not have called Mr. Whitley to    13:27:03

23   discuss it until I was far enough along that my    13:27:06

24   lawyer would say, Okay.  You could talk to people,    13:27:10

25   you're working on it.                         13:27:13

| | | |
|---|---|---|
| 1 | Q  Okay.  Let's move on to paragraph 7.  If | 13:27:14 |
| 2 | you could read that to yourself and let me know if | 13:27:17 |
| 3 | you agree with that paragraph. | 13:27:19 |
| 4 | A  Mr. Whitley and I together developed the | 13:27:50 |
| 5 | grout line cut-out. | 13:27:52 |
| 6 | Hell no.  Hell no.  I worked on that all | 13:27:54 |
| 7 | night sometimes by myself.  And there was a lot to | 13:27:58 |
| 8 | it, as we have been discussing here all day. | 13:28:07 |
| 9 | Okay.  Hang on.  This is important to me | 13:28:16 |
| 10 | to read this.  Okay. | 13:28:19 |
| 11 | Yes.  He says that I was very busy because | 13:28:37 |
| 12 | of his failure -- past CEO, and I had a new CEO, | 13:28:39 |
| 13 | and I decided to go back and be CEO again, see if | 13:28:42 |
| 14 | I could save the company. | 13:28:46 |
| 15 | I really didn't know because | 13:28:51 |
| 16 | (indiscernible.) | 13:28:51 |
| 17 | THE REPORTER:  "I really didn't know | 13:28:51 |
| 18 | because"? | 13:28:51 |
| 19 | THE WITNESS:  Oh, I didn't know the | 13:28:53 |
| 20 | company was failing until all of a sudden I got a | 13:28:53 |
| 21 | call. | 13:28:56 |
| 22 | BY MR. REMUS: | 13:28:56 |
| 23 | Q  And just to be clear, you moved on to | 13:28:57 |
| 24 | paragraph 8? | 13:28:59 |
| 25 | A  Oh, yeah, sorry. | 13:28:59 |

1      Q   No, that's fine.  I just want to make sure          13:29:00

2   the record's clear.                                        13:29:03

3      A   I was just reading.                                 13:29:04

4          What he's trying to say in 7 is that we             13:29:06

5   developed it together.  That's what the last               13:29:08

6   paragraph says.                                            13:29:11

7          I don't remember that in any way, shape,            13:29:12

8   or form.  I -- the only thing I remember is going          13:29:14

9   to Jeff and saying, Hey, look, and explaining to           13:29:15

10  him why this will sell better, why it should be            13:29:19

11  easier to make, why we could probably get a better         13:29:22

12  material, and why it differentiates us from                13:29:27

13  everybody else.                                            13:29:30

14          Because Jeff had competition in Canada             13:29:31

15  from Bain Magique, Bath Magic.  It's a Canadian            13:29:33

16  company, Quebec, They speak French, Bain Magique,          13:29:36

17  Bath Magic.                                                13:29:36

18          And I said, this will really differentiate         13:29:37

19  it, because they only have the old way, okay?              13:29:40

20  So...                                                      13:29:43

21          And I'm very uncomfortable doing this.             13:29:46

22  I'm going to say why, because I'm not a                    13:29:50

23  confrontational guy, and, obviously, I'm                   13:29:53

24  calling -- I'm calling Jeff a liar here, and I             13:29:56

25  don't want to do that.  He's always been my                13:30:01

| | | |
|---|---|---|
| 1 | friend, we have gone fishing together, but, | 13:30:04 |
| 2 | dammit, I'm going to tell you the truth.  This is | 13:30:08 |
| 3 | the truth the way I remember it: | 13:30:08 |
| 4 | I was alone in that room working on stuff | 13:30:09 |
| 5 | and making drawings and -- and many, many other | 13:30:12 |
| 6 | projects, period. | 13:30:16 |
| 7 | Yeah, did I occasionally talk to people? | 13:30:19 |
| 8 | But this makes it sound like we both had lab | 13:30:21 |
| 9 | coats, sitting side by side.  Nothing could be | 13:30:27 |
| 10 | farther than that. | 13:30:30 |
| 11 | We would go, we would have lunch, we would | 13:30:31 |
| 12 | shoot about everything in general, but a real | 13:30:34 |
| 13 | focus on what sells.  What do our customers want | 13:30:37 |
| 14 | that would sell? | 13:30:40 |
| 15 | He is in the business of getting | 13:30:40 |
| 16 | distributors.  What would help Jeff more than | 13:30:42 |
| 17 | anything else is to have a product that nobody | 13:30:45 |
| 18 | else has that he has the rights to.  That would | 13:30:47 |
| 19 | blow up his business. | 13:30:50 |
| 20 | And I remember telling him, I don't have | 13:30:51 |
| 21 | the rights to Canada.  I could not afford it.  I | 13:30:56 |
| 22 | was in tough shape at the time.  I would have | 13:31:00 |
| 23 | loved an international pattern.  So if he wants to | 13:31:02 |
| 24 | copy it in Canada or Germany or Ireland, it's up | 13:31:06 |
| 25 | to him. | 13:31:11 |

| | |
|---|---|
| 1 | And, by the way, I actually went to visit | 13:31:12 |
| 2 | some customers.  There were some people in Ireland | 13:31:14 |
| 3 | doing the same thing, and they wanted to show me | 13:31:16 |
| 4 | how they make theirs, and I wanted to show them | 13:31:19 |
| 5 | what I was doing, and I'm talking about | 13:31:22 |
| 6 | thermoforming here, not -- not routing. | 13:31:24 |
| 7 | But we commonly shared things, and that | 13:31:27 |
| 8 | was put together by the Lucite Corporation, as we | 13:31:29 |
| 9 | were both a customer.  Every year Lucite would | 13:31:32 |
| 10 | bring every bathtub manufacturer in the world, and | 13:31:36 |
| 11 | they would pay for us to go to some tropical | 13:31:40 |
| 12 | location and party for three days. | 13:31:44 |
| 13 | And I would be able to talk to Mr. Jacuzzi | 13:31:46 |
| 14 | and all the other big players, Herb Kohler, who | 13:31:51 |
| 15 | owns Kohler, and we would sit, and we all would | 13:31:54 |
| 16 | chat, because that's what you do when you go to | 13:31:56 |
| 17 | these meetings.  You talk work.  You talk about | 13:31:59 |
| 18 | your inventions and all of that, you know. | 13:32:02 |
| 19 | I remember, and sometimes you'd talk -- I | 13:32:03 |
| 20 | remember yelling at Herb Kohler.  I said, I was | 13:32:06 |
| 21 | walking down the hall at your company, and I saw | 13:32:09 |
| 22 | you yelling at the Coke machine guy.  Guy's | 13:32:12 |
| 23 | repairing a Coke machine.  What the hell's your | 13:32:12 |
| 24 | job? | 13:32:12 |
| 25 | You have fun.  You mingle with the people, | 13:32:16 |

| | | |
|---|---|---|
| 1 | and it's a looser environment.  So you do talk | 13:32:19 |
| 2 | work on a looser environment, but I don't tell | 13:32:23 |
| 3 | Herb or anybody else how to -- you know, I got to | 13:32:26 |
| 4 | keep what makes me different, different.  You | 13:32:29 |
| 5 | know, I got to protect myself. | 13:32:32 |
| 6 | And that's why you go to a patent | 13:32:35 |
| 7 | attorney.  Their job is to help you protect your | 13:32:37 |
| 8 | company.  Every one of my customers is protected | 13:32:39 |
| 9 | by an agreement that -- any agreement that we have | 13:32:42 |
| 10 | in writing. | 13:32:45 |
| 11 | That's why I've got lawyers on staff. | 13:32:46 |
| 12 | That's why I hire pros; you know, and I've sold | 13:32:49 |
| 13 | millions and millions of dollars worth of product. | 13:32:53 |
| 14 | Right now the company, I sold, I think | 13:32:56 |
| 15 | they're near 300 million -- I am not supposed to | 13:32:58 |
| 16 | talk about that, but it grew, and the whole | 13:33:00 |
| 17 | business is going. | 13:33:03 |
| 18 | As a matter of fact, American Standard got | 13:33:04 |
| 19 | into the business recently.  Their specialty is | 13:33:08 |
| 20 | walk-in tubs, and I lost a lot of my guys to them, | 13:33:11 |
| 21 | because they wanted to go in with the name. | 13:33:14 |
| 22 | We had talked about Mark Smith earlier, | 13:33:17 |
| 23 | Mark Smith sold his company to Jacuzzi, and now | 13:33:20 |
| 24 | it's called Jacuzzi Bath. | 13:33:24 |
| 25 | Mark and I have a long history of working | 13:33:28 |

| | | |
|---|---|---|
| 1 | on things together.  Matter of fact, I go over | 13:33:31 |
| 2 | there and look at what he's doing, and say I like | 13:33:34 |
| 3 | it or I don't.  Or I don't think it will sell, | 13:33:36 |
| 4 | Mark, you know. | 13:33:40 |
| 5 | You know, I always look at things that | 13:33:40 |
| 6 | bring in money.  Once I have an idea on what | 13:33:43 |
| 7 | brings in money, then you start working on the | 13:33:46 |
| 8 | process to develop that.  Why -- why spend time if | 13:33:48 |
| 9 | it's not going to sell, you know, and that is how | 13:33:51 |
| 10 | I provide a differentiated product to all my | 13:33:55 |
| 11 | customers.  It's how I sell my product.  Otherwise | 13:33:59 |
| 12 | they buy from somebody else who is cheaper than | 13:34:02 |
| 13 | me. | 13:34:07 |
| 14 | So I take this real serious when I'm | 13:34:07 |
| 15 | developing something.  I want to provide for my | 13:34:10 |
| 16 | guys, and Jeff was one of them and still is in a | 13:34:12 |
| 17 | way.  I -- I don't know if he's still buying from | 13:34:17 |
| 18 | Luxury or -- I mean, I never asked him. | 13:34:22 |
| 19 | But him and I just met Mark Smith a few | 13:34:24 |
| 20 | weeks ago, and he brought a new guy with him that | 13:34:30 |
| 21 | I guess bought his installation company, and it | 13:34:33 |
| 22 | was a nice meeting, and I think, like I said, I | 13:34:36 |
| 23 | believe Mark will buy from him, Mark Smith will | 13:34:39 |
| 24 | buy from him, and I think that he'll buy showers | 13:34:43 |
| 25 | from Mark. | 13:34:46 |

| | | |
|---|---|---|
| 1 | Mark has been a little tardy delivering | 13:34:47 |
| 2 | some of the prototypes, because the truth is, he | 13:34:50 |
| 3 | didn't -- he just started the business, he didn't | 13:34:53 |
| 4 | really plan on going full scale until January 1st, | 13:34:57 |
| 5 | coming up, but Mark told him, when we were at the | 13:35:01 |
| 6 | meeting, I could start slow, because I have -- I'm | 13:35:04 |
| 7 | still building -- we bought three buildings and | 13:35:08 |
| 8 | hired, I don't know, 30, 40 people, and he's | 13:35:10 |
| 9 | making parts for all the other guys. | 13:35:13 |
| 10 | He makes parts for Jacuzzi, he makes parts | 13:35:14 |
| 11 | for BCI, he makes parts for himself, and they all | 13:35:18 |
| 12 | go to the same home show and compete and sell the | 13:35:21 |
| 13 | same part. | 13:35:24 |
| 14 | Q  All right.  Let's -- we are almost near | 13:35:27 |
| 15 | the end of this declaration.  Let's move on to | 13:35:29 |
| 16 | paragraph 9, which is on the last page. | 13:35:33 |
| 17 | A  By the way, my largest customer was Home | 13:35:35 |
| 18 | Depot, and I wouldn't sell this to Home Depot, | 13:35:39 |
| 19 | because I didn't want to go against my dealers.  I | 13:35:42 |
| 20 | made Home Depot take just the standard stuff you | 13:35:42 |
| 21 | can get anywhere.  I don't trust Depot as far as I | 13:35:45 |
| 22 | could throw them, for a reason. | 13:35:48 |
| 23 | Q  All right.  So in Exhibit 7, let's look at | 13:35:51 |
| 24 | paragraph 9, which is on page 4, the very last | 13:35:55 |
| 25 | page.  If you could read that paragraph to | 13:35:57 |

1   yourself and let me know if you agree with that          13:36:06

2   paragraph.                                               13:36:07

3       A   This is a hope and prayer.  It's not what        13:36:27

4   happened.  It's not.  I invented it.  I never even       13:36:31

5   thought of Mr. Whitley or anybody else I talked          13:36:37

6   to.  I'm the one who put in the hours, I'm the one       13:36:39

7   that did all the prototypes, I'm the one that            13:36:42

8   invented it.                                             13:36:47

9       Q   Okay.  Let's move on to paragraph 10.            13:36:47

10      A   I did not discuss my intention for a             13:36:48

11  patent with Mr. Whitley.  Yeah, I didn't.  I was         13:36:50

12  told at first, talk to nobody, and besides that, I       13:36:53

13  didn't even show the pieces until my lawyer said,        13:36:55

14  go ahead.                                                13:36:59

15      Q   Okay.  Let's move on to paragraph 10, if         13:36:59

16  you could read to yourself and let me know if            13:36:59

17  you --                                                   13:36:59

18      A   This type of collaboration was indicative        13:36:59

19  of the normal working relationship --                    13:37:07

20          THE REPORTER:  Sir, if you're reading, I         13:37:07

21  need to...                                               13:37:26

22          THE WITNESS:  Boy, that's, yes, I did talk       13:37:26

23  to him about some things.  I don't -- never --           13:37:27

24  never considered it codeveloped.                         13:37:31

25          I would ask people, you know, would this         13:37:38

| | | |
|---|---|---|
| 1 | be something you'd sell or what could I do to | 13:37:40 |
| 2 | improve a process.  Mostly processes.  We did not | 13:37:43 |
| 3 | change products that often. | 13:37:46 |
| 4 | Example:  We had a shower caddy.  Our | 13:37:48 |
| 5 | first shower caddy had two shelves, and that's all | 13:37:54 |
| 6 | we sold.  And then I would go to people's houses | 13:37:58 |
| 7 | and they'd have, you know, five daughters, so I | 13:38:01 |
| 8 | would put a shower caddy on each side, but that's | 13:38:05 |
| 9 | still only four shelves. | 13:38:09 |
| 10 | So I said, I'd better invent a three-shelf | 13:38:10 |
| 11 | shower caddy, so I could put -- and then I | 13:38:14 |
| 12 | invented a four-shelf shower caddy, because people | 13:38:17 |
| 13 | wanted them. | 13:38:20 |
| 14 | And then some lady said, I'm not going to | 13:38:21 |
| 15 | buy from you, and I said, Why?  And she said, | 13:38:23 |
| 16 | Well, I shave my legs, and I need a stoop.  I want | 13:38:25 |
| 17 | a built-in stand, and Kohler has one. | 13:38:30 |
| 18 | So I went and looked at Kohler and I go, | 13:38:33 |
| 19 | Yeah, that's a good idea.  And I called the | 13:38:35 |
| 20 | attorney.  He said no, it's not patented.  It's in | 13:38:39 |
| 21 | there. | 13:38:46 |
| 22 | So I just copied from the best, you know, | 13:38:46 |
| 23 | and everybody in the industry then put out -- and | 13:38:48 |
| 24 | then we got rid of that idea, because a company | 13:38:50 |
| 25 | started to make a little piece of a bar of metal | 13:38:52 |

| | | |
|---|---|---|
| 1 | that you'd stick in the corner between the | 13:38:56 |
| 2 | two right angles, and the women liked that better | 13:39:00 |
| 3 | to shave their legs.  You do what a customer | 13:39:03 |
| 4 | wants.  And we figured out a way to do it. | 13:39:04 |
| 5 | But I went -- I have to ask a bunch of | 13:39:08 |
| 6 | people first:  Is this going to sell or has | 13:39:10 |
| 7 | somebody got me spinning my wheels?  I don't want | 13:39:13 |
| 8 | to build molds, I don't want to store a mold, I | 13:39:15 |
| 9 | don't want to change all my price lists, but if | 13:39:18 |
| 10 | you think it's something we need, then I'll | 13:39:18 |
| 11 | talk -- you know, if enough people say do it, | 13:39:22 |
| 12 | we'll do it. | 13:39:25 |
| 13 | And we did that, and how I did that was at | 13:39:25 |
| 14 | our annual meetings, when we were all in the same | 13:39:28 |
| 15 | hotel, I would say, Hey, anybody got some ideas, | 13:39:30 |
| 16 | and we passed the mic.  Mostly we talked about how | 13:39:34 |
| 17 | to sell to the customer, what do customers want, | 13:39:38 |
| 18 | and how do they want to be sold. | 13:39:42 |
| 19 | At this time customers were getting | 13:39:45 |
| 20 | smarter.  There was Internet.  People were able to | 13:39:46 |
| 21 | go online and really thoroughly vet a product | 13:39:49 |
| 22 | before they bought it.  Before then people would | 13:39:53 |
| 23 | come in, and you believe whatever the salesman | 13:39:57 |
| 24 | would sell you. | 13:39:59 |
| 25 | Nowadays, you walk in, the customer | 13:40:00 |

| | | |
|---|---|---|
| 1 | probably knows more than you do, because they'll | 13:40:03 |
| 2 | research you and all your customers.  They went to | 13:40:07 |
| 3 | everybody's websites.  They have seen everybody | 13:40:09 |
| 4 | else.  So I have to have the right product that a | 13:40:12 |
| 5 | customer, not my dealer, so if a dealer says, | 13:40:15 |
| 6 | Mark, that's going to sell, I'd have to ask a few | 13:40:18 |
| 7 | people. | 13:40:21 |
| 8 | And to be really honest with you, I did | 13:40:22 |
| 9 | something that I don't think any other CEO does | 13:40:25 |
| 10 | other than the guy who runs Sony.  I routinely | 13:40:28 |
| 11 | went with salesmen, and I told them "I'm a | 13:40:31 |
| 12 | trainee."  I would listen to the salesman's pitch, | 13:40:35 |
| 13 | look at the customer's reaction, and say:  Am I -- | 13:40:38 |
| 14 | am I taking care of this customer?  Am I giving | 13:40:41 |
| 15 | him what he needs.  And I loved doing that.  I | 13:40:44 |
| 16 | loved doing that.  Because, thank God, almost | 13:40:47 |
| 17 | every time I went, the guy made a sale, and I | 13:40:50 |
| 18 | thought I was a good luck charm. | 13:40:52 |
| 19 | But it really wasn't about the sale.  To | 13:40:55 |
| 20 | me it was:  Am I doing my job?  And sometimes I | 13:40:57 |
| 21 | wasn't, sometimes I was. | 13:41:02 |
| 22 | I realized after a while, and talking | 13:41:03 |
| 23 | about -- I was very deficient on handicapped | 13:41:07 |
| 24 | showers.  This old guy in the ghetto in Sacramento | 13:41:12 |
| 25 | who was washed by his nurse, a female, and he | 13:41:17 |

| | | |
|---|---|---|
| 1 | hated being taken care of, said to me, Can you | 13:41:22 |
| 2 | figure out a way -- crying -- that I could give | 13:41:27 |
| 3 | myself a bath. I'm a Christian man, and I don't | 13:41:31 |
| 4 | want a woman washing me, and they won't give me | 13:41:34 |
| 5 | another nurse. | 13:41:39 |
| 6 | I said, We need to come up with a whole | 13:41:40 |
| 7 | bunch of handicapped stuff. We are missing the | 13:41:42 |
| 8 | boat. You know how old America's getting? How | 13:41:44 |
| 9 | could we not be in this business? | 13:41:48 |
| 10 | So we all went -- at first they started | 13:41:49 |
| 11 | buying things. There was a company, Hollett | 13:41:52 |
| 12 | Hawei, that made excellent polymer slip-resistant | 13:41:52 |
| 13 | chairs, really way too expensive, and I sold those | 13:41:58 |
| 14 | at first. And eventually we started developing | 13:42:01 |
| 15 | our own line, and I wasn't happy with the acrylic | 13:42:05 |
| 16 | ones, so then I started to -- there's a thing | 13:42:07 |
| 17 | called the coefficient of friction, slip | 13:42:10 |
| 18 | resistance. You could sit on something, and | 13:42:10 |
| 19 | you're fairly good, like this cloth is very co of | 13:42:15 |
| 20 | friction -- oh, sorry, sorry. | 13:42:15 |
| 21 | But if you got soap on something, you | 13:42:18 |
| 22 | could slide right off. Now, if you're an old guy | 13:42:21 |
| 23 | and your feet were -- that's dangerous, so we had | 13:42:24 |
| 24 | to come up with slip resistance, so I called a guy | 13:42:27 |
| 25 | name Dr. Berning Robert. He wrote the standard | 13:42:31 |

| | | |
|---|---|---|
| 1 | slip-resistant testing for the country. | 13:42:35 |
| 2 | As a matter of fact, the test is called | 13:42:38 |
| 3 | the Berning Robert Slip-Resistant Test, and it's | 13:42:38 |
| 4 | part of getting IAPMO approval. | 13:42:43 |
| 5 | So I said how can I guarantee -- I'm not | 13:42:45 |
| 6 | looking at the floor.  I'm looking at the guy's | 13:42:48 |
| 7 | butt.  Help me out here. | 13:42:51 |
| 8 | Well, how big is the guy?  How heavy?  How | 13:42:51 |
| 9 | much -- so I started to say, Well, wow -- I'll let | 13:42:53 |
| 10 | it go and I started looking at -- | 13:42:56 |
| 11 | THE REPORTER:  I'm sorry.  I can't hear. | 13:43:00 |
| 12 | THE WITNESS:  Just let it go.  What do you | 13:43:23 |
| 13 | call it. | 13:43:23 |
| 14 | MR. REMUS:  I think it's in your pockect. | 13:43:23 |
| 15 | THE WITNESS:  Hey, I'm in court right now. | 13:43:24 |
| 16 | I'll call you back. | 13:43:25 |
| 17 | Mark Smith's secretary. | 13:43:27 |
| 18 | BY MR. REMUS: | 13:43:29 |
| 19 | Q  Were you done with your answer? | 13:43:29 |
| 20 | A  Yes, I think I was pretty much.  I went | 13:43:30 |
| 21 | way too fast. | 13:43:33 |
| 22 | Q  Let's look at paragraph 11 of Exhibit 7. | 13:43:35 |
| 23 | A  Wait.  May I ask you this? | 13:43:37 |
| 24 | Do you guys think I answered it correctly? | 13:43:39 |
| 25 | Q  If you gave an honest answer, I'm happy | 13:43:42 |

1    with your answer.                                     13:43:46

2        A  Okay.                                          13:43:47

3        Q  So paragraph 11, take and read that to         13:43:47

4    yourself, and let me know if you agree with that      13:43:50

5    paragraph.                                            13:43:53

6        A  I recently...                                  13:43:55

7        Okay.  I went through everything I could          13:43:56

8    to find old emails.  What I had done is as a threw     13:43:59

9    my old computers out, I saved the hard drives, so      13:44:06

10   that some day, if I ever had to go back, I'd be        13:44:10

11   able to find something.                                13:44:14

12       And the reason I did that is my hobby is           13:44:19

13   photography, and I really have a large selection       13:44:22

14   of photographs.  I've been all over the world          13:44:25

15   many, many times.                                      13:44:28

16       So what I did was I told them I could go           13:44:29

17   through my hard drives.  I had like 15 or 16 of        13:44:32

18   them.  What I found was some of them did not work.     13:44:36

19   What I also found some of them had a very old          13:44:39

20   style interface.  So I had to buy some cables that     13:44:43

21   would connect the old four-prong plug into the         13:44:48

22   newer -- but I did, and I had to buy cables that       13:44:53

23   changed the shape of the power supply, not a big       13:44:56

24   deal, you could order them online.                     13:45:00

25       So I diligently went through everything I          13:45:02

| | | |
|---|---|---|
| 1 | had, but I didn't keep work stuff, I just kept | 13:45:04 |
| 2 | photo stuff.  So if it wasn't a picture of my kids | 13:45:07 |
| 3 | or the Statue of Liberty or someplace in Rome, I | 13:45:11 |
| 4 | just didn't have it. | 13:45:21 |
| 5 | I told him I'm really sorry but I tried, | 13:45:21 |
| 6 | and by the way, I probably had eight, ten hours | 13:45:23 |
| 7 | doing that of work trying to show him and find out | 13:45:25 |
| 8 | what was real, because if I have it in black and | 13:45:28 |
| 9 | white, I'd have shared it with him.  I always told | 13:45:30 |
| 10 | Jeff I had it in black and white.  I didn't. | 13:45:36 |
| 11 | The only thing I thought might happen is | 13:45:38 |
| 12 | maybe in a box somewhere in the attic at BCI, | 13:45:40 |
| 13 | there might be something, and I didn't take any of | 13:45:41 |
| 14 | the paperwork.  They didn't belong to me.  I was a | 13:45:43 |
| 15 | 20 percent owner.  I don't have rights to take all | 13:45:46 |
| 16 | their files.  You know, I had room. | 13:45:48 |
| 17 | So there was an old accounting program | 13:45:52 |
| 18 | that I had a backup file for.  I'm not sure that | 13:46:01 |
| 19 | worked, but I know that you have to buy that | 13:46:07 |
| 20 | program every year and they upgrade it every year, | 13:46:11 |
| 21 | so I don't even know if I can go back in time, and | 13:46:16 |
| 22 | I don't know how to use it.  All the girls in the | 13:46:19 |
| 23 | office used it.  I'd just ask them, could you | 13:46:21 |
| 24 | print me out a P&L, and yes, sir, and there was a | 13:46:23 |
| 25 | P&L.  I'm not even sure that's on there, but I | 13:46:26 |

1    think it might be.  I'm being as straight up as I          13:46:31

2    can.  I looked.  I wouldn't have put in all those          13:46:34

3    hours, because I didn't want to be wrong.                  13:46:37

4         MR. REMUS:  Thank you, Mr. Domanico.                  13:46:39

5         BCI does not have any further questions               13:46:41

6    for you at this time based on the scope of the             13:46:42

7    discovery that the Court has ordered.                      13:46:45

8         MR. HALVERSON:  Very briefly, promise, two            13:46:48

9    minutes.                                                   13:46:50

10        THE WITNESS:  Okay.                                   13:46:51

11                   FURTHER EXAMINATION                        13:46:53

12   BY MR. HALVERSON:                                          13:46:53

13     Q  Have you ever looked into legally what the            13:46:55

14   test is to be called an inventor?                          13:46:59

15     A  No, I just thought it was a word.  I call             13:47:00

16   myself a tinkerer usually, but I thought this was          13:47:04

17   a more formal proceeding, so I went with inventor.         13:47:07

18        MR. HALVERSON:  I've got nothing else.                13:47:11

19   Thank you.                                                 13:47:13

20        THE VIDEOGRAPHER:  Thank you.  We can go              13:47:13

21   off the record?                                            13:47:14

22        MR. HALVERSON:  No confidentiality from --           13:47:14

23        THE REPORTER:  Oh, no -- yes.                         13:47:23

24        MR. HALVERSON:  As far as I know.                     13:47:24

25        MR. REMUS:  I'm not aware of any.  I don't            13:47:24

1     think we have a protective order in this case.                13:47:26

2          THE VIDEOGRAPHER:  This marks the end of              13:47:28

3     the deposition of Mark Domanico.                               13:47:29

4          We are going off the record at 1:47 p.m.                 13:47:33

5             (Deposition concluded at 1:47 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                 ACKNOWLEDGEMENT OF DEPONENT

2

3          I, MARK DOMANICO, do hereby acknowledge

4     that I have read and examined the foregoing

5     testimony, and the same is a true, correct, and

6     complete transcription of the testimony given by

7     me and any corrections appear on the attached

8     errata sheet signed by me.

