# Exhibit D



# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 62/117,548 | 02/18/2015 | | 130 | LUX-151006 | | |

**CONFIRMATION NO. 9460**

22876
FACTOR INTELLECTUAL PROPERTY LAW GROUP, LTD.
1327 W. WASHINGTON BLVD.
SUITE 5G/H
CHICAGO, IL 60607

**FILING RECEIPT**

*OC000000073697045*

Date Mailed: 03/03/2015

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Mark Domanico, Glendale Heights, IL;

**Applicant(s)**

Luxury Bath Liners, Inc., Glendale Heights, IL

**Power of Attorney:**
Jody Factor--34157

**If Required, Foreign Filing License Granted:** 03/02/2015

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 62/117,548**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No

**\*\* SMALL ENTITY \*\***

**Title**

METHOD FOR CREATING SIMULATED TILE WALL

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international

Case 2:23-cv-00908-JPS    Filed 12/01/23    Page 2 of 32    Document 27-4

application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national

security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

Doc Code: TR.PROV
Document Description: Provisional Cover Sheet (SB16)

PTO/SB/16 (11-08)
Approved for use through 05/31/2015. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## Provisional Application for Patent Cover Sheet
### This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c)

### Inventor(s)

Inventor 1      [Remove]

| Given Name | Middle Name | Family Name | City | State | Country ¡ |
|---|---|---|---|---|---|
| Mark | | Domanico | Glendale Heights | IL | US |

All Inventors Must Be Listed – Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.    [Add]

| Title of Invention | METHOD FOR CREATING SIMULATED TILE WALL |
|---|---|
| Attorney Docket Number (if applicable) | LUX-151006 |

### Correspondence Address

Direct all correspondence to (select one):

| ◉ The address corresponding to Customer Number | ○ Firm or Individual Name |
|---|---|
| Customer Number | 22876 |

| The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government. |
|---|
| ◉ No. |
| ○ Yes, the invention was made by an agency of the United States Government.  The U.S. Government agency name is: |
| ○ Yes, the invention was under a contract with an agency of the United States Government. The name of the U.S. Government agency and Government contract number are: |

PTO/SB/16 (11-08)
Approved for use through 05/31/2015. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## Entity Status

**Applicant asserts small entity status under 37 CFR 1.27 or applicant certifies micro entity status under 37 CFR 1.29**

- ⦿ Applicant asserts small entity status under 37 CFR 1.27
- ◯ Applicant certifies micro entity status under 37 CFR 1.29. Applicant must attach form PTO/SB/15A or B or equivalent.
- ◯ No

## Warning

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

## Signature

Please see 37 CFR 1.4(d) for the form of the signature.

| Signature | /Jody L. Factor/ | | | Date (YYYY-MM-DD) | 2015-02-18 |
|-----------|------------------|--|--|-------------------|------------|
| First Name | Jody L. | Last Name | Factor | Registration Number (If appropriate) | 34157 |

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. **DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. This form can only be used when in conjunction with EFS-Web. If this form is mailed to the USPTO, it may cause delays in handling the provisional application.**

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or paten. Accordingly, pursuant to the requirements of the Act, please be advised that : (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.   A record in this system of records may be disclosed, as a routine use, t o a n other federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned of in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | METHOD FOR CREATING SIMULATED TILE WALL |
| **First Named Inventor/Applicant Name:** | Mark Domanico |
| **Filer:** | Jody L. Factor/Yolanda Solis |
| **Attorney Docket Number:** | LUX-151006PV |

Filed as Small Entity

**Filing Fees for  Provisional**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Provisional Application Filing Fee | 2005 | 1 | 130 | 130 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **130** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 21526893 |
| **Application Number:** | 62117548 |
| **International Application Number:** | |
| **Confirmation Number:** | 9460 |
| **Title of Invention:** | METHOD FOR CREATING SIMULATED TILE WALL |
| **First Named Inventor/Applicant Name:** | Mark Domanico |
| **Customer Number:** | 22876 |
| **Filer:** | Jody L. Factor/Yolanda Solis |
| **Filer Authorized By:** | Jody L. Factor |
| **Attorney Docket Number:** | LUX-151006PV |
| **Receipt Date:** | 18-FEB-2015 |
| **Filing Date:** | |
| **Time Stamp:** | 12:52:27 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $130 |
| RAM confirmation Number | 8942 |
| Deposit Account | 500545 |
| Authorized User | FACTOR, JODY L. |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | APLN.pdf | 7255935<br>9f85b277d4a38f2efad06327bf62a864a4cd0a98 | yes | 13 |

