# Exhibit F

Message

**From:** Jeff Whitley [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CBB2E52C51D740029AD5F013D39B7047-JEFF.WHITLE]
**Sent:** 11/4/2014 7:06:23 PM
**To:** Mary Riordan [MaryR@luxbathinc.com]
**Subject:** RE: new tile walls

Hi Mary, could we do 2:30 Eastern? I have another obligation at 3:30 and don't want to be rushed on our call.

Jeff Whitley
Milestone Bath Products
45 Wilson Avenue
Belleville, ON
K8P 1R7

613-968-7102 ext. 201
www.milestonebath.com

**From:** Mary Riordan [mailto:MaryR@luxbathinc.com]
**Sent:** Tuesday, November 04, 2014 1:06 PM
**To:** Jeff Whitley
**Subject:** RE: new tile walls

Jeff:

Do you have some time this afternoon to chat? Say about 3 Eastern time? I have a few concepts I want to run by you and I am leaving tonight and I would like to get your feedback. Let me know.

Thank you.

Mary

**From:** Jeff Whitley [mailto:jeff.whitley@milestonebath.com]
**Sent:** Tuesday, November 04, 2014 10:44 AM
**To:** Mary Riordan; Mark Domanico
**Cc:** Tiffany Koll; Laura Dolamore
**Subject:** new tile walls

Hi Mary and Mark,

I received the new wall samples and they look really nice.

I wanted to share a concern that several people here voiced on this product, perhaps you have even heard this before. Although we really love the concept, everybody here was concerned with the sharp edges at the grout lines. We think this will prevent some people from purchasing the walls, and in an extreme case could be possible to actually cut someone.

As a suggestion, the exact same process but using a different shaped bit may create a smoother cut that solves the above issues. Less of an impression would also make it more realistic.

 This is the suggestion

MBP_000026
REL_BCI00000037

This is the bit that I found on web for profile reference:

 

Jeff Whitley
Milestone Bath Products
45 Wilson Avenue
Belleville, ON
K8P 1R7

613-968-7102 ext. 201
www.milestonebath.com

MBP_000027
REL_BCI00000037