# Exhibit G

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT3744927

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| MARK DOMANICO | 02/17/2016 |

### RECEIVING PARTY DATA

| Name: | LUXURY BATH LINERS, INC. |
|---|---|
| Street Address: | 524 S. HICKS RD. |
| City: | PALATINE |
| State/Country: | ILLINOIS |
| Postal Code: | 60007 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 15046864 |

### CORRESPONDENCE DATA

**Fax Number:** (312)655-1917

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 312-655-9900 |
|---|---|
| Email: | ASAMLAN@KDSLAW.COM |
| Correspondent Name: | ALAN B SAMLAN KNECHTEL DEMEUR & SAMLAN |
| Address Line 1: | 525 W. MONROE STREET |
| Address Line 2: | SUITE 2360 |
| Address Line 4: | CHICAGO, ILLINOIS 60661 |

| NAME OF SUBMITTER: | ALAN B. SAMLAN |
|---|---|
| SIGNATURE: | /Alan B. Samlan/ |
| DATE SIGNED: | 02/18/2016 |

**Total Attachments: 3**  
source=Assignment#page1.tif  
source=Assignment#page2.tif  
source=Assignment#page3.tif

Form **PTO-1595** (Rev. 06-12)
OMB No. 0651-0027 (exp. 04/30/2015)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

**RECORDATION FORM COVER SHEET**
# PATENTS ONLY

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

| 1. Name of conveying party(ies) | 2. Name and address of receiving party(ies) |
|---|---|
| Mark Domanico | Name: Luxury Bath Liners, Inc. |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ■ No | Internal Address: |

**3. Nature of conveyance/Execution Date(s):**
Execution Date(s) _____

■ Assignment  ☐ Merger
☐ Security Agreement  ☐ Change of Name
☐ Joint Research Agreement
☐ Government Interest Assignment
☐ Executive Order 9424, Confirmatory License
☐ Other _____

Street Address: 524 S. Hicks Rd.

City: Palatine
State: IL
Country: US          Zip: 60007

Additional name(s) & address(es) attached? ☐ Yes ■ No

**4. Application or patent number(s):** ☐ This document serves as an Oath/Declaration (37 CFR 1.63).
A. Patent Application No.(s)          B. Patent No.(s)

Additional numbers attached? ☐ Yes ■ No

**5. Name and address to whom correspondence concerning document should be mailed:**
Name: Alan B. Samlan, Knechtel, Demeur & Samlan
Internal Address: Suite 2360

Street Address: 525 W. Monroe St.

City: Chicago
State: IL     Zip: 60661
Phone Number: 312-655-9900
Docket Number: _____
Email Address: asamlan@kdslaw.com

**6. Total number of applications and patents involved:** 1

**7. Total fee** (37 CFR 1.21(h) & 3.41) $ 0

☐ Authorized to be charged to deposit account
☐ Enclosed
■ None required (government interest not affecting title)

**8. Payment Information**

Deposit Account Number _____
Authorized User Name _____

**9. Signature:** _[signature]_          February 18, 2016
                Signature                    Date

Alan B. Samlan
Name of Person Signing

Total number of pages including cover sheet, attachments, and documents: **3**

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

**PATENT
REEL: 037766 FRAME: 0155**

Case 2:23-cv-00908-JPS    Filed 12/01/23    Page 3 of 5    Document 27-7
BC200000015

# **ASSIGNMENT**

WHEREAS, I, Mark Domanico, whose full post office address is 1958 Brandon Ct., Glendale Heights, IL 60139, ("Assignor") have invented a certain new and useful improvement in:

METHOD FOR CREATING SIMULATED TILE WALL

for which we have made application for Letters Patent of the United States; and

WHEREAS, Luxury Bath Liners, Inc., a corporation organized and existing under and by virtue of the laws of the State of Illinois and having its principal place of business at: 524 S. Hicks Rd., Palatine, IL 60007 ("Assignee") is desirous of acquiring the entire right, title and interest in and to said invention, and in and to the Letters Patent to be obtained therefor;

NOW, THEREFORE, to all whom it may concern, be it known that for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration to me in hand paid, the receipt and sufficiency of which is hereby acknowledged by Assignor, said Assignor has sold, assigned and transferred, and by these presents does sell, assign and transfer unto the said Assignee, the entire right, title and interest in and to said invention as fully set forth and described in the aforesaid application, and all other applications hereafter filed in the United States, in any other country, or under any international agreement based in whole or in part on said inventions, together with all future improvements thereon and additions thereto, and any and all divisional and continuing applications therefor, and the patents which may be thereupon issued, and any and all rights to file applications and receive patents in countries foreign to the United States, the same to be held and enjoyed by the said Assignee to the full end of the term for which Letters Patents may be granted, as fully and entirely as the same would have been held and enjoyed by Assignor had this assignment and sale not been made; and said Assignor hereby agrees to sign all necessary papers in connection with the prosecution and assignment of each and every of said applications.

AND, Assignor hereby authorizes and requests the Commissioner of Patents or other appropriate patent official to issue the said Letters Patent to the said Assignee of its entire right, title and interest in and to the same for the sole use and benefit of the said Assignee, its successors and assigns, until the full end of the term for which Letters Patent may be granted as fully and entirely as the same would have been held by said Assignor had this assignment not been made. Assignor further assigns all income, royalties, payments, and/or claims for damages arising out of or relating to any infringement of the Letters Patent to Assignee.

Assignor agrees to execute and deliver at the request of the Assignee, all papers, instruments, and assignments, to perform any other reasonable acts the Assignee may require in order to vest all of Assignor's rights, title and interest in and to the invention and the Letters Patent in the Assignee and/or to provide evidence to support any of the foregoing in the event such evidence is deemed necessary by the Assignee to the extent such evidence is in the possession and control of the

1

Assignor.

    Assignor hereby warrants that Assignor has the full right to make the conveyance herein, and Assignor hereby covenants that Assignor, its heirs, legal representatives and assigns, will when requested, communicate to said Assignee, its representatives, successors and assigns, all facts known respecting said inventions, execute all divisional, continuing, reissue, re-examination and foreign or international applications, together with individual assignments therefore, make all rightful oaths, sign all lawful papers, testify in any legal proceeding and generally do everything possible to a aid said Assignee, its successors and assigns, in obtaining of letters patent.

    Assignor declares that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Assignor: *[signature]*
Mark Domanico

Dated: 2-17-16

2