# Exhibit H

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT4793876

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| LUXURY BATH LINERS, INC. | 01/25/2018 |

### RECEIVING PARTY DATA

| Name: | BCI ACRYLIC, INC. |
|---|---|
| Street Address: | 1800 INDUSTRIAL DRIVE |
| City: | LIBERTYVILLE |
| State/Country: | ILLINOIS |
| Postal Code: | 60048 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 15046864 |

### CORRESPONDENCE DATA

| Fax Number: | (312)655-1917 |
|---|---|

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 3126559900 |
|---|---|
| Email: | ASAMLAN@KDSLAW.COM |
| Correspondent Name: | ALAN B SAMLAN KNECHTEL, DEMEUR & SAMLAN |
| Address Line 1: | 525 W. MONROE STREET |
| Address Line 2: | SUITE 2360 |
| Address Line 4: | CHICAGO, ILLINOIS 60661 |

| NAME OF SUBMITTER: | ALAN B. SAMLAN |
|---|---|
| SIGNATURE: | /Alan B. Samlan/ |
| DATE SIGNED: | 01/25/2018 |

**Total Attachments: 3**  
source=Assignment2018#page1.tif  
source=Assignment2018#page2.tif  
source=Assignment2018#page3.tif

| | |
|---|---|
| Form **PTO-1595** (Rev. 06-12)<br>OMB No. 0651-0027 (exp. 04/30/2015) | U.S. DEPARTMENT OF COMMERCE<br>United States Patent and Trademark Office |

# RECORDATION FORM COVER SHEET
# PATENTS ONLY

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

**1. Name of conveying party(ies)**

Luxury Bath Liners, Inc.

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2. Name and address of receiving party(ies)**

Name: BCI Acrylic, Inc.
Internal Address: _____
Street Address: 1800 Industrial Drive
City: Libertyville
State: IL
Country: US   Zip: 60048

Additional name(s) & address(es) attached? ☐ Yes ☒ No

**3. Nature of conveyance/Execution Date(s):**
Execution Date(s) January 25, 2018

☒ Assignment
☐ Merger
☐ Security Agreement
☐ Change of Name
☐ Joint Research Agreement
☐ Government Interest Assignment
☐ Executive Order 9424, Confirmatory License
☐ Other

**4. Application or patent number(s):** ☐ This document serves as an Oath/Declaration (37 CFR 1.63).

A. Patent Application No.(s)

15/046,864

B. Patent No.(s)

Additional numbers attached? ☐ Yes ☒ No

**5. Name and address to whom correspondence concerning document should be mailed:**

Name: Alan B. Samlan, Knechtel, Demeur & Samlan
Internal Address: Suite 2360
Street Address: 525 W. Monroe St.
City: Chicago
State: IL   Zip: 60661
Phone Number: 312-655-9900
Docket Number: _____
Email Address: asamlan@kdslaw.com

**6. Total number of applications and patents involved:** 1

**7. Total fee (37 CFR 1.21(h) & 3.41)** $ 0

☐ Authorized to be charged to deposit account
☐ Enclosed
☒ None required (government interest not affecting title)

**8. Payment Information**

Deposit Account Number _____
Authorized User Name _____

**9. Signature:**

_/Alan B. Samlan/_   January 25, 2018
Signature                Date

Alan B. Samlan
Name of Person Signing

Total number of pages including cover sheet, attachments, and documents: 3

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

**PATENT**
**REEL: 044730 FRAME: 0910**

Case 2:23-cv-00908-JPS   Filed 12/01/23   Page 3 of 5   Document 27-8
BCI00000011

# ASSIGNMENT

WHEREAS, Luxury Bath Liners, Inc. a corporation organized and existing under and by virtue of the laws of the State of Illinois, having its principal place of business at 1800 Industrial Drive, Libertyville, IL 60048 ("Assignor"), has invented a certain new and useful improvement in:

METHOD FOR CREATING SIMULATED TILE WALL

for which it has made application for Letters Patent of the United States; and which application has been given Serial Number 15/046,864 with a filing date of Feb. 18, 2016; and

WHEREAS, BCI Acrylic, Inc., a corporation organized and existing under and by virtue of the laws of the State of Illinois and having its principal place of business at 1800 Industrial Drive, Libertyville, IL 60048 ("Assignee") is desirous of acquiring the entire right, title and interest in and to said invention, and in and to the Letters Patent to be obtained therefor;

NOW, THEREFORE, to all whom it may concern, be it known that for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration to it in hand paid, the receipt of which is hereby acknowledged, Assignor has sold, assigned and transferred, and by these presents does sell, assign and transfer unto the said Assignee, the entire right, title and interest in and to said invention as fully set forth and described in the above referenced patent application, together with all future improvements thereon and additions thereto, and United States patent applications which may be made therefor, and any and all divisional and continuing applications therefor, and the patents which may be thereupon issued, and any and all rights to file applications and receive patents in countries foreign to the United States, the same to be held and enjoyed by the said assignee to the full end of the term for which said Letters Patents may be granted, as fully and entirely as the same would have been held and enjoyed by it had this assignment and sale not been made; and Assignor hereby agrees to sign all necessary papers in connection with the prosecution and assignment of each and every of said applications.

1

AND, Assignor hereby authorizes and requests the Commissioner of Patents to issue the said Letters Patent to the said Assignee of its entire right, title and interest in and to the same for the sole use and benefit of the said assignee, its successors and assigns.

Assignor declares that all statements made herein of its statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Dated: January 25, 2018    By: /s/ Scott Rosenbach

Scott Rosenbach

Title: President

2