# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

BCI ACRYLIC, INC.,  )
                                 )
      Plaintiff,  )
                                 )    Case No. 2:23-CV-908-JPS
v.  )
                                 )    Hon. Judge J.P. Stadtmueller
MILESTONE BATH PRODUCTS, INC.  )
*d/b/a* BELLASTONE BATH SYSTEMS  )
and TIGHTSEAL LLC,  )
                                 )
      Defendants.  )

## STATEMENT OF AGREED FACTS TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

On February 18, 2015, the provisional application to which U.S. Patent No. 10,144,243 ("the '243 patent") claims priority was filed as U.S. Provisional Patent Application No. 62/117,548. On February 17, 2016, Mark Domanico assigned his rights to the '243 patent to Luxury Bath Liners, Inc. A copy of the assignment is recorded in the U.S. Patent Office at Reel 037766, Frame 0154-0157.

The application leading to the '243 patent was filed as U.S. Patent Application No. 15/046,864 ("the '864 application") on February 18, 2016. The '864 application claims priority to the provisional application filed as U.S. Patent Application No. 62/117,548.

On January 25, 2018, Luxury Bath Liners, Inc. assigned its rights in the '243 patent to BCI Acrylic, Inc. A copy of the assignment is recorded in the U.S. Patent Office at Reel 044730, Frame 0909-0912.

The '243 patent issued on December 4, 2018. Mr. Mark Domanico is listed as the sole inventor on the face of the '243 patent.

Dated: December 1, 2023                    Respectfully submitted,

By:    */s/ Ketajh Brown*
       Ketajh Brown (Wis. Bar No. 1106210)
       ketajh.brown@klgates.com
       Devon Beane
       devon.beane@klgates.com
       **K&L GATES LLP**
       70 W. Madison Street
       Suite 3100
       Chicago, IL 60602
       Tel.: (312) 807-4439

       Erik Halverson
       erik.halverson@klgates.com
       **K&L GATES LLP**
       Four Embarcadero Center
       Suite 1200
       San Francisco, CA 94111

       ***Attorneys for Defendants Milestone Bath
       Products Inc. and TightSeal***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2023, I caused a true and correct copy of this Statement of Agreed Facts to be served upon counsel of record as of this date by filing same through the Court's CM/ECF system.

*/s/ Ketajh Brown*