# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| BCI Acrylic Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00908-JPS |
| Milestone Bath Products Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Milestone Bath Products Inc. and TightSeal LLC .

Date: 12/06/2023

s/ Anna Rebekah Hill
*Attorney's signature*

Anna Rebekah Hill, Bar No. 6345666
*Printed name and bar number*

K&L Gates LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
*Address*

rebekah.hill@klgates.com
*E-mail address*

(312) 807-4293
*Telephone number*

-
*FAX number*