# EXHIBIT 3

**From:** Mark Domanico [markdomanico@gmail.com]
**Sent:** 10/31/2023 4:05:46 PM
**To:** Jeff Whitley [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1b879ee37abf4bbc9084bd7dc1606156-mailbox1]
**CC:** Halverson, Erik J. [Erik.Halverson@klgates.com]
**Subject:** Re: Summary of our discussions

Thanks, I'll take a look.

On Tue, Oct 31, 2023 at 9:15 AM Jeff Whitley <jeff@bellastonesystems.com> wrote:
Hi Mark,

I understand you spoke with Erik yesterday and thank you for that, I very much appreciate your help to resolve this issue with BCI.

Based upon your conversation with Erik and I on October 15 and your call with Erik yesterday, we would like to you submit an official statement on this issue. Erik wrote up a draft copy for your convenience, and I'm attaching it here. Please feel free to edit anything you need to, and if you have any questions please ask. Once you have reviewed, can you please sign and send it back.

Also, the offer still stands to cover any legal costs you might have in this matter, are you interested in that offer?

Jeff Whitley, President
Milestone Bath Products Inc.
Manufacturer of Bella Stone

Confidential                                    MBP_000065