# EXHIBIT 4

| | |
|---|---|
| Filename: | Domanico Declaration - Milestone Bath (002) (1).docx |
| Directory: | C:\Users\AskuvA\Documents |
| Template: | C:\Users\AskuvA\AppData\Roaming\Microsoft\Templates\Normal.dotm |
| Title: | |
| Subject: | |
| Author: | Jeff Whitley |
| Keywords: | |
| Comments: | |
| Creation Date: | 10/31/2023 8:58:00 AM |
| Change Number: | 18 |
| Last Saved On: | 10/31/2023 9:10:00 AM |
| Last Saved By: | Jeff Whitley |
| Total Editing Time: | 13 Minutes |
| Last Printed On: | 12/20/2023 2:14:00 PM |
| As of Last Complete Printing | |
|    Number of Pages: | 1 (approx.) |
|    Number of Words: | 972 |
|    Number of Characters: | 4,784 (approx.) |