# EXHIBIT 5

| Message | |
|---|---|
| From: | Mark Domanico [md@luxbathinc.com] |
| Sent: | 5/13/2015 3:02:29 PM |
| To: | Jeff Whitley [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cbb2e52c51d740029ad5f013d39b7047-jeff.whitle] |
| Subject: | Marble Sheets and photo of printer |
| Attachments: | C_Marble001.jpg; C_Marble002.jpg; ColorMatching.jpg; jetitech3150.jpg |
| Flag: | Flag for follow up |

Jeff,
Here are photos of products we made on the new printing press.
Mark D. We can make any color or pattern up to 5 foot by 10 foot (1524mm X 3048mm). We can print on a wider sheet but the printed area can only be 1525mm wide.
Thanks
Mark D



**Mark Domanico**
CEO | Luxury Bath
1958 Brandon Ct. | Glendale Heights, IL 60139
(847) 278-4395 Direct | (630) 295-9418 Fax
md@luxbathinc.com | www.luxurybath.com
"Our business is growing your business"

Confidential

MBP_000030