UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BCI Acrylic, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Milestone Bath Products Inc.<br>(d/b/a Bellastone Bath Systems); And<br>TightSeal LLC,<br><br>        Defendants. | CIVIL ACTION NO.: 2:23-cv-00908-JPS |

## JOINT INTERIM SETTLEMENT REPORT

Plaintiff BCI Acrylic, Inc. ("BCI") and Defendants Milestone Bath Products Inc. (d/b/a Bellastone Bath Systems) and TightSeal LLC ("Milestone") (collectively, the "Parties") jointly submit this interim settlement report pursuant to the Court's Scheduling Order (Dkt. 17).

The Parties have agreed in principal to settle the case. The Parties have exchanged drafts of a settlement agreement, and are diligently working towards finalizing the agreement and dismissing the case.

Dated: May 1, 2024

Respectfully submitted,

| | |
|---|---|
| By: s/Aaron T. Olejniczak<br>Aaron T. Olejniczak (Wis. Bar No. 1034997)<br>aarono@andruslaw.com<br>Christopher R. Liro (Wis. Bar No. 1089843)<br>chris.liro@andruslaw.com<br>litigation@andruslaw.com<br>Andrus Intellectual Property Law, LLP<br>790 North Water Street, Suite 2200<br>Milwaukee, WI 53202 | By: s/Erik Halverson<br>Devon Beane<br>devon.beane@klgates.com<br>A. Rebekah Hill<br>rebekah.hill@klgates.com<br>K&L GATES LLP<br>70 W. Madison Street<br>Suite 3100<br>Chicago, IL 60602 |

1

Phone: (414) 271-7590

William Frankel
Mark Remus
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Tel: 312-321-4200
wfrankel@crowell.com
mremus@crowell.com

*Attorneys for Plaintiff BCI Acrylic, Inc.*

Tel.: (312) 807-4439

Erik Halverson
erik.halverson@klgates.com
K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111

*Attorneys for Defendants Milestone Bath Products Inc. and TightSeal LLC*