UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BCI Acrylic, Inc.<br><br>           Plaintiff,<br><br>v.<br><br>Milestone Bath Products Inc.<br>(d/b/a Bellastone Bath Systems) and<br>TightSeal LLC<br><br>           Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO.: 2:23-cv-00908-JPS<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff BCI Acrylic, Inc. and Defendants Milestone Bath Products Inc. and TightSeal LLC, hereby stipulate to the dismissal with prejudice of all claims and counterclaims, with each party to bear its own costs and fees.

By: s/Aaron T. Olejniczak
Aaron T. Olejniczak (Wis. Bar No. 1034997)
aarono@andruslaw.com
Christopher R. Liro (Wis. Bar No. 1089843)
chris.liro@andruslaw.com
litigation@andruslaw.com
Andrus Intellectual Property Law, LLP
790 North Water Street, Suite 2200
Milwaukee, WI 53202
Phone: (414) 271-7590

William Frankel
Mark Remus
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Tel: 312-321-4200
wfrankel@crowell.com
mremus@crowell.com
*Attorneys for Plaintiff BCI Acrylic, Inc.*

1

By: s/Erik Halverson
Devon Beane*
devon.beane@klgates.com
A. Rebekah Hill*
rebekah.hill@klgates.com
K&L GATES LLP
70 W. Madison Street
Suite 3100
Chicago, IL 60602
Tel.: (312) 807-4439

Erik Halverson*
erik.halverson@klgates.com
K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
*admitted to practice before this Court
*Attorneys for Defendants Milestone Bath Products Inc. and TightSeal LLC*