9

10

11

12

13

14     _____

15      (DATE)                    (SIGNATURE)

16

17

18

19

20

21

22

23

24

25
```

```
1                MARK DOMANICO ERRATA SHEET

2

3

4    MARK DOMANICO Job ID: 516588

5    Case Caption: BCI Acrylic v Milestone Bath

6

7          DECLARATION UNDER PENALTY OF PERJURY

8

9         I declare under penalty of perjury that I

10   have read the entire transcript of my Deposition

11   taken in the above-captioned matter or the same

12   has been read to me and the same is true and

13   accurate, save and except for changes and/or

14   corrections, if any, as indicated by me on the

15   DEPOSITION ERRATA SHEET hereof, with the

16   understanding that I offer these changes as if

17   still under oath.  Signed on the

18   _____day of _____, 20    .

19

20

21

22

23

24   _____

25   MARK DOMANICO
```

```
1                  DEPOSITION ERRATA SHEET

2

3    Page No.    Line No.    Change to:_____

4    Reason for change:_____

5    Page No.    Line No.    Change to:_____

6    Reason for change:_____

7    Page No.    Line No.    Change to:_____

8    Reason for change:_____

9    Page No.    Line No.    Change to:_____

10   Reason for change:_____

11   Page No.    Line No.    Change to:_____

12   Reason for change:_____

13   Page No.    Line No.    Change to:_____

14   Reason for change:_____

15   Page No.    Line No.    Change to:_____

16   Reason for change:_____

17   Page No.    Line No.    Change to:_____

18   Reason for change:_____

19   Page No.    Line No.    Change to:_____

20   Reason for change:_____

21

22   SIGNATURE:_____DATE:_____

23

24

25
```

```
 1        CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

 2            I, Cynthia J. Conforti, Certified

 3   Shorthand Reporter No. 084-003064, CSR, CRR, and a

 4   Notary Public in and for the County of Cook, State

 5   of Illinois, the officer before whom the

 6   foregoing deposition was taken, do hereby certify

 7   that the foregoing transcript is a true and

 8   correct record of the testimony given; that said

 9   testimony was taken by me stenographically and

10   thereafter reduced to typewriting under my

11   direction; and that I am neither counsel for,

12   related to, nor employed by any of the parties to

13   this case and have no interest, financial or

14   otherwise, in its outcome.