| | Multipart Description/PDF files in .zip description | | | | |
|---|---|---|---|---|---|
| | Document Description | | Start | | End |
| | Specification | | 1 | | 2 |
| | Claims | | 3 | | 4 |
| | Appendix to the Specification | | 5 | | 13 |

| Warnings: | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 2 | Application Data Sheet | ADS.pdf | 1561157<br>53332497459b34c72641b9f4871 8bd5327409b95 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Transmittal of New Application | CoverSheet.pdf | 1997859<br>a5589c7df61c381d9e7a293a40e9d988effe759d | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 29972<br>955d989f1a2960fc51f131b030f72dde9005adad | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 10844923 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111

If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

## TITLE OF THE INVENTION
METHOD FOR CREATING SIMULATED TILE WALL

## CROSS REFERENCE TO RELATED APPLICATIONS
[0001] None.

## FIELD OF THE INVENTION
[0002] The invention relates to a method for creating a simulated tile wall.

## BACKGROUND OF THE INVENTION
[0003] In order to create a simulated tile wall, an ABS-backed acrylic sheet is typically placed into a clamp frame. The sheet is then slid into an oven where it is heated from above and below at different temperatures for a period of time – for example, for 2-3 minutes. Once the material is pliable, the sheet is removed from the oven, and slid over a mold for the simulated tile pattern. The mold is raised to the sheet, and a vacuum lever is pulled. The suction causes the heated sheet to form into the simulated pattern created on the mold. Once the sheet cools, it is removed from the clamp frame and exterior trim portions or edges are removed to form a finished tile sheet. This entire process typically takes about 10 minutes, and requires highly trained individuals to complete the task with very little margin for error. The molded sheet with the embedded pattern forms the simulated tile sheet.

[0004] While this process is satisfactory, in addition to the skill requirements and necessity for incredible accuracy when placing and forming the sheet, for each tile pattern or sheet design, a specific mold has to be created. Such can be very time consuming and costly.

[0005] Therefore, there is a need for creating a method for creating simulated tile sheets which are fully customizable, without the need to create multiple molds, and which can be easily created in a short amount of time without the requirement of highly skilled individuals.

## SUMMARY OF THE INVENTION
[0006] The present invention is directed to a device and method for creating a simulated tile sheet.

[0007] Rather than use heat, molds, and a vacuum, the present invention utilizes a robotic arm and/or a CNC router to engrave tile lines in a sheet of ABS-backed acrylic or other material. The resulting tile sheet is more realistic looking, and more customizable, as the pattern formed by the router may be selected on a sheet by sheet basis.

[0008] The first step in the process of forming a tile sheet using the present method is to produce a three-dimensional model of a new tile pattern. This pattern may take any desired form. Once the pattern is designed, it should be scaled or adapted to match a particular size or shape -- like for example 60 by 40 inches for placement on a wall above a bath tub.

[0009] In order to create the sheet, a file is created within a computer used to control a robotic arm and the router, whereby a new tile pattern is named and created. A new sheet of ABS-backed acrylic or other material may then be straightened and anchored on a cutting table proximate the router. The designed pattern may then be programmed or entered into the computer which is used to control the router, and the computer may control the router so that the computer and router can run the program and create the pattern on the sheet. The router bit will begin by making incisions into the sheet to simulate the grout lines around each tile. Lines are cut on the sheet in a manner which simulates a tiled wall. Each tile sheet may be created in approximately seven to ten minutes depending on the programmed design and size of the sheet.