15       IN WITNESS WHEREOF, I have hereunto set my

16   hand and affixed my notarial seal this 30th day of

17   November, 2023,

18

19

20

21   _____

22   Notary Public in and for the

23   State of Illinois

24

25
```

| A | | | |
|---|---|---|---|
| **a-frame**<br>155:4<br>**ability**<br>137:15<br>**able**<br>24:7, 24:22,<br>30:14, 30:24,<br>32:8, 41:25,<br>62:14, 98:20,<br>99:9, 99:23,<br>105:13, 126:16,<br>133:19, 135:18,<br>149:3, 149:7,<br>166:13, 172:20,<br>176:11<br>**above-captioned**<br>181:11<br>**abs**<br>19:19, 19:22,<br>19:25, 20:18,<br>20:20, 54:20,<br>135:4, 148:3<br>**absolutely**<br>26:4, 108:21<br>**accomplishes**<br>134:7<br>**according**<br>41:10, 51:9,<br>66:11, 68:1<br>**account**<br>11:13<br>**accounting**<br>177:17<br>**accounts**<br>13:20<br>**accurate**<br>152:9, 181:13<br>**ace**<br>23:24<br>**achieved**<br>130:16<br>**acknowledge**<br>180:3<br>**acknowledgement**<br>180:1<br>**across**<br>28:1, 71:1, | 73:23, 75:7,<br>148:7<br>**acrylic**<br>1:4, 5:6, 6:1,<br>17:3, 18:4,<br>18:6, 18:7,<br>18:8, 18:19,<br>19:1, 19:10,<br>19:12, 19:21,<br>21:3, 21:8,<br>24:20, 26:6,<br>28:7, 33:23,<br>35:15, 35:21,<br>57:12, 58:6,<br>58:7, 58:16,<br>59:18, 65:21,<br>84:17, 85:9,<br>85:10, 85:11,<br>85:14, 89:10,<br>93:17, 107:15,<br>114:8, 126:10,<br>128:5, 128:7,<br>128:15, 128:20,<br>128:23, 128:25,<br>131:15, 131:22,<br>133:14, 135:4,<br>145:17, 148:4,<br>149:22, 174:15,<br>181:5<br>**acrylic's**<br>18:7<br>**acrylo**<br>19:19<br>**acrylonitrile**<br>19:3, 20:23<br>**acted**<br>43:12<br>**acting**<br>75:24<br>**action**<br>120:7, 120:8,<br>122:21<br>**acts**<br>160:17<br>**actual**<br>130:17<br>**actually**<br>9:19, 10:11, | 23:12, 24:17,<br>25:1, 25:4,<br>27:5, 29:18,<br>34:11, 35:11,<br>37:19, 40:25,<br>49:5, 49:6,<br>49:7, 49:18,<br>51:20, 61:3,<br>61:13, 63:4,<br>66:5, 68:3,<br>71:23, 75:2,<br>83:15, 89:14,<br>94:9, 94:10,<br>97:3, 99:4,<br>104:3, 112:15,<br>120:21, 130:5,<br>134:10, 141:10,<br>143:16, 144:23,<br>147:1, 152:14,<br>159:13, 159:18,<br>162:7, 166:1<br>**add**<br>19:14, 62:14,<br>99:15, 101:12,<br>117:16, 122:18<br>**added**<br>19:24, 24:6,<br>68:10, 101:13,<br>118:15<br>**additional**<br>31:18<br>**additionally**<br>145:3<br>**additives**<br>15:16<br>**adjust**<br>24:23, 30:8<br>**adjusting**<br>113:7<br>**affixed**<br>183:16<br>**afford**<br>23:22, 165:21<br>**after**<br>10:22, 12:8,<br>12:10, 15:24,<br>15:25, 28:11,<br>32:23, 37:14, | 37:17, 67:25,<br>69:3, 69:7,<br>69:8, 98:2,<br>98:23, 100:11,<br>121:20, 122:10,<br>130:21, 138:18,<br>141:25, 151:13,<br>173:22<br>**again**<br>17:22, 33:25,<br>57:19, 58:4,<br>75:17, 75:21,<br>78:11, 93:1,<br>97:12, 116:4,<br>116:6, 124:23,<br>125:1, 163:13<br>**against**<br>8:23, 37:12,<br>59:11, 169:19<br>**age**<br>61:18<br>**agency**<br>34:8<br>**ago**<br>7:1, 20:16,<br>22:24, 24:8,<br>25:9, 39:6,<br>39:10, 49:7,<br>52:12, 105:24,<br>120:11, 138:1,<br>168:20<br>**agree**<br>7:11, 7:13,<br>89:1, 140:4,<br>140:9, 152:10,<br>152:11, 152:18,<br>155:15, 162:1,<br>163:3, 170:1,<br>176:4<br>**agreement**<br>71:5, 72:9,<br>73:10, 73:21,<br>167:9<br>**ah**<br>146:9<br>**ahead**<br>7:18, 19:2,<br>111:3, 112:1, |

121:14, 170:14
**ahold**
39:15, 98:15
**ain't**
142:1
**air**
16:15, 89:12,
145:4, 145:9,
145:11, 160:19
**al**
5:7
**alarm**
88:21
**allow**
66:14, 68:4,
157:20
**allowance**
117:9
**allowed**
66:15, 66:16,
66:19, 67:12,
67:14, 67:15,
67:17, 117:7,
126:14
**almond**
57:15
**almost**
28:3, 30:11,
30:15, 85:25,
109:4, 113:23,
169:14, 173:16
**alone**
165:4
**along**
5:21, 117:13,
123:14, 162:23
**already**
61:9, 62:12,
74:18, 76:18,
91:2, 104:16,
118:14, 140:13,
140:21, 141:4,
141:5, 142:16,
151:14, 157:23
**also**
3:19, 7:8,
11:13, 16:3,
31:25, 32:4,

37:15, 57:4,
63:24, 73:20,
77:19, 100:2,
105:4, 111:11,
118:6, 122:2,
128:6, 134:21,
176:19
**although**
53:11, 55:20,
82:7, 127:12,
130:20, 131:15,
149:1
**aluminum**
28:19, 52:15,
131:17, 131:22,
131:23
**always**
30:4, 30:11,
30:14, 38:17,
44:16, 44:23,
44:24, 48:22,
56:24, 70:10,
78:5, 92:2,
93:23, 113:11,
113:24, 133:23,
137:14, 141:21,
154:7, 154:17,
155:13, 156:24,
164:25, 168:5,
177:9
**amazing**
69:2, 91:24
**ambath**
80:5
**ambulances**
11:15
**america's**
174:8
**american**
21:22, 30:20,
39:2, 63:3,
105:3, 156:10,
167:18
**amount**
37:16, 47:16,
108:24, 112:8,
112:18, 147:10,
154:23

**amounts**
161:13
**angles**
103:19, 172:2
**annual**
154:4, 172:14
**another**
12:22, 32:13,
62:1, 63:24,
64:17, 64:21,
69:20, 69:22,
71:6, 86:5,
102:4, 111:14,
129:16, 129:18,
149:13, 155:25,
160:7, 160:9,
174:5
**answer**
7:6, 7:22, 8:3,
50:25, 51:1,
65:15, 113:5,
115:20, 126:15,
133:18, 175:19,
175:25, 176:1
**answered**
175:24
**answering**
7:7
**antimicrobial**
65:19, 66:21,
66:25
**antiquated**
10:11
**any**
7:17, 8:6,
11:9, 38:21,
40:3, 42:19,
44:5, 54:14,
54:15, 56:1,
61:3, 68:9,
71:8, 75:13,
75:24, 77:8,
78:10, 78:12,
81:19, 83:6,
87:1, 88:12,
90:24, 91:22,
91:25, 92:2,
95:2, 97:20,

100:15, 100:17,
101:11, 103:6,
106:4, 106:6,
107:12, 114:12,
116:22, 119:14,
128:11, 130:9,
130:14, 130:25,
133:13, 136:5,
151:5, 164:7,
167:9, 173:9,
177:13, 178:5,
178:25, 180:7,
181:14, 183:12
**anybody**
71:17, 76:11,
84:13, 85:1,
148:11, 162:21,
167:3, 170:5,
172:15
**anyhow**
13:2, 34:21,
82:25, 137:15
**anymore**
12:17, 23:15,
37:21, 111:2
**anything**
13:14, 16:16,
18:12, 52:6,
55:2, 55:3,
64:19, 66:10,
76:15, 78:12,
94:10, 108:22,
112:23, 115:10,
116:8, 124:3,
130:11, 138:13,
139:3, 142:15,
144:4, 153:1,
153:10, 153:15,
158:3, 165:17
**anywhere**
60:12, 67:2,
156:25, 169:21
**apart**
10:7, 10:18
**apartment**
12:16, 13:7,
18:11, 34:16
**apartments**
12:20, 14:25,

23:4, 23:12
**apologize**
135:17
**appear**
180:7
**appendix**
90:10, 93:3
**applicants**
96:11, 96:13
**application**
4:12, 86:23,
94:20, 95:15,
116:25, 120:16
**applications**
38:12, 48:21,
49:3, 130:6
**appropriate**
121:25, 122:1
**approval**
66:7, 175:4
**approved**
12:5, 66:3
**approximately**
36:19, 48:20,
69:24, 93:13,
96:2, 97:10,
129:25, 148:13
**area**
17:15, 32:17
**arizona**
24:14, 32:14,
35:8, 35:14,
156:8
**army**
56:9
**around**
31:22, 37:6,
56:16, 88:4,
101:16, 158:12
**arrest**
66:21
**articles**
130:25
**artist**
82:18
**arts**
159:17
**asap**
140:15, 144:10

**asked**
60:24, 70:18,
76:1, 76:12,
94:25, 103:4,
103:6, 106:5,
146:15, 151:2,
154:7, 158:8,
168:18
**asking**
7:6, 7:8, 98:3,
98:24, 124:10
**ass**
135:10
**assign**
119:22
**assignment**
4:19, 118:7,
118:8, 118:18,
118:21, 119:12
**assume**
8:1, 29:9,
103:25
**assumes**
52:25
**attached**
180:7
**attic**
177:12
**attorney**
96:16, 96:24,
98:11, 162:8,
162:19, 167:7,
171:20
**attractive**
76:17
**auction**
61:16
**austria**
22:5
**austrian**
21:18, 58:17
**auto**
11:2, 11:3,
11:4, 149:2
**autocad**
63:8, 63:10
**autodesk**
132:9, 132:10,

132:11
**available**
25:10, 85:1,
124:23, 125:1
**aware**
36:16, 49:4,
178:25
**awareness**
47:6
**away**
34:24, 68:22,
91:20, 100:3,
142:3, 151:4,
156:9
**awesome**
60:21

**B**

**baby**
19:24
**back**
8:10, 11:12,
17:21, 19:17,
25:16, 25:25,
31:12, 37:5,
37:20, 40:25,
42:7, 43:22,
44:6, 60:10,
65:11, 89:25,
97:13, 103:12,
108:2, 110:24,
111:12, 111:24,
117:10, 119:17,
120:3, 122:4,
122:8, 129:14,
138:9, 144:20,
146:17, 162:3,
162:14, 163:13,
175:16, 176:10,
177:21
**background**
9:8, 50:19,
110:7, 110:12,
133:3
**backup**
177:18
**backwards**
155:2

**bad**
10:5, 90:4,
99:7, 135:21
**bag**
145:12, 145:13,
161:1
**bags**
145:5
**bain**
164:15, 164:16
**banded**
77:16
**banding**
75:5, 78:19
**bang**
60:5
**bar**
171:25
**barney**
144:4
**bars**
12:20
**base**
33:6, 56:9,
151:7, 151:10
**based**
78:13, 83:7,
126:11, 133:10,
178:6
**bases**
122:3, 134:16
**basic**
138:3
**basically**
123:7
**basis**
47:1
**batch**
159:22, 159:23
**batches**
160:8
**bates**
45:4, 45:19,
45:21, 102:9,
102:12, 118:9
**bates-stamped**
87:1
**bath**
1:7, 1:9, 5:6,

5:7, 5:20, 5:23,
22:10, 22:11,
22:23, 36:3,
36:9, 36:19,
37:22, 38:6,
39:18, 39:19,
39:21, 41:17,
42:17, 42:20,
56:6, 59:20,
67:16, 69:4,
72:3, 119:13,
155:11, 164:15,
164:17, 167:24,
174:3, 181:5
**bath's**
43:15
**bathroom**
36:24, 37:1,
156:15
**bathtub**
17:24, 19:12,
22:7, 27:9,
27:11, 27:12,
27:23, 28:25,
29:15, 38:5,
38:7, 49:11,
57:1, 64:24,
72:23, 146:8,
166:10
**bathtubs**
12:23, 12:24,
13:4, 16:4,
17:3, 27:4,
27:5, 28:3,
71:21, 72:19
**bay**
80:15
**bci**
1:4, 4:11,
4:20, 5:5, 6:1,
25:14, 28:2,
39:21, 39:24,
40:4, 45:5,
46:8, 80:5,
82:20, 83:8,
84:11, 106:18,
118:9, 119:15,
121:12, 121:15,

121:19, 146:20,
149:22, 158:5,
169:11, 177:12,
178:5, 181:5
**beat**
37:19
**beautiful**
54:25, 63:18,
69:1, 119:5,
130:17, 134:8
**beauty**
73:1
**became**
16:7, 31:23,
43:16, 68:17
**becomes**
28:7
**been**
6:13, 6:25,
22:4, 25:20,
33:11, 36:19,
40:21, 43:11,
60:9, 65:1,
69:14, 69:25,
70:6, 72:1,
86:21, 107:13,
107:16, 107:21,
118:8, 118:10,
118:15, 123:6,
123:14, 129:16,
130:4, 149:24,
163:8, 164:25,
169:1, 176:14,
181:12
**before**
2:13, 6:25,
7:6, 7:7, 7:23,
8:18, 13:4,
20:8, 22:20,
39:17, 43:15,
46:15, 46:20,
48:10, 51:20,
53:20, 58:22,
69:3, 69:5,
69:7, 69:10,
69:11, 87:9,
88:2, 89:18,
94:21, 95:23,

95:24, 96:21,
102:21, 102:22,
103:9, 107:17,
107:23, 108:19,
122:9, 132:1,
133:25, 134:3,
140:11, 140:21,
141:1, 141:6,
141:17, 142:12,
142:19, 149:19,
159:24, 162:2,
162:9, 172:22,
183:5
**begins**
5:2, 90:2,
105:1, 108:12,
112:16, 115:1,
159:3
**behalf**
3:2, 3:10,
5:19, 5:23, 5:25
**behind**
8:8, 50:19,
92:19, 92:21,
143:16
**beige**
79:12, 127:16
**being**
26:4, 71:6,
99:12, 106:12,
109:6, 115:11,
116:10, 121:2,
154:16, 159:19,
174:1, 178:1
**believe**
16:11, 21:24,
30:13, 44:17,
72:24, 87:10,
87:20, 90:6,
159:20, 168:23,
172:23
**bell**
63:20
**bellastone**
1:9, 5:7
**belleville**
69:18
**bellevue**
69:18

**belong**
177:14
**below**
96:15, 134:25,
135:3, 135:4
**bend**
155:1
**benefits**
130:19, 154:15
**bent-over**
29:18
**berland's**
105:2
**berning**
174:25, 175:3
**besides**
148:2, 161:2,
170:12
**best**
7:14, 21:19,
21:20, 50:15,
70:11, 82:19,
108:19, 156:20,
171:22
**better**
8:8, 10:6,
18:7, 20:6,
37:21, 39:18,
44:5, 44:7,
44:14, 51:11,
55:10, 74:3,
77:12, 77:14,
83:15, 84:4,
84:7, 100:7,
104:5, 129:14,
154:7, 154:18,
155:14, 156:18,
156:24, 164:10,
164:11, 171:10,
172:2
**better-looking**
143:5
**between**
18:5, 30:10,
57:20, 58:6,
63:11, 104:1,
110:5, 112:11,
125:22, 128:20,

129:25, 130:3,
137:19, 172:1
**beyond**
23:5, 124:21,
133:15
**bible**
112:13
**bidding**
59:10
**big**
13:20, 14:11,
16:6, 29:10,
29:11, 29:12,
34:19, 34:20,
36:6, 41:24,
59:6, 73:2,
77:23, 79:22,
81:22, 93:23,
94:9, 100:2,
104:25, 105:1,
127:1, 129:9,
132:5, 132:6,
141:19, 141:20,
142:5, 144:11,
144:13, 145:14,
154:12, 154:13,
161:16, 166:14,
175:8, 176:23
**bigger**
14:5, 22:20,
61:13
**biggest**
25:4, 54:17,
57:8, 76:21
**bike**
32:17
**bing-bing-bing**
70:2
**biscuit**
57:15, 81:5
**bit**
9:7, 50:18,
51:14, 61:6,
61:9, 61:19,
62:16, 68:12,
94:8, 102:19,
103:19, 103:20,
104:2, 104:8,

104:10, 113:8,
113:12, 113:13,
113:21, 114:3,
114:7, 114:13,
115:1, 129:23,
140:14, 141:7,
141:8, 141:12,
142:5, 145:1,
146:4, 146:5,
147:23, 148:6,
148:9, 149:2,
149:4, 151:20,
156:6
**bits**
104:4, 104:17,
105:8, 105:12,
105:20, 106:15,
113:20, 140:19,
141:6, 148:17,
148:25
**black**
57:16, 66:1,
177:8, 177:10
**blade**
148:5
**blades**
61:5, 105:13
**blah**
19:4
**blank**
31:10
**bleach**
67:25
**block**
61:1, 94:10,
127:20
**blocks**
97:2
**blow**
146:6, 160:6,
165:19
**blur**
40:16
**board**
99:16
**boat**
174:8
**bob**
22:25, 23:5

**bold**
96:11
**bond**
31:19
**bondo**
15:8, 31:20
**bone**
41:7
**bootz**
30:22
**border**
21:23, 71:1,
73:23, 74:19,
75:7
**bosch**
105:4
**boston**
156:13
**both**
5:21, 9:6,
24:21, 34:6,
35:5, 41:21,
51:19, 71:24,
72:5, 73:6,
73:14, 75:22,
103:8, 103:25,
111:8, 125:9,
125:10, 125:12,
125:14, 158:19,
165:8, 166:9
**bottom**
19:25, 24:21,
24:24, 29:10,
31:20, 32:1,
33:25, 45:23,
89:16, 91:13,
99:10, 102:13,
112:2, 120:21,
120:24, 122:6,
140:1, 147:4
**bottoms**
32:5
**bought**
10:25, 21:15,
21:16, 21:17,
38:2, 38:3,
59:21, 61:15,
63:3, 64:15,

64:17, 64:21,
78:16, 80:8,
81:18, 85:6,
85:7, 93:24,
106:19, 106:20,
113:25, 121:20,
129:9, 131:4,
144:13, 156:8,
160:14, 168:21,
169:7, 172:22
**boundaries**
68:9
**box**
95:15, 95:18,
155:9, 155:11,
155:12, 177:12
**boy**
14:24, 170:22
**brains**
159:19
**brake**
144:1
**brand**
14:10, 14:13,
27:24, 31:10,
31:15, 74:5
**break**
7:14, 7:18,
7:19, 7:23,
65:3, 76:7,
76:8, 129:18,
138:4, 154:12
**breakfast**
72:6, 97:16
**breakout**
154:15
**breathing**
16:9
**bricks**
93:9
**briefly**
178:8
**brilliant**
55:18
**bring**
42:1, 76:6,
137:8, 166:10,
168:6

| | | | |
|---|---|---|---|
| **bringing**<br>34:8 | 59:15, 62:9,<br>67:3, 74:25,<br>127:24, 157:14,<br>172:5, 174:7 | 158:14, 158:16,<br>159:25, 160:19,<br>161:1, 168:12,<br>168:23, 168:24,<br>171:15, 176:20,<br>176:22, 177:19 | 27:17, 37:7,<br>37:10, 48:2,<br>50:3, 52:22,<br>54:8, 60:1,<br>63:12, 65:20,<br>71:6, 72:2, |
| **brings**<br>168:7 | **burn**<br>24:18 | **buying**<br>21:3, 21:8, | 72:25, 79:6,<br>79:23, 85:24,<br>98:7, 103:4, |
| **brittle**<br>19:21 | **bus**<br>32:16 | 21:18, 80:6,<br>137:13, 168:17, | 117:8, 131:17,<br>159:3, 162:12, |
| **broken**<br>14:8 | **business**<br>15:24, 16:6, | 174:11 | 162:22, 167:24,<br>171:19, 174:17, |
| **brought**<br>13:15, 74:2,<br>138:12, 144:7,<br>155:17, 168:20 | 16:9, 17:2,<br>22:21, 50:6,<br>61:17, 68:24,<br>78:5, 83:17,<br>86:8, 86:9, | **buys**<br>75:18, 75:19<br>───── C ─────<br>**c**<br>95:19 | 174:24, 175:2,<br>178:14<br>**calling**<br>76:25, 164:24 |
| **browns**<br>127:22 | 105:11, 159:7,<br>160:6, 165:15, | **c5as**<br>36:6 | **calls**<br>55:13, 126:14,<br>144:3 |
| **brush**<br>15:11 | 165:19, 167:17,<br>167:19, 169:3,<br>174:9 | **cables**<br>176:20, 176:22 | **came**<br>10:17, 14:16, |
| **bucks**<br>73:9, 75:5 | **businesses**<br>10:23 | **cad**<br>63:19 | 22:15, 40:25,<br>42:7, 46:16,<br>66:2, 66:8, |
| **buddies**<br>14:16 | **businessman**<br>153:25 | **caddies**<br>72:20 | 67:22, 71:13,<br>73:10, 78:18, |
| **buff**<br>15:12 | **busy**<br>38:16, 64:15, | **caddy**<br>171:4, 171:5,<br>171:8, 171:11, | 82:2, 99:11,<br>100:6, 100:8,<br>112:25, 135:13, |
| **buicks**<br>11:10 | 98:15, 142:24,<br>163:11 | 171:12 | 142:24, 160:23 |
| **build**<br>21:6, 23:21,<br>49:11, 172:8 | **butadiene**<br>19:4, 19:19,<br>20:23 | **calibrate**<br>160:16<br>**california** | **camera**<br>87:12<br>**can't** |
| **building**<br>8:24, 18:12,<br>23:17, 34:17,<br>35:4, 69:22,<br>137:12, 169:7 | **butt**<br>175:7<br>**button**<br>12:3, 159:22 | 3:16, 76:2,<br>77:20<br>**call**<br>29:1, 45:9,<br>45:13, 74:8, | 14:20, 16:11,<br>68:19, 80:16,<br>90:24, 101:22,<br>104:24, 124:25,<br>162:20, 175:11 |
| **building's**<br>18:9 | **buy**<br>25:23, 25:24, | 88:17, 94:21,<br>100:4, 100:6, | **canada**<br>35:6, 68:23, |
| **buildings**<br>12:16, 169:7 | 28:19, 41:24,<br>56:14, 59:18,<br>67:2, 71:22, | 125:24, 127:13,<br>138:18, 143:14,<br>155:8, 156:15, | 68:25, 69:18,<br>69:25, 71:4,<br>73:14, 74:18, |
| **built**<br>17:23, 69:22 | 71:23, 73:8,<br>79:13, 79:18, | 161:7, 163:21,<br>175:13, 175:16, | 74:19, 74:20,<br>74:24, 75:14, |
| **built-in**<br>66:20, 171:17 | 80:19, 81:17,<br>81:19, 84:20, | 178:15<br>**called** | 76:16, 76:19,<br>76:20, 76:21, |
| **bumpy**<br>161:3 | 85:12, 85:15,<br>91:18, 91:21, | 12:13, 16:1,<br>17:5, 21:16, | |
| **bunch**<br>10:25, 12:14,<br>21:11, 27:16,<br>36:10, 48:10,<br>53:2, 55:7,<br>55:12, 59:11, | 129:11, 157:18,<br>158:3, 158:9, | | |

77:19, 143:15,
145:4, 145:9,
145:11, 154:2,
156:9, 164:14,
165:21, 165:24
**canadian**
70:25, 72:12,
73:24, 75:10,
80:8, 164:15
**cancer**
40:22, 41:7,
41:22, 41:23
**canon**
160:23
**cap**
60:4
**caption**
181:5
**car**
11:7, 11:8,
11:11, 15:6,
143:19, 143:22,
144:1, 148:5
**car's**
143:18
**care**
22:14, 37:18,
43:21, 51:10,
70:24, 72:12,
74:23, 173:14,
174:1
**careful**
101:4
**carrara**
127:17, 127:18,
127:19
**carried**
105:4, 128:6
**carry**
105:3
**carrying**
128:12
**case**
1:6, 5:10,
46:5, 46:7,
49:18, 125:21,
138:22, 179:1,
181:5, 183:13

**cat**
147:2
**catalytic**
24:16, 24:17
**catch**
17:9
**caulk**
65:22, 80:2
**caulking**
66:22
**caution**
40:2
**cease-and-desist**
50:1
**cease-and-desists**
50:2
**cement**
15:20
**center**
3:14, 69:11
**ceo**
38:20, 38:21,
41:1, 41:12,
41:14, 42:25,
43:16, 61:25,
108:23, 157:1,
163:12, 163:13,
173:9
**certain**
18:12, 24:19,
26:24, 27:1,
28:15, 37:16,
47:7, 47:13,
47:16, 55:5,
56:24, 59:5,
77:16, 78:23,
88:20, 146:2,
154:22, 154:23,
154:24
**certainly**
128:1
**certificate**
183:1
**certification**
34:8, 34:11,
34:22, 35:2,
35:3, 35:5
**certifications**
34:10

**certified**
34:7, 183:2
**certify**
183:6
**chain**
4:21
**chairs**
174:13
**change**
32:5, 49:19,
52:11, 100:19,
101:14, 143:3,
148:25, 160:13,
171:3, 172:9,
182:3, 182:5,
182:7, 182:9,
182:11, 182:13,
182:15, 182:17,
182:19
**change:_**
182:4, 182:6,
182:8, 182:10,
182:12, 182:14,
182:16, 182:18,
182:20
**changed**
38:1, 38:3,
65:18, 78:16,
84:21, 130:18,
137:25, 138:2,
176:23
**changer**
149:2
**changes**
78:12, 83:6,
91:25, 122:13,
122:16, 130:15,
181:13, 181:16
**changing**
137:25
**characteristics**
126:12
**characterize**
44:2, 71:11
**charge**
15:3, 17:13
**charm**
173:18

**chasing**
134:3
**chat**
166:16
**cheap**
67:2
**cheaper**
168:12
**cheating**
134:14
**check**
97:19, 136:5
**checkbook**
106:14
**chemical**
18:15, 18:18
**chemicals**
15:9, 15:15,
16:8
**chemo**
41:8, 152:5
**chevron**
30:22
**chicago**
1:16, 2:7, 3:7,
3:12, 5:16,
11:14, 12:15,
17:21, 22:14,
22:15, 22:21,
22:24, 70:7,
70:10, 70:13,
97:23, 105:2
**chicken**
67:21
**chicopee**
17:6
**children**
131:5
**chill**
28:10, 31:22
**chilled**
28:20, 28:21,
52:14
**chip**
13:14, 14:3
**chloride**
17:8, 18:2,
18:3

choose
14:7
chose
43:7
christian
174:3
chunk
14:12, 15:7
city
11:14, 12:17,
22:2, 22:19,
34:18, 159:3
cityfront
3:5
claim
47:9, 47:12,
66:15, 66:19,
67:9, 68:5,
103:5, 122:17,
122:18, 124:11,
125:6
claims
48:2, 48:4,
48:8, 48:14,
65:15, 66:9,
66:13, 67:9,
67:11, 68:7,
110:1, 110:2,
110:3, 116:21,
117:7, 122:14,
124:16
clamp
56:16, 58:14,
61:7, 88:6,
88:9, 91:19
clamps
58:12
clarification
8:4
clarifying
20:17, 20:25
class
94:12, 133:5
classification
155:7
classifications
155:10
clean
19:14, 92:18

cleaner
83:16
cleans
19:12
clear
19:10, 19:12,
19:16, 21:3,
54:19, 57:19,
79:23, 81:7,
82:13, 114:5,
114:9, 151:16,
157:5, 163:23,
164:2
clearance
100:12
clearly
143:12
cleaved
14:12
cleaver
14:9
client
125:16, 125:17
clipboard
138:19
close
98:9
closed
35:24
closely
145:18
cloth
174:19
cnc
54:6, 55:6,
55:8, 56:18,
57:21, 58:7,
61:9, 61:13,
61:15, 62:11,
63:11, 63:16,
63:24, 64:1,
90:17, 91:9,
92:1, 92:2,
92:13, 93:6,
93:25, 94:7,
104:10, 130:25,
131:4, 131:24,
133:14, 140:14,

148:25, 149:1,
162:2
cnc'd
130:4, 137:19
coast
17:5, 78:3
coating
37:9
coats
165:9
codeveloped
170:24
coefficient
174:17
coke
65:5, 65:6,
166:22, 166:23
cold
37:11, 160:18
colgate
67:4
collaborated
157:2
collaboration
161:9, 170:18
collaboratively
159:9
collector
92:21, 92:22
college
9:10, 9:12,
38:24, 82:17,
133:5, 159:16
collet
105:6, 141:17
collets
104:10, 149:3,
149:6
color
15:10, 19:11,
53:6, 54:15,
79:15, 79:16,
79:17, 101:13,
135:3, 155:25,
156:4, 156:6,
159:21, 161:16
colors
15:16, 57:5,

79:17, 127:5,
127:21, 129:14
column
111:23, 112:2,
114:23, 146:15,
147:4
com
107:4
come
27:7, 29:15,
29:16, 34:2,
34:5, 48:14,
60:7, 70:10,
71:20, 72:22,
76:5, 97:25,
100:21, 105:24,
120:25, 146:8,
150:2, 155:23,
172:23, 174:6,
174:24
coming
44:24, 70:12,
169:5
commercial
147:18
commercially
25:10
common
20:24, 44:19,
59:6, 105:12
commonly
166:7
companies
23:13, 67:3,
67:7, 71:18,
76:4, 81:12,
83:5, 105:3,
105:19
company
9:1, 10:4,
17:5, 17:23,
21:12, 21:16,
21:18, 22:8,
22:22, 23:16,
24:12, 24:14,
25:8, 32:14,
34:11, 35:7,