[0010] Once all the lines from the programmed design are made on the sheet, the program is complete and the sheet is created and ready for use. The computer and router may then be used to create a second sheet of a substantially matching tile sheet, or may be reprogrammed to create a completely different designed tile sheet. Since any completed tile sheet designs are stored within the computer, in the future any previously made tile sheet may be remade simply by accessing the programmed design pattern. By utilizing the computer and controlled router, seemingly unlimited numbers of patterns are available to a tile sheet manufacturer without the need to create and store multiple molds. The need to move molds in and out is also eliminated each time a different pattern for a tile sheet is desired insofar as the router and computer store and create the patterns rather than a mold.

[0011] Attached hereto is an appendix further detailing and showing the process and results of existing tile sheet manufacturing processes and the process of the present invention.

2

## CLAIMS

What is claimed is:

1. A method for creating a tile sheet as described herein.

2. A method for creating a tile sheet comprising the steps of:

   designing a tile pattern;

   inputting the tile pattern into a computer controlling a router;

   fixing a sheet of material under the router;

   forming the tile pattern in the sheet using the computer controlled router following the tile pattern.

3. The method of claim 2 further comprising the step of storing the tile pattern in the computer.

4. The method of claim 2 further comprising the steps of:

   removing the sheet from underneath the router once the tile pattern is formed in the sheet;

   placing a new sheet of material under the router;

   designing a new tile pattern and inputting it into the computer controlling the router;

   forming the new tile pattern in the new sheet using the computer controlled router following the new tile pattern.

5. The method of claim 4 further comprising the steps of:

   removing the new sheet from underneath the router once the new tile pattern is formed in the sheet;

   placing a third sheet of material under the router;

   designing a third tile pattern and inputting it into the computer controlling the router;

   forming the third tile pattern in the third sheet using the computer controlled router following the third tile pattern.

6. The method of claim 5 further comprising the steps of:

   removing the third sheet from underneath the router once the third tile pattern is formed in the sheet;

   placing a fourth sheet of material under the router;

   recalling the tile pattern from within the computer;

3

forming the tile pattern in the fourth sheet using the computer controlled router following the fourth tile pattern.

7. The method of claim 2 wherein the router is a CNC router.

8. The method of claim 2 wherein the sheet is ABS-backed acrylic.

**Existing Simulated Tile Wall Process:**

First the technician has to take a sheet of ABS-backed acrylic and place it into the clamp frame.

 

Then the operator slides the sheet into the oven where it is heated from above and below at different temperatures for about 2-3 minutes

 

Once the material is pliable, it is then removed from the oven and slid over the simulated tile mold. The mold is then raised to the height of the sheet.




The vacuum lever is pulled and the suction and heat allow the sheet to form into a simulated tile pattern.




When cooled, the formed sheet is then removed from the clamp frame and the trim is removed to form a finished sheet.




Entire process takes 10-12 minutes and requires skilled technicians who operate with very little margin for error. The lines are indentations in the sheet and simulates tile.



**The New Impressions Simulated Tile Process:**

This is the one we are looking to patent. It is completely different from every other manufacturer's simulated tile processes. This unique process involves using a CNC router to engrave lines into the ABS-backed acrylic sheet producing a far more realistic look of tile and enabling unlimited number of programmable patterns.

The first step in the process is to produce a 3-D model of a new tile pattern. Once the pattern is designed, it needs to be adapted for a 5 foot wall and a 40" wall.



The next part of the process is to program the computer that is attached to the CNC Router and provide a name to the tile pattern.

 

A new sheet of ABS-backed acrylic is then strategically placed on the cutting table and anchored.



The desired  simulated tile pattern is then entered into the CNC computer and the robotic arm with the router bit begins to run the program.



Router bit of robotic arm starts to make incisions into the sheet simulating the grout lines around ceramic tile.



Lines are cut in both directions until the entire sheet has the pattern engraved. All lines are 3-Dimensional.





The entire process takes 7-10 minutes and results in a perfect wall every time. Below is a shot of the finished result of the Impressions simulated tile wall installed in a bath enclosure.



Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | LUX-151006 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHOD FOR CREATING SIMULATED TILE WALL |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | | Remove |
|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Mark | | Domanico | |

| Residence Information (Select One) | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

| City | Glendale Heights | State/Province | IL | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 1958 Brandon Court |
|---|---|
| Address 2 | |

| City | Glendale Heights | | State/Province | IL |
|---|---|---|---|---|
| Postal Code | 60139 | Country i | US | |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.    | Add |

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

☐ An Address is being provided for the correspondence Information of this application.

| Customer Number | 22876 | | |
|---|---|---|---|
| Email Address | jmerritt@factoriplg.com | Add Email | Remove Email |
| Email Address | ysolis@factoriplg.com | Add Email | Remove Email |
| Email Address | cschroeder@factoriplg.com | | Remove Email |

## Application Information:

| Title of the Invention | METHOD FOR CREATING SIMULATED TILE WALL | |
|---|---|---|
| Attorney Docket Number | LUX-151006 | Small Entity Status Claimed ☒ |
| Application Type | Provisional | |
| Subject Matter | Utility | |
| Total Number of Drawing Sheets (if any) | | Suggested Figure for Publication (if any) |

Case 2:25-cv-06399-JPS    Filed 12/01/23    Page 26 of 32    Document 2-4

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | LUX-151006 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHOD FOR CREATING SIMULATED TILE WALL |
|---|---|

## Filing By Reference :

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country i |
|---|---|---|
| | | |

## Publication Information:

| | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
|---|---|
| ☐ | |

| ☐ | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |
|---|---|

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ⦿ Customer Number | ◯ US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 22876 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | | | |

| Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Foreign Priority Information:

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | LUX-151006 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHOD FOR CREATING SIMULATED TILE WALL |
|---|---|

---

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX) [i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country [i] | Filing Date (YYYY-MM-DD) | Access Code [i] (if applicable) |
| | | | |

| Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

| ☐ | This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013. <br> NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA. |
|---|---|

## Authorization to Permit Access:

| ☐ | Authorization to Permit Access to the Instant Application by the Participating Offices |
|---|---|

EFS Web 2.2.11

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | LUX-151006 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHOD FOR CREATING SIMULATED TILE WALL |
|---|---|

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO),
the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO),
and any other intellectual property offices in which a foreign application claiming priority to the instant patent application
is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant
does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority
to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect
to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application
claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of
37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is
sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR
to have an assignment recorded by the Office.

**Applicant   1**                                                                                    [Remove]

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed.
The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR
1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person
who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an
applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient
proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be
identified in this section.

[Clear]

| (●) Assignee | ( ) Legal Representative under  35 U.S.C. 117 | ( ) Joint Inventor |
|---|---|---|

| ( ) Person to whom the inventor is obligated to assign. | ( ) Person who shows sufficient proprietary interest |
|---|---|

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here.          [X]

| Organization Name | Luxury Bath Liners, Inc. |
|---|---|

**Mailing Address Information:**

| Address 1 | 1958 Brandon Court |
|---|---|
| Address 2 | |
| **City** | Glendale Heights | **State/Province** | IL |
| **Country** i | US | Postal Code | 60139 |
| Phone Number | | Fax Number | |

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | LUX-151006 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHOD FOR CREATING SIMULATED TILE WALL |
|---|---|

| Email Address | |
|---|---|

Additional Applicant Data may be generated within this form by selecting the Add button.    [ Add ]

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee    1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

[ Remove ]

| If the Assignee or Non-Applicant Assignee is an Organization check here. | ☐ |
|---|---|

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | |
|---|---|
| Address 2 | |

| **City** | | **State/Province** | |
|---|---|---|---|
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.    [ Add ]

# Signature:

[ Remove ]

NOTE:  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4 for signature requirements and certifications

| **Signature** | /Jody L. Factor/ | | | Date  (YYYY-MM-DD) | 2015-02-18 |
|---|---|---|---|---|---|
| First Name | Jody L. | Last Name | Factor | Registration Number | 34157 |

Additional Signature may be generated within this form by selecting the Add button.    [ Add ]

EFS Web 2.2.11

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | LUX-151006 |
|---|---|---|
| | Application Number | |
| Title of Invention | METHOD FOR CREATING SIMULATED TILE WALL | |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.2.11

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.     The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.     A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.     A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.     A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.     A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.     A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.     A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.     A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.     A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.2.11