35:14, 35:24,

38:20, 39:10,
39:24, 43:7,
44:17, 44:22,
55:25, 57:10,
58:17, 61:16,
61:25, 71:6,
71:18, 71:19,
72:2, 81:23,
81:24, 85:23,
86:1, 96:25,
97:21, 100:10,
105:10, 105:17,
106:5, 106:15,
106:19, 121:20,
128:22, 128:24,
131:6, 132:14,
135:22, 156:25,
157:14, 157:23,
158:11, 159:2,
160:7, 163:14,
163:20, 164:16,
166:21, 167:8,
167:14, 167:23,
168:21, 171:24,
174:11
**compare**
110:2
**comparing**
159:11, 159:13
**compete**
169:12
**competing**
129:12
**competition**
44:21, 164:14
**competitor**
40:5, 129:9,
129:10
**competitors**
10:8, 79:21,
82:20, 85:2,
157:16
**competitors's**
81:16
**complete**
40:18, 65:15,
65:16, 100:1,
180:6

**completed**
106:23
**completely**
142:10
**complex**
80:10
**complicated**
51:1, 159:20
**composition**
18:15, 18:18
**computer**
27:13, 63:5,
80:10
**computers**
106:8, 176:9
**concept**
115:4
**concerned**
26:21, 124:5,
124:7, 129:15
**concluded**
179:5
**conclusion**
97:25, 126:15
**conditioning**
160:19
**condo**
13:5, 13:7
**condos**
12:17
**conferences**
22:6
**confident**
124:18
**confidential**
40:4, 64:20
**confidentiality**
178:22
**confine**
125:2, 125:4
**conforti**
1:25, 2:13,
6:6, 183:2
**confrontational**
164:23
**connect**
176:21
**connection**
9:3

**consider**
42:13, 77:2,
158:25
**considered**
66:12, 170:24
**consistency**
159:22
**consistent**
74:2
**constantly**
13:20, 92:17
**construction**
125:6
**contact**
97:6
**contain**
117:19
**contemplated**
74:13
**content**
4:18
**continuation**
139:16
**contracts**
101:14
**control**
24:25, 62:15,
62:17, 63:4,
76:11, 90:24,
94:7, 124:24
**controlled**
63:16
**conventions**
22:16, 154:4
**conversations**
46:23, 75:12,
75:23, 77:9,
77:10, 83:8,
95:2, 101:5
**convinced**
10:24
**cook**
2:14, 183:4
**cool**
34:1, 131:20
**cooling**
31:21
**coordinates**
62:19

**cop**
143:19, 143:22
**copied**
171:22
**copier**
55:4
**copiers**
10:4, 10:7,
10:8
**copper**
31:20, 34:1
**copy**
165:24
**corian**
131:9
**corner**
29:12, 102:13,
172:1
**corners**
142:10
**corning**
65:19
**corporation**
166:8
**correct**
89:13, 111:21,
140:2, 151:22,
180:5, 183:8
**corrections**
151:5, 180:7,
181:14
**correctly**
11:24, 175:24
**corresponding**
136:23
**cort**
45:11
**cost**
21:6, 25:12,
25:15, 25:24,
49:16, 56:22,
57:8, 58:15,
79:9, 109:13
**costs**
54:1, 73:23,
75:3, 81:1,
143:5
**couldn't**
38:16, 41:15,

56:25, 57:5,
84:5, 97:15,
142:6, 150:1,
151:4, 156:9,
160:22
**counsel**
5:17, 183:11
**count**
93:14, 112:11,
118:12
**counter**
14:11, 14:13,
14:18, 14:20,
15:1, 15:4,
15:13
**counters**
36:23
**countertops**
12:19
**counting**
87:6
**country**
23:7, 28:1,
73:16, 79:3,
155:5, 175:1
**counts**
59:11
**county**
2:14, 183:4
**couple**
7:2, 42:11,
43:24, 46:19,
92:24, 106:11,
107:18, 107:20,
120:18, 120:19,
138:1, 138:17
**course**
92:17
**court**
1:1, 5:8, 5:9,
6:5, 8:5, 8:14,
49:15, 49:20,
50:10, 111:15,
125:3, 126:14,
175:15, 178:7,
183:1
**courtroom**
8:15

**cousins**
10:24
**cover**
4:19, 55:24,
120:4
**covered**
130:18, 133:15
**covers**
36:5, 48:5,
55:23, 134:16
**cpa**
135:8
**crack**
37:14, 83:19,
83:20
**cracked**
37:18
**cracking**
37:7, 37:8
**cracks**
37:6
**craft**
99:17
**crafters**
39:22
**crap**
61:16
**crazy**
129:21
**credit**
49:23
**crisp**
82:14
**crisper**
83:16
**cristero**
21:23
**cross**
68:9
**crossovers**
110:11
**crowell**
3:4
**crr**
183:3
**crying**
174:2
**csr**
183:3

**cumbersome**
53:24, 62:22
**current**
33:19, 71:12
**currently**
6:22, 158:7
**curvature**
32:24
**curved**
113:15
**custom**
105:12
**customer**
23:18, 27:23,
29:5, 32:7,
38:2, 39:20,
42:24, 57:17,
66:16, 77:13,
78:23, 99:23,
113:24, 127:11,
136:19, 155:21,
156:16, 166:9,
169:17, 172:3,
172:17, 172:25,
173:5, 173:14
**customer's**
54:18, 54:24,
173:13
**customers**
11:13, 38:3,
51:11, 53:3,
55:25, 62:2,
62:5, 74:3,
74:4, 75:9,
76:12, 82:14,
104:4, 106:20,
121:22, 121:25,
134:17, 137:16,
158:4, 165:13,
166:2, 167:8,
168:11, 172:17,
172:19, 173:2
**customizable**
109:11, 109:12
**cut**
54:11, 56:10,
56:18, 61:7,
61:21, 89:19,

93:18, 103:19,
115:5, 116:19,
127:10, 128:1,
128:14, 141:10,
141:25, 142:14
**cut-out**
163:5
**cutting**
103:20, 105:8,
105:14, 116:17,
141:8
**cv--jps**
1:7, 5:10
**cycles**
37:11, 37:14,
37:17, 37:18,
57:2
**cynthia**
1:25, 2:13,
6:6, 183:2

**D**

**dad**
41:21
**dad's**
69:20
**daintiest**
77:23
**dammit**
60:18, 156:10,
165:2
**damn**
60:9, 64:15,
117:15, 135:9,
137:25, 143:15
**damned**
109:9
**dangerous**
141:10, 174:23
**dangerously**
98:9
**dark**
127:21, 127:22
**date**
5:11, 32:22,
68:20, 94:19,
95:19, 95:21,
97:14, 97:15,

97:17, 104:12,
106:16, 118:20,
119:3, 119:7,
119:11, 119:16,
119:17, 119:22,
121:16, 158:24,
180:15
**dated**
107:12
**dates**
40:14, 101:22,
107:24
**daughters**
171:7
**day**
37:20, 41:9,
50:6, 62:24,
119:10, 132:14,
143:11, 143:12,
152:7, 158:15,
163:8, 176:10,
183:16
**days**
152:6, 166:12
**dead**
147:17, 147:19
**deal**
26:3, 92:19,
176:24
**dealer**
68:17, 70:14,
75:18, 78:14,
100:15, 143:7,
143:9, 173:5
**dealers**
11:8, 23:7,
23:10, 68:19,
70:5, 70:16,
70:17, 75:17,
75:24, 136:6,
136:8, 136:10,
143:8, 153:23,
154:2, 154:7,
155:3, 169:19
**dealing**
144:17
**decades**
132:15

**december**
143:13
**decided**
41:24, 99:24,
109:12, 162:18,
163:13
**decision**
109:24, 111:4,
123:1
**declaration**
4:23, 149:18,
150:3, 150:7,
150:10, 150:12,
150:13, 151:2,
151:21, 169:15,
181:7
**declare**
181:9
**deep**
103:14
**deeper**
99:20, 114:11
**defect**
82:3
**defend**
49:16, 49:21
**defendant**
153:7
**defendants**
1:12, 3:10
**deficient**
173:23
**define**
48:4
**defined**
48:7
**definite**
136:22
**degree**
77:6
**degrees**
62:20
**deletion**
123:22
**deliver**
99:24, 136:18,
149:8, 157:21
**delivered**
12:6

**delivering**
169:1
**demanded**
11:16
**density**
99:16
**dent**
128:10, 148:2
**denver**
76:7
**department**
11:16, 38:18
**depended**
11:19, 14:1
**depending**
15:11, 24:22,
32:6, 32:7,
53:20, 57:17
**depends**
145:25
**deponent**
180:1
**depos**
5:14, 6:7
**deposed**
6:25, 8:18,
8:23
**deposition**
1:15, 2:1, 4:8,
5:3, 5:15,
124:22, 125:2,
179:3, 179:5,
181:10, 181:15,
182:1, 183:6
**depot**
169:18, 169:20,
169:21
**depth**
27:1, 94:8,
113:7, 113:21,
114:13, 147:15,
148:13, 148:24
**describe**
33:10, 50:22
**described**
109:6
**description**
4:9, 48:16,

114:12
**design**
23:23, 30:15,
30:17, 54:8,
62:23, 100:7,
125:22, 125:24,
126:1
**designing**
123:23, 126:22,
132:6
**designs**
32:21, 62:15,
128:3
**desk**
60:14, 130:4,
135:7
**desktop**
134:19
**details**
111:17
**determination**
117:6
**determine**
125:22, 126:2,
146:3
**determined**
123:19
**determining**
123:19, 124:1
**develop**
168:8
**developed**
55:7, 137:1,
157:1, 163:4,
164:5
**developing**
82:1, 130:15,
168:15, 174:14
**devry**
9:13, 9:15,
9:17, 9:20
**diamond**
32:7
**dicking**
135:11
**dictated**
109:4
**died**
63:3

**diet**
65:4, 65:6
**difference**
18:5, 33:7,
58:9, 91:24,
128:20, 148:3
**differences**
10:9, 58:8,
125:21
**different**
15:19, 15:20,
16:17, 23:17,
25:17, 27:5,
32:4, 34:3,
42:25, 44:14,
50:4, 50:9,
52:6, 52:21,
53:13, 56:4,
56:7, 57:11,
57:14, 57:18,
61:24, 71:17,
78:20, 80:25,
83:9, 104:3,
110:11, 113:12,
113:20, 113:22,
124:3, 127:4,
127:5, 128:6,
131:14, 136:1,
136:11, 137:16,
139:24, 148:8,
148:17, 148:23,
155:9, 160:1,
160:17, 161:9,
167:4
**differentiate**
23:1, 164:18
**differentiated**
136:18, 168:10
**differentiates**
164:12
**difficult**
61:18, 71:1,
104:11, 128:18,
135:24
**difficulties**
99:5
**digits**
45:21

**diligently**
176:25
**dimensions**
34:3
**dinner**
69:11
**direct**
103:19, 158:16
**direction**
183:11
**director**
39:1
**disagree**
153:1, 153:11,
153:15, 162:3
**disbarred**
43:11, 43:14
**disclose**
40:3, 47:2,
64:19
**disclosing**
101:4
**discontinued**
161:16
**discounts**
76:5
**discovered**
17:3
**discovery**
124:9, 125:3,
126:14, 133:17,
178:7
**discs**
36:10
**discuss**
154:18, 162:23,
170:10
**discussed**
136:20
**discussing**
163:8
**discussion**
125:5, 125:14
**discussions**
153:22
**dishes**
72:19
**dispute**
154:3

**disputes**
71:8
**distance**
77:19
**distribute**
74:21
**distributing**
76:19
**distribution**
68:24, 70:22,
74:15, 76:10
**distributor**
75:19, 75:25,
76:17, 76:18
**distributors**
75:13, 75:16,
165:16
**district**
1:1, 1:2, 5:9
**disturbs**
148:5
**dive**
7:3, 8:17, 9:7
**division**
35:25
**docs**
55:5
**doctor**
41:4, 67:21,
135:7, 159:19
**document**
45:24, 46:14,
47:22, 87:20,
91:6, 91:8,
95:9, 102:4,
109:6, 111:21,
119:23, 149:19
**documents**
40:17, 103:6,
106:5, 106:21,
111:8, 117:2,
117:18
**doing**
10:2, 10:8,
12:18, 16:10,
16:18, 16:20,
23:10, 23:11,
26:3, 26:5,

32:13, 35:15,
35:17, 49:19,
54:13, 74:14,
78:13, 80:18,
81:17, 83:1,
83:2, 83:7,
83:9, 84:14,
86:12, 90:21,
117:12, 123:12,
145:13, 157:16,
157:23, 159:11,
164:21, 166:3,
166:5, 168:2,
173:15, 173:16,
173:20, 177:7
**dollar**
59:10, 73:24,
74:1, 74:2
**dollars**
167:13
**domanico**
1:15, 2:1, 4:2,
4:8, 4:23, 5:3,
6:12, 6:17,
6:21, 6:22,
45:6, 65:14,
86:18, 102:6,
117:22, 117:24,
118:3, 124:19,
138:12, 139:12,
139:15, 140:16,
149:11, 149:19,
150:4, 178:4,
179:3, 180:3,
181:1, 181:4,
181:25
**done**
52:16, 75:2,
77:12, 95:23,
98:12, 98:16,
138:18, 154:23,
175:19, 176:8
**donut**
143:16
**door**
36:12, 73:3,
77:21, 78:1
**doors**
78:3

| | | | |
|---|---|---|---|
| **doubt** 114:16 | **drop** 134:2 | **easy** 14:4, 63:4, 120:25, 121:1 | **eleven** 120:23 |

**doubt**
114:16
**dow**
65:19, 66:3
**down**
8:5, 14:6,
17:7, 29:15,
29:16, 29:17,
31:13, 35:4,
42:1, 42:3,
45:17, 52:24,
55:16, 67:18,
73:25, 85:20,
94:1, 96:8,
96:10, 99:10,
103:15, 126:3,
128:17, 134:25,
143:12, 143:21,
148:11, 153:18,
166:21
**downs**
143:20
**downtown**
13:19, 32:17,
97:7
**dr**
174:25
**drain**
33:12, 37:7
**drawer**
27:2
**drawing**
63:9
**drawings**
165:5
**drill**
31:25
**drills**
105:9
**drive**
3:5, 11:22,
12:4, 63:23
**driven**
80:10
**drives**
176:9, 176:17
**driving**
143:12, 143:24

**drop**
134:2
**dropped**
82:16
**dry**
149:16
**dull**
54:21, 54:22
**duly**
6:13
**dust**
92:19, 92:20,
92:21, 92:22
**dying**
41:22, 41:23

**E**

**e-mail**
102:22
**each**
7:5, 79:13,
126:5, 144:6,
152:13, 155:6,
155:12, 157:11,
159:11, 171:8
**earlier**
68:15, 78:8,
139:18, 154:25,
157:22, 167:22
**early**
39:8, 39:11,
101:24, 107:23,
143:13
**ease**
130:20
**easier**
55:1, 63:7,
164:11
**easier-to-make**
55:11
**easiest**
121:3
**easily**
19:13, 19:15,
20:2, 53:8
**east**
17:5
**eastern**
1:2, 5:9

**easy**
14:4, 63:4,
120:25, 121:1
**edgar**
90:6, 90:7,
90:14, 90:15,
90:21, 91:25
**edge**
61:22, 115:5,
116:9
**edges**
61:20, 88:16,
103:15, 115:11,
141:9, 141:10,
142:9, 145:24,
146:1
**educate**
100:20
**effective**
68:1, 68:4
**efficiency**
23:16, 54:16,
56:14
**efficient**
23:15
**efforts**
131:3
**eight**
54:9, 177:6
**eighth**
30:8, 30:10,
104:5
**either**
34:13, 51:20,
82:3, 83:24,
84:6, 111:21,
116:14, 122:16,
130:5, 150:15
**el**
22:1
**electronics**
9:18
**element**
24:9
**elevator**
13:17
**elevators**
12:19

**eleven**
120:23
**elmhurst**
159:16
**else**
52:6, 67:25,
76:11, 77:15,
82:18, 84:24,
86:4, 98:14,
117:17, 135:23,
136:15, 136:16,
143:4, 144:24,
156:21, 164:13,
165:17, 165:18,
167:3, 168:12,
170:5, 173:4,
178:18
**else's**
80:17
**email**
4:14, 4:21,
102:25, 107:2,
107:12, 139:16,
139:17, 140:1,
140:7, 140:8,
140:20, 141:1,
142:17, 142:18
**emails**
176:8
**embarcadero**
3:14
**employed**
6:23, 183:12
**end**
48:14, 53:23,
54:17, 93:15,
99:20, 129:13,
141:14, 169:15,
179:2
**ended**
21:18, 106:12,
113:19, 113:20
**energy**
60:11
**engineer**
63:20
**engineering**
77:7

england
17:16, 129:2
enormous
79:7, 81:1
enough
5:4, 37:2,
37:17, 75:8,
93:23, 94:10,
162:23, 172:11
entail
23:20
entire
141:13, 157:18,
181:10
entirely
42:23
entirety
55:23, 143:3
entity
37:23
entrepreneurs
132:15
environment
167:1, 167:2
epoxy
12:24, 16:3,
16:6, 16:13
epoxy-spraying
17:2
equipment
16:12, 16:20,
23:22, 51:7,
51:8, 83:11,
149:7
erie
69:19, 69:21
erik
3:11, 5:19
errata
180:8, 181:1,
181:15, 182:1
especially
40:4, 77:21,
105:13, 155:19
esquire
3:3, 3:11, 3:12
essentially
57:22

estate
23:12, 54:4
et
5:7
even
16:7, 17:13,
33:11, 66:11,
78:24, 82:16,
84:1, 92:21,
99:12, 101:1,
101:12, 111:16,
113:19, 123:15,
128:10, 148:9,
154:20, 156:22,
158:9, 158:13,
160:20, 170:4,
170:13, 177:21,
177:25
event
7:10
eventually
15:24, 19:23,
21:16, 24:6,
24:16, 28:10,
50:11, 63:2,
70:23, 78:2,
98:2, 98:16,
98:23, 113:19,
135:18, 153:4,
174:14
ever
6:25, 19:17,
32:19, 35:20,
46:14, 59:24,
70:6, 77:8,
78:10, 78:12,
78:25, 87:8,
108:18, 121:5,
136:5, 140:21,
141:6, 142:12,
151:13, 159:24,
176:10, 178:13
every
14:25, 30:9,
30:15, 38:18,
41:9, 44:17,
59:10, 67:24,
72:1, 73:10,

77:11, 80:22,
92:10, 119:10,
138:1, 160:4,
166:9, 166:10,
167:8, 173:17,
177:20
everybody
8:23, 46:1,
62:3, 62:10,
70:15, 77:15,
79:3, 81:8,
81:9, 82:18,
84:16, 85:24,
101:16, 105:18,
113:23, 114:19,
123:12, 132:7,
136:16, 136:22,
137:16, 144:3,
155:14, 155:18,
156:3, 156:8,
161:5, 161:18,
162:10, 164:13,
171:23, 173:3
everybody's
173:3
everyone
77:11, 135:17
everything
12:3, 16:16,
27:25, 34:22,
44:8, 45:17,
67:24, 67:25,
76:6, 98:16,
99:25, 104:9,
117:17, 117:19,
130:18, 135:20,
135:23, 138:16,
144:9, 165:12,
176:7, 176:25
everywhere
65:24
exact
27:21, 27:22,
30:5, 53:6,
58:9, 59:7, 85:3
exactly
11:18, 56:10,
94:15, 111:9,

113:11, 127:11,
142:7
examination
4:3, 4:4, 4:5,
6:15, 139:11,
178:11
examined
6:13, 34:15,
180:4
example
85:18, 92:4,
127:18, 156:4,
160:5, 171:4
excellent
174:12
except
136:9, 181:13
exciting
83:4
exclude
48:7
exclusive
85:5
exclusiveness
84:23
excuse
38:6, 48:16,
78:10, 112:20,
116:10, 120:7,
123:20, 127:9,
129:25, 135:12
executed
118:20
exhibit
4:10, 4:12,
4:14, 4:17,
4:19, 4:21,
4:23, 44:25,
45:6, 86:5,
86:11, 86:18,
86:22, 86:24,
87:1, 87:9,
88:23, 95:8,
102:5, 102:6,
102:9, 107:3,
108:2, 109:17,
109:20, 109:21,
109:24, 109:25,

110:3, 110:4, 110:12, 110:15, 111:5, 111:6, 111:22, 112:24, 114:12, 114:22, 115:8, 117:22, 117:24, 118:3, 118:5, 118:6, 118:17, 133:11, 139:12, 139:16, 139:17, 139:18, 139:25, 140:2, 140:20, 144:18, 146:11, 149:10, 149:11, 149:18, 150:3, 151:17, 151:18, 161:21, 169:23, 175:22

**exhibits**
4:8
**exist**
37:23
**existing**
87:22, 90:2
**expendable**
127:5
**expensive**
24:15, 28:20, 36:7, 52:14, 53:12, 128:7, 128:19, 174:13
**experimenting**
133:25
**expertise**
11:9
**explain**
68:8, 111:10, 111:11, 116:22
**explained**
10:11
**explaining**
10:5, 164:9
**explicit**
8:9
**export**
75:10
**extinguishes**
131:19

**extremely**
17:10, 68:3

## F

**fabrication**
17:18
**facility**
31:13, 85:19
**fact**
16:10, 21:13, 25:7, 28:2, 29:18, 61:21, 63:19, 76:15, 81:10, 96:25, 97:17, 151:14, 157:24, 167:18, 168:1, 175:2
**factor**
19:9, 96:18
**factory**
21:6, 21:21, 21:22, 55:12
**failing**
163:20
**failure**
163:12
**failures**
161:6
**fair**
7:24, 7:25, 8:11, 8:12, 46:12, 139:8
**fairly**
174:19
**familiar**
26:13, 131:10
**familiarity**
44:3
**family**
41:21
**famous**
67:20
**fan**
65:25
**far**
26:21, 28:4, 62:20, 62:21, 84:11, 84:12,

117:20, 122:8, 129:15, 162:23, 169:21, 178:24
**farther**
165:10
**fast**
11:22, 94:5, 156:7, 175:21
**faster**
7:17, 55:17, 64:18, 64:22, 81:18, 81:20
**father-in-law**
41:23
**faulkner**
32:15
**fault**
135:17
**favor**
75:2
**favorites**
91:9
**fda**
66:6, 66:14, 67:13, 67:18, 68:2, 68:4
**february**
95:21, 118:22
**fedex**
76:6, 77:22
**feel**
11:23, 111:20, 111:21, 146:9, 148:3, 148:10, 151:6
**feels**
148:8
**fees**
49:16, 98:12
**feet**
174:23
**fell**
156:11
**felt**
84:3, 100:23, 100:25, 121:22
**female**
173:25

**few**
35:11, 43:25, 44:11, 52:12, 91:8, 97:2, 97:4, 100:24, 101:18, 121:21, 147:1, 155:17, 168:19, 173:6
**fiberboard**
99:16
**fiberglass**
13:13
**field**
132:21, 143:2
**figueroa**
3:21, 5:13
**figure**
24:2, 44:12, 86:8, 93:16, 133:24, 135:20, 141:23, 174:2
**figured**
14:15, 99:15, 172:4
**figures**
110:5
**figuring**
80:18
**file**
81:4, 108:3, 177:18
**filed**
8:22, 38:11, 48:21, 49:5, 94:20, 116:25, 117:7, 120:15, 130:5
**files**
106:6, 106:11, 177:16
**filing**
95:19
**filler**
14:3
**filling**
75:6
**financial**
106:12, 183:13

find
50:4, 90:5,
98:5, 176:8,
176:11, 177:7
finding
81:11, 97:18
fine
101:8, 127:8,
127:19, 137:14,
148:17, 152:19,
152:21, 164:1
finger
134:11, 134:23,
146:23, 148:7,
148:11
finish
7:6, 7:7, 7:12,
15:13, 35:12,
140:24
finished
127:23
fire
11:14, 11:16,
11:21, 17:9,
18:8, 18:9,
18:13, 41:1,
41:11, 131:18
first
7:4, 10:3,
10:15, 21:9,
21:10, 23:20,
23:21, 26:9,
27:7, 31:19,
35:13, 38:22,
46:9, 46:16,
48:24, 51:23,
64:4, 68:16,
69:4, 70:11,
81:20, 87:8,
87:17, 95:5,
95:6, 95:8,
95:9, 97:10,
97:19, 101:7,
101:20, 104:24,
107:18, 107:20,
108:22, 114:25,
123:16, 126:10,
126:11, 126:22,

127:2, 130:3,
143:9, 144:15,
148:16, 162:7,
170:12, 171:5,
172:6, 174:10,
174:14
fishing
69:1, 165:1
fit
29:5, 104:10,
104:17, 127:10,
141:16, 149:6
five
25:9, 59:20,
62:25, 65:7,
71:6, 93:9,
93:10, 105:24,
122:11, 171:7
five-horsepower
92:5
five-minute
129:18
fix
11:9, 11:12,
14:20, 15:4,
27:24, 62:5,
99:9
fixed
11:14, 14:19,
15:1, 41:3
fixing
13:22
flag
118:15, 119:25,
120:3, 120:6,
121:10, 122:10
flash
60:13
flat
59:2, 59:4,
134:13, 147:17,
147:20
flatbed
79:22
flavor
154:10
flip
47:21, 88:24,

92:23
flipped
121:9
floor
33:9, 146:24,
148:21, 175:6
florida
41:25
fluorescent
160:3
focus
165:13
focusing
13:4
folks
43:21
following
136:9
follows
6:14
foot
59:20
foot's
144:1
fords
11:11
foregoing
180:4, 183:6,
183:7
forever
63:1
forget
44:18, 157:12
forgot
21:23, 29:21,
63:11, 67:19,
80:9, 81:23
forklift
53:16
form
29:18, 50:24,
54:11, 58:25,
66:13, 109:8,
113:4, 114:14,
115:13, 133:16,
164:8
formal
40:17, 153:23,

178:17
format
117:13, 151:24,
151:25
formed
38:8, 49:14,
92:8, 136:17
forming
33:23, 145:17
forms
84:6, 100:20,
101:14, 154:15
forth
117:10
fortune
49:16, 54:3
forward
92:23, 120:18
found
21:12, 79:20,
142:6, 145:11,
176:18, 176:19
four
14:17, 14:24,
25:8, 25:24,
26:11, 26:14,
26:15, 62:25,
70:1, 72:3,
79:15, 88:16,
122:11, 161:15,
171:9
four-prong
176:21
four-shelf
171:12
fourth
19:24
frame
61:8, 88:6,
88:10, 91:19
frames
77:17
franchise
154:16
francisco
3:16
free
72:5, 111:20

| freeze | gas | gigantic | goal |
|---|---|---|---|
| 28:13 | 24:16, 24:17 | 36:1 | 22:13, 42:3, |
| **french** | **gates** | **gingivitis** | 104:4, 130:16 |
| 164:16 | 2:5, 3:13, 5:22 | 67:5 | **god** |
| **frequency** | **gave** | **giraffes** | 38:24, 60:21, |
| 24:19 | 24:1, 87:13, | 80:14 | 173:16 |
| **friction** | 138:16, 145:1, | **girl** | **goes** |
| 148:6, 174:17, | 158:5, 162:10, | 137:22 | 73:24, 143:23 |
| 174:20 | 175:25 | **girls** | **going** |
| **friend** | **gears** | 100:7, 177:22 | 7:15, 14:9, |
| 50:15, 165:1 | 68:11 | **give** | 37:1, 38:15, |
| **friends** | **general** | 18:10, 35:1, | 38:16, 45:10, |
| 21:13, 82:19, | 26:2, 36:3, | 63:12, 65:4, | 45:12, 51:24, |
| 82:22 | 46:20, 165:12 | 73:9, 76:11, | 53:7, 59:7, |
| **front** | **generally** | 85:5, 117:2, | 60:21, 61:17, |
| 29:9, 29:18, | 13:13, 112:19, | 119:14, 133:23, | 62:5, 65:1, |
| 30:15, 38:8, | 113:6, 147:12 | 156:4, 156:9, | 65:2, 65:8, |
| 48:18, 49:14, | **genius** | 160:5, 174:2, | 65:11, 71:23, |
| 54:7, 66:15, | 44:7 | 174:4 | 72:1, 73:11, |
| 83:7, 95:10, | **gentleman** | **given** | 73:12, 74:12, |
| 96:6, 146:17, | 89:24 | 68:12, 101:9, | 83:3, 83:4, |
| 161:21 | **geometry** | 180:6, 183:8 | 85:22, 87:6, |
| **full** | 146:3 | **gives** | 89:2, 98:3, |
| 6:19, 75:10, | **georgia** | 7:8, 158:18 | 98:8, 98:23, |
| 169:4 | 67:20 | **giving** | 99:3, 99:24, |
| **full-time** | **german** | 116:17, 173:14 | 100:23, 101:16, |
| 161:5 | 61:15, 62:11, | **glad** | 102:4, 108:25, |
| **fumes** | 64:1, 90:19, | 15:2 | 110:21, 116:1, |
| 16:19, 17:22, | 92:1, 93:6, | **glass** | 117:21, 118:11, |
| 18:11 | 107:14 | 19:21, 77:21, | 124:13, 124:18, |
| **fun** | **germany** | 77:22, 78:1, | 125:13, 125:17, |
| 11:15, 72:5, | 165:24 | 78:3 | 127:25, 129:16, |
| 166:25 | **germs** | **glassberg** | 129:23, 134:3, |
| **functional** | 66:12, 66:17 | 22:25 | 135:9, 136:3, |
| 24:8 | **getting** | **glasses** | 136:7, 137:13, |
| **further** | 24:20, 46:20, | 146:16 | 138:6, 138:9, |
| 4:5, 108:13, | 60:12, 70:25, | **glendale** | 139:9, 142:1, |
| 139:2, 178:5, | 73:22, 81:2, | 153:4 | 143:3, 143:23, |
| 178:11 | 90:25, 104:19, | **gloss** | 146:5, 155:1, |
| **future** | 114:9, 124:8, | 54:21, 54:22 | 156:7, 158:14, |
| 44:23, 145:15 | 149:5, 149:16, | **glove** | 159:7, 161:2, |
| **fuzzy** | 155:14, 165:15, | 29:6 | 164:8, 164:22, |
| 82:12 | 172:19, 174:8, | **glue** | 165:2, 167:17, |
| **G** | 175:4 | 79:25, 82:4 | 168:9, 169:4, |
| **gak** | **ghetto** | **glycol** | 171:14, 172:6, |
| 155:8 | 173:24 | 79:24 | 173:6, 179:4 |
| **game** | **giant** | **go-ahead** | **gold** |
| 143:3 | 90:12, 91:18 | 101:9, 162:11 | 144:14, 156:5 |

gone
17:12, 42:23,
42:24, 43:3,
97:21, 159:16,
165:1
good
5:4, 6:8, 6:17,
10:10, 11:17,
13:2, 13:3,
16:18, 25:6,
25:13, 25:20,
26:3, 32:10,
35:5, 40:14,
42:2, 60:11,
64:23, 68:23,
71:13, 76:4,
76:5, 78:21,
82:21, 98:18,
99:21, 99:22,
100:5, 102:17,
102:18, 107:1,
107:24, 125:19,
126:24, 127:18,
134:1, 137:13,
143:7, 145:25,
148:20, 153:12,
154:24, 159:6,
171:19, 173:18,
174:19
goods
155:8
gotten
74:4
government
17:14, 17:16,
34:5, 34:7,
47:14
graduate
9:14
grain
60:14
grand
25:20, 25:21,
25:24, 52:18,
82:16, 134:2
granite
57:16, 80:13
graphic
82:17, 159:16

grateful
41:5
gravure
79:6, 85:7
gray
57:16
grayish
127:19
great
9:18, 11:13,
13:19, 15:7,
17:21, 41:6,
69:1, 92:18
green
80:15
grew
23:15, 167:16
gritty
54:20
ground
7:2
group
154:16, 157:10,
161:11
grout
53:6, 53:8,
54:23, 84:7,
99:14, 113:8,
115:11, 116:9,
128:13, 134:14,
137:19, 137:20,
141:22, 145:16,
145:18, 145:22,
145:23, 147:15,
147:17, 147:19,
148:13, 148:14,
163:5
growth
66:22
gsa
59:10
guarantee
12:24, 12:25,
49:6, 175:5
guarantees
47:14
guess
7:16, 20:15,

39:8, 39:18,
40:12, 74:9,
90:23, 96:4,
96:8, 127:12,
155:16, 168:21
guests
42:1
gun
16:14
guy
17:7, 17:11,
23:25, 24:13,
25:3, 25:4,
30:6, 32:13,
38:23, 50:3,
66:6, 67:19,
67:20, 68:23,
69:1, 76:21,
76:25, 77:11,
80:15, 81:22,
82:17, 90:7,
96:22, 98:15,
101:24, 108:5,
132:18, 133:7,
136:12, 144:3,
144:4, 145:25,
154:25, 156:12,
159:15, 164:23,
166:22, 168:20,
173:10, 173:17,
173:24, 174:22,
174:24, 175:8
guy's
166:22, 175:6
guys
12:14, 12:20,
17:19, 60:24,
64:4, 70:19,
71:9, 75:1,
82:20, 86:12,
90:6, 108:24,
144:11, 144:25,
145:14, 152:21,
154:5, 154:12,
154:13, 154:14,
167:20, 168:16,
169:9, 175:24

**H**

half
53:19, 60:19,

62:24, 162:3
half-inch
148:19
halfway
59:24
hall
166:21
halverson
3:11, 4:3, 4:5,
5:19, 6:3, 6:16,
19:5, 40:8,
45:3, 45:10,
45:16, 51:13,
57:25, 58:5,
65:1, 65:6,
65:13, 82:9,
86:10, 86:14,
86:20, 94:6,
101:19, 102:8,
102:11, 109:14,
110:20, 111:1,
113:9, 114:20,
115:16, 115:21,
116:5, 118:1,
118:2, 124:15,
125:8, 125:18,
126:20, 129:22,
133:21, 136:4,
138:4, 138:11,
139:2, 139:8,
146:15, 146:24,
150:16, 150:22,
178:8, 178:12,
178:18, 178:22,
178:24
hampshire
81:24, 157:15
hand
16:21, 44:25,
45:12, 90:23,
91:4, 102:4,
109:16, 117:21,
118:3, 118:6,
131:25, 183:16
handed
86:21, 149:17
handicapped
173:23, 174:7

handle
59:15
hands
25:6
hang
40:12, 40:19,
40:20, 72:3,
90:11, 121:14,
163:9
happen
23:8, 71:10,
76:23, 89:23,
92:13, 130:24,
177:11
happened
10:22, 12:10,
23:20, 37:25,
40:9, 63:2,
64:8, 79:25,
81:10, 119:15,
119:20, 159:15,
170:4
happens
104:20
happy
7:19, 14:14,
49:17, 65:2,
124:20, 152:21,
155:2, 158:19,
174:15, 175:25
harassment
8:22
hard
11:23, 33:24,
66:5, 82:21,
100:3, 176:9,
176:17
hardening
15:19, 15:20
hardens
52:25
harder
105:15
hardly
91:22
hardware
23:24, 142:6
hat
162:21

hate
75:3
hated
174:1
hats
38:21
hawei
174:12
haze
159:6
hazy
157:25, 158:5
he'll
115:25, 124:22,
158:16, 168:24
head
51:19, 60:21,
62:17, 63:3,
90:18, 91:14
heading
110:6
healthier
66:18, 67:15
hear
69:9, 154:6,
175:11
heard
141:6, 142:12
heartland
22:11, 22:23,
23:2, 42:20
heat
15:21, 24:23,
37:10, 37:16,
55:18, 57:2,
58:12, 58:13,
59:14, 91:21
heated
89:8, 89:10
heater
25:11
heaters
24:13, 24:15,
25:1
heating
24:9, 24:17
heats
24:21, 88:18

heavy
175:8
height
113:7
heights
153:4
held
2:1, 79:19
hell
118:25, 137:12,
144:2, 150:8,
163:6
hell's
166:23
help
25:2, 44:5,
59:9, 71:17,
71:18, 71:19,
124:12, 165:16,
167:7, 175:7
helped
25:4
helping
74:15
herb
166:14, 166:20,
167:3
here
5:2, 12:15,
13:18, 19:9,
34:19, 38:9,
42:7, 42:8,
51:6, 51:16,
51:22, 52:1,
62:23, 87:21,
88:22, 91:8,
92:22, 97:7,
97:24, 107:17,
110:6, 115:3,
116:7, 117:20,
134:7, 135:17,
139:20, 144:17,
146:16, 147:3,
149:16, 150:18,
160:11, 163:8,
164:24, 166:6,
175:7
here's
38:13, 52:10,

57:13, 90:11,
116:14, 130:13
hereby
180:3, 183:6
hereof
181:15
hereunto
183:15
herringbone
61:2
hey
6:4, 6:18,
18:25, 24:2,
69:9, 98:4,
145:11, 161:7,
164:9, 172:15,
175:15
high
54:21, 54:22,
56:5, 56:6
high-end
83:11, 128:7,
131:11, 133:5
high-quality
131:12
higher-end
137:10
hill
3:12, 5:21
himself
169:11
hire
39:5, 44:4,
49:1, 49:2,
68:8, 98:19,
98:20, 167:12
hired
10:3, 12:14,
23:25, 24:13,
38:23, 61:25,
66:5, 82:17,
125:10, 132:18,
132:19, 159:15,
161:4, 169:8
hiring
75:9
history
108:4, 118:4,

118:10, 119:24,
120:9, 167:25
**hit**
11:23, 15:5,
55:8, 68:22,
81:5, 91:7,
91:23, 159:24
**hobby**
176:12
**hold**
40:1, 45:14,
92:9, 124:7
**holds**
88:15
**hole**
36:13, 134:11
**holes**
32:1
**hollett**
174:11
**home**
14:10, 14:13,
27:6, 34:17,
38:7, 49:12,
65:23, 135:9,
136:12, 136:24,
147:1, 147:21,
169:12, 169:17,
169:18, 169:20
**homemade**
24:5, 24:10,
25:19
**homes**
23:3
**honest**
173:8, 175:25
**hope**
170:3
**hopefully**
146:1
**hoping**
155:19
**horsepower**
99:18
**hose**
92:20
**hoses**
31:21

**hospital**
42:3
**hospitals**
60:5
**host**
51:25, 57:9
**hosted**
153:3
**hot**
20:3, 26:23,
28:17, 31:23,
37:13, 80:1,
80:3, 128:9,
160:18
**hotel**
34:19, 172:15
**hour**
7:15, 53:19,
65:2, 129:16
**hours**
7:16, 62:25,
69:11, 69:12,
72:4, 170:6,
177:6, 178:3
**house**
14:11, 41:25,
69:2, 69:14,
69:15, 69:20,
105:2, 135:22,
161:1
**houses**
171:6
**housing**
17:14, 36:11
**however**
53:22
**huge**
58:15, 74:25,
80:19, 80:20,
81:23, 161:13
**hundred**
134:2
**hundreds**
31:25, 68:19
**hurry**
30:7

---
**I**
---

**iapmo**
34:9, 175:4

**id**
181:4
**idea**
20:12, 28:6,
39:6, 43:12,
60:7, 66:2,
66:8, 73:13,
78:21, 97:11,
98:3, 98:23,
99:3, 105:25,
123:8, 155:23,
157:1, 158:22,
159:10, 162:12,
162:13, 168:6,
171:19, 171:24
**ideas**
60:20, 154:8,
154:18, 154:24,
156:24, 172:15
**identified**
27:9
**identify**
5:17, 28:24,
29:25, 32:9
**ifw**
4:18
**ignore**
116:2
**illinois**
1:16, 2:7, 3:7,
5:16, 183:5,
183:23
**image**
88:7, 88:25,
93:11
**images**
48:11, 48:18,
94:17
**imitation**
37:6, 105:14,
131:11
**immediately**
28:14, 76:13
**impetus**
24:2
**importance**
55:22
**important**
7:4, 19:9,

51:4, 134:7,
163:9
**importantly**
26:1
**impossible**
24:1
**impressions**
100:5, 100:6
**improve**
44:12, 153:25,
157:2, 171:2
**improved**
54:16
**improvements**
44:17, 154:21
**inc**
1:4, 1:8, 5:6,
5:20, 39:22
**incandescent**
160:2
**inch**
30:9, 30:10,
34:6, 99:13,
102:20, 104:5,
104:6, 114:1,
114:18
**inches**
36:11, 56:5,
56:6, 112:20,
147:12
**include**
109:24, 111:5
**included**
111:6
**including**
62:10
**income**
13:3
**incorporate**
100:18
**incorporated**
151:14
**incorrectly**
30:6
**indeed**
103:21
**indent**
30:23, 147:23

**index**
4:1
**indicated**
181:14
**indicating**
28:13, 88:6,
88:13, 110:10,
141:20, 143:21
**indicative**
170:18
**individual**
38:18, 39:24,
100:22, 155:5
**individuals**
8:25
**industrial**
141:19, 142:5
**industries**
21:12, 64:24
**industry**
36:19, 84:21,
157:18, 171:23
**inexpensive**
53:11
**inflection**
99:2
**information**
40:3, 47:3
**initial**
107:14
**ink**
83:12, 83:15,
83:18, 83:21,
84:3, 84:6,
159:25, 160:7,
160:24, 161:1,
161:2
**inks**
81:13, 83:13,
83:14
**insanely**
159:20
**insert**
151:8
**inside**
13:17, 51:18,
52:17
**inspector**
35:4

**install**
75:19, 147:22
**installation**
54:13, 133:2,
168:21
**installations**
132:25
**installed**
23:3
**installs**
132:22
**instead**
26:1, 58:10,
67:1
**intellectual**
97:1
**intent**
8:8
**intention**
141:21, 148:12,
170:10
**intentionally**
13:18
**interest**
183:13
**interested**
161:18
**interesting**
156:3
**interestingly**
37:17
**interface**
63:11, 176:20
**international**
165:23
**internet**
172:20
**interpreting**
62:18
**interrupted**
58:3
**introduced**
45:6, 86:18,
102:6, 117:22,
117:24, 139:12,
149:11
**invent**
65:18, 171:10

**invented**
12:12, 13:22,
17:7, 27:9,
27:11, 28:24,
29:1, 51:5,
51:15, 51:21,
51:24, 65:19,
67:22, 73:4,
79:5, 124:17,
143:1, 170:4,
170:8, 171:12
**invention**
12:14, 51:12,
57:10, 108:13,
130:14
**inventions**
166:18
**inventor**
44:8, 44:10,
56:1, 178:14,
178:17
**inventorship**
124:10, 124:14,
125:5
**inventory**
157:21, 158:1,
161:13
**invited**
22:5
**involved**
71:8, 75:4,
109:23, 111:4,
111:19, 116:20,
121:8, 121:12,
121:15, 123:1,
123:7
**involvement**
42:20
**ireland**
165:24, 166:2
**ish**
106:23, 106:24,
106:25, 107:1
**issue**
38:11, 118:5,
124:16
**issued**
86:23, 116:21

**issues**
41:21, 125:5,
125:6
**itself**
63:7

_____ **J** _____

**jacuzzi**
166:13, 167:23,
167:24, 169:10
**january**
169:4
**japanese**
10:6, 44:18
**jeff**
5:23, 6:2, 6:4,
18:25, 39:4,
39:5, 62:9,
62:10, 68:16,
68:20, 70:12,
70:19, 70:20,
71:12, 71:20,
71:24, 73:4,
73:7, 75:22,
76:16, 77:2,
77:9, 77:15,
77:18, 78:15,
79:1, 80:5,
81:8, 100:15,
103:23, 103:24,
104:1, 104:2,
104:14, 104:15,
132:16, 140:8,
140:13, 144:2,
144:24, 145:1,
145:10, 149:23,
149:24, 150:5,
150:24, 151:3,
151:11, 152:1,
158:7, 158:15,
158:18, 162:13,
164:9, 164:14,
164:24, 165:16,
168:16, 177:10
**jeff's**
69:14
**jeffrey**
3:20

| | | | |
|---|---|---|---|
| **job** | **kept** | **knowledge** | **last** |
| 1:23, 9:18, | 114:17, 160:15, | 25:6, 47:6 | 12:25, 20:25, |
| 10:10, 16:18, | 177:1 | **known** | 47:21, 55:21, |
| 38:20, 59:6, | **key** | 153:16 | 97:16, 118:23, |
| 59:9, 61:19, | 13:16 | **knows** | 153:21, 164:5, |
| 61:24, 121:3, | **kh3** | 46:2, 173:1 | 169:16, 169:24 |
| 129:14, 132:20, | 27:15 | **kohler** | **late** |
| 136:18, 166:24, | **kick** | 27:15, 30:19, | 22:9 |
| 167:7, 173:20, | 30:16 | 31:10, 31:15, | **later** |
| 181:4 | **kidding** | 31:16, 166:14, | 8:11, 90:8, |
| **jobs** | 146:8 | 166:15, 166:20, | 115:18, 127:4, |
| 28:1 | **kidney** | 171:17, 171:18 | 142:24 |
| **jody** | 40:22, 41:3 | **krawitz** | **laterally** |
| 87:13, 94:21, | **kids** | 43:8 | 93:10 |
| 96:18, 96:20, | 42:8, 135:23, | | **latex** |
| 96:22, 96:23, | 177:2 | **L** | 83:13, 83:14, |
| 97:11, 97:19, | **killing** | **la** | 83:18 |
| 97:22, 98:1, | 66:16 | 22:18 | **latin** |
| 98:7, 100:12, | **kills** | **lab** | 19:1 |
| 111:11, 117:12 | 66:10, 66:12 | 130:8, 165:8 | **laugh** |
| **jody's** | **kincaid** | **labor** | 50:15 |
| 98:6 | 39:4, 39:5, | 55:12, 57:9, | **laughing** |
| **joe** | 132:16 | 91:22 | 143:10 |
| 17:11, 17:12, | **kind** | **labs** | **law** |
| 20:10, 21:10, | 54:20, 72:17, | 63:20 | 66:11, 97:1 |
| 32:13, 35:17 | 78:7, 113:15, | **lady** | **lawsuit** |
| **jog** | 115:4, 123:14, | 136:24, 171:14 | 149:23 |
| 107:12 | 141:12, 157:9 | **lady's** | **lawyer** |
| **jpeg** | **kinds** | 136:24 | 38:14, 43:4, |
| 63:6 | 155:8 | **lake** | 43:5, 43:6, |
| **judge** | **king** | 69:19, 69:21, | 43:7, 43:11, |
| 49:18, 124:9 | 10:16 | 159:3 | 43:12, 43:13, |
| **jump** | **kinks** | **lakes** | 43:15, 44:4, |
| 63:23 | 135:20, 162:16 | 14:17, 14:24 | 47:2, 49:4, |
| **june** | **knew** | **lamp** | 49:24, 49:25, |
| 121:13, 121:16 | 27:19, 50:3, | 15:22, 26:25 | 62:1, 73:20, |
| | 63:19, 68:8, | **lands** | 96:23, 97:23, |
| **K** | 98:25, 99:8, | 66:20 | 98:4, 98:5, |
| **k&l** | 99:23, 100:1, | **lanyard** | 98:25, 100:4, |
| 2:5, 3:13, 5:22 | 100:2, 100:23, | 60:17 | 101:2, 101:5, |
| **keep** | 101:1, 101:10, | **large** | 107:10, 111:10, |
| 65:2, 89:2, | 105:18, 111:12, | 80:6, 92:20, | 117:14, 121:2, |
| 92:15, 129:23, | 131:4, 133:6, | 155:11, 176:13 | 162:24, 170:13 |
| 162:21, 167:4, | 133:7, 143:8, | **larger** | **lawyers** |
| 177:1 | 150:5, 150:6, | 102:14 | 46:24, 48:22, |
| **keeping** | 158:4 | **largest** | 121:1, 167:11 |
| 136:2 | **knowing** | 128:25, 169:17 | **lay** |
| **kentucky** | 16:17, 108:21 | **laser** | 80:11 |
| 129:7, 129:8 | | 26:24, 64:17 | |

layer
19:10, 19:11,
19:16, 19:19,
19:22, 19:24,
19:25, 20:18,
21:3, 26:10,
54:19, 54:20,
79:19, 79:23,
81:7, 114:8,
114:9, 128:2,
133:14, 134:25,
135:3
layers
19:7, 19:8,
26:8, 26:12,
26:19
lead
44:23, 77:1
leaning
141:11
learned
99:10, 111:16,
132:4
least
34:5, 71:24,
76:22, 129:4
leave
9:20, 16:19,
38:17, 43:20,
156:22
leaving
103:21
left
39:9, 61:20,
88:25, 95:13,
96:12, 106:3,
141:9
legal
43:11, 49:16,
71:8, 126:15,
150:2, 151:25
legalese
117:13, 117:16
legally
178:13
legs
65:3, 171:16,
172:3

length
29:10, 29:11
less
23:11, 74:1,
108:10, 141:15,
141:17, 143:5
let's
8:17, 29:9,
40:14, 53:14,
56:8, 65:7,
78:15, 79:12,
82:6, 83:19,
86:10, 100:4,
100:15, 101:23,
137:3, 138:4,
152:8, 152:22,
153:9, 153:13,
161:20, 163:1,
169:14, 169:15,
169:23, 170:9,
170:15, 175:22
letter
83:19, 83:23,
103:23, 103:25,
104:15, 123:16,
142:23
letters
10:4
level
74:2, 92:3,
92:11, 99:18,
99:19, 114:7
leveling
99:5
liar
164:24
liberty
21:17, 58:17,
177:3
libertyville
153:3, 153:5
licenses
74:18
life
11:18, 52:11,
66:18, 135:13
light
24:18, 26:24,

88:14, 112:25,
160:2, 160:3,
160:13
lights
11:22
liked
62:3, 62:10,
72:21, 172:2
likes
147:2
limited
124:8
line
12:22, 81:11,
84:7, 107:2,
112:4, 112:5,
112:7, 113:8,
114:25, 128:13,
147:6, 147:16,
148:13, 148:14,
153:21, 155:5,
163:5, 174:15,
182:3, 182:5,
182:7, 182:9,
182:11, 182:13,
182:15, 182:17,
182:19
liners
17:24, 22:10,
119:13
lines
30:20, 30:21,
66:1, 135:10,
137:19, 137:20,
141:22, 145:17,
145:18, 145:22,
145:23, 147:17,
147:19
lisle
14:17
list
38:2, 39:20
listed
153:7
listello
54:9, 54:12,
54:14, 62:23
listen
156:12, 173:12

listening
156:24
lists
101:15, 172:9
literally
23:24, 69:11,
85:10
litigation
46:1
little
9:7, 14:3,
18:7, 29:15,
29:16, 50:18,
51:14, 68:12,
74:25, 75:4,
93:14, 110:11,
114:7, 114:11,
128:10, 129:23,
146:22, 147:22,
148:2, 148:6,
154:13, 154:14,
156:5, 156:14,
169:1, 171:25
live
66:17, 101:17,
101:21, 137:4
lives
97:6
living
41:2
llc
1:11, 5:8, 5:21
llp
2:5, 3:4, 3:13,
5:22
load
91:5
loaded
91:2
local
156:12
location
166:12
lodge
7:9
logo
80:15, 80:17
long
7:1, 7:16,

9:25, 12:7,
13:3, 17:12,
20:16, 27:20,
32:22, 36:18,
39:6, 40:23,
47:17, 49:7,
68:4, 77:19,
79:9, 79:11,
84:23, 86:15,
86:17, 94:14,
95:24, 96:2,
98:13, 128:1,
160:22, 167:25
**longer**
32:16, 54:3,
80:19, 84:22,
129:23
**look**
8:10, 13:14,
13:19, 24:5,
30:1, 30:18,
30:24, 44:13,
50:4, 52:5,
52:22, 53:1,
54:7, 55:14,
60:3, 82:4,
82:15, 88:3,
89:13, 89:15,
91:12, 95:13,
96:10, 99:7,
106:6, 106:10,
109:15, 109:16,
111:21, 111:22,
111:23, 114:22,
116:7, 116:17,
120:18, 122:20,
123:16, 126:24,
127:16, 127:20,
127:23, 128:11,
130:17, 134:8,
134:12, 135:21,
139:25, 146:2,
146:6, 146:7,
146:11, 148:8,
148:15, 148:20,
157:13, 159:25,
160:1, 160:3,
164:9, 168:2,

168:5, 169:23,
173:13, 175:22
**look-up**
29:23
**looked**
53:11, 54:23,
66:1, 78:20,
82:1, 99:21,
128:16, 128:17,
145:21, 156:9,
171:18, 178:2,
178:13
**looking**
55:11, 55:22,
60:25, 87:11,
99:22, 103:13,
105:5, 108:11,
108:22, 109:7,
142:23, 146:2,
146:10, 175:6,
175:10
**looks**
18:7, 52:8,
52:21, 53:4,
84:2, 104:5,
117:5, 134:13,
136:16, 147:24,
147:25, 148:7
**loose**
30:2
**loosely**
92:8
**looser**
167:1, 167:2
**lost**
145:5, 167:20
**lot**
11:15, 12:18,
13:2, 13:18,
13:19, 17:17,
22:6, 25:5,
34:18, 38:21,
51:9, 51:10,
59:13, 64:18,
70:2, 70:17,
73:7, 73:25,
76:3, 91:19,
98:15, 100:14,

102:1, 119:10,
126:19, 133:25,
140:5, 144:13,
161:4, 163:7,
167:20
**loud**
153:19
**love**
26:4, 68:23,
137:2, 143:6,
156:11
**loved**
165:23, 173:15,
173:16
**low-pressure**
16:14
**low-volume**
157:3
**lower**
157:20
**lower-end**
137:11
**lucite**
128:8, 128:21,
128:22, 128:24,
128:25, 129:11,
129:12, 166:8,
166:9
**luck**
27:23, 173:18
**lunch**
165:11
**luxury**
22:9, 22:25,
23:2, 37:22,
39:17, 39:19,
41:16, 42:17,
43:15, 69:4,
119:13, 168:18

---
**M**
---

**machine**
10:13, 53:25,
61:5, 61:10,
61:11, 61:14,
62:11, 63:24,
64:2, 78:16,
79:6, 81:17,

81:18, 81:19,
83:12, 88:3,
88:14, 90:8,
90:17, 91:7,
91:10, 92:1,
92:2, 93:6,
93:18, 94:7,
99:19, 104:18,
131:24, 133:15,
141:9, 149:2,
166:22, 166:23
**machinery**
160:16
**machines**
10:5, 10:6,
10:12, 24:4,
24:6, 28:21,
55:4, 136:3
**machining**
131:1
**made**
22:24, 24:8,
24:12, 24:25,
25:1, 25:8,
26:2, 27:11,
36:10, 37:8,
37:20, 49:18,
51:8, 52:15,
63:7, 72:21,
72:23, 76:16,
78:3, 85:7,
85:9, 85:13,
92:7, 99:4,
99:6, 105:12,
122:16, 128:8,
130:23, 144:25,
158:8, 169:20,
173:17, 174:12
**madison**
2:6, 5:16
**magic**
164:15, 164:17
**magique**
164:15, 164:16
**main**
64:14
**maintenance**
14:16, 92:3,

92:16
**majority**
157:19
**make**
8:9, 11:17,
11:25, 12:1,
12:2, 21:5,
21:6, 25:4,
25:21, 25:25,
28:11, 30:23,
31:15, 31:17,
31:23, 32:8,
33:25, 35:25,
37:10, 49:11,
49:16, 49:17,
52:4, 52:8,
52:13, 52:17,
52:18, 52:19,
52:20, 53:12,
53:22, 54:10,
55:1, 55:2,
55:13, 55:21,
56:1, 56:15,
57:3, 67:24,
77:12, 77:14,
78:10, 78:12,
83:6, 84:25,
91:25, 94:10,
98:14, 105:20,
108:24, 109:11,
109:12, 110:9,
110:10, 111:11,
113:7, 113:8,
113:22, 122:13,
126:23, 128:11,
129:11, 130:16,
131:6, 136:11,
137:21, 141:25,
143:5, 151:5,
152:9, 155:2,
156:17, 160:9,
164:1, 164:11,
166:4, 171:25
**makes**
67:15, 71:21,
81:12, 106:15,
117:5, 137:6,
148:8, 152:21,

165:8, 167:4,
169:10, 169:11
**making**
16:18, 26:2,
36:5, 38:7,
38:8, 46:11,
51:7, 55:23,
63:25, 75:4,
102:1, 103:5,
109:13, 135:21,
160:8, 165:5,
169:9
**man**
14:16, 22:18,
54:1, 174:3
**manager**
38:18
**manufacture**
17:23
**manufactured**
23:3, 27:20
**manufacturer**
56:11, 129:1,
156:19, 166:10
**manufacturing**
23:11, 23:19,
25:11, 31:13,
44:15, 130:20
**many**
27:25, 28:11,
36:23, 37:14,
37:17, 40:21,
48:20, 49:3,
53:3, 53:22,
55:19, 57:2,
69:24, 70:3,
73:12, 74:24,
76:1, 76:20,
119:10, 123:11,
132:2, 136:1,
154:9, 155:23,
155:25, 159:23,
161:17, 165:5,
176:15
**marble**
13:13, 37:6,
37:10, 57:4,
57:16, 60:3,

79:12, 80:13,
83:25, 84:2,
85:17, 105:15,
127:17, 131:11
**marbling**
128:9
**mark**
1:15, 2:1, 3:3,
4:2, 4:23, 5:3,
5:25, 6:12,
6:21, 25:3,
50:15, 71:19,
71:21, 71:23,
72:2, 86:11,
139:9, 140:16,
149:9, 149:18,
150:4, 167:22,
167:23, 167:25,
168:4, 168:19,
168:23, 168:25,
169:1, 169:5,
173:6, 175:17,
179:3, 180:3,
181:1, 181:4,
181:25
**marked**
86:11, 86:21,
102:5, 139:15,
139:17, 140:2,
140:20, 144:17,
149:17
**markets**
154:11
**marks**
179:2
**markups**
137:23
**marriott**
69:10
**marrow**
41:7
**mary**
73:20, 100:4,
107:3, 107:8,
107:10, 140:9,
140:14, 144:10
**masking**
16:20

**massachusetts**
17:6, 17:15,
20:10, 20:11,
35:18
**match**
24:19, 29:4,
31:7, 160:10,
160:13
**matches**
160:11
**material**
21:20, 37:5,
82:3, 105:16,
112:8, 112:18,
126:10, 126:19,
128:10, 129:12,
131:9, 131:16,
136:25, 137:2,
137:8, 147:9,
147:11, 158:7,
158:9, 158:14,
161:15, 164:12
**material's**
131:18
**materials**
37:21, 57:7,
57:8, 129:11
**math**
137:22
**matter**
5:5, 16:10,
21:13, 25:7,
27:19, 28:2,
29:18, 61:21,
63:18, 77:23,
81:9, 96:25,
97:17, 100:16,
143:23, 167:18,
168:1, 175:2,
181:11
**maximum**
19:15
**maxx**
72:3
**maybe**
20:14, 40:13,
41:18, 56:20,
70:1, 106:13,

107:23, 130:7,
150:24, 158:16,
158:17, 158:19,
177:12
**mbp**
102:15
**mccormick**
22:16
**md**
107:6, 107:7
**md@luxurybathinc**
107:4
**mdf**
99:15
**mean**
8:7, 18:9,
25:23, 44:11,
48:23, 49:20,
56:1, 56:3,
57:13, 68:7,
82:23, 86:6,
86:7, 90:23,
97:18, 106:4,
110:1, 115:14,
115:23, 115:24,
116:24, 117:18,
120:19, 124:3,
126:21, 130:14,
132:24, 142:2,
142:3, 151:20,
156:25, 161:17,
168:18
**meaning**
30:5, 124:11,
125:6
**means**
39:21, 111:3,
126:10
**meant**
94:4
**measured**
30:6
**measurement**
29:8, 30:9
**measurements**
27:13, 27:21,
31:1
**measuring**
27:10

**meat**
14:10, 15:5
**media**
5:2
**medicine**
152:5
**medium**
30:3, 30:8,
99:16, 148:17
**meet**
68:16, 137:15
**meeting**
168:22, 169:6
**meetings**
70:14, 166:17,
172:14
**melt**
26:19
**memory**
107:13
**mentioned**
16:3, 18:1,
26:6, 28:23,
43:24, 69:14,
70:16, 72:9,
98:6, 159:2
**merit**
135:19
**met**
168:19
**metal**
12:2, 60:24,
78:19, 88:4,
99:11, 171:25
**mexican**
21:23
**mexican-style**
148:18
**mexico**
21:24, 22:2,
156:8
**mic**
172:16
**microban**
65:20, 66:9,
66:25, 67:8,
136:14
**microscopic**
32:1

**mid**
22:9
**middle**
26:23, 33:12,
48:17, 54:8,
54:12, 73:5,
89:24, 96:11
**might**
14:5, 40:21,
79:14, 79:15,
91:6, 105:17,
106:1, 119:15,
160:1, 162:17,
177:11, 177:13,
178:1
**mike**
43:8
**mildew**
66:20, 66:22,
67:10, 67:17
**mile**
79:9
**milestone**
1:7, 5:6, 5:20,
5:23, 74:8,
181:5
**military**
17:18, 36:1,
56:8, 122:3
**million**
73:9, 167:15
**millions**
21:6, 79:9,
167:13
**mind**
8:7, 124:4,
150:24
**mine**
23:18, 33:14,
38:19, 83:21
**mingle**
166:25
**minimum**
37:19, 79:11,
85:8, 158:10
**minus**
30:10
**minute**
40:19, 120:11

**minutes**
52:12, 65:7,
178:9
**miscounted**
112:15
**missed**
116:13
**missile**
36:6
**missing**
174:7
**mistakes**
108:24
**mists**
16:15
**mix**
15:17, 15:18,
15:19, 155:9
**mixed**
15:9, 129:7
**model**
27:15
**mold**
20:3, 27:4,
27:21, 27:22,
28:8, 28:10,
28:16, 28:17,
31:15, 31:17,
31:18, 31:23,
32:5, 32:8,
33:23, 52:18,
52:24, 52:25,
53:9, 53:16,
53:21, 53:24,
54:5, 55:16,
65:24, 66:19,
66:22, 67:10,
67:16, 85:11,
89:11, 172:8
**molding**
57:20, 58:6,
61:11, 61:12,
61:14, 87:25
**molds**
27:4, 28:12,
28:19, 32:8,
32:9, 52:13,
52:14, 52:15,

52:21, 53:13,
54:3, 54:4,
59:16, 172:8
**molecule**
138:3
**mom**
41:21
**moment**
110:19
**money**
18:8, 51:10,
54:1, 56:10,
59:8, 73:8,
79:18, 83:11,
126:1, 130:19,
130:22, 133:8,
137:12, 157:19,
158:1, 168:6,
168:7
**monitor**
5:12
**monolithic**
128:8, 128:14
**monopoly**
85:25
**months**
25:9, 96:5,
100:24, 101:18,
138:1
**more**
18:8, 19:25,
23:10, 23:16,
24:1, 24:6,
26:1, 41:9,
54:23, 54:25,
55:1, 58:23,
59:15, 60:19,
60:20, 73:25,
83:15, 92:24,
93:1, 103:7,
108:14, 126:1,
140:5, 145:3,
145:6, 148:21,
149:7, 151:19,
151:20, 158:3,
159:19, 165:16,
173:1, 178:17
**morning**
3:4, 6:8, 6:17,

139:3
**most**
26:12, 59:6,
132:15, 134:6
**mostly**
15:17, 17:16,
38:22, 171:2,
172:16
**mother-in-law**
41:22
**move**
90:12, 153:9,
153:13, 161:20,
163:1, 169:15,
170:9, 170:15
**moved**
10:6, 10:18,
153:5, 157:5,
163:23
**mover**
161:17
**moving**
69:23
**much**
14:23, 25:10,
37:21, 42:5,
54:23, 60:10,
60:11, 63:7,
64:16, 79:18,
105:15, 114:3,
114:17, 117:18,
129:25, 130:2,
130:22, 141:14,
151:19, 151:20,
156:2, 159:14,
175:9, 175:20
**multilayer**
56:23
**must**
109:4
**myself**
61:21, 98:21,
141:10, 142:14,
163:7, 167:5,
174:3, 178:16

**N**

**name**
6:19, 17:11,

21:23, 21:24,
22:13, 22:19,
22:25, 32:15,
38:1, 38:3,
39:3, 43:8,
60:8, 60:13,
60:14, 60:15,
74:5, 80:9,
81:23, 89:23,
96:25, 98:6,
100:5, 100:7,
100:8, 104:25,
157:12, 167:21,
174:25
**named**
25:3, 128:24
**nameplate**
130:4, 134:19
**naperville**
97:6
**near**
69:19, 86:2,
109:9, 117:15,
137:25, 145:20,
167:15, 169:14
**necessary**
58:12, 151:6
**need**
7:18, 14:25,
27:25, 28:12,
29:8, 53:22,
55:14, 76:9,
87:7, 90:5,
98:10, 104:20,
111:2, 116:15,
125:12, 133:7,
137:11, 138:17,
144:8, 144:9,
148:16, 153:18,
153:24, 155:25,
156:13, 156:20,
160:3, 162:19,
170:21, 171:16,
172:10, 174:6
**needed**
11:17, 29:4,
31:22, 54:3,
56:11, 56:12,

58:8, 80:19,
100:1, 114:6,
121:23, 127:15,
141:24, 149:4,
156:18, 160:14
**needs**
44:22, 44:23,
77:12, 137:16,
137:17, 173:15
**neither**
101:2, 183:11
**never**
22:4, 35:22,
57:1, 66:3,
73:10, 84:8,
84:9, 93:22,
151:12, 151:21,
152:14, 156:22,
158:22, 168:18,
170:4, 170:23,
170:24
**never-ending**
44:16
**new**
4:15, 4:21,
14:11, 14:13,
14:18, 17:16,
17:24, 27:24,
31:15, 35:1,
44:23, 44:24,
63:3, 74:20,
81:24, 83:13,
100:17, 106:7,
122:18, 154:19,
156:8, 156:15,
157:15, 163:12,
168:20
**newer**
176:22
**next**
7:8, 55:17,
88:24, 89:14,
108:19, 114:7,
114:21, 126:4,
139:20, 143:20
**nice**
81:3, 168:22
**night**
67:24, 69:9,

132:14, 163:7
**nine**
96:5, 122:9
**nitrile**
19:20
**nobody**
82:2, 84:14,
84:24, 98:14,
136:15, 143:4,
156:21, 158:23,
158:24, 165:17,
170:12
**none**
48:22
**nonverbal**
150:22
**normal**
138:14, 170:19
**north**
3:5, 21:22,
22:2
**northwestern**
34:18, 41:3
**notarial**
183:16
**notary**
2:14, 183:1,
183:4, 183:22
**note**
145:10
**notebooks**
130:9
**noted**
32:18, 115:19
**notepad**
138:15
**notes**
130:8, 159:12,
159:13
**notetaker**
130:11
**nothing**
72:7, 106:4,
106:7, 165:9,
178:18
**notice**
2:13, 91:15,
117:9

**noticed**
124:21
**november**
1:17, 5:11,
107:12, 107:21,
107:22, 140:8,
140:12, 140:22,
141:2, 142:16,
183:17
**nowadays**
172:25
**nowhere**
86:2, 134:3
**number**
4:9, 26:12,
39:16, 45:4,
58:1, 95:16,
97:24, 102:9,
102:12, 118:9,
123:17
**numbered**
47:24, 48:1
**numbers**
45:21, 87:2,
87:4, 112:4,
117:17, 120:23
**nurse**
135:8, 173:25,
174:5

**O**

**oath**
8:13, 8:14,
181:17
**object**
50:24
**objection**
7:9, 109:8,
113:4, 114:14,
115:13, 115:19,
115:23, 124:5,
126:13, 133:16
**objective**
145:8, 145:16
**obviously**
14:14, 18:9,
123:6, 125:23,
126:17, 136:2,

164:23
**occasionally**
165:7
**octagonal**
156:14
**of4k**
62:3
**offer**
9:18, 181:16
**offered**
125:10
**offering**
100:19, 101:21
**office**
3:12, 49:5,
117:3, 117:5,
117:11, 120:7,
120:8, 122:21,
177:23
**officer**
143:23, 183:5
**offices**
2:2
**often**
22:4, 30:5,
76:12, 104:20,
114:11, 129:5,
171:3
**oftentimes**
137:7
**oh**
16:23, 23:6,
30:19, 33:5,
41:7, 53:3,
60:21, 64:11,
66:4, 69:5,
70:8, 81:15,
88:11, 105:24,
107:16, 108:8,
110:14, 112:12,
115:22, 116:3,
121:18, 126:6,
132:2, 137:12,
139:23, 140:25,
142:1, 146:7,
151:18, 153:20,
163:19, 163:25,
174:20, 178:23

**oil**
12:1, 92:18
**old**
17:24, 37:2,
59:12, 80:8,
84:3, 90:18,
109:13, 137:8,
145:1, 164:19,
173:24, 174:8,
174:22, 176:8,
176:9, 176:19,
176:21, 177:17
**old-fashioned**
83:12
**older**
62:19, 84:3,
84:4
**ollie**
32:15
**omnova**
85:24, 86:3,
157:19
**on-site**
15:9, 15:18,
62:12
**once**
7:1, 7:15,
8:18, 26:22,
33:25, 35:1,
38:14, 51:8,
54:19, 99:15,
99:21, 101:9,
148:23, 168:6
**one**
8:22, 9:4,
10:16, 10:17,
10:24, 14:15,
15:6, 17:19,
19:7, 20:17,
20:25, 22:5,
22:23, 25:8,
25:13, 25:20,
25:23, 25:24,
26:2, 26:10,
27:12, 29:19,
30:16, 32:12,
40:1, 40:21,
45:10, 46:21,

49:8, 49:9,
49:10, 49:11,
49:14, 49:15,
51:20, 52:23,
54:2, 55:2,
58:21, 58:23,
60:24, 62:9,
63:16, 64:4,
64:9, 64:14,
64:17, 64:21,
66:24, 69:22,
70:4, 70:14,
73:19, 74:6,
75:8, 79:20,
81:21, 82:2,
82:7, 83:22,
90:6, 90:19,
92:24, 93:1,
93:3, 93:7,
93:12, 98:5,
98:6, 99:20,
102:14, 104:8,
108:3, 108:14,
111:24, 113:3,
113:21, 114:25,
120:3, 127:17,
130:23, 131:4,
131:21, 132:5,
133:13, 136:2,
136:15, 140:15,
146:22, 152:23,
153:6, 153:7,
155:6, 157:23,
160:9, 167:8,
168:16, 170:6,
170:7, 171:17
**one's**
33:8
**ones**
10:18, 24:7,
25:13, 128:17,
136:25, 159:6,
174:16
**ongoing**
92:3
**online**
172:21, 176:24
**only**
7:20, 7:21,

10:15, 17:14,
19:16, 19:21,
21:2, 32:12,
33:17, 33:21,
35:25, 38:2,
52:19, 56:10,
56:11, 56:19,
58:9, 64:23,
65:4, 66:24,
73:19, 77:17,
80:21, 85:5,
90:23, 93:7,
105:8, 120:8,
124:9, 128:17,
131:16, 136:15,
136:25, 137:3,
151:12, 155:3,
164:8, 164:19,
171:9, 177:11
**ontario**
69:19
**onward**
22:9
**opaqueish**
82:13
**open**
36:12, 119:25
**opened**
10:23
**openly**
103:8
**operated**
131:5
**operating**
35:23
**operation**
41:6
**opportunity**
7:9
**option**
76:17
**orange**
77:23, 156:5
**order**
21:25, 29:4,
31:17, 53:14,
56:11, 56:15,
59:7, 80:25,

85:8, 92:15,
99:8, 104:3,
104:9, 104:22,
105:9, 105:12,
105:23, 106:2,
112:20, 113:22,
129:14, 141:12,
145:6, 147:12,
176:24, 179:1
**ordered**
57:17, 104:3,
104:9, 104:13,
104:16, 105:7,
113:23, 124:9,
125:3, 140:13,
140:21, 141:4,
141:5, 141:13,
141:24, 142:3,
142:4, 144:25,
151:15, 160:6,
178:7
**orders**
75:4, 79:11,
106:2, 145:14
**original**
21:14, 22:13,
30:18, 61:22
**originally**
24:11, 25:5,
52:12, 61:4,
79:5, 99:11,
132:19, 134:1
**orlando**
42:2
**other**
7:5, 7:11,
8:23, 9:4,
10:18, 17:16,
18:10, 20:17,
28:1, 35:7,
35:14, 38:10,
38:21, 41:1,
41:12, 43:7,
49:14, 50:9,
50:12, 52:7,
56:25, 57:8,
59:12, 60:11,
64:24, 65:17,

70:19, 70:21,
71:3, 75:13,
75:15, 75:16,
75:24, 76:15,
76:19, 90:12,
91:22, 99:6,
99:20, 101:15,
105:11, 105:19,
108:5, 113:3,
126:5, 127:2,
130:19, 131:21,
133:13, 136:2,
136:12, 138:17,
138:25, 144:6,
154:13, 154:14,
155:3, 157:11,
158:1, 165:5,
166:14, 169:9,
173:9, 173:10
**otherwise**
28:12, 92:13,
111:22, 168:11,
183:14
**outcome**
183:14
**outside**
52:16, 124:8,
126:13, 133:16,
160:12
**outstanding**
7:22
**oven**
27:3, 88:17
**over**
7:2, 7:5, 10:7,
10:18, 11:11,
14:16, 17:24,
18:12, 23:7,
23:9, 27:4,
28:15, 29:6,
29:13, 32:16,
33:23, 35:20,
44:20, 44:21,
52:24, 53:9,
60:4, 74:19,
75:1, 79:23,
81:7, 89:11,
105:2, 136:20,

155:1, 155:5,
168:1, 176:14
**oversize**
58:10
**own**
10:23, 11:12,
23:23, 24:25,
25:1, 25:21,
25:25, 32:8,
32:9, 61:13,
86:1, 88:14,
104:10, 106:4,
131:6, 131:25,
137:12, 155:6,
159:11, 174:15
**owned**
129:1, 132:2
**owner**
158:11, 177:15
**owners**
153:6
**ownership**
42:12, 42:14,
42:16, 42:20
**owns**
39:21, 106:18,
166:15
**oxide**
67:1

**P**

**p&l**
177:24, 177:25
**pack**
155:5
**packed**
77:16, 77:18,
154:23
**packing**
155:4
**pads**
34:7, 71:15,
71:21
**page**
4:2, 4:9, 8:11,
46:9, 46:12,
47:21, 54:7,
55:21, 87:4,

87:17, 87:20,
88:24, 89:25,
90:2, 90:9,
91:13, 95:5,
95:6, 95:7,
95:8, 95:9,
96:6, 96:12,
108:12, 108:19,
111:24, 111:25,
114:21, 118:23,
120:4, 120:23,
121:10, 122:6,
122:20, 138:25,
146:18, 146:19,
146:21, 169:16,
169:24, 169:25,
182:3, 182:5,
182:7, 182:9,
182:11, 182:13,
182:15, 182:17,
182:19
**pages**
1:24, 92:24,
108:8, 108:10,
118:12, 120:18,
122:9
**paid**
19:16, 21:2,
34:11, 158:13
**paint**
134:25
**pallet**
59:3, 75:5
**pallets**
78:17, 155:6
**pan**
33:12, 34:14
**panel**
90:24
**pans**
158:18
**paper**
138:20
**paperwork**
75:6, 177:14
**paragraph**
152:13, 152:20,
152:22, 153:2,

153:13, 157:6,
157:7, 158:21,
159:8, 161:20,
161:25, 162:1,
163:1, 163:3,
163:24, 164:6,
169:16, 169:24,
169:25, 170:2,
170:9, 170:15,
175:22, 176:3,
176:5
**paragraphs**
47:24, 48:1
**parameters**
27:10
**parked**
143:17, 143:25
**parking**
138:21
**parlance**
48:2
**part**
17:17, 44:9,
50:7, 51:6,
56:19, 69:19,
73:20, 124:15,
124:18, 124:21,
136:23, 154:16,
156:3, 169:13,
175:4
**particles**
92:8
**particular**
15:6, 51:7,
52:5, 53:15,
78:15, 81:22,
82:7, 92:4,
128:5, 154:10
**parties**
46:8, 73:14,
183:12
**partners**
22:23, 43:7
**partnership**
10:25
**parts**
23:24, 25:23,
33:22, 36:1,

36:4, 70:20,
71:2, 71:3,
71:14, 169:9,
169:10, 169:11
**party**
50:12, 166:12
**paso**
22:1
**pass**
34:25, 77:1
**passage**
146:14
**passed**
42:4, 130:3,
172:16
**past**
59:16, 163:12
**patent**
4:10, 4:13,
4:19, 29:19,
29:21, 38:5,
38:8, 38:9,
38:12, 44:4,
45:4, 46:5,
46:9, 46:17,
46:20, 47:9,
47:12, 48:2,
48:4, 48:5,
48:8, 48:13,
48:20, 49:3,
49:5, 49:22,
50:5, 50:8,
50:17, 50:21,
50:23, 51:3,
51:4, 51:9,
52:8, 55:20,
55:23, 86:23,
96:24, 97:22,
98:4, 98:11,
98:15, 98:25,
99:24, 111:5,
111:11, 111:13,
111:14, 111:23,
114:22, 116:16,
116:25, 117:3,
117:5, 117:11,
118:5, 118:7,
119:13, 130:6,

133:11, 133:15, 134:18, 136:6, 137:1, 139:1, 144:16, 146:12, 162:8, 162:19, 167:6, 170:11
**patentable**
83:3, 157:17
**patented**
72:24, 136:21, 171:20
**patenting**
44:3
**patents**
38:4, 38:10, 38:11, 39:20, 43:24, 47:7, 65:17, 122:13, 129:13
**pattern**
32:7, 52:20, 53:6, 53:7, 54:15, 57:4, 80:22, 81:1, 82:14, 83:25, 84:24, 85:6, 85:15, 85:17, 99:11, 103:22, 126:11, 128:12, 128:14, 128:15, 165:23
**patterns**
56:16, 57:16, 81:2, 84:25, 85:4, 157:20
**pause**
86:10
**pay**
24:7, 54:25, 59:15, 80:23, 84:22, 85:23, 166:11
**paycheck**
71:16
**paying**
75:4, 127:1
**peaks**
92:15, 92:16

**peeled**
157:25
**peeling**
80:2
**peers**
154:8
**penalty**
181:7, 181:9
**people**
8:21, 13:2, 13:15, 13:16, 17:23, 22:15, 22:17, 23:5, 49:1, 49:2, 59:12, 62:3, 62:9, 68:8, 70:10, 74:21, 74:24, 75:3, 76:20, 84:24, 85:4, 85:9, 85:13, 89:17, 98:4, 98:24, 100:11, 100:14, 100:25, 101:7, 101:10, 114:4, 121:25, 122:1, 123:11, 125:10, 132:21, 134:12, 138:17, 154:9, 156:10, 157:14, 158:3, 161:7, 162:24, 165:7, 166:2, 166:25, 169:8, 170:25, 171:12, 172:6, 172:11, 172:20, 172:22, 173:7
**people's**
171:6
**percent**
41:20, 42:13, 42:15, 42:16, 56:20, 56:22, 57:7, 58:14, 131:16, 177:15
**percentage**
42:12, 42:14, 42:16

**perfect**
31:7, 73:4, 92:16, 102:16, 128:2, 160:5, 160:11
**perform**
84:7, 107:14
**period**
47:17, 68:1, 68:4, 165:6
**perjury**
181:7, 181:9
**permissible**
133:17
**person**
7:12, 16:19, 62:3, 77:3
**personal**
47:6
**personally**
48:22, 48:23, 48:24, 97:5
**perusing**
151:6
**pesticide**
66:11, 66:12
**pesticides**
66:10
**peters**
17:12, 20:10, 21:10, 32:14
**petg**
79:23, 82:6, 82:12
**phenomenal**
9:19
**phenomenally**
67:3
**phone**
5:22, 40:5, 68:15, 70:4, 97:24, 143:14, 143:15, 143:19, 143:24, 157:13
**photo**
80:9, 177:2
**photographs**
176:14

**photography**
176:13
**photos**
95:6, 95:22
**pick**
55:8, 71:9, 76:5, 127:15, 143:15, 149:4
**picked**
60:23, 127:4
**picture**
90:22, 91:13, 177:2
**pictures**
80:14, 80:15, 87:11, 87:12, 87:15, 87:18, 89:16, 89:21, 89:24, 94:18, 108:3
**piece**
33:23, 51:7, 51:8, 52:16, 60:23, 61:16, 73:2, 73:9, 81:4, 92:12, 93:17, 130:17, 155:24, 171:25
**pieces**
53:22, 73:5, 93:14, 100:24, 155:25, 170:13
**pigment**
19:14
**pills**
41:9
**pitch**
173:12
**pizza**
88:17, 88:18
**place**
5:15, 22:17, 81:16, 89:10, 92:9, 100:1, 158:20
**placed**
105:22
**placeholder**
4:17

places
13:18, 100:22
plain
60:2, 137:14,
138:20
plaintiff
1:5, 3:2
plan
169:4
plane
99:10
planet
5:14, 6:6
plants
67:23
plastic
20:24, 36:10,
52:24, 53:4,
53:8, 66:17,
82:15
plastics
15:17, 15:18,
17:6, 21:17,
58:17, 137:24
play
147:2, 158:12
played
162:15, 162:18
players
144:13, 166:14
playing
107:17, 135:13,
148:23
plaza
3:5
please
5:17, 8:4,
50:8, 154:8
pliable
19:22, 28:7
plug
176:21
plumbing
70:20
plus
11:12, 30:10
plywood
92:5, 92:7

pockect
175:14
point
7:18, 17:1,
21:4, 26:24,
30:17, 46:22,
54:18, 54:24,
68:25, 72:18,
76:7, 88:5,
91:1, 99:2,
112:20, 123:7,
123:10, 137:18
pointed
121:25
poly
18:1
polyethylene
79:24
polymer
174:12
polyurethane
37:9
polyvinyl
17:8
pontiacs
11:10
popping
60:20
portion
70:22
position
44:6
possible
145:20
post
20:9
potential
76:17
pound
14:10, 77:25
powder
19:24
power
96:15, 176:23
powerful
92:6, 141:16,
141:17
prayer
170:3

prefer
7:22
preformed
84:16
preheat
53:18
prep
16:17
preparation
121:9
prepare
31:24, 150:7,
150:9
preprinted
157:20
present
3:19
press
55:5, 91:1,
91:7, 159:21
pressurized
16:24
pretty
13:1, 14:1,
42:4, 64:16,
80:10, 82:20,
103:8, 109:9,
114:3, 114:17,
117:17, 141:14,
156:2, 175:20
previously
111:15
price
59:14, 101:15,
137:4, 137:18,
137:24, 138:2,
156:23, 172:9
prices
80:20
pricing
100:21
prime
102:3, 130:23
print
55:8, 79:10,
80:11, 80:12,
80:13, 80:16,
80:19, 81:5,

82:12, 85:22,
85:24, 91:7,
91:23, 134:12,
159:24, 177:24
printed
80:14
printer
79:6, 79:22,
80:8, 81:4,
134:2, 160:17,
160:20, 160:24,
162:2
printers
80:6, 80:7,
82:1
printing
78:25, 79:2,
79:4, 81:12,
81:13, 81:24,
83:2, 83:7,
157:3, 159:19,
159:21, 161:4
prints
81:6
prior
89:25
privileged
47:3
pro
161:4
probably
20:14, 25:14,
25:19, 36:22,
37:4, 40:10,
52:17, 61:2,
69:5, 70:14,
75:2, 78:24,
89:22, 90:25,
94:20, 101:24,
103:7, 107:22,
107:23, 119:6,
119:19, 126:1,
134:2, 135:4,
157:13, 164:11,
173:1, 177:6
problem
74:11, 76:9,
77:20, 142:12,

145:4, 149:5,
158:23, 161:8
**problems**
18:10, 40:24,
62:6, 62:7,
73:22, 157:24,
161:18
**proceeding**
178:17
**process**
16:13, 25:12,
44:3, 44:16,
57:20, 57:21,
79:6, 79:21,
85:7, 87:23,
122:12, 130:10,
131:3, 136:6,
157:17, 168:8,
171:2
**processes**
171:2
**processing**
67:23
**produce**
134:18
**produced**
46:5, 118:8,
118:11
**product**
17:7, 19:20,
22:17, 55:10,
55:11, 64:23,
65:20, 66:7,
67:16, 74:5,
100:17, 100:18,
100:19, 101:11,
101:12, 101:21,
101:25, 102:1,
129:13, 131:21,
136:11, 136:19,
137:10, 137:11,
142:20, 156:17,
158:5, 165:17,
167:13, 168:10,
168:11, 172:21,
173:4
**production**
53:21, 127:3

**products**
1:8, 5:6, 5:20,
5:23, 37:16,
44:23, 72:17,
72:21, 73:15,
76:19, 127:25,
131:7, 142:4,
154:19, 154:20,
155:16, 156:2,
171:3
**professional**
24:7, 25:18,
67:19
**professor**
38:25, 66:6
**profitable**
15:14
**program**
27:9, 27:13,
28:24, 29:2,
29:22, 30:25,
31:5, 54:5,
62:18, 62:25,
63:1, 63:6,
63:18, 91:3,
91:5, 126:18,
132:4, 132:6,
177:17, 177:20
**programming**
90:7
**programs**
55:7, 63:21
**project**
12:11, 16:4,
17:19, 38:15,
79:1, 79:2,
79:4, 155:21
**projects**
136:2, 165:6
**promise**
178:8
**proof**
66:18
**proper**
16:20, 31:24
**property**
97:1
**pros**
98:20, 167:12

**prosecution**
116:21, 116:24,
118:4, 118:10,
120:9, 120:12,
120:16, 122:12
**protect**
67:8, 67:23,
167:5, 167:7
**protected**
98:17, 167:8
**protection**
67:5, 67:10
**protective**
179:1
**protects**
67:16
**prototype**
61:23, 62:8,
142:25
**prototypes**
100:11, 102:2,
103:21, 144:19,
145:2, 145:3,
145:6, 145:13,
169:2, 170:7
**prove**
30:25, 81:20,
81:21
**proved**
61:23, 104:14
**provide**
156:21, 168:10,
168:15
**provided**
49:4
**provider**
160:1
**provides**
158:17
**proving**
126:25
**provisional**
4:12, 86:22,
108:3, 111:7,
112:24, 114:13,
115:8, 116:9,
118:11
**public**
2:14, 36:11,

183:1, 183:4,
183:22
**publish**
34:10
**pull**
27:2, 28:12,
31:13, 32:2,
88:22
**pulled**
28:16, 143:16
**pulling**
89:17
**pulls**
143:19
**pump**
16:21
**pumping**
64:13
**punch**
36:12
**purchase**
106:1, 106:22
**purchased**
58:16, 128:23
**pursuant**
2:13
**push**
91:12
**pushed**
100:3
**put**
15:21, 20:1,
20:8, 27:3,
27:10, 27:12,
27:24, 28:15,
31:1, 32:5,
32:9, 34:1,
45:11, 51:19,
54:12, 54:14,
55:3, 56:14,
56:19, 59:13,
62:18, 62:19,
62:22, 63:6,
63:21, 63:22,
65:20, 66:8,
76:6, 77:24,
77:25, 79:23,
81:6, 85:10,

91:19, 92:12,
100:24, 134:10,
134:23, 135:12,
135:14, 139:20,
146:16, 155:12,
157:19, 157:25,
166:8, 170:6,
171:8, 171:11,
171:23, 178:2
**puts**
37:13, 67:4,
152:5
**putting**
31:24, 77:21,
133:1
**pvc**
18:1, 18:5,
18:16, 21:11,
35:17

**Q**

**quality**
74:5
**quarter**
79:8, 102:20,
104:5, 114:1,
114:18
**quartz**
24:12, 24:14
**quebec**
164:16
**queen**
129:1
**question**
7:6, 7:8, 7:20,
7:22, 7:23, 8:2,
8:4, 8:8, 20:18,
21:1, 33:20,
35:12, 39:18,
48:24, 50:25,
51:23, 51:24,
57:18, 58:3,
58:4, 65:15,
75:21, 87:8,
111:3, 113:5,
115:7, 115:20,
115:22, 116:4,
116:6, 126:15,

133:18, 139:8,
140:24, 153:14
**questions**
45:1, 46:20,
51:18, 94:22,
95:1, 139:3,
139:9, 178:5
**quick**
15:14, 104:20,
138:4
**quicker**
55:13
**quickly**
28:18, 99:25
**quite**
14:4, 16:9,
19:13, 28:19,
95:25, 99:12

**R**

**radisson**
34:20
**radiuses**
29:12
**ran**
11:25, 15:25,
22:25, 43:6,
63:24, 99:5,
100:10, 161:14
**random**
80:25
**range**
119:19
**ranges**
45:5, 45:19
**rarely**
114:2
**rate**
26:20
**rated**
18:14
**rather**
75:7
**raw**
129:11
**re-bath**
80:5, 84:12,
158:5

**reach**
98:1
**reached**
26:25, 97:11
**reaches**
26:23, 88:20
**reaction**
173:13
**read**
17:4, 90:24,
102:12, 110:1,
110:14, 110:15,
110:16, 111:2,
111:25, 114:15,
117:14, 123:4,
130:25, 151:4,
152:15, 152:17,
152:25, 153:10,
153:14, 161:24,
163:2, 163:10,
169:25, 170:16,
176:3, 180:4,
181:10, 181:12
**reading**
145:10, 153:19,
164:3, 170:20
**ready**
53:21, 101:1,
101:2, 102:3,
144:8, 144:10
**real**
23:12, 23:22,
54:3, 79:11,
104:6, 126:24,
134:14, 136:16,
145:18, 145:22,
145:23, 146:7,
147:15, 147:25,
148:14, 165:12,
168:14, 177:8
**realistic**
54:24
**realize**
134:3
**realized**
130:22, 148:24,
173:22
**really**
11:13, 11:16,

11:22, 16:7,
20:16, 21:19,
24:19, 30:12,
36:6, 40:15,
47:20, 51:6,
52:5, 53:1,
54:16, 55:14,
61:15, 62:10,
64:23, 70:21,
72:21, 76:5,
81:22, 83:10,
90:4, 90:5,
91:23, 102:2,
107:23, 113:24,
114:19, 127:18,
130:23, 137:2,
137:11, 137:23,
142:5, 143:2,
144:13, 151:23,
152:15, 154:24,
154:25, 163:15,
163:17, 164:18,
169:4, 172:21,
173:8, 173:19,
174:13, 176:13,
177:5
**reason**
53:5, 66:25,
82:7, 83:14,
111:20, 112:25,
136:8, 138:2,
145:9, 169:22,
176:12, 182:4,
182:6, 182:8,
182:10, 182:12,
182:14, 182:16,
182:18, 182:20
**reasons**
40:22
**rebekah**
3:12, 5:21
**recall**
70:12, 97:10,
97:14, 97:17,
103:12, 104:23,
131:25, 139:18,
150:18
**received**
140:21, 141:1

recently
143:11, 167:19,
176:6
recess
65:10, 110:23,
138:8
recirculated
28:22
recognize
67:6, 67:7,
102:24
recollection
70:12, 108:20
record
6:20, 8:1, 8:9,
45:3, 45:7,
65:9, 65:12,
86:19, 102:7,
106:17, 110:18,
110:22, 110:25,
115:19, 117:23,
117:25, 118:4,
120:2, 138:7,
138:10, 139:13,
149:12, 178:21,
179:4, 183:8
record's
164:2
records
97:20, 106:19,
130:9
red
118:15, 119:25,
120:3, 120:6,
121:10, 122:10
reduced
183:10
refer
112:4, 146:14
referred
140:19
referring
52:3, 78:8,
89:5, 96:20,
151:17
refers
147:8, 158:21
refinishing
12:23, 22:7

refrigerator
31:21
regain
62:2
regarding
47:7, 72:10,
124:15
regardless
74:6
reinvent
135:19
rejection
117:10
rejections
120:12
rel_bci
4:16
related
183:12
relates
124:13
relationship
71:12, 170:19
relationships
76:4
relatively
112:19, 147:11
relevant
124:17, 138:14
remainder
127:12
remember
37:2, 38:13,
40:7, 40:9,
50:12, 68:20,
70:3, 99:22,
101:20, 104:25,
105:22, 119:5,
135:6, 135:9,
142:20, 142:22,
143:10, 143:12,
144:5, 144:23,
144:24, 145:9,
145:12, 150:15,
150:19, 159:4,
162:6, 164:7,
164:8, 165:3,
165:20, 166:19,

166:20
remove
122:17, 133:14
removed
112:8, 112:18,
147:11
remus
3:3, 4:4, 5:25,
7:9, 19:2, 40:1,
50:24, 64:19,
101:4, 109:8,
113:4, 114:14,
115:13, 115:18,
116:1, 124:5,
124:7, 124:24,
126:13, 133:16,
139:4, 139:6,
139:14, 149:9,
149:14, 151:1,
157:4, 163:22,
175:14, 175:18,
178:4, 178:25
remus's
46:22
renewal
12:13, 16:2
rent
137:13
repair
10:3, 13:10,
13:16, 14:8,
14:15, 14:23
repaired
12:12, 12:19,
36:22
repairing
10:7, 166:23
repeatable
134:6
replace
105:13
report
17:4
reported
1:25
reporter
6:5, 8:5, 8:14,
45:11, 45:14,

57:24, 58:2,
94:3, 102:10,
110:18, 135:15,
153:18, 163:17,
170:20, 175:11,
178:23, 183:1,
183:3
represent
5:18, 120:2,
124:25, 125:11,
125:16
representation
124:22, 125:15
representing
5:14, 6:6
request
7:21
requesting
125:4
required
92:16
requires
92:3, 159:19
research
20:6, 173:2
resell
75:20, 127:3
resemble
145:18
resistance
34:23, 174:18,
174:24
respective
73:16
responded
140:11, 141:3
response
120:6, 120:8,
120:15, 121:9,
121:17, 122:21,
150:22
responses
120:13
rest
15:13, 43:17,
46:7, 131:16,
138:21
restaurants
12:20

**results**
127:23
**resurface**
92:11
**resurfacing**
13:9
**retained**
41:20, 42:11
**retains**
160:11
**retire**
41:16
**retired**
17:12, 22:24, 40:25, 41:15, 42:9, 71:16
**retirement**
34:17, 69:4
**richard**
3:21, 5:13
**rid**
171:24
**right**
8:17, 11:18, 15:17, 15:18, 20:17, 24:12, 26:8, 28:2, 28:25, 30:25, 31:11, 35:15, 36:18, 39:2, 41:8, 48:6, 48:7, 48:12, 48:19, 51:17, 59:16, 64:3, 64:5, 64:12, 64:15, 68:22, 69:19, 69:21, 71:8, 72:16, 74:1, 74:25, 75:11, 77:25, 82:4, 86:1, 86:12, 88:7, 93:4, 93:11, 94:8, 94:14, 94:16, 94:20, 95:18, 96:12, 97:7, 99:8, 100:3, 102:13,

103:11, 103:19, 105:21, 107:22, 109:7, 109:16, 111:18, 113:18, 115:4, 126:4, 126:18, 134:6, 139:20, 140:11, 142:3, 142:19, 144:23, 149:9, 151:4, 152:22, 153:8, 157:12, 158:22, 158:25, 161:3, 161:20, 161:24, 167:14, 169:14, 169:23, 172:2, 173:4, 174:22, 175:15
**right-angle**
142:10
**rights**
42:20, 47:13, 73:8, 85:6, 119:13, 136:11, 165:18, 165:21, 177:15
**riordan**
4:14, 107:10, 140:9
**rip**
27:24
**risk**
17:22
**road**
70:2, 100:11, 145:7
**robert**
174:25, 175:3
**robotically**
149:4
**rod**
24:12, 24:14
**role**
121:19
**roll**
59:3, 79:11, 80:24, 85:15, 90:12, 143:21
**rolling**
46:3

**rolls**
79:13, 80:20, 80:23, 84:20, 84:22, 85:6, 85:8, 143:20
**roman**
61:1
**rome**
177:3
**room**
16:19, 33:18, 41:25, 44:6, 60:10, 79:18, 162:14, 165:4, 177:16
**rosenbach**
39:21, 106:18, 149:22
**rotary**
25:18
**rougher**
114:8
**roughly**
17:1, 22:1, 42:9, 137:19
**round**
145:23
**rounded**
104:2, 104:17, 115:5, 115:11, 116:9, 140:13, 140:19, 141:5, 141:13, 141:22, 146:1
**roundish**
113:21
**rout**
60:24
**routed**
58:7, 60:15, 115:12, 116:10
**routed-out**
84:7
**router**
54:6, 54:18, 61:5, 84:10, 91:14, 92:14, 102:19, 104:2,

105:20, 106:15, 107:14, 113:13, 115:1, 140:14, 141:16, 141:17, 141:18, 141:19, 148:5
**routinely**
173:10
**routing**
57:21, 61:9, 94:8, 107:14, 166:6
**royalties**
49:23
**rubber**
146:22
**ruin**
57:5
**rule**
58:1
**rules**
7:2
**run**
28:20, 31:20, 32:16, 38:18, 38:19, 38:22, 44:20, 44:21, 78:6, 98:13, 135:22, 148:7
**running**
78:5, 132:13, 161:13
**runs**
158:10, 173:10
**rust**
131:23

**S**

**s**
20:13, 22:9, 25:16, 39:6, 39:7, 39:8, 39:11
**sacramento**
173:24
**safe**
78:22
**sag**
88:20, 88:25,

89:5, 89:7
**sagged**
26:22
**sags**
26:23
**said**
8:6, 8:17,
10:19, 13:22,
14:17, 14:19,
14:20, 14:21,
14:23, 14:24,
15:2, 17:11,
17:14, 17:21,
20:18, 21:2,
23:6, 23:14,
26:25, 41:4,
41:11, 43:13,
43:20, 49:24,
49:25, 50:3,
51:15, 53:5,
57:9, 58:14,
60:18, 62:4,
64:9, 65:14,
66:3, 69:13,
71:20, 72:24,
73:21, 76:13,
77:24, 78:20,
80:16, 81:3,
97:13, 98:10,
98:12, 98:19,
98:22, 100:4,
100:5, 101:3,
101:6, 104:1,
104:15, 106:5,
106:10, 106:11,
107:18, 114:17,
116:16, 117:20,
133:4, 133:7,
133:8, 137:2,
142:14, 143:25,
144:2, 144:8,
149:23, 150:1,
151:3, 154:25,
160:12, 161:5,
162:8, 162:20,
164:18, 166:20,
168:22, 170:13,
171:10, 171:14,

171:15, 171:20,
174:1, 174:6,
175:5, 183:8
**sale**
35:2, 40:9,
40:18, 50:7,
82:8, 155:21,
156:18, 173:17,
173:19
**sales**
101:14, 122:2
**salesman**
11:6, 21:14,
81:15, 143:8,
157:12, 172:23
**salesman's**
173:12
**salesmen**
173:11
**salespeople**
100:20
**salt**
159:3
**same**
8:11, 8:14,
8:25, 15:13,
26:20, 33:22,
46:2, 46:12,
53:6, 73:15,
74:5, 77:20,
81:14, 85:3,
91:13, 93:6,
107:8, 109:18,
115:3, 115:7,
119:4, 129:10,
135:24, 139:21,
140:1, 140:8,
141:15, 148:13,
153:13, 154:16,
160:4, 160:21,
161:12, 166:3,
169:12, 169:13,
172:14, 180:5,
181:11, 181:12
**samlan**
121:5
**sample**
155:17

**sampled**
160:15
**samples**
114:1, 140:15,
142:25, 144:7,
146:24
**san**
3:16
**sandpaper**
32:6
**sat**
162:13
**save**
56:9, 59:8,
63:1, 127:13,
135:10, 137:11,
157:18, 163:14,
181:13
**saved**
54:3, 55:11,
57:7, 57:10,
58:14, 130:20,
130:22, 176:9
**saves**
51:9
**savings**
91:20
**saw**
60:8, 60:13,
103:9, 103:11,
113:25, 115:10,
130:3, 135:6,
142:19, 144:19,
166:21
**say**
11:8, 12:9,
18:22, 19:1,
23:19, 30:2,
30:7, 30:13,
30:19, 40:14,
44:13, 51:21,
53:3, 53:14,
56:8, 59:10,
62:20, 66:1,
66:16, 67:13,
67:14, 67:15,
67:17, 72:10,
79:12, 81:15,

81:19, 83:19,
85:3, 96:5,
100:15, 101:22,
106:9, 117:8,
117:9, 120:20,
120:21, 120:22,
125:9, 125:13,
127:24, 132:23,
133:23, 136:24,
137:8, 140:12,
154:10, 159:18,
161:7, 162:24,
164:4, 164:22,
168:2, 172:11,
172:15, 173:13,
175:9
**saying**
30:4, 58:3,
67:6, 75:3,
94:25, 97:5,
136:14, 136:21,
164:9
**says**
31:8, 55:14,
87:22, 90:10,
93:3, 95:15,
95:19, 96:10,
96:13, 96:15,
96:18, 98:5,
108:12, 110:6,
112:8, 118:22,
123:17, 123:19,
143:22, 144:3,
147:10, 150:5,
153:21, 160:10,
163:11, 164:6,
173:5
**scale**
169:4
**school**
43:13, 99:17
**scope**
124:8, 124:16,
124:21, 125:3,
126:13, 133:17,
178:6
**score**
4:17

scott
39:21, 39:23,
106:5, 106:9,
106:17, 106:18,
149:22
scouts
135:23
scrap
36:10, 56:22,
56:23, 60:23,
89:17, 89:18,
126:25, 127:7,
127:13
screen
78:25, 79:2,
79:4
screw
13:17, 24:2,
111:17
screwed
160:8
scroll
96:8, 96:9
seal
73:4, 183:16
sealed
80:1
sears
30:21
second
19:11, 20:7,
43:23, 45:10,
51:24, 57:8,
63:12, 86:10,
114:8, 124:19
secretary
175:17
see
11:23, 17:7,
22:17, 24:4,
24:5, 28:4,
38:16, 49:24,
53:8, 54:7,
55:20, 59:24,
60:4, 62:23,
65:24, 68:6,
68:25, 84:23,
88:3, 88:4,

88:9, 88:11,
88:13, 88:18,
88:22, 88:24,
89:3, 89:14,
89:16, 90:11,
90:23, 91:13,
92:19, 93:9,
94:13, 95:19,
96:10, 96:13,
99:13, 101:23,
103:14, 104:6,
104:14, 107:3,
107:4, 108:16,
112:12, 112:21,
112:23, 115:1,
116:12, 116:14,
118:23, 120:24,
122:21, 123:22,
126:3, 126:23,
128:12, 128:14,
135:18, 139:24,
140:17, 146:7,
147:13, 147:19,
163:13
seeing
103:12, 119:7,
119:11, 147:25,
160:7
seemed
75:10
seen
36:14, 46:14,
87:8, 102:22,
103:9, 108:18,
149:19, 173:3
segmenting
73:14
select
126:10, 126:18
selecting
126:7, 127:22
selection
176:13
self
131:19
sell
23:5, 39:19,
39:23, 40:22,

50:6, 73:7,
73:11, 143:6,
155:20, 159:7,
161:1, 164:10,
165:14, 168:3,
168:9, 168:11,
169:12, 169:18,
171:1, 172:6,
172:17, 172:24,
173:6
seller
100:2
selling
23:12, 73:15,
100:13, 136:12,
158:2
sells
64:23, 70:20,
165:13
send
11:11, 11:12,
34:14, 50:1,
75:7, 85:13,
85:17, 85:22,
103:7, 150:14,
150:21, 160:9
sending
104:14
seniors
73:1
senoplast
58:21, 58:24,
58:25, 59:19,
85:18, 158:8,
158:10, 158:14,
158:16
sensitive
160:24, 160:25
sent
21:10, 70:25,
101:25, 103:24,
114:1, 143:8,
145:7, 150:12,
150:13, 150:17
sentence
112:7, 112:16,
114:25
sentinel
159:5

separately
54:10, 54:11
series
10:23, 15:9,
28:21, 29:6,
50:1, 51:5,
51:15, 51:22,
52:20, 66:9,
149:3
serious
50:16, 168:14
seriously
94:2
set
28:18, 53:17,
79:10, 113:11,
126:11, 183:15
sets
88:20
settled
50:11
several
19:8, 33:21,
155:9
sexual
8:22
shallow
113:15, 115:4,
146:4
shallower
114:3
shank
141:13
shape
52:25, 164:7,
165:22, 176:23
shapes
141:22
share
154:8
shared
166:7, 177:9
shares
41:20
sharing
74:13
sharp
61:20, 61:22,

141:9, 145:24,
146:4
**shave**
171:16, 172:3
**sheet**
4:19, 19:8,
24:22, 26:10,
26:22, 27:3,
28:7, 28:11,
28:13, 28:17,
29:7, 52:5,
52:8, 52:23,
54:12, 54:21,
55:17, 55:21,
56:14, 58:10,
59:18, 60:16,
65:18, 66:17,
66:20, 66:23,
68:10, 80:11,
81:5, 84:9,
88:4, 88:15,
88:19, 88:22,
89:11, 91:15,
91:18, 92:9,
93:23, 99:21,
109:11, 109:12,
112:9, 112:19,
114:5, 126:10,
126:18, 126:23,
127:1, 127:7,
127:10, 127:13,
128:8, 128:9,
128:15, 128:19,
128:23, 129:10,
130:16, 133:14,
134:16, 135:21,
147:11, 180:8,
181:1, 181:15,
182:1
**sheets**
17:8, 20:1,
21:4, 21:7,
21:8, 21:11,
21:14, 26:7,
26:19, 28:11,
28:16, 57:11,
57:14, 58:6,
58:7, 58:16,

59:2, 59:4,
61:7, 77:17,
84:17, 84:25,
93:22, 99:4,
99:6, 107:19,
107:20, 126:25,
127:2, 127:3,
127:4, 127:15,
127:22, 128:4,
144:25
**shelves**
171:5, 171:9
**shift**
11:24, 32:19,
68:11
**shifted**
11:24
**shifts**
64:17
**shine**
53:6
**shiny**
37:10, 148:4
**ship**
71:4, 74:20,
155:7
**shipping**
71:2, 71:3,
75:6, 77:20,
78:2, 102:1,
155:6, 155:10,
155:11
**shit**
82:5
**shoot**
165:12
**shop**
38:25, 72:4,
94:12, 105:1,
133:5, 143:16
**shops**
11:1
**shortage**
138:3
**shorthand**
183:3
**should**
49:25, 100:25,

101:17, 104:1,
117:7, 120:20,
164:10
**shouldn't**
101:25
**shout-out**
68:12
**show**
34:21, 56:13,
95:4, 100:17,
101:10, 136:13,
166:3, 166:4,
169:12, 170:13,
177:7
**show-and-tell**
137:7
**showed**
17:13, 17:20,
100:11, 100:14
**shower**
32:21, 33:4,
33:6, 33:11,
33:13, 33:14,
33:17, 33:21,
33:22, 34:7,
34:14, 71:14,
71:21, 72:19,
77:21, 80:3,
80:4, 146:9,
158:18, 171:4,
171:5, 171:8,
171:11, 171:12
**showers**
32:19, 32:20,
168:24, 173:24
**showing**
114:8
**shows**
70:15
**shut**
35:4, 101:3
**sick**
152:4
**side**
59:21, 91:4,
103:15, 160:8,
165:9, 171:8
**sideways**
34:3

**sign**
20:8, 77:23,
151:2
**signature**
118:24, 119:1,
180:15
**signature-p1kal**
183:20
**signature:date:_-
___**
182:22
**signed**
40:18, 118:7,
119:8, 140:15,
151:21, 180:8,
181:17
**significant**
91:20, 153:17,
157:24
**significantly**
91:16
**signing**
119:5
**silver**
67:1
**similar**
68:24, 75:12,
75:23, 98:14
**simulated**
87:22, 90:3,
112:17, 141:22,
145:16, 148:12
**since**
17:12, 36:21,
66:8, 106:8
**single**
80:22, 159:10
**sir**
161:23, 170:20,
177:24
**sister**
15:25
**sit**
62:4, 166:15,
174:18
**sitting**
60:20, 150:18,
165:9

situation
44:13, 80:1,
147:19
six
39:10, 53:14,
54:9, 105:25,
162:4
size
56:2, 56:10,
56:12, 58:10,
59:7, 59:17,
59:23, 80:25,
86:3, 126:18,
127:6
sizeable
42:14
sizes
56:4, 56:7,
59:5, 59:22
skimmed
152:14
skirt
30:14, 30:24,
38:8, 49:15
slam
36:12
slid
20:2
slide
88:16, 174:22
slightly
57:18, 113:22,
139:24, 146:1
slip
34:22, 174:17,
174:24
slip-resistant
32:4, 33:25,
174:12, 175:1,
175:3
slots
100:22
slow
64:15, 85:20,
129:21, 169:6
slowing
94:1
small
17:17, 17:18,

25:8, 42:12,
42:13, 112:19,
147:12, 160:8
smaller
91:16, 102:12,
102:14, 126:24
smallest
111:16
smart
38:24
smarter
172:20
smith
25:3, 50:15,
71:21, 167:22,
167:23, 168:19,
168:23
smith's
71:19, 72:2,
175:17
smitty
27:7, 27:11
smooth
12:3
snowing
143:14
snuff
107:19
soap
72:19, 174:21
socks
146:6
soft
28:7
software
28:24, 29:2,
29:22, 31:5,
31:7, 63:9
sold
15:24, 21:14,
35:24, 36:11,
38:1, 39:10,
39:17, 39:20,
83:21, 167:12,
167:14, 167:23,
171:6, 172:18,
174:13
solid
63:25, 105:15,

131:6
solve
52:7, 60:19
solved
158:23, 158:25,
161:8
solvent
83:12, 83:21
solves
161:17
some
14:10, 17:15,
20:5, 24:8,
27:11, 29:14,
29:17, 34:2,
34:17, 40:24,
45:1, 47:1,
47:24, 48:11,
50:6, 56:4,
56:5, 57:15,
66:7, 71:2,
71:14, 71:23,
72:20, 73:1,
73:2, 80:15,
83:10, 83:11,
87:6, 89:17,
92:22, 98:14,
99:4, 99:5,
99:6, 101:25,
104:4, 109:17,
109:19, 109:20,
117:5, 118:12,
122:2, 122:21,
122:24, 123:7,
127:14, 131:15,
138:12, 138:17,
139:9, 142:7,
144:25, 145:1,
145:6, 145:14,
147:17, 147:18,
152:6, 158:9,
158:14, 158:15,
162:9, 166:2,
166:11, 169:2,
170:23, 171:14,
172:15, 176:10,
176:18, 176:19,
176:20

somebody
37:12, 44:22,
49:22, 55:13,
75:9, 75:18,
80:16, 106:10,
113:12, 114:2,
121:22, 144:24,
144:25, 145:21,
156:22, 160:8,
168:12, 172:7
somebody's
11:18, 27:6,
50:17, 53:15,
53:16, 53:17,
60:13, 134:14,
135:7, 146:6
someone
75:19
someplace
177:3
something
19:18, 47:1,
50:5, 59:19,
66:10, 70:19,
74:14, 78:23,
86:4, 104:21,
116:7, 117:12,
121:23, 132:13,
133:24, 134:5,
149:5, 155:1,
155:24, 159:5,
161:14, 168:15,
171:1, 172:10,
173:9, 174:18,
174:21, 176:11,
177:13
sometimes
13:14, 13:16,
15:21, 17:15,
73:25, 74:1,
111:16, 122:13,
152:5, 161:14,
163:7, 166:19,
173:20, 173:21
somewhere
56:9, 60:8,
177:12
son
25:1

son's
71:18
sony
173:10
soon
17:3, 69:23,
98:22, 100:13,
141:25
sorry
57:18, 57:24,
75:17, 89:2,
93:1, 102:10,
106:9, 111:17,
115:22, 140:25,
151:18, 153:20,
156:6, 163:25,
174:20, 175:11,
177:5
sort
117:6, 130:9
sorts
160:15
sound
165:8
sounds
109:3, 125:19,
134:1, 151:11
south
21:22
southwest
156:5, 156:10
space
36:3, 36:9,
152:6
spanned
22:8
spanning
45:5
spartek
21:12, 21:15,
21:17, 58:17,
86:1
speak
70:18, 164:16
special
104:10, 105:6,
149:3
specialty
36:1, 167:19

specific
77:18
specifically
26:2
specification
48:15
specifics
46:21, 94:23
specnometers
160:14
speed
15:22
spend
168:8
spending
23:10, 83:10
spider
37:7, 37:8
spinning
172:7
split
22:21, 23:8,
23:16, 23:20
spoken
160:14
sponge
147:22
spot
32:10
spray
15:11, 16:4,
16:6, 16:13,
16:14, 17:22,
67:24
sprayed
12:23
sprayer
49:10
sprayers
16:21
spraying
14:6, 16:8,
16:20, 38:5,
38:6
square
148:9
squares
53:2, 156:14

stack
77:24
stacks
54:4
staff
38:14, 167:11
staining
34:23
stamp
34:13, 45:11
stand
33:11, 171:17
standard
30:20, 33:13,
39:2, 59:17,
102:19, 105:20,
167:18, 169:20,
174:25
standing
124:10
star
71:7
start
9:20, 32:21,
37:14, 58:4,
80:2, 87:14,
90:25, 91:1,
91:2, 100:25,
152:22, 162:9,
168:7, 169:6
started
15:3, 15:8,
21:9, 21:10,
22:11, 26:9,
30:4, 32:14,
32:23, 70:23,
72:11, 78:2,
80:6, 81:11,
98:3, 98:24,
99:25, 100:9,
101:10, 130:21,
135:11, 135:13,
148:23, 162:20,
169:3, 171:25,
174:10, 174:14,
174:16, 175:9,
175:10
starting
118:17

state
5:18, 6:19,
183:4, 183:23
stated
157:22
states
1:1, 5:8, 72:15
statewide
144:12
statue
94:11, 177:3
stay
42:4, 96:6
steal
50:4
stenographically
183:9
step
29:13, 29:17,
50:17
steps
60:9, 159:23
stick
63:23, 82:4,
84:9, 148:11,
172:1
sticking
20:2
still
16:10, 21:13,
24:4, 24:8,
35:17, 35:23,
36:3, 37:22,
37:23, 38:25,
39:15, 42:21,
52:18, 64:10,
64:12, 71:17,
81:24, 82:8,
83:22, 84:14,
85:11, 92:22,
97:22, 101:13,
119:16, 127:13,
127:14, 128:12,
134:13, 144:6,
148:10, 161:21,
168:16, 168:17,
169:7, 171:9,
181:17

stock
84:25
stockholders
129:2
stone
46:3
stoop
171:16
stop
161:12
store
53:13, 55:5,
79:16, 80:20,
81:4, 85:18,
100:22, 142:6,
172:8
stored
85:8, 91:6,
91:8, 91:9
stories
18:13
storing
81:2
story
151:8, 151:24
straight
13:1, 29:17,
38:16, 61:6,
61:19, 86:16,
103:15, 105:8,
135:24, 141:7,
142:9, 148:9,
178:1
streak
127:19
streamline
83:4, 86:8
street
2:6, 5:16,
24:12, 97:2,
143:13
strength
19:15
stress
37:6, 37:13
stretch
65:3, 83:22,
84:1

strike
39:18, 123:2
strike-through
126:4
striking
122:16, 123:22
string
139:16
struck-through
122:24
stuck
45:23, 84:10
study
9:17
stuff
16:9, 26:5,
38:23, 60:11,
78:6, 91:22,
100:7, 137:14,
138:15, 138:21,
165:4, 169:20,
174:7, 177:1,
177:2
stupidly
160:17
style
83:21, 84:3,
176:20
styrene
19:4, 19:20,
20:23
subject
4:15, 139:3
submarines
36:6
suburbs
13:21
subway
156:15
successful
158:22
suck
92:6
sucked
53:9, 99:17
sucking
128:17
sudden
163:20

sued
71:6
suggestion
78:13, 78:18
suit
8:22
suitcase
145:4
suite
2:6, 3:6, 3:15,
14:7
suited
84:4
summer
53:20
summons
139:1
supply
176:23
supposed
167:15
supposedly
128:13, 160:23
sure
11:17, 11:25,
12:1, 12:2,
16:18, 32:20,
46:11, 47:25,
50:13, 55:4,
67:24, 74:7,
82:24, 90:4,
98:14, 105:19,
110:20, 111:18,
112:6, 114:24,
134:22, 140:23,
142:23, 152:9,
164:1, 177:18,
177:25
surface
12:13, 13:10,
14:6, 15:10,
15:12, 16:2,
54:22, 63:25,
105:15, 131:6,
134:15, 148:6
surfaces
12:13, 13:11,
13:23

surprise
34:12
surprised
16:6
suspect
139:10
switch
35:20
sworn
6:10, 6:11,
6:13
system
12:12, 27:7,
65:21, 143:5
systems
1:10, 5:7,
24:25, 37:23,
39:19, 71:24

**T**

table
29:23
tactile
148:3
tag
60:13, 60:14
tail
134:4
take
7:14, 7:19,
8:5, 8:15, 12:1,
12:4, 12:16,
13:16, 22:14,
43:20, 45:17,
51:10, 52:23,
53:24, 54:19,
55:15, 58:25,
60:10, 63:6,
65:3, 65:7,
70:24, 72:12,
74:23, 78:15,
79:15, 88:3,
89:21, 98:13,
100:23, 101:11,
111:15, 116:18,
117:2, 138:4,
146:11, 152:4,
153:18, 155:13,

168:14, 169:20,
176:3, 177:13,
177:15
**taken**
15:7, 65:10,
94:17, 94:18,
110:23, 138:8,
159:24, 174:1,
181:11, 183:6,
183:9
**takes**
24:17, 31:3,
100:18, 101:13
**taking**
5:15, 10:7,
10:18, 12:15,
130:8, 173:14
**talc**
19:24
**talk**
7:5, 70:4,
72:4, 82:6,
82:25, 101:6,
115:18, 115:25,
121:23, 133:8,
136:9, 154:7,
154:13, 154:14,
154:21, 156:2,
156:17, 157:11,
162:24, 165:7,
166:13, 166:17,
166:19, 167:1,
167:16, 170:12,
170:22, 172:11
**talked**
52:12, 81:9,
103:7, 103:8,
121:5, 142:20,
153:23, 154:17,
154:20, 155:13,
157:13, 162:8,
167:22, 170:5,
172:16
**talking**
7:12, 22:8,
33:5, 33:18,
46:2, 58:21,
67:12, 70:23,

72:11, 72:17,
73:18, 81:14,
88:2, 88:7,
89:18, 107:9,
115:3, 120:11,
139:18, 142:21,
142:22, 143:19,
162:6, 166:5,
173:22
**talks**
133:9
**tardy**
169:1
**taught**
38:25, 133:5
**team**
154:22
**tech**
67:20
**technical**
11:9, 25:5,
38:23, 39:1,
44:6, 77:2,
77:8, 77:10,
78:6, 99:6,
132:20
**technically**
11:18
**technician**
31:3
**technicians**
132:24, 133:2
**technology**
84:4
**teeny**
156:14
**telephone**
6:3
**telephonically**
3:20
**tell**
27:14, 27:22,
29:7, 30:14,
62:5, 62:21,
71:9, 76:24,
77:11, 79:3,
83:1, 91:5,
97:15, 106:16,

116:1, 116:11,
118:20, 125:17,
136:22, 142:15,
149:1, 152:17,
157:15, 161:6,
162:21, 165:2,
167:2
**telling**
86:15, 86:16,
86:17, 90:25,
100:25, 101:16,
142:25, 144:5,
162:9, 165:20
**tells**
88:21
**temperature**
24:23, 24:24,
26:20, 28:16,
80:3, 80:4,
160:21, 160:24,
160:25
**ten**
22:24, 36:11,
55:2, 122:9,
177:6
**tenderizer**
15:5
**tennessee**
129:7, 129:8
**tenth**
99:13
**terms**
72:22, 124:11,
137:4, 159:8
**terrible**
66:1, 103:22,
128:16
**test**
11:16, 12:4,
175:2, 175:3,
178:14
**tested**
37:16
**testified**
6:13
**testimony**
4:2, 180:5,
180:6, 183:8,

183:9
**testing**
11:20, 127:22,
175:1
**tests**
34:25
**texas**
144:12
**text**
48:11, 48:17,
70:4, 108:18,
110:4, 122:17,
122:18, 122:22,
122:24, 123:2
**th**
95:21, 118:22,
183:16
**thank**
38:24, 173:16,
178:4, 178:19,
178:20
**thanks**
149:16
**theft**
43:11
**theirs**
10:9, 166:4
**themselves**
5:18
**thereafter**
183:10
**thermal**
25:11, 57:20,
58:6, 61:11,
61:12, 61:13,
87:25
**thermoform**
83:18
**thermoformed**
59:8, 83:20,
137:20
**thermoformer**
56:15
**thermoformers**
20:2, 23:23,
24:10
**thermoforming**
24:23, 83:17,

166:6
**they'd**
11:11, 22:15,
22:17, 34:22,
41:25, 171:7
**thicker**
148:17
**thicknesses**
148:19
**thin**
19:22, 19:25
**thing**
14:2, 29:12,
30:1, 31:19,
33:22, 40:1,
44:19, 46:2,
52:7, 54:17,
62:18, 74:25,
75:11, 80:21,
81:21, 85:3,
88:13, 99:22,
101:17, 109:6,
110:14, 110:16,
125:15, 128:16,
130:13, 136:22,
139:21, 141:15,
151:12, 159:11,
161:12, 164:8,
166:3, 174:16,
177:11
**things**
12:18, 14:7,
20:5, 30:2,
31:25, 36:2,
44:7, 44:13,
44:24, 47:7,
51:5, 51:16,
51:22, 51:25,
52:10, 54:2,
55:24, 56:24,
57:9, 70:21,
70:25, 71:10,
72:13, 72:20,
73:23, 92:18,
99:6, 99:9,
101:15, 109:17,
109:19, 109:21,
111:17, 119:10,

122:3, 124:20,
130:23, 132:6,
138:12, 138:17,
143:1, 143:4,
146:23, 155:17,
156:21, 158:1,
162:9, 166:7,
168:1, 168:5,
170:23, 174:11
**think**
7:15, 7:17,
12:25, 14:21,
18:12, 18:24,
20:25, 28:4,
29:14, 34:20,
49:7, 69:3,
69:8, 71:23,
74:7, 74:8,
82:18, 90:1,
93:19, 106:1,
107:20, 108:14,
124:13, 131:16,
133:4, 135:7,
148:20, 154:1,
155:20, 158:14,
159:6, 159:18,
159:21, 161:9,
162:2, 167:14,
168:3, 168:22,
168:24, 172:10,
173:9, 175:14,
175:20, 175:24,
178:1, 179:1
**thinking**
60:9, 135:9
**third**
19:19, 20:18
**thoroughly**
89:8, 172:21
**thought**
41:14, 47:19,
60:19, 73:22,
83:2, 98:2,
98:23, 105:4,
112:13, 113:20,
148:16, 148:22,
151:7, 151:25,
162:14, 162:15,

170:5, 173:18,
177:11, 178:15,
178:16
**three**
7:16, 12:9,
18:13, 25:24,
26:7, 26:10,
26:19, 27:12,
30:2, 30:21,
40:12, 41:9,
49:7, 64:16,
70:1, 72:2,
72:3, 79:13,
79:15, 80:23,
85:8, 93:12,
104:3, 104:15,
104:16, 105:21,
106:8, 113:20,
122:11, 148:16,
166:12, 169:7
**three-dimensional**
33:2, 134:10,
134:15, 134:16,
134:21
**three-horsepower**
141:18
**three-layer**
26:17
**three-shelf**
171:10
**threw**
92:18, 176:8
**through**
22:15, 28:20,
30:1, 32:3,
34:1, 39:12,
45:5, 53:7,
73:3, 89:9,
92:7, 92:10,
106:6, 114:9,
116:17, 116:19,
118:9, 121:10,
122:17, 123:2,
123:23, 127:19,
128:1, 128:12,
136:7, 151:5,
151:7, 151:23,
152:2, 152:8,

152:13, 152:14,
154:8, 161:15,
162:14, 176:7,
176:17, 176:25
**throughout**
42:19, 128:9,
128:15, 154:2
**throw**
55:16, 56:20,
81:4, 89:19,
91:19, 169:22
**ticket**
143:24
**tie**
53:25
**tied**
138:22
**tight**
30:3, 30:5
**tightseal**
1:11, 5:8, 5:20
**tijuana**
22:1
**tile**
4:15, 4:21,
52:5, 52:9,
52:21, 52:22,
53:2, 54:15,
54:22, 60:3,
80:12, 87:22,
89:14, 90:3,
104:5, 104:6,
104:7, 112:17,
116:17, 125:23,
126:11, 126:24,
128:11, 130:17,
134:8, 134:12,
136:16, 145:25,
146:7, 148:1,
148:9, 148:18
**tiles**
93:10, 156:14
**time**
5:12, 7:16,
7:18, 10:17,
12:15, 13:3,
17:1, 20:5,
20:16, 23:9,

23:10, 23:11,
23:22, 26:7,
32:12, 41:3,
41:4, 41:15,
43:10, 47:16,
47:18, 49:15,
50:16, 51:10,
55:5, 58:23,
61:24, 65:9,
65:12, 66:24,
70:11, 71:1,
72:18, 73:24,
75:10, 75:11,
76:10, 76:24,
78:19, 82:19,
82:21, 88:21,
91:20, 94:22,
98:5, 102:3,
105:7, 110:22,
110:25, 114:18,
124:19, 129:25,
130:3, 133:23,
135:24, 137:25,
138:7, 138:10,
142:7, 142:24,
144:8, 144:9,
144:15, 154:6,
156:1, 157:21,
158:11, 160:4,
165:22, 168:8,
172:19, 173:17,
177:21, 178:6
**times**
15:20, 15:21,
43:25, 44:11,
69:24, 70:3,
82:21, 82:22,
106:8, 123:11,
155:23, 176:15
**timing**
20:9
**tinkerer**
26:4, 44:8,
86:7, 178:16
**tinkerers**
72:5
**tinkering**
78:7

**title**
67:19, 108:13
**titled**
149:18
**to:___**
182:3, 182:5,
182:7, 182:9,
182:11, 182:13,
182:15, 182:17,
182:19
**today**
5:13, 5:21,
5:22, 6:6,
16:11, 24:4,
25:12, 25:13,
26:16, 35:23,
37:23, 40:5,
66:7, 78:8,
82:10, 82:11,
84:14, 103:2,
103:10, 123:15,
138:13, 138:14,
139:18, 144:17,
150:18
**today's**
5:11
**together**
8:22, 69:1,
70:24, 72:11,
73:6, 100:24,
144:9, 151:11,
151:12, 154:5,
159:10, 161:11,
163:4, 164:5,
165:1, 166:8,
168:1
**told**
14:24, 20:21,
23:25, 40:23,
47:2, 69:21,
71:7, 71:25,
77:6, 100:12,
104:2, 104:13,
109:3, 109:10,
111:14, 117:15,
117:18, 117:19,
125:12, 129:4,
144:16, 145:11,

149:22, 152:1,
169:5, 170:12,
173:11, 176:16,
177:5, 177:9
**tolerances**
30:8
**tomorrow**
55:15
**ton**
158:1
**took**
8:14, 12:22,
14:9, 20:5,
22:23, 23:6,
23:9, 41:3,
42:11, 62:8,
75:1, 87:12,
106:3, 128:10,
142:7, 161:15
**tool**
104:25, 105:1,
105:9
**toolpath**
63:12, 63:15,
63:16, 63:22,
64:6, 132:11
**tools**
27:11, 27:12,
29:6, 105:2,
105:6
**toothpaste**
67:4
**top**
19:10, 19:16,
21:3, 24:21,
24:23, 29:10,
37:9, 40:24,
60:4, 78:1,
79:19, 79:23,
81:7, 81:11,
88:7, 88:25,
89:11, 90:10,
92:12, 93:3,
95:13, 108:12,
114:5, 114:9,
114:23, 116:19,
120:20, 128:1,
145:14

**top-of-the-line**
83:10
**tops**
127:5
**total**
56:20, 58:15
**totally**
42:22, 42:24,
82:19, 99:18,
162:3
**tough**
98:15, 165:22
**tour**
145:13
**toward**
73:17, 112:2
**town**
21:24, 97:4,
143:13
**toxic**
17:10, 18:10
**trade**
69:10
**train**
79:8
**trainee**
173:12
**trainer**
132:19, 132:23
**training**
132:24
**transaction**
119:15
**transcript**
8:10, 181:10,
183:7
**transcription**
180:6
**transmission**
11:1, 11:9,
11:21, 12:10
**transmissions**
11:2, 11:3,
11:5, 12:8
**travertine**
13:13
**treating**
41:8

trial
119:24
tried
71:5, 76:22,
81:8, 81:9,
177:5
trigger
88:21
trihydrate
131:23
trim
59:13, 155:24,
155:25
trimming
58:11
trioxide
131:17
trip
20:9
trips
12:18
tropical
166:11
truck
11:21, 75:8,
155:13
trucking
76:4
trucks
11:14
true
15:9, 153:7,
157:9, 180:5,
181:12, 183:7
trust
62:2, 169:21
truth
40:7, 76:24,
86:17, 142:21,
165:2, 165:3,
169:2
truthfully
38:13, 154:5
try
57:19, 78:11,
107:17
trying
33:24, 46:22,

62:2, 84:5,
86:7, 93:16,
94:3, 129:21,
145:14, 149:24,
164:4, 177:7
tub
17:24, 17:25,
27:24, 27:25,
29:9, 30:5,
30:15, 30:18,
31:16, 31:17,
32:1, 32:2,
32:24, 33:14,
33:17, 34:13,
57:2, 72:25,
73:10, 128:9
tubs
16:18, 31:24,
32:19, 34:6,
56:5, 73:2,
167:20
turn
12:16, 62:20,
143:22
turned
26:25
turns
24:18, 37:13,
131:18
two
8:21, 10:1,
10:20, 22:22,
26:10, 30:20,
34:6, 49:6,
51:18, 65:7,
70:1, 71:17,
72:1, 73:2,
73:5, 83:24,
84:6, 93:12,
110:5, 117:18,
121:24, 122:11,
124:3, 129:7,
135:23, 138:1,
149:25, 152:7,
153:9, 159:10,
171:5, 172:2,
178:8
two-day
68:1

two-horsepower
141:18
two-layer
60:16
two-piece
72:25
type
10:13, 16:12,
25:11, 25:17,
54:15, 63:8,
92:4, 93:7,
103:21, 123:10,
128:5, 128:6,
131:9, 170:18
types
13:11, 16:17
typewriting
183:10
typical
147:15
typing
129:21

**U**

u-shape
113:16
u-shaped
115:4
ugly
13:14, 156:6
uh-huh
10:21, 31:4,
31:6, 36:25,
44:1, 46:6,
47:11, 49:13,
53:10, 56:17,
58:19, 62:13,
96:7, 103:17,
110:8, 113:10
uks
27:17
ul
34:8
ultimately
64:8, 74:10,
74:12, 116:21
um-hmm
122:23

uncertainty
8:6
uncomfortable
164:21
under
114:6, 123:16,
160:2, 162:21,
181:7, 181:9,
181:17, 183:10
undercut
156:22
underline
123:3
underlined
122:22, 126:4
underlining
122:18, 123:25
underneath
60:16, 92:6,
99:18
understand
8:2, 8:3, 8:13,
46:8, 47:9,
68:7, 113:24,
124:12, 153:5
understanding
8:9, 47:5,
50:23, 69:6,
94:17, 107:11,
109:1, 109:5,
119:12, 119:14,
126:9, 129:24,
130:2, 133:10,
152:10, 181:16
understandings
7:3
understood
66:14, 70:21,
111:12, 116:18,
123:12
unfortunate
150:2
unfortunately
14:12, 32:15,
149:25, 150:1
unh-unh
151:23
unique
72:24, 80:23,

| | | | |
|---|---|---|---|
| 80:25, 85:4 | **uses** | **vibrant** | 40:19, 139:23, |
| **united** | 132:7 | 83:15 | 162:9, 175:23 |
| 1:1, 5:8, 72:15 | **using** | **vice** | **waited** |
| **universal** | 17:8, 26:7, | 77:25 | 53:22, 162:10 |
| 17:5 | 49:22, 54:18, | **video** | **waiting** |
| **universities** | 59:12, 61:6, | 5:12, 5:15 | 60:20 |
| 122:5 | 78:18, 79:22, | **videographer** | **walk** |
| **university** | 83:13, 84:16, | 3:21, 5:2, 5:5, | 34:12, 73:5, |
| 34:19, 67:20 | 103:20, 105:8, | 5:13, 6:5, 6:9, | 172:25 |
| **unknowns** | 112:4, 123:14, | 65:8, 65:11, | **walk-in** |
| 27:18 | 126:24, 133:14, | 110:21, 110:24, | 72:25, 73:2, |
| **unpack** | 141:19, 142:5, | 138:6, 138:9, | 167:20 |
| 51:14 | 145:1, 151:24 | 178:20, 179:2 | **walking** |
| **until** | **usually** | **videotaped** | 166:21 |
| 12:17, 42:4, | 53:22, 127:6, | 5:3 | **wall** |
| 43:1, 53:23, | 127:10, 147:18, | **view** | 28:3, 33:4, |
| 101:3, 162:7, | 178:16 | 54:18, 54:24 | 33:5, 33:8, |
| 162:10, 162:15, | **utah** | **village** | 33:16, 34:5, |
| 162:23, 163:20, | 79:21, 159:3 | 14:17, 14:25 | 36:13, 37:12, |
| 169:4, 170:13 | **uv** | **vinyl** | 52:5, 52:9, |
| **up-and-coming** | 24:18, 26:24, | 18:2, 18:3 | 52:19, 53:2, |
| 101:17 | 81:11, 81:12 | **virgin** | 53:15, 55:14, |
| **upgrade** | | 57:1 | 56:19, 59:20, |
| 177:20 | **V** | **visit** | 59:21, 59:24, |
| **upper** | **vacuum** | 11:7, 20:10, | 65:21, 71:23, |
| 91:4 | 32:2, 89:11, | 69:25, 70:6, | 87:22, 90:3, |
| **ups** | 92:5, 92:10 | 71:13, 77:13, | 125:23, 148:20, |
| 77:22 | **valleys** | 144:11, 166:1 | 152:6, 160:9 |
| **upscale** | 92:14, 92:15 | **visited** | **walls** |
| 158:4 | **vandalism** | 153:24 | 4:15, 4:22, |
| **upstairs** | 13:15 | **visits** | 27:25, 52:21, |
| 106:11 | **variance** | 34:12 | 56:6, 56:25, |
| **usa** | 104:7 | **voice** | 72:19, 158:18 |
| 155:7 | **varied** | 5:17 | **want** |
| **usable** | 113:21, 148:24 | **volume** | 9:7, 14:23, |
| 56:24 | **vary** | 143:9, 144:13, | 16:15, 19:17, |
| **use** | 160:22 | 158:15 | 20:8, 27:23, |
| 14:4, 16:12, | **vegas** | **volumes** | 34:22, 44:25, |
| 18:4, 26:16, | 76:7 | 155:11 | 46:19, 47:2, |
| 31:16, 35:2, | **verbalized** | **vs** | 47:5, 50:18, |
| 56:19, 56:25, | 123:11 | 5:6 | 51:14, 51:18, |
| 57:1, 57:11, | **version** | | 51:19, 53:4, |
| 67:7, 79:16, | 46:3, 46:4 | **W** | 54:15, 55:15, |
| 92:10, 104:2, | **versus** | **wainscoting** | 61:3, 64:1, |
| 113:20, 127:3, | 23:2, 109:25, | 59:22, 59:23, | 68:11, 69:9, |
| 141:15, 147:21, | 111:6, 148:3 | 60:1 | 71:7, 71:22, |
| 151:20, 177:22 | **vet** | **wait** | 76:11, 76:25, |
| **useful** | 172:21 | 7:5, 7:7, 7:11, | 77:17, 78:22, |
| 50:8, 127:14 | | | |

82:15, 85:2,
86:4, 86:6,
87:14, 89:3,
94:23, 95:4,
97:12, 98:11,
104:8, 108:7,
110:16, 111:2,
114:2, 114:22,
116:7, 116:8,
116:22, 118:14,
125:2, 125:15,
127:11, 136:10,
136:19, 137:14,
146:6, 146:14,
148:10, 148:18,
152:9, 154:6,
155:22, 158:4,
164:1, 164:25,
165:13, 168:15,
169:19, 171:16,
172:7, 172:8,
172:9, 172:17,
172:18, 174:4,
178:3

**wanted**
11:25, 12:2,
13:19, 18:13,
19:11, 30:16,
34:5, 43:17,
61:23, 64:22,
65:14, 71:14,
73:7, 73:8,
73:9, 74:7,
74:8, 78:17,
78:19, 79:12,
79:13, 79:17,
80:12, 80:15,
82:14, 84:23,
85:3, 98:1,
101:7, 103:6,
110:9, 111:13,
111:18, 113:12,
114:4, 114:19,
121:21, 125:23,
134:8, 134:17,
140:14, 142:7,
144:10, 145:21,
148:15, 149:8,

151:8, 151:23,
154:22, 154:23,
155:3, 156:13,
156:16, 158:8,
160:21, 161:12,
166:3, 166:4,
167:21, 171:13

**wanting**
126:23

**wants**
7:10, 77:11,
77:16, 78:23,
81:17, 155:1,
165:23, 172:4

**warm**
28:6, 28:8,
144:6

**warmed**
28:12

**warming**
24:20

**warping**
55:18

**washed**
173:25

**washing**
174:4

**washington**
97:9

**waste**
56:13, 58:11,
126:19, 156:1

**water**
28:20, 28:21,
28:22, 37:13,
131:18, 149:13

**waterproof**
111:13

**waves**
162:17

**way**
13:22, 14:5,
14:15, 30:22,
37:19, 46:11,
50:4, 50:9,
51:11, 55:1,
56:16, 59:12,
61:3, 62:22,

70:5, 74:14,
76:14, 77:16,
78:17, 78:20,
78:24, 80:18,
83:4, 83:9,
85:5, 86:8,
89:8, 91:24,
102:25, 104:19,
104:20, 107:16,
109:13, 119:17,
127:14, 147:21,
151:7, 151:10,
154:22, 154:24,
164:7, 164:19,
165:3, 166:1,
168:17, 169:17,
172:4, 174:2,
174:13, 175:21,
177:6

**ways**
50:10, 55:19,
95:25, 97:18,
133:13, 157:2

**we'll**
7:2, 7:3, 7:11,
20:7, 24:2,
43:22, 71:9,
100:6, 129:23,
137:4, 152:13,
172:12

**we're**
7:15, 8:11,
33:18, 46:2,
62:5, 62:6,
72:4, 82:21,
82:22, 83:16,
86:9, 87:6,
98:8, 98:10,
118:11, 144:16

**we've**
48:17, 140:20

**wear**
34:24

**websites**
173:3

**wednesday**
1:17

**week**
53:23, 97:16

**weekends**
132:15

**weeks**
72:2, 168:20

**weight**
56:21

**well-known**
67:3, 154:1

**went**
16:5, 17:6,
17:20, 23:17,
24:16, 27:6,
32:13, 34:16,
42:2, 43:12,
49:24, 59:16,
60:23, 62:16,
66:2, 67:18,
68:9, 68:25,
99:17, 100:10,
100:14, 101:20,
104:24, 114:11,
142:25, 143:9,
143:11, 144:11,
144:12, 162:14,
166:1, 171:18,
172:5, 173:2,
173:11, 173:17,
174:10, 175:20,
176:7, 176:25,
178:17

**weren't**
75:8, 75:14,
144:7

**west**
2:6, 5:16,
78:2, 78:3

**whatever**
8:2, 14:8,
19:11, 27:16,
31:16, 34:9,
42:15, 71:22,
80:11, 82:12,
127:6, 152:21,
172:23

**wheels**
172:7

**whenever**
147:25

whereas
83:11, 83:20,
155:7
whereby
72:12
whereof
183:15
whether
69:7, 98:24,
117:6, 124:25
whirlwind
40:7
white
14:12, 19:11,
56:14, 57:6,
57:15, 60:2,
60:15, 81:5,
137:14, 138:20,
177:9, 177:10
whitley
3:20, 4:14,
5:24, 6:8,
68:13, 68:16,
69:25, 140:8,
141:2, 141:6,
142:13, 142:15,
144:16, 150:16,
153:16, 157:1,
157:9, 158:21,
159:9, 162:22,
163:4, 170:5,
170:11
whoever
85:22
whole
8:24, 14:6,
26:22, 48:13,
51:5, 51:10,
51:15, 51:22,
51:25, 55:6,
55:12, 57:9,
59:11, 62:9,
67:2, 99:22,
110:14, 110:15,
114:18, 116:16,
123:8, 126:22,
128:16, 140:5,
149:2, 160:6,

167:16, 174:6
wholesale
22:21
wide
93:17, 93:22,
114:1, 114:18
wider
113:8, 114:2
width
29:11, 104:7,
113:22
wife
14:14, 38:16,
41:24, 63:19,
131:4, 133:6
wife's
43:21, 131:24
willing
54:25
window
143:20, 143:21
windows
63:5
winter
37:12, 53:20,
143:18
wipe
82:3
wires
31:21
wisconsin
1:2, 5:10
within
61:25, 91:9,
101:18, 155:9,
156:25
without
20:2, 50:8,
108:22, 145:5
witness
5:4, 6:2, 6:4,
6:9, 6:11,
18:25, 19:3,
40:6, 45:8,
45:13, 51:1,
64:21, 65:4,
86:12, 94:1,
94:4, 101:6,

109:9, 113:6,
114:15, 115:14,
116:3, 124:6,
124:24, 125:9,
126:17, 129:20,
133:20, 135:14,
135:16, 138:5,
139:5, 139:7,
146:25, 149:13,
150:21, 150:23,
153:20, 163:19,
170:22, 175:12,
175:15, 178:10,
183:15
wold
27:14
woman
174:4
women
172:2
won
49:18, 50:11,
71:9
wonderful
52:10, 55:24,
130:21
wondering
112:24, 116:12
wood
60:14, 60:17,
92:8, 103:15
word
18:22, 44:10,
44:18, 67:11,
88:18, 107:1,
109:4, 109:10,
117:16, 123:9,
123:23, 123:25,
126:7, 134:7,
135:12, 178:15
words
8:5, 8:7,
123:14, 124:3
wore
105:14
work
10:16, 12:18,
12:22, 17:17,

24:13, 29:3,
31:18, 34:17,
34:18, 40:24,
44:9, 55:9,
61:18, 71:4,
71:9, 73:21,
76:13, 76:22,
78:25, 84:5,
93:8, 98:3,
98:24, 99:3,
103:18, 104:11,
107:18, 121:21,
127:25, 128:2,
128:19, 132:21,
137:3, 142:1,
149:24, 155:21,
158:13, 159:13,
161:2, 161:5,
162:16, 162:17,
162:19, 166:17,
167:2, 176:18,
177:1, 177:7
worked
8:21, 12:15,
13:20, 15:22,
19:23, 27:7,
27:8, 30:11,
65:17, 66:5,
70:23, 76:22,
79:2, 82:2,
95:25, 121:24,
128:3, 132:14,
133:4, 154:21,
157:14, 163:6,
177:19
working
8:25, 9:1,
9:19, 10:14,
12:7, 12:21,
13:11, 38:17,
39:1, 39:16,
44:16, 62:1,
63:25, 64:10,
64:12, 64:16,
70:24, 71:5,
72:11, 73:17,
96:2, 107:13,
107:16, 135:22,

136:1, 155:18,
157:2, 159:9,
159:10, 161:10,
161:11, 162:25,
165:4, 167:25,
168:7, 170:19
**works**
64:18, 81:22,
97:7, 127:1,
154:11, 158:17
**world**
69:10, 121:3,
129:1, 131:22,
166:10, 176:14
**worn**
161:3
**worried**
41:2
**worry**
145:11
**worse**
128:18
**worth**
50:5, 73:12,
75:9, 76:10,
167:13
**wouldn't**
28:18, 29:1,
81:3, 82:4,
84:1, 101:1,
103:18, 108:21,
141:14, 148:10,
159:7, 169:18,
178:2
**wow**
175:9
**wrap**
78:21
**wrapped**
78:17
**write**
10:4, 30:7,
45:15, 63:15,
97:19, 123:9,
123:13, 143:23,
151:24
**write-up**
10:8

**writing**
167:10
**written**
48:15, 48:16,
108:13, 111:9,
130:9
**wrong**
72:7, 151:9,
178:3
**wrote**
27:14, 29:1,
63:20, 103:23,
145:10, 174:25

---

**X**

---

**xerox**
9:19, 9:21,
9:25, 10:13,
10:22, 12:8,
91:6

---

**Y**

---

**yard**
69:2
**yards**
79:13
**yay**
141:20
**yeah**
7:1, 14:21,
16:25, 23:6,
26:18, 26:21,
33:19, 36:22,
40:12, 42:10,
42:15, 42:18,
43:2, 43:4,
46:4, 46:16,
46:18, 57:13,
60:6, 64:7,
68:14, 70:8,
70:18, 72:14,
81:15, 82:11,
84:20, 86:16,
87:19, 89:7,
90:1, 90:9,
90:16, 90:18,
90:20, 93:5,
94:15, 95:11,

98:10, 100:5,
106:24, 107:5,
108:1, 110:17,
111:18, 111:25,
112:3, 112:6,
112:22, 113:2,
113:17, 115:2,
115:6, 115:9,
115:24, 117:4,
118:25, 122:5,
123:5, 123:18,
124:6, 126:6,
126:8, 128:25,
129:8, 131:21,
134:20, 134:24,
136:21, 137:12,
139:1, 140:5,
141:3, 142:11,
144:21, 146:25,
147:4, 147:10,
148:22, 153:12,
154:17, 155:13,
155:16, 156:2,
163:25, 165:7,
170:11, 171:19
**year**
35:1, 43:3,
106:14, 130:7,
149:25, 160:21,
166:9, 177:20
**years**
10:1, 10:20,
12:9, 15:25,
22:24, 24:8,
39:10, 41:9,
42:11, 47:20,
79:15, 105:24,
105:25, 121:21,
121:24, 132:2,
138:1, 154:9,
161:15
**yelling**
166:20, 166:22
**yellow**
156:6
**yellowing**
34:23
**yesterday**
55:14, 103:2,

103:11
**york**
74:20, 156:15
**yourself**
142:1, 152:25,
153:14, 161:25,
163:2, 170:1,
170:16, 176:4
**yup**
96:19

---

**$**

---

**$150**
127:1
**$200,000**
79:14
**$50**
75:4
**$50,000**
80:24

---

**.**

---

**.003**
114:5
**.1121**
2:8
**.4200**
3:8
**.8008**
3:17

---

**0**

---

**0.005**
112:20, 147:12
**00000001**
4:11, 45:5,
46:8
**00000009**
4:11
**00000014**
4:20, 118:9
**00000017**
4:20
**00000048**
4:16
**000028**
102:15
**003064**
183:3

**084**
183:3

---
**1**
---
**1**
179:4, 179:5
**10**
1:18, 5:12,
56:20, 56:22,
57:7, 58:14,
93:21, 170:9,
170:15
**10,144,243**
4:10, 4:13,
45:4
**102**
4:14
**11**
65:9, 65:12,
69:7, 69:10,
120:21, 121:10,
175:22, 176:3
**117**
4:17, 4:19
**12**
61:2, 69:12,
93:19, 93:21,
110:22, 110:25,
120:19, 138:7,
138:10
**1200**
3:15
**1237**
97:9
**13**
108:10, 112:9,
112:19, 147:11
**130**
25:14
**139**
4:4, 4:21
**14**
1:18, 5:12,
12:20, 40:10,
41:18, 56:5,
107:23
**140**
25:14

**149**
4:23
**15**
40:10, 40:14,
79:17, 108:8,
110:22, 176:17
**150**
25:14
**16**
40:15, 40:21,
87:20, 118:22,
176:17
**17**
47:20, 118:9,
118:22
**1700**
28:4
**178**
4:5
**18**
56:6, 65:9,
95:21
**180**
79:14
**183**
1:24
**19**
110:25
**1974**
9:23
**1980**
36:21
**1st**
169:4

---
**2**
---
**2,000**
79:13
**20**
25:20, 25:21,
41:20, 42:13,
42:15, 42:16,
80:23, 177:15,
181:18
**2013**
107:21
**2014**
40:11, 42:9,

42:25, 43:22,
103:12, 107:12,
107:21, 140:12,
142:16, 144:20
**2015**
40:11, 43:1,
43:22, 95:21
**2016**
43:22, 106:23
**2018**
121:16
**2023**
1:17, 5:11,
183:17
**23**
1:7, 5:10
**243**
146:12
**25**
65:12
**29**
1:17, 5:11

---
**3**
---
**3**
140:2
**3,000**
77:25
**30**
24:8, 80:23,
82:16, 169:8,
183:16
**300**
77:25, 167:15
**312.321**
3:8
**312.372**
2:8
**3300**
2:6
**34**
59:21
**36**
59:21
**3600**
3:6
**371**
95:19, 95:21

---
**4**
---
**40**
169:8
**415.882**
3:17
**45**
4:10
**455**
3:5
**47**
179:4, 179:5
**4th**
121:16, 140:8,
141:2

---
**5**
---
**50**
138:7
**516588**
1:23, 181:4
**57**
138:10

---
**6**
---
**6,000**
52:16
**60**
112:10
**60602**
2:7, 5:16
**60611**
3:7
**61**
112:14, 147:7
**62**
112:14, 112:15
**63**
112:7, 112:10,
112:14, 147:6
**64**
147:6
**65**
112:10

---
**7**
---
**70**
2:6, 5:16

**700**
14:25, 27:5
**74**
9:22

**8**

**80**
20:13, 22:9,
25:16, 36:20
**84**
20:15
**85**
20:14
**86**
4:12, 20:14

**9**

**90**
20:13, 25:16,
39:6, 39:7,
39:8, 39:11,
62:20
**908**
1:7, 5:10
**94111**
3:16
**9500**
10